UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOHN PLAINTIFF,
an individual,

        Plaintiff,

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ,
MARGIT CHADWELL,
MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS,
in their individual and official capacities,
jointly and severally,

        Defendants.

Case No.
Hon.

---

### INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT

**Exhibit A,** *Interim Administrative Hearing Guidelines*

**Exhibit B,** *Dear Colleague Letter*

**Exhibit C,** *MSNBC Article*

**Exhibit D,** *DOE Q&A Publication*

**Exhibit E,** *Professionalism Committee By-laws*

**Exhibit F,** *WSU Student Code of Conduct*

**Exhibit G,** *Jackson Letter*

**Exhibit H,** *Promotions Committee By-laws*

**Exhibit I,** *Muhammad Email*

**Exhibit J,** *Camaj Report*

**Exhibit K,** *Camaj Letter to Plaintiff*

**Exhibit L,** *Email from Plaintiff to Camaj*

**Exhibit M,** *Provost Letter Denying Appeal*

**Exhibit N,** *Baker Letter*