# EXHIBIT I

**RE: Promotions Letter**

Vickie Muhammad

Thu 5/9/2019 10:30 AM

**To:** ███████████████

Dear ██████,

Unfortunately at this point, your ONLY option is to appeal to the Provost. Please refer to your letter dated April 10th that states the appeal process to the Provost.

Wishing you good luck.

Sincerely,
Ms. Muhammad
****************************

*Vickie Muhammad*



**Vickie Muhammad**
**Manager & Assistant to Dr. Richard Baker**
**Vice Dean for Medical Education**
540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
(p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu

Organizational Clarity and Operational Excellence



---

**From:** ███████████████████████
**Sent:** Thursday, May 9, 2019 9:14 AM
**To:** Vickie Muhammad <vmuhamme@med.wayne.edu>
**Subject:** Re: Promotions Letter

Ms. Muhammad,

This information directly contradicts the information that was given to me by Dr. Baker himself at our March 6th meeting. During the meeting I directly asked him if I would still have the opportunity to withdrawal if I appealed to the promotions committee. I was told, very specifically, that I would still be able to withdrawal up until the point I file an appeal to the provosts office.

I then confirmed this information the next day on March 7th with my class counselor, and then again reconfirmed my intentions on one more occasion on a subsequent meeting with her.

I would not have chosen to appeal to the promotions committee if I did not receive this information from Dr. Baker himself. Could you please speak to him regarding this issue.

Thank you,

-

Sent from my iPhone

On May 7, 2019, at 5:03 PM, Vickie Muhammad <vmuhamme@med.wayne.edu> wrote:

> Dear ,
>
> Dr. Baker did agree to meet with you on March 6, 2019 to again explain your options to you. He did not, however, change the SOM policy in that regard. Your choice, which was clearly articulated to you both in his dismissal letter of February 27, 2019 and in your meeting of March 6, 2019 was this: (1) You had the option of withdrawing by March 14, 2019, which would have been 10 business days after receipt of the dismissal letter; or (2) you could appeal to the Promotions Committee and then to the Provost.
>
> Once you take an appeal, even if it is only the first step in the appeal, i.e. to the Promotions Committee, the option of withdrawing is no longer available. This policy applies to all students who are dismissed pursuant to a hearing by the Promotions Committee.
>
> Since you chose to appeal, the option of withdrawing is no longer available.
>
> Sincerely,
> Ms. Muhammad
>
> ****************************
>
> *Vickie Muhammad*
>
> <image001.jpg>   **Vickie Muhammad**
> **Manager & Assistant to Dr. Richard Baker**
> **Vice Dean for Medical Education**
> 540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
> (p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu
>
> Organizational Clarity and Operational Excellence
>
> <image002.jpg>
>
> **From:** ████████████████████
> **Sent:** Monday, May 6, 2019 11:33 AM
> **To:** Vickie Muhammad <vmuhamme@med.wayne.edu>
> **Subject:** Re: Promotions Letter
>
> Hello Ms. Muhammad,

I was told by Dr. Baker that I would still have the option to withdrawal if the appeal to the promotions committee was unsuccessful. The email and letter that I was sent did not have any information about how to do this.

Could you ask Dr. Baker about how I should go about the withdrawal? I am leaning towards doing that instead of further appealing to the Provost.

Thanks you,

▇▇▇▇

On Apr 10, 2019, at 5:50 PM, Vickie Muhammad <vmuhamme@med.wayne.edu> wrote:

> <image001.gif>
> Dear ▇▇▇▇,
> The Promotions Committee reviewed your appeal at its meeting held today, Wednesday, April 10, 2019; and, attached is your letter with its decision. For any questions you may have, please contact the Ombudsperson noted in your letter.
>
> Sincerely,
> Ms. Muhammad
>
>
>
> ***************************
>
> *Vickie Muhammad*
>
> <image002.jpg>
>
> **Vickie Muhammad**
> **Manager & Assistant to Dr. Richard Baker**
> **Vice Dean for Medical Education**
> 540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
> (p): 313-577-5196| (f): 313-577-6474|
> vmuhamme@med.wayne.edu
>
> Organizational Clarity and Operational Excellence
>
> <image003.jpg>
>
>
> <▇▇▇▇ PRC Final letter 4 10 19.docx>