UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOHN PLAINTIFF,
an individual,

           Plaintiff,

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ,
MARGIT CHADWELL,
MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS,
in their individual and official capacities,
jointly and severally,

           Defendants.

Case No. 2:20-cv-11718-GAD
Hon. Gershwin A. Drain

## **NOTICE OF FIRM NAME CHANGE**

**PLEASE TAKE NOTICE** that the law firm of record in this matter, Rossman Saxe, P.C., is now called **ROSSMAN, P.C.**

1

Dated: July 2, 2020

                                              Respectfully submitted,

                                              **ROSSMAN, P.C.**
                                              *Attorneys for Plaintiff*

By:   /s/ Mark C. Rossman
        Mark C. Rossman (P63034)
        Jacob M. Campbell (P83900)
        2145 Crooks Road, Suite 220
        Troy, Michigan 48084
        Telephone: 248.385.5481
        Facsimile: 248.480.4936
        mark@rossmanlawpc.com
        jacob@rossmanlawpc.com

## **CERTIFICATE OF SERVICE**

I, Bonita K. Crison, of the law firm of Rossman, P.C., hereby certify that the foregoing document was filed with the Clerk of the Circuit Court for the County of Oakland on July 2, 2020, via the MiFILE electronic filing system, and thereby served upon all counsel of record.

                                                      */s/* Bonita K. Crison
                                                      Bonita K. Crison

Dated: July 2, 2020