UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Plaintiff,

                  Plaintiff(s),

v.                                         Case No. 2:20−cv−11718−GAD−DRG
                                              Hon. Gershwin A. Drain

Wayne State University, et al.,

                  Defendant(s),

## NOTICE OF TELEPHONIC MOTION HEARING

PLEASE TAKE NOTICE that a telephonic motion hearing has been scheduled before District Judge Gershwin A. Drain for the following motion(s):

    Motion to Dismiss – #5

- MOTION HEARING:  January 7, 2021 at 02:00 PM

The call shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: <u>s/T McGovern</u>
                                                           Case Manager

Dated:  September 9, 2020