UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN PLAINTIFF, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally,

    Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

---

| | |
|---|---|
| Mark C. Rossman (P63034) | KIENBAUM HARDY VIVIANO |
| Jacob M. Campbell (P83900) | PELTON & FORREST, P.L.C. |
| ROSSMAN SAXE, P.C. | By: Elizabeth Hardy (P37426) |
| Attorneys for Plaintiff |     David A. Porter (P76785) |
| 2145 Crooks Road, Suite 220 | Attorneys for Defendants |
| Troy, MI  48084 | 280 N. Old Woodward Ave., Suite 400 |
| (248) 385-5481 | Birmingham, MI  48009 |
| mark@rossmansaxe.com | (248) 645-0000 |
| jacob@rossmansaxe.com | ehardy@khvpf.com |
| | dporter@khvpf.com |

J. Robert Flores
Attorney for Plaintiff
Seeking EDMI Admission
10410Hampton Road
Fairfax Station, VA  22039
(703) 609-8731
rfloresesq@verizon.net

---

## APPEARANCE OF COUNSEL

David A. Porter of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters his appearance on behalf of Defendants in the above-captioned matter.

                                       KIENBAUM HARDY
                                         VIVIANO PELTON & FORREST, P.L.C.

                                       By: */s/David A. Porter*
                                            Elizabeth P. Hardy (P37426)
                                            David A. Porter (P76785)
                                       Attorneys for Defendants
                                       280 N. Old Woodward Ave., Suite 400
                                       Birmingham, MI  48009
                                       (248) 645-0000
                                       dporter@khvpf.com

Dated:  October 14, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                        */s/David A. Porter*
                                        Kienbaum Hardy
                                          Viviano Pelton & Forrest, P.L.C.
                                        280 N. Old Woodward Ave., Suite 400
                                        Birmingham, MI  48009
                                        (248) 645-0000
                                        dporter@khvpf.com
                                        (P76785)

391019