UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN PLAINTIFF, an individual,

    Plaintiff,

v.                                                                                      Case No: 20-cv-11718

WAYNE STATE UNIVERSITY, WAYNE                    Hon. Gershwin A. Drain
STATE UNIVERSITY SCHOOL OF                            Mag. Judge David R. Grand
MEDICINE, NIKOLINA CAMAJ, MATT
JACKSON, RICHARD S. BAKER, and R.
DARIN ELLIS, in their individual and official
capacities, jointly and severally,

    Defendants.
_____/

| | |
|---|---|
| Mark C. Rossman (P63034) | KIENBAUM HARDY VIVIANO |
| Jacob M. Campbell (P83900) | PELTON & FORREST, P.L.C. |
| ROSSMAN SAXE, P.C. | By: Elizabeth Hardy (P37426) |
| Attorneys for Plaintiff |     David A. Porter (P76785) |
| 2145 Crooks Road, Suite 220 | Attorneys for Defendants |
| Troy, MI 48084 | 280 N. Old Woodward Ave., Suite 400 |
| (248) 385-5481 | Birmingham, MI 48009 |
| mark@rossmansaxe.com | (248) 645-0000 |
| jacob@rossmansaxe.com | ehardy@khvpf.com |
| | dporter@khvpf.com |

J. Robert Flores
Attorney for Plaintiff
Seeking EDMI Admission
10410 Hampton Road
Fairfax Station, VA 22039
(703) 609-8731
rfloresesq@verizon.net
_____/

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| 1 | Motion to File Under Seal Concurrence Email Chain |
| 2 | REDACTED version of document to be sealed – Defendants' Response To Plaintiff's Motion for Protective Order |
| 3 | Unpublished Case(s) |

391905