**Exhibit 1**

**David A. Porter**

| | |
|---|---|
| **From:** | Jacob Campbell <jacob@rossmanpc.com> |
| **Sent:** | Friday, October 9, 2020 9:45 AM |
| **To:** | David A. Porter; Mark Rossman; John Flores |
| **Cc:** | Elizabeth Hardy |
| **Subject:** | RE: Plaintiff v. Wayne State et al. (20-cv-11718) - Conference Call |

Good morning David,

Thank you for reaching out to our team yesterday. Consistent with our discussion, if any related procedural issues arise in filing your response that require our assistance, then please let us know. As we also mentioned, we remain interested in scheduling another conference call to discuss settlement possibilities. If you could, please advise with respect to your availability. We are free to discuss sometime next week.

Thanks,
Jacob

**From:** David A. Porter <DPorter@KHVPF.com>
**Sent:** Thursday, October 8, 2020 3:14 PM
**To:** Jacob Campbell <jacob@rossmanpc.com>; Mark Rossman <mark@rossmanpc.com>; John Flores <rfloresesq@verizon.net>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>
**Subject:** RE: Plaintiff v. Wayne State et al. (20-cv-11718) - Conference Call

Jacob, thanks for the quick response. That works for me.
--
David Porter
280 N. Old Woodward, Ste. 400
Birmingham, MI 48009
O: (248) 645-0000
C: (734) 536-4336
dporter@khvpf.com




KIENBAUM HARDY
VIVIANO | PELTON | FORREST

This communication may contain confidential or legally privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Jacob Campbell <jacob@rossmanpc.com>
**Sent:** Thursday, October 8, 2020 3:12 PM
**To:** David A. Porter <DPorter@KHVPF.com>; Mark Rossman <mark@rossmanpc.com>; John Flores <rfloresesq@verizon.net>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>
**Subject:** RE: Plaintiff v. Wayne State et al. (20-cv-11718) - Conference Call

Hi David,

Does 3:30 pm work? John (Bob) and I are free to discuss then. Here's our conference call information:

> Dial-in: 978-990-5000
> Access code: 660614

Thanks,
Jacob

---

**From:** David A. Porter <DPorter@KHVPF.com>
**Sent:** Thursday, October 8, 2020 2:57 PM
**To:** Jacob Campbell <jacob@rossmanpc.com>; Mark Rossman <mark@rossmanpc.com>; John Flores <rfloresesq@verizon.net>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>
**Subject:** RE: Plaintiff v. Wayne State et al. (20-cv-11718) - Conference Call

Jacob, Mark, and John,

Do any of you have time today for a brief phone call. I'd like to discuss an issue regarding our response to your motion for protective order. I can call at your convenience.

--
David Porter
280 N. Old Woodward, Ste. 400
Birmingham, MI 48009
O: (248) 645-0000
C: (734) 536-4336
dporter@khvpf.com



This communication may contain confidential or legally privileged information.  If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.