UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN PLAINTIFF,<br>An individual,<br><br>  Plaintiff,<br><br><br>WAYNE STATE UNIVERSITY,<br>WAYNE STATE UNIVERSITY<br>SCHOOL OF MEDICINE,<br>NIKOLINA CAMAJ,<br>MARGIT CHADWELL,<br>MATT JACKSON,<br>RICHARD S. BAKER, and<br>R. DARIN ELLIS,<br>in their individual and official<br>capacities, jointly and severally,<br><br>  Defendants. | Case No. 2:20-cv-11718<br><br><br>**JURY TRIAL DEMANDED** |

**APPEARANCE OF COUNSEL**

**TO:**  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for JOHN PLAINTIFF.

DECEMBER 16, 2020

                    /s/
J. Robert Flores
Virginia Bar No. 42080
8280 Greensboro Drive
Suite 140
McLean, Virginia 22102
JRF@GG-Law.com
703-609-8731 (Tel.)
703-761-5023 (fax)