UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Plaintiff,

                Plaintiff(s),

v.                                        Case No. 2:20–cv–11718–GAD–DRG
                                                 Hon. Gershwin A. Drain

Wayne State University, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC MOTION HEARING

    PLEASE TAKE NOTICE that a telephonic motion hearing has been ***rescheduled*** before District Judge Gershwin A. Drain for the following motion(s):

        Motion to Dismiss – #5

- MOTION HEARING:  January 26, 2021 at 11:00 AM

    The call shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/T McGovern
                                                         Case Manager

Dated:  December 28, 2020