# EXHIBIT F

# Professionalism Committee
# Wayne State University School of Medicine



**Table of Contents**

**Section 1.0**      **By-Laws of the Faculty Senate Governing the Standing Committees**…………..**Page 3**

**Section 2.0**      **Charge of Professionalism Committee** …………………………………….......**Page 4**

**Section 3.0**       **Role of Professionalism Committee**……………..……….………………….....**Page 4**

**Section 4.0**       **Membership of Professionalism Committee**…………………………………..**Page 5**

**Section 5.0**      **Misconduct Procedures**……………………………………………….…….**Page 7**

**Section 6.0**      **Professional Values and Attributes** …………………………………….……**Page 9**

<u>**Section 1.0: By-Laws of the Faculty Senate Governing the Standing Committees**</u>

The following is an excerpt from the by-laws of the Faculty Senate summarizing the role of the Standing Committees of the Faculty Senate, including the Promotions Committee.

**Article IV. Committees**

**SECTION II.  Standing Committees:**

These committees will be the following: Faculty Information Technology, Curriculum, Graduate Affairs, Library, Student Promotions, Budget Advisory, and Research Development. Members of each committee will be appointed by the President of the Senate with the advice and consent of the Executive Committee. Each committee shall develop a set of operating procedures, subject to approval by the Executive Committee, which will govern its activities. The Admissions Committee serves as a joint administrative committee. The Executive committee makes recommendations to the Dean for this committee.

## Section 2.0: Charge of the Professionalism Committee

In accordance with LCME Standard 3.5 (Learning Environment/Professionalism), the Professionalism Committee is the institutional entity that ensures the ongoing development of explicit and appropriate professional behaviors in medical students. The committee identifies positive and negative influences on the maintenance of professional standards, develops and conducts appropriate strategies to enhance positive and mitigate negative influences, and identifies and promptly corrects violations of professional standards. Its authority originates by delegated powers from the School of Medicine Faculty Executive Committee (by-laws of the Faculty: Article IV. Committees, Section II).

The Professionalism Committee is charged with development of professional values, attitudes, skills, and behaviors for medical students that continue throughout their career as a physician.  The core professionalism values and attributes, which are part of the academic requirements of the M.D. program, are set forth a page 9 of this document. Through its management and oversight, the Professionalism Committee ensures an environment which fosters the professional development, correction and remediation of behaviors deemed to be unprofessional in the undergraduate program leading to the Medical Doctor (M.D.) degree at the Wayne State University School of Medicine and beyond.

The Professionalism Committee is an oversight and decision making entity. The major responsibility of the committee is to shape medical students' professional growth through the school's four year longitudinal curriculum that promotes positive interactions with faculty, residents, patients, patients' families, other health care providers, clerical personnel, and peers. Appropriate and mature behavior is expected by students both on and off campus. Instances where students violate either the Professionalism core value and attributes or the Student Code of Conduct are referred to the Professionalism Committee.

## Section 3.0: Role of the Professionalism Committee

- Monitor reports of medical students' unprofessional behavior and promote the development of professionalism.
- Conduct investigations of all reports of unprofessional student conduct referred to the committee.
- Convene formal hearings at the behest of the committee chair to determine whether a student is in violation of either the professionalism core values and attributes or of the Student Code of Conduct.
- Following a formal hearing, the committee may determine a remediation. If remediation is rejected the committee forwards case to Promotions Committee.

Relative to the School of Medicine Faculty Senate, the Professionalism Committee is a sub-committee of the Promotions Committee. Accordingly, any appeal of a Professionalism Committee decision is made to the Promotions Committee for definitive disposition. The Professionalism Committee may use any and all disciplinary sanctions but cannot dismiss students from the medical school. The committee adjudicates professional breaches through appropriate means including

referral to the Promotions Committee who may dismiss medical students.

The School of Medicine Professionalism Committee will conform to the due process procedures of the Wayne State University Student Code of Conduct and the guidelines for implementing the Student Code of Conduct as adopted by the School of Medicine.

## Section 4.0: Membership of the Professionalism Committee

The Professionalism Committee is composed of 13 appointed voting members.

**Chair:**
The Chair of the Professionalism Committee is appointed by the Vice Dean for Medical Education

**Members:**
Eight (8) voting Faculty members are appointed by the School of Medicine's Executive Committee of the Faculty Senate.

Four (4) students, one from each of the four classes are appointed by the Student Senate. Student Senate shall appoint an alternate from each of the four classes.

**Term limits:**
Faculty members are appointed for 2 or 3 year terms.

**Quorum**
The faculty must comprise the majority of the quorum.

**Voting**

A simple majority vote of faculty members is necessary approve any motion by the Professionalism Committee. Student committee members cast an advisory vote. The Chair will cast a deciding vote in the event of a tie.  The Associate Dean for Undergraduate Medical Education will serve in the capacity of Professionalism Committee Chair in the event that the Chair must be recused from a case.

# Members
## Professionalism Committee

| Chair |
|---|
| Matthew Jackson, PhD |
| **Faculty Senate Appointees (Voting Members)** |
| Sarkis Kouyoumjian, MD |
| William Kupsky, MD |
| Robert Lasley, PhD |
| Diane Levine, MD |
| Mary Morreale, MD |
| Joshua Collins, MD |
| Noreen Rossi, MD |
| Paul Walker, PhD |
| **Student Representatives (Advisory Voting Members)** |
| Collin Rush, Class of 2019 |
| Rynita Bohler, Class of 2020 |
| Jessica DeLeeuw, Class of 2021 |
| Hashem Boalbanat, Class of 2022 |
| **Alt. Student Representatives (Non-voting Members)** |
| Adrianna Clapp, Class of 2019 |
| Maritza Essis, Class of 2020 |
| Elizabeth Nesbitt, Class of 2021 |
| Mustapha Choucair, Class of 2022 |

{00078041.1 }

## Section 5.0: Misconduct Process

**Due Process for Academic Misconduct for cases _preceding_ referral to Professionalism Committee Chair**

Unprofessional behavior reported to Assistant Dean of Student Affairs (or his/her designee), Assistant Dean of Basic Sciences, or Assistant Dean of Clinical Sciences

↓

Fact finding by Assistant Dean of Student Affairs (or his/her designee), Assistant Dean of Basic Sciences, or Assistant Dean of Clinical Sciences

↓                                  ↓                                  ↓

| Assistant Dean of Student Affairs, Basic Sciences, or Clinical Sciences recommends remediation | Assistant Deans of Student Affairs, Basic Sciences, or Clinical Sciences file charges with Chair of Professionalism Committee | No further action |

{00078041.1 }

*Section 5.0: Misconduct Process (continued)*

**Due Process for Academic and Non-Academic Misconduct for cases <u>referred</u> to Professionalism Committee**



<u>**Section 6.0: Professional Values and Attributes**</u>

**Professional Values and Attributes**
Appropriate, law-abiding behavior is expected, as is adherence to the general policies regarding behavior and conduct enumerated elsewhere by Wayne State University (For example, see the Student Code of Conduct, which can be accessed online at http://www.doso.wayne.edu/ Student-conduct/index.html). Listed here are the values and attributes that are at the core of Professionalism at the School of Medicine:

1. <u>**Professional Responsibility:**</u> Sound medical practice and good medical care of patients are the student's and the physician's highest priority. The student shall be internally motivated at all times and in all settings to place the patient's concerns before his or her own. He or she will always help to create a positive learning environment, be appropriately dressed (see the WSUSOM dress code), be punctual and prepared, and attend all required activities in their entirety. The student is to be reliable and honest in completing all tasks.

2. <u>**Competence and Self-Improvement:**</u> It is the expectation that students will be committed to the learning and mastery of medical knowledge, skills, attitudes, and beliefs. The motivation for this learning is the optimal care of future patients. The student will know the limits of his or her abilities and appropriately seek help to improve the care of patients while continuously expanding his or her knowledge base. This commitment extends to life-long learning; an acknowledgement that what begins in the university community never ends as long as the physician is committed to the practice of medicine.

3. <u>**Respect for others and professional relationships:**</u> Medical students always respect their patients as individuals. Student-patient interactions are guided by the "golden rule". That is do unto others as you would have them do unto you and your family. There is respect for the patient's dignity, privacy, cultural values, and confidentiality. Students demonstrate sensitivity, respect, compassion, emotional support, and empathy at all times—to patients, patients' families, other health care team members, and peers. In this context, a fundamental component of professionalism is altruism; putting the best interests of patients and colleagues over self-interest. Respect and altruism are attributes that must extend outside of the classroom or clinical setting as the student is a constant representative of the School of Medicine and of the profession itself.

4. <u>**Honesty including academic integrity:**</u> Medical students are committed to honesty at all times. This commitment extends from the classroom or laboratory in the preclinical curriculum to the ward, office, examination room, or operating room in his or her training environment. Absolute honesty in written notes entered into patient's records and in oral presentation of findings is expected; medical findings are true, complete, and verifiable. Honesty during test taking is required for both written and practical examinations. This attribute includes the responsibility for reporting the dishonesty of others. As with other core values, honesty is not limited to the School of Medicine and its teaching affiliates. The public expects honesty in its physicians as much as the School of Medicine expects it in its students.

{00078041.1 }

*Section 6.0: Professional Values and Attributes (continued)*

5. **Personal responsibility:** The student is responsible for maintaining his or her own health and wellness. Drug and alcohol abuse are prohibited. Tobacco use is strongly discouraged. Students are expected to seek care as needed to maintain physical and mental health. The student should freely access his or her counselor for help in managing health or personal issues that are negatively impacting academic performance in medical school. Students need to be proactive in recognizing those of their peers who are affected by drug abuse, alcohol abuse, or other personal issues detrimental to health, well-being, and/or safety, their safety, or the safety of patients. Students with such concerns about their peers should notify a Medical School counselor, a faculty member, or administrator.

6. **Social responsibility:** Societies place physicians in positions of power and authority. Physicians and medical students must always conduct themselves in a manner to be worthy of that trust. Medical students must demonstrate concern for and responsiveness to social ills and other factors which detract from the medical, cultural, spiritual, and emotional health of society.

## Section 7.0:  Appeal of Decisions of the Professionalism Committee

Students have the right to appeal decisions of the Professionalism Committee. In order to appeal decision, the following must occur:

1. A student must present a written statement to the Chair of the Promotions Committee within 10 business days from the time the decision has been communicated to the student.

2. The appeal letter must clearly state the specific nature of the appeal and contain supporting facts.

3. Appeals must contain new information not originally brought before the Professionalism Committee for its consideration.

4. The Chair of the Promotions Committee will schedule a hearing before the Promotions Committee for consideration of the student's appeal and will provide the Committee with the student's written appeal and the decision letter of the Professionalism Committee.

5. The student will be asked to appear before the Promotions Committee, will be introduced to the Committee members, will be permitted to summarize her/his situation to the Promotions Committee and may be asked questions by the Promotions Committee.

6. In the process of considering the student's appeal, the Promotions Committee will also evaluate the student's entire academic record to date, which includes the following:

   - Pre-entry data and medical school transcript information

{00078041.1 }

- Performance data from the current academic year
- Information regarding any student issues which appear to have impaired academic or professional performance.

7. An official letter of the decision of the Promotions Committee will be provided to the student.

8. A decision by the Promotions Committee on an appeal of a decision of the Professionalism Committee is a final decision that is not appealable unless the Promotions Committee makes a decision to dismiss the student, in which case the student can appeal the dismissal decision to the Provost of the University by writing a letter to the Provost within 30 calendar day of the postmark of the SOM's final decision, and by providing a copy to the Dean of the Medical School.  The procedures for appeals to the Provost can be found at: **https://provost.wayne.edu/academic-policy**.