# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID,  
an individual,

      Plaintiff,

v.

WAYNE STATE UNIVERSITY,  
WAYNE STATE UNIVERSITY  
SCHOOL OF MEDICINE,  
NIKOLINA CAMAJ,  
MARGIT CHADWELL,  
MATT JACKSON,  
RICHARD S. BAKER, and  
R. DARIN ELLIS,  
in their individual and official capacities,  
jointly and severally,

      Defendants.

Case No. 20-cv-11718  
Hon. Gershwin A. Drain

---

# INDEX OF EXHIBITS
# TO PLAINTIFF'S FIRST AMENDED COMPLAINT

# INDEX OF EXHIBITS

**Exhibit A**, *Defendant Camaj's Investigative Report*

**Exhibit B**, *WSU Student Code of Conduct*

**Exhibit C**, *Camaj Letter*

**Exhibit D**, *Email from Plaintiff to Camaj*

**Exhibit E**, *Jackson Letter*

**Exhibit F**, *Professionalism Committee's Bylaws*

**Exhibit G**, *Promotions Committee's Bylaws*

**Exhibit H**, *Baker Letter*

**Exhibit I**, *Muhammad Email*