UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

            Plaintiff(s),                                  Case No.  20-cv-11718

v.                                                      Judge  Gershwin A. Drain

WAYNE STATE UNIVERSITY, et al.,              Magistrate Judge  David R. Grand

            Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

        Pursuant to E. D. Mich. LR 83.4, Wayne State University

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 1, 2021                              /s/ Elizabeth Hardy

                                                        P37426
                                                        Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
                                                        280 North Old Woodward Avenue
                                                        Suite 400
                                                        Birmingham, MI  48009
                                                        248-645-0000
                                                        ehardy@khvpf.com