UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Plaintiff,

                Plaintiff(s),

v.                                          Case No. 2:20−cv−11718−GAD−DRG
                                                        Hon. Gershwin A. Drain

Wayne State University, et al.,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                        s/Gershwin A. Drain
                                                        Gershwin A. Drain
                                                        United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/T McGovern
                                                      Case Manager

Dated:   April 19, 2021