UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

     Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE
STATE UNIVERSITY SCHOOL OF
MEDICINE, NIKOLINA CAMAJ, MARGIT
CHADWELL, MATT JACKSON, RICHARD S.
BAKER, and R. DARIN ELLIS, in their
individual and official capacities, jointly and
severally,

     Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

/

Mark C. Rossman (P63034)
Elizabeth M. Vincent (P76446)
ROSSMAN, P.C.
Attorneys for Plaintiff
2145 Crooks Road, Suite 220
Troy, MI  48084
(248) 385-5481
mark@rossmanpc.com
liz@rossmanpc.com

J. Robert Flores
Attorney for Plaintiff
Seeking EDMI Admission
10410Hampton Road
Fairfax Station, VA  22039
(703) 609-8731
rfloresesq@verizon.net

KIENBAUM HARDY VIVIANO
 PELTON & FORREST, P.L.C.
By: Elizabeth Hardy (P37426)
    David A. Porter (P76785)
Attorneys for Defendants
280 N. Old Woodward Ave., Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@khvpf.com
dporter@khvpf.com

/

## **DEFENDANTS' WITNESS LIST**

Defendants Wayne State University, Wayne State University School of Medicine, Nikolina Camaj, Margit Chadwell, Matt Jackson, Richard S. Baker, and R. Darin Ellis, by their undersigned counsel, state they presently anticipate they may call any or all of the following witnesses in any trial in the captioned matter:

1. Plaintiff Anthony Eid

2. Defendant Nikolina Camaj

3. Defendant Margit Chadwell

4. Defendant Matt Jackson

5. Defendant Richard Baker

6. Defendant R. Darin Ellis

7. Loretta Robichaud

8. Vickie Muhammad

9. Marlena Frontera

10. Representatives and/or records custodian for WSU Student Accounts Receivables Department

11. WSU Police Department Lt. David Scott

12. Representative of the Wolf Law Firm, 436 S. Broadway St., Lake Orion, MI 48362

13. The person known to both parties as Jane Roe

14. The person known to parties as Jane Roe's mother

15. Tyler Ledwell

16. Any and all records custodians for subpoenaed records

17.  All necessary rebuttal and sur-rebuttal witnesses

18.  All necessary impeachment witnesses

19.  All witnesses listed on Plaintiff's witness list or supplemental witness list(s)

20.  Any and all additional expert witnesses as needed

21.  Any and all treating or examining physicians, therapists, psychologists, nurses, or other medical or mental health providers who have examined or treated, or will examine or treat Plaintiff, and/or Custodian(s) of their records

22.  Any and all additional representatives and/or records custodians necessary to authenticate records

23.  All persons identified in the Complaint, discovery responses, depositions, documents produced during discovery or documents filed with the Court in this action.

24.  All witnesses that are unknown at the present time but will become known during the course of discovery.

Defendants reserve the right to amend this Witness List to include additional witnesses learned through discovery or prior to trial and/or to delete or otherwise amend those witnesses identified herein.

KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.

By:  */s/Elizabeth Hardy*
    Elizabeth Hardy (P37426)
    David A. Porter (P76785)
Attorneys for Defendants
280 N. Old Woodward Ave., Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@khvpf.com
Dated: September 7, 2021    dporter@khvpf.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/Elizabeth Hardy*
Elizabeth Hardy
Kienbaum Hardy Viviano Pelton
   & Forrest, P.L.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009
(248) 645-0000
E-mail:  ehardy@khvpf.com
(P37426)

424402