**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ANTHONY EID, an individual, | Case No. 2:20-cv-11718 |
| | Hon. Gershwin A. Drain |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally, | |
| Defendants. | |

| | |
|---|---|
| Mark C. Rossman (P63034) | Elizabeth Hardy (P37426) |
| Elizabeth M. Vincent (P76446) | David Porter (P76785) |
| ROSSMAN, P.C. | KIENBAUM HARDY VIVIANO PELTON & |
| Attorneys for Plaintiff | FORREST, P.L.C. |
| 2145 Crooks Road, Suite 220 | Attorneys for Defendants |
| Troy, Michigan 48084 | 280 N. Old Woodward Ave., Suite 400 |
| (248) 385-5481 | Birmingham, Michigan 48009 |
| mark@rossmanpc.com | (248) 645-0000 |
| liz@rossmanpc.com | ehardy@khvpf.com |

J. Robert Flores
Attorney for Plaintiff
10410 Hampton Road
Fairfax Station, Virginia 22039
(703) 609-8731
rfloresesq@verizon.net

**PLAINTIFF'S LAY WITNESS LIST**

Pursuant to this Court's Scheduling Order (ECF No. 30), as submitted by the

Court to the Parties on April 19, 2021, Plaintiff, Anthony Eid, by and through his counsel, submit the following as his Witness List. Plaintiff's Witness List is submitted based upon Plaintiff's current knowledge. Moreover, Plaintiff reserves the right to supplement and/or amend this list, if and as necessary or appropriate.

1. Anthony Eid
2. Nikolina Camaj
3. Dr. Matthew Jackson
4. Dr. Richard Baker
5. Dr. Margit Chadwell
6. Ms. Loretta Robichaud
7. Associate Provost Darin Ellis
8. Provost Keith Whitfield
9. M. Roy Wilson
10. Latonia Garrett
11. Jane Roe
12. Jane Roe's Mother
13. Custodians of the records, personnel, or representatives (current and former) of Defendants Wayne State University, and its current and former employees or representatives having information concerning Plaintiff's claims in this matter.

14. Any current and former students or employees of Defendants.

15. Any and all lay witnesses identified by Defendants in their Witness List, as submitted or amended, or otherwise.

    Respectfully Submitted,

    **ROSSMAN, P.C.**
    *Attorneys for Plaintiff*

By:  /s/ Elizabeth M. Vincent
      Mark C. Rossman (P63034)
      Elizabeth M. Vincent (P76446)
      2145 Crooks Road, Suite 220
      Troy, Michigan 48084
      Telephone:  248.385.5481
      Facsimile:  248.480.4936
      mark@rossmanpc.com
      liz@rossmanpc.com

Dated:  September 7, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing PLAINTIFF'S INITIAL DISCLOSURES TO DEFENDANTS WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS was served on September 7, 2021, by US mail, to:

Elizabeth Hardy (P37426)
David Porter (P76785)
KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Suite 400
Birmingham, Michigan 48009
ehardy@khvpf.com
dporter@khvpf.com
*Attorneys for Defendants*

                                      /s/ Elizabeth M. Vincent
                                      Mark C. Rossman (P63034)
                                      Elizabeth M. Vincent (P76446)
                                      2145 Crooks Road, Suite 220
                                      Troy, Michigan 48084
                                      Telephone: 248.385.5481
                                      Facsimile: 248.480.4936
                                      mark@rossmanpc.com
                                      liz@rossmanpc.com