UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY EID, an individual, | Case No. 2:20-cv-11718 |
| | Hon. Gershwin A. Drain |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally, | |
| Defendants. | |

| | |
|---|---|
| Mark C. Rossman (P63034) | Elizabeth Hardy (P37426) |
| Elizabeth M. Vincent (P76446) | David Porter (P76785) |
| ROSSMAN, P.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2145 Crooks Road, Suite 220 | 280 N. Old Woodward Ave., Suite 400 |
| Troy, Michigan 48084 | Birmingham, Michigan 48009 |
| (248) 385-5481 | (248) 645-0000 |
| mark@rossmanpc.com | ehardy@khvpf.com |
| liz@rossmanpc.com | |

J. Robert Flores
Attorney for Plaintiff
10410 Hampton Road
Fairfax Station, Virginia 22039
(703) 609-8731
rfloresesq@verizon.net

**PLAINTIFF'S EXPERT WITNESS LIST**

Pursuant to this Court's Scheduling Order (ECF No. 30), as submitted by the

1

Court to the Parties on April 19, 2021, Plaintiff, Anthony Eid, by and through his counsel, submit the following as his Witness List. Plaintiff's Expert Witness List is submitted based upon Plaintiff's current knowledge. Moreover, Plaintiff reserves the right to supplement and/or amend this list, as discovery is ongoing and depositions of Defendants have not been completed.

1. Nitin V. Paranjpe, Ph.D. (Potential Economics Expert)

2. Paul Finkelman, Ph.D. (Potential Due Process Expert)

3. Any and all expert witnesses that become necessary through further discovery

4. **Plaintiff reserves the right to amend this expert witness list.**

    Respectfully Submitted,

    **ROSSMAN, P.C.**
    *Attorneys for Plaintiff*

By: /s/ Elizabeth M. Vincent
Mark C. Rossman (P63034)
Elizabeth M. Vincent (P76446)
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481
Facsimile: 248.480.4936
mark@rossmanpc.com
liz@rossmanpc.com

Dated October 7, 2021

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing PLAINTIFF'S EXPERT WITNESS LIST was served on October 7, 2021, by US mail, to:

Elizabeth Hardy (P37426)
David Porter (P76785)
KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Suite 400
Birmingham, Michigan 48009
ehardy@khvpf.com
dporter@khvpf.com
*Attorneys for Defendants*

                                              /s/ Elizabeth M. Vincent
                                              Mark C. Rossman (P63034)
                                              Elizabeth M. Vincent (P76446)
                                              2145 Crooks Road, Suite 220
                                              Troy, Michigan 48084
                                              Telephone:  248.385.5481
                                              Facsimile:  248.480.4936
                                              mark@rossmanpc.com
                                              liz@rossmanpc.com