UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally,

    Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

---

| | |
|---|---|
| Mark C. Rossman (P63034) <br> Elizabeth M. Vincent (P76446) <br> ROSSMAN, P.C. <br> Attorneys for Plaintiff <br> 2145 Crooks Road, Suite 220 <br> Troy, MI  48084 <br> (248) 385-5481 <br> mark@rossmanpc.com <br> liz@rossmanpc.com <br><br> J. Robert Flores <br> Attorney for Plaintiff <br> Seeking EDMI Admission <br> 10410Hampton Road <br> Fairfax Station, VA  22039 <br> (703) 609-8731 <br> rfloresesq@verizon.net | KIENBAUM HARDY VIVIANO <br>  PELTON & FORREST, P.L.C. <br> By: Elizabeth Hardy (P37426) <br>     David A. Porter (P76785) <br> Attorneys for Defendants <br> 280 N. Old Woodward Ave., Suite 400 <br> Birmingham, MI  48009 <br> (248) 645-0000 <br> ehardy@khvpf.com <br> dporter@khvpf.com |

## DEFENDANTS' EXPERT WITNESS LIST

Defendants Wayne State University, Wayne State University School of Medicine, Nikolina Camaj, Margit Chadwell, Matt Jackson, Richard S. Baker, and R. Darin Ellis, by their undersigned counsel, make the following disclosures of their expert witnesses:

1. Michael N. Kahaian.  Mr. Kahaian is a Managing Director of Accurity Group, LLC and are Certified Public Accountants. They are expected to provide expert testimony regarding Plaintiff's damages and other financial issues regarding Plaintiff, and any other relevant testimony in this matter.

2. All necessary rebuttal and sur-rebuttal expert witnesses.

3. Defendants reserves the right to amend this witness list to include additional expert witnesses if discovery discloses the need for additional expert witnesses.

                                        KIENBAUM HARDY VIVIANO
                                        PELTON & FORREST, P.L.C.

                                        By:  */s/Elizabeth Hardy*
                                              Elizabeth Hardy (P37426)
                                              David A. Porter (P76785)
                                        Attorneys for Defendants
                                        280 N. Old Woodward Ave., Suite 400
                                        Birmingham, MI  48009
                                        (248) 645-0000
                                        ehardy@khvpf.com
Dated: October 7, 2021           dporter@khvpf.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/Elizabeth Hardy*
Elizabeth Hardy
Kienbaum Hardy Viviano Pelton
  & Forrest, P.L.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009
(248) 645-0000
E-mail:  ehardy@khvpf.com
(P37426)

426880