UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY EID, an individual, | Case No. 2:20-cv-11718 |
| | Hon. Gershwin A. Drain |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally, | |
| Defendants. | |

## JOINT STIPULATION AND ORDER TO AMEND CASE CAPTION

Plaintiff and Defendants hereby enter the following Joint Stipulation and [Proposed] Order to Amend Case Caption:

WHEREAS, Plaintiff filed his Motion for Protective Order seeking the Court's permission to proceed anonymously in this litigation on September 28, 2020;

WHEREAS, on October 8, 2020, the Court entered Plaintiff's Protective Order allowing Plaintiff to proceed anonymously in this litigation;

WHEREAS, on October 14, 2020, the Court entered an Order vacating the Protective Order allowing Plaintiff to proceed anonymously;

WHERAS, the parties believe that for ease of reference and efficiency, the caption in this matter should be amended to reflect that John Plaintiff is also known

as Plaintiff Anthony Eid;

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that the caption in this case shall read "ANTHONY EID V. WAYNE STATE UNIVERSITY ET AL."

Respectfully submitted on this <u>28th</u> day of <u>October</u>, 2021 by:

 /s/ Mark C. Rossman
**ROSSMAN, P.C.**
Mark C. Rossman (P63034)
Jacob Campbell (P83900)
2145 Crooks Road,
Suite 220
Troy, Michigan 48084
Telephone: (248) 385-5481
Facsimile: (248) 480-4936
mark@rossmanpc.com
jacob@rossmanpc.com
*Attorneys for Plaintiff*


 /s/ J. Robert Flores (with permission)
**J. ROBERT FLORES**
J. Robert Flores, Esq.
Virginia Bar No. 42080
10410 Hampton Road,
Fairfax Station,
Virginia 22039
Telephone: (703) 609-8731
Facsimile: (703) 995-4307
rfloresesq@verizon.net
*Attorneys for Plaintiff*


Date: _____

 /s/ David Porter (with permission)
**KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.**
Elizabeth Hardy (P37426)
David A. Porter (P76785)
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
Telephone: (248) 645-0000
ehardy@khvpf.com
dporter@khvpf.com
*Attorneys for Defendants*

Date:  October 28, 2021

**SO ORDERED**, this 5th day of November, 2021

s/Gershwin A. Drain_____
Hon. Gershwin A. Drain