UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY EID, an individual, | Case No. 2:20-cv-11718 |
| | Hon. Gershwin A. Drain |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Mark C. Rossman of the law firm of Rossman, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

**ROSSMAN, P.C.**

/s/ Mark C. Rossman
Mark C. Rossman (P63034)
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481
Facsimile: 248.480.4936
Email: Mark@rossmanpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, I electronically filed the foregoing document using the Court's electronic filing system, serving same upon all counsel of record authorized to receive such filings.

/s/ Mark C. Rossman
Mark C. Rossman
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481
Facsimile: 248.480.4936
Email: mark@rossmanpc.com
