## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

      Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS,
in their individual and official capacities, jointly and severally,

      Defendants.

Case No. 2:20-cv-11718
Hon. Gershwin A. Drain
Mag. Judge David R. Grand

---

| | |
|---|---|
| Mark C. Rossman (P63034)<br>ROSSMAN, P.C.<br>Attorneys for Plaintiff<br>& 2145 Crooks Road, Suite 220<br>Troy, Michigan 48084<br>(248) 385-5481<br>mark@rossmanpc.com | Elizabeth Hardy (P37426)<br>David Porter (P76785)<br>KIENBAUM HARDY VIVIANO PELTON FORREST, P.L.C.<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000<br>ehardy@khvpf.com |
| J. Robert Flores<br>Attorney for Plaintiff<br>10410 Hampton Road<br>Fairfax Station, Virginia 22039<br>(703) 609-8731<br>rfloresesq@verizon.net | |

---

## STIPULATED ORDER EXTENDING DISCOVERY DEADLINE AND MOTION DEADLINE

6

This matter is before the Court upon the agreement of Plaintiff, Anthony Eid, and the Defendants, Wayne State University, Wayne State University School of Medicine, Nikolina Camaj, Margit Chadwell, Matt Jackson, Richard S. Baker, and R. Darin Ellis ("Defendants"). Specifically, Plaintiff and Defendants agree that it is necessary to extend the deadline for expert discovery and related matters as described in Fed. R. Civ. P. 16(b) from November 15, 2021 to January 15, 2022, and to extend the deadline for motions from December 13, 2021 to January 31, 2022. Plaintiff's expert report regarding economic loss shall be due 21 days from the date of the issuance of an order resolving any motions for summary judgment, whether filed by Plaintiff or Defendants. Defendants' economic loss expert report shall be due 21 days after the Plaintiff's expert report. An additional 21 days shall then be granted whereby Plaintiff and Defendants shall conduct depositions of all economic loss experts.

This Court finds the agreement acceptable and that it is not interposed for delay. Accordingly, it is ORDERED that the April 19, 2021 scheduling order is amended as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Expert Discovery Cutoff | November 15, 2021 | December 15, 2021 |
| Dispositive Motion Cutoff | December 13, 2021 | January 31, 2022 |

7

| | | |
|---|---|---|
| Plaintiff's Expert Report re: Economic Loss | N/A | 21 days from the date of issuance of order resolving motions for summary judgment |
| Defendant's Expert Report re: Economic Loss | N/A | 21 days after Plaintiff's expert report |
| Expert Depositions re: Economic Loss | N/A | 21 days after Defendant's expert report |

All other dates in the April 19, 2021 scheduling order remain the same.

IT IS SO ORDERED.

                                                                                         s/Gershwin A. Drain
                                                                                         DISTRICT COURT JUDGE

Dated: November 17 2021.

Approved and agreed by:

/s/ Elizabeth M. Vincent
Mark C. Rossman (P63034)
Elizabeth M. Vincent (P76446)
ROSSMAN, P.C.
Attorneys for Plaintiff
2145 Crooks Road, Suite 220
Troy, Michigan 48084
(248) 385-5481
mark@rossmanpc.com
liz@rossmanpc.com

/s/ David Porter *with permission
Elizabeth Hardy (P37426)
David Porter (P76785)
KIENBAUM HARDY VIVIANO PELTON FORREST, P.L.C.
Attorneys for Defendants
280 N. Old Woodward Ave., Suite 400
Birmingham, Michigan 48009
(248) 645-0000
ehardy@khvpf.com

/s/ J. Robert Flores *with permission
J. Robert Flores
Attorney for Plaintiff
10410 Hampton Road
Fairfax Station, Virginia 22039
(703) 609-8731
rfloresesq@verizon.net

8