**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Alexandria Division**

| | |
|---|---|
| JOHN PLAINTIFF, )<br>An individual, )<br> )<br>   Plaintiff, )<br> )<br> ) Case No. 2:20-cv-11718<br> )<br> )<br>WAYNE STATE UNIVERSITY, )<br>WAYNE STATE UNIVERSITY )<br>SCHOOL OF MEDICINE, )<br>NIKOLINA CAMAJ, ) **JURY TRIAL DEMANDED**<br>MARGIT CHADWELL, )<br>MATT JACKSON, )<br>RICHARD S. BAKER, and )<br>R. DARIN ELLIS, )<br>in their individual and official )<br>capacities, jointly and severally, )<br> )<br>   Defendants. ) | |

**APPEARANCE OF COUNSEL**

**TO:**   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for JOHN PLAINTIFF.

November 18, 2021

                             /s/                              
J. Robert Flores
Virginia Bar No. 42080
10410 Hampton Road
Fairfax Station, Virginia 22039
JRF@GG-Law.com
703-609-8731 (Tel.)
703-761-5023 (fax)