UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE
STATE UNIVERSITY SCHOOL OF
MEDICINE, MARGIT CHADWELL,
NIKOLINA CAMAJ, MATT JACKSON,
RICHARD S. BAKER, and R. DARIN ELLIS,
in their individual and official capacities, jointly
and severally,

    Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

_____/

| | |
|---|---|
| Mark C. Rossman (P63034)<br>Elizabeth M. Vincent (P76446)<br>ROSSMAN, P.C.<br>Attorneys for Plaintiff<br>2145 Crooks Road, Suite 220<br>Troy, MI 48084<br>(248) 385-5481<br>mark@rossmanpc.com<br>liz@rossmanpc.com<br><br>J. Robert Flores<br>Attorney for Plaintiff<br>Seeking EDMI Admission<br>10410Hampton Road<br>Fairfax Station, VA 22039<br>(703) 609-8731<br>rfloresesq@verizon.net | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST, P.L.C.<br>By: Elizabeth Hardy (P37426)<br>    David A. Porter (P76785)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>dporter@khvpf.com |

_____/

**Defendants' *Ex Parte* Motion to Exceed Page Limit**

Defendants Wayne State University, Wayne State University School of Medicine, Nikolina Camaj, Margit Chadwell, Matt Jackson, Richard S. Baker, and R. Darin Ellis, move *ex parte* under E.D.Mich. LR 7.1(d)(3)(A) for permission to file an oversized brief in support of summary judgment, the deadline for filing of which is January 31, 2022.  In support they say:

1.    In this lawsuit, Plaintiff Anthony Eid challenges his dismissal from Wayne State University's School of Medicine. His Amended Complaint alleges six legal claims against eight defendants, all of whom are represented by the same undersigned counsel.

2.    The parties have conducted extensive discovery, including two depositions of Plaintiff, depositions of all individual defendants but one, and voluminous written discovery.

3.    The deadline for filing dispositive motions is January 31, 2022. Defendants intend to file a motion for summary judgment on all claims as to all Defendants.

4.    Defendants request leave to file an oversized brief to adequately address all claims against all the defendants.

5.    Plaintiff's primary claim is that he was denied procedural and substantive due process. Such claims are factually intensive, requiring a full understanding of the procedures leading up to Plaintiff's dismissal and the decision-

1

making process itself. In Plaintiff's case, that included a preliminary interview, two hearings before multi-member committees, multiple written submissions by Plaintiff, numerous informal meetings between Plaintiff and administrators, and two appeals. Detailing that process, including a description of Plaintiff's conduct during the process that precipitated his dismissal, necessitates an unusually lengthy factual background.

6. Aside from the factually intensive nature of Plaintiff's primary claim, the sheer number of disparate claims and defendants makes it impossible to adequately address all necessary factual and legal issues within the 25-page limit. In addition to denial of procedural and substantive due process, Plaintiff also alleges gender discrimination under two separate legal sources (the Equal Protection Clause and Title IX), state-law promissory estoppel, violation of the Fair and Just Treatment Clause of the Michigan Constitution, and state-law intentional infliction of emotional distress. There is not substantial overlap between most of these claims as applied to each of the defendants, requiring separate analysis of each claim on its merits.

7. Defendants have made every effort to make their brief in support as concise as possible, but Defendants require more than 25 pages to adequately set forth the facts and apply the law to those facts. An additional 10 pages is necessary to adequately address all significant legal issues presented in this case.

8. For the sake of fairness, Defendants would not oppose granting a similar extension to Plaintiff for his response.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter an order allowing Defendants to file a brief in support of motion for summary judgment that is no longer than 35 pages.

                                     KIENBAUM HARDY VIVIANO
                                     PELTON & FORREST, P.L.C.

                                   By:   */s/ David Porter*
                                          Elizabeth Hardy (P37426)
                                          David A. Porter (P76785)
                                     Attorneys for Defendants
                                     280 N. Old Woodward Ave., Suite 400
                                     Birmingham, MI  48009
                                     (248) 645-0000
                                     ehardy@khvpf.com
Dated: January 28, 2022        dporter@khvpf.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE
STATE UNIVERSITY SCHOOL OF
MEDICINE, NIKOLINA CAMAJ, MATT
JACKSON, RICHARD S. BAKER, and R.
DARIN ELLIS, in their individual and official
capacities, jointly and severally,

    Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

_____/

| | |
|---|---|
| Mark C. Rossman (P63034)<br>Elizabeth M. Vincent (P76446)<br>ROSSMAN, P.C.<br>Attorneys for Plaintiff<br>2145 Crooks Road, Suite 220<br>Troy, MI  48084<br>(248) 385-5481<br>mark@rossmanpc.com<br>liz@rossmanpc.com<br><br>J. Robert Flores<br>Attorney for Plaintiff<br>Seeking EDMI Admission<br>10410Hampton Road<br>Fairfax Station, VA  22039<br>(703) 609-8731<br>rfloresesq@verizon.net | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST, P.L.C.<br>By: Elizabeth Hardy (P37426)<br>    David A. Porter (P76785)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>dporter@khvpf.com |

_____/

**Brief in Support of Defendants' *Ex Parte* Motion to Exceed Page Limit**

For their brief in support of their *ex parte* motion to exceed the page limit, Defendants rely on the facts and authorities contained in their motion.

                                                Respectfully submitted,

                                                KIENBAUM HARDY VIVIANO
                                                 PELTON & FORREST, P.L.C.

                                                 By:   */s/ David Porter*
                                                         Elizabeth Hardy (P37426)
                                                         David A. Porter (P76785)
                                                 Attorneys for Defendants
                                                 280 N. Old Woodward Ave., Suite 400
                                                 Birmingham, MI 48009
                                                 (248) 645-0000
                                                 ehardy@khvpf.com
Dated: January 28, 2022          dporter@khvpf.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                                  */s/* David Porter
                                                  David A. Porter
                                                  Kienbaum Hardy
                                                    Viviano Pelton & Forrest, P.L.C.
                                                  280 N. Old Woodward Avenue
                                                  Suite 400
                                                  Birmingham, MI  48009
                                                  (248) 645-0000
                                                  E-mail: dporter@khvpf.com
                                                  (P76785)

435952