UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ, MARGIT
CHADWELL, MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS, in their individual and
official capacities, jointly and severally,

    Defendants.

Case No: 20-cv-11718

Hon. Gershwin A. Drain
Mag. Judge David R. Grand

_____/

| | |
|---|---|
| Mark C. Rossman (P63034)<br>Elizabeth M. Vincent (P76446)<br>ROSSMAN, P.C.<br>Attorneys for Plaintiff<br>2145 Crooks Road, Suite 220<br>Troy, MI  48084<br>(248) 385-5481<br>mark@rossmanpc.com<br>liz@rossmanpc.com<br><br>J. Robert Flores<br>Attorney for Plaintiff<br>10410 Hampton Road<br>Fairfax Station, VA  22039<br>(703) 609-8731<br>rfloresesq@verizon.net | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST, P.L.C.<br>By: Elizabeth Hardy (P37426)<br>    David A. Porter (P76785)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>dporter@khvpf.com |

_____/

# Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1 | Dr. Herman Gray Declaration |
| 1A | WSU School of Medicine Handbook |
| 1B | Promotions Committee Bylaws |
| 1C | Professionalism Committee Bylaws |
| 2 | The Camaj Report |
| 3 | Eid-Roe Texts |
| 4 | 10/25/18 Fake "Attorney" Email |
| 5 | 10/31/18 Mrs. Roe Email |
| 6 | Google Records |
| 7 | 11/27/18 Camaj Letter |
| 8 | 12/5/18 Chadwell-Camaj Email Chain |
| 9 | 12/14/18 Jackson Email |
| 10 | 2/7/19 Professionalism Committee Minutes |
| 11 | 2/11/19 Professionalism Committee Letter |
| 12 | Anthony Eid's Promotions Committee Statement |
| 13 | 2/27/19 Promotions Committee Minutes |
| 14 | Anthony Eid's Promotions Comm Remarks |
| 15 | Dr. Rodney Braun Declaration |
| 16 | Dr. Eva Waineo Declaration |

| | |
|---|---|
| 17 | 2/27/19 Promotions Committee Letter |
| 18 | 3/5/19 Eid Extension Email |
| 19 | 3/6/19 Muhammad-Chadwell Email |
| 20 | Anthony Eid's Promotions Committee Appeal |
| 21 | 4/10/19 Promotions Committee Appeal Letter |
| 22 | Anthony Eid's Provost Appeal |
| 23 | 5/7/19 Eid-Muhammad Email |
| 24 | 5/23/19 Provost Letter |
| 25 | Dr. Margit Chadwell Deposition Excerpts |
| 26 | Nikolina Camaj Deposition Excerpts |
| 27 | Dr. Matt Jackson Deposition Excerpts |
| 28 | Dr. Richard Baker Deposition Excerpts |
| 29 | Anthony Eid Deposition II Excerpts |
| 30 | Unpublished Case Law |

437384