EXHIBIT 1B

# Promotions Committee
# Wayne State University School of Medicine



**Table of Contents**

**Section 1.0      By-Laws of the Faculty Senate Governing the Standing Committees**…………..Page 3

**Section 2.0      Charge of Promotions Committee** ……………………………………………......Page 4

**Section 3.0       Role of Promotions Committee**……………………………..…………..……....Page 4

**Section 4.0      Membership of Promotions Committee**…………………………………………Page 5

**Section 5.0   Promotion Committee-Due Process**………………………………….…Page 7
        5.1: Potential Actions
        5.2: Hearings
        5.3: Dismissal
        5.4: Promotion Committee Dismissals
        5.5: Administrative Academic Dismissals
        5.6: Appealing Promotions Committee Decisions

## Section 1.0: By-Laws of the Faculty Senate Governing the Standing Committees

The following is an excerpt from the by-laws of the Faculty Senate summarizing the role of the Standing Committees of the Faculty Senate, including the Promotions Committee.

## Article IV. Committees

**SECTION II.  Standing Committees:**

These committees will be the following: Faculty Information Technology, Curriculum, Graduate Affairs, Library, Student Promotions, Budget Advisory, and Research Development. Members of each committee will be appointed by the President of the Senate with the advice and consent of the Executive Committee. Each committee shall develop a set of operating procedures, subject to approval by the Executive Committee, which will govern its activities. The Admissions Committee serves as a joint administrative committee. The Executive committee makes recommendations to the Dean for this committee.

## Section 2.0: Charge of the Promotions Committee

In accordance with LCME Element 9.9 (Student Advancement and Appeal Process), the Promotions Committee is the institutional entity that ensures that the medical education program has a fair and formal process for taking any action that may affect the status of a medical student, including timely notice of the impending action, disclosure of the evidence on which the action would be based, an opportunity for the medical student to respond, and an opportunity to appeal any adverse decision related to advancement, graduation, or dismissal. Its authority originates by delegated powers from the School of Medicine Faculty Executive Committee (by-laws of the Faculty: Article IV. Committees, Section II. Standing Committees ).

The Promotions Committee is the final decision-making entity at the WSUSOM with regard to the promotions and graduation process and has the responsibility of determining the student's fitness and suitability for the study and practice of medicine. The medical school has the responsibility to assure that its graduates possess the knowledge, skills, attitudes, and behavior patterns that will enable them to function satisfactorily as licensed physicians. The Promotions Committee makes decisions relative to the retention and promotion of students and determines whether a student is making satisfactory academic progress. It also has the responsibility of assuring that due process and the rules and policies of the Medical School are followed.

## Section 3.0: Role of the Promotions Committee

- To develop a set of operating procedures, subject to approval by the Executive Committee, which will govern its activities (by-laws of the Faculty: Article 4, Section II).
- Certify the promotion of students who have met all of the promotional requirements of a given year.
- Determine those students whose overall performance merits awarding comprehensive year-end honors.
- Determine the disposition of students who fail to meet the requirements for promotion and are found not to be making Satisfactory Academic Progress.
- Determine the disposition of students whose behavior is inconsistent with the School's professional standards, including hearing appeals of decisions by the Professionalism Committee.
- To make recommendations and to establish requirements relative to remediating unsatisfactory student performance and/or behaviors

### Section 4.0: Membership of the Promotions Committee

The Promotions Committee is composed of eight (8) appointed voting members.

**Chair**
- *The Chair of the Promotions Committee is chaired by the Vice Dean for Medical Education.

**Members**
- Four (4) voting faculty members are appointed by the School of Medicine's Executive Committee of the Faculty Senate.
- Four (4) voting Department Chairs are nominated from the Council of Department Chairs.
- **Four (4) students from each class and four (4) additional students from each class as alternates are appointed by the WSUSOM Student Senate.
- Ex-officio (non-voting) members appointed by the Chair, Vice Dean for Medical Education:
  - Dean of Graduate Medical Education
  - Assistant Dean, Compliance and Continuous Quality Improvement
  - Associate Dean, Student Affairs
  - Assistant Dean, Basic Science
  - Registrar, Records and Registration
  - Associate Director, Records and Registration
  - Assistant Dean, Clinical Science

Additional administrative and counseling personnel participate in the discussion, but do not have formal voting rights.

**Term limits:**
Faculty members shall serve a three year term. Student members serve for three years.

**Quorum**
If the Promotions Committee Chair cannot be present, he/she may appoint a designee to take his/her place for any scheduled meeting. A quorum of 5 of the 8 faculty/administrator voting members is necessary for a formal vote. A majority vote is necessary to approve a motion.

**Voting**
A simple majority vote is necessary to approve any motion by the Promotions Committee.

*The Chair is a non-voting member unless there is a tie. In the case of a tie vote, the Chair can exercise his/her option of either breaking the tie, reopening the case for further deliberation, or tabling the vote if further information is desired by the voting committee members.

**Students votes are advisory votes only. If an appointed student member for a class is not present, the alternate from the respective class may cast an advisory vote in his/her absence.

# Members
# Promotions Committee

| **Chair** |
|---|
| Richard Baker, MD |
| **Recorder** |
| Vickie Muhammad |
| **Department Chairs (Voting Members)** |
| Jian-Ping Jin, MD, Physiology |
| Mark Juzych, MD, Ophthalmology |
| Herman Gray, MD, Pediatrics (DMC) |
| Wael Zakr, MD, Pathology |
| **Faculty Senate Appointees (Voting Members)** |
| Eileen Hug, DO, Pediatrics - Henry Ford Health System |
| Rodney Braun, MD, Anatomy and Cell Biology |
| Avril Holt, MD, Anatomy and Cell Biology |
| Eric Ayers, MD, Internal Medicine/PEDS |
| Eva Waineo, MD, Psychiatry |
| **Student Representatives (Voting Members)** |
| Sydney Daviskba, Yr. 1 |
| Elana Flobe, Yr. 2 |
| Paul Zlojutro, Yr. 3 |
| Brian Sullivan, Yr. 4 |
| **Alt. Student Representatives (Non-voting Members)** |
| Laura Donohue, Yr. 1 |
| Aashna Sahi, Yr. 2 |
| John Shanley, Yr. 3 |
| Vacant, Yr. 4 |
| **Ex-officio Non-Voting Members** |
| Jason Booza, PHD, Assistant Dean, Continuous Quality |
| Margit Chadwell, MD, Associate Dean, Student Affairs |
| Christopher Steffes, MD, Assistant Dean, Clinical Science |
| Matt Jackson, MD, Assistant Dean, Basic Science |
| JaEsta Jones, Registrar, Records and Registration |
| Vacant, Associate Director, Records and Registration |

## Section 5.0: Promotion Committee Due Process

**5.1 Potential Actions**

The options available to the Promotions Committee for disposition of a particular student prior to promotion to the next academic year include, but are not limited to the following:

- Require a student to successfully complete all non-examination deficiencies
- Allow a student to take re-examination in a failed course(s)
- Require a student to repeat selected failed courses or clerkships
- Require a student to appear before the Promotions Committee for a hearing
- Suspend a student and place him/her on an administrative leave of absence pending further investigation
- Dismiss a student from medical school

**5.2 Hearings**

Students who face the possibility of dismissal will be invited to a hearing with the Promotions Committee to ensure that all relevant data is available when the Committee makes its decision. Students facing Administrative Academic Dismissals (discussed in Section 5.5 below) are not included in the Hearing process. Hearings are for students who face the possibility of dismissal due to reasons other than for Administrative Academic Dismissals   Hearings are also provided where a student is appealing a decision of the Professionalism Committee. The hearing process is as follows:

- Students who are called before the Promotions Committee are requested to submit a statement to their counselor and records and registration. The statement should summarize for the Committee whatever information the student wishes the Committee to consider, supported by facts, in light of the reason(s) the student is called before the Committee for a hearing.
- Students who are appealing a decision of the Professionalism Committee, are requested to submit an appeal letter to their counselor within 10 days of receipt of the decision of the Professionalism Committee and a copy to records and registration.  This appeal letter should state the main reason for the appeal, supported by facts.
- A student can bring a support person to a hearing. If that support person is an attorney, the Vice Dean for Medical Education or his/her designee must be notified 10 days prior to the hearing.
- Recording are not allowed.
- The student will be introduced to the voting members of the committee.
- Members of the Committee may ask questions of the student.
- The student is permitted to summarize his/her situation.
- Deliberations are confidential, are based upon the academic decision making of the Committee, and occur without the student being present.
- The Promotions Committee can decide to postpone action pending receipt of

{00078042.1}

- additional information.
- An official letter of the decision will be provided to the student.

In the process of making decisions regarding students, the Promotions Committee considers the student's entire academic record to date, which includes:

- Pre-entry data and medical school transcript information
- Performance data from the current academic year
- Information regarding any student issues which appear to have impaired academic or professional performance

*Section 5.0: Promotion Committee Due Process (continued)*

**5.3 Dismissal**

Dismissal is a permanent, involuntary removal of a student from medical school. Dismissals occur when it has been determined that a student's overall academic performance and/or professional behavior have fallen below the School's standards, or the student has violated any medical school policy. Dismissals can result either by action of the Promotions Committee or administratively by action of the Associate Dean for Undergraduate Education, pursuant to Section 5.5 below, at the point where a student fails to meet specified academic benchmarks.

**5.4 Promotion Committee Dismissals**

Students facing the possibility of dismissal by the Promotions Committee will be invited to a hearing before the Committee. Students can be dismissed after deliberation by the full Promotions Committee. Dismissed students will be notified by a letter from the Chair of the Promotions Committee (the Vice Dean for Medical Education). Please refer to the Hearings section above and the Promotion and Graduation section for more detail.

**5.5 Administrative Academic Dismissals**

Students can be dismissed administratively, by the Associate Dean for Undergraduate Medical Education, for any of the following reasons:

- Failure to pass USMLE Step I, 2CK, or 2CS by stated deadlines
- Failure to achieve a grade of Satisfactory for a repeated Year I or Year 2 course
- Failure to begin and/or complete repeated coursework as scheduled
- Failure to pass an NBME subject examination on a third attempt
- Two clinical failures of Year 3 clerkships /Year 4 required courses, or a 2nd clinical failure of a single clerkship or Year 4 required course

Students administratively dismissed by the Associate Dean for Undergraduate Medical Education for academic reasons can appeal to the Vice Dean for Medical Education. Students deciding to appeal must have a full appeal letter submitted to the Office of Records and

Registration within 10 business days of the dismissal notification. The Vice Dean for Medical Education, as the Chair of the Promotions Committee, is the final arbiter of administrative dismissals for the School of Medicine. Students deciding to appeal this decision to the University must submit a written request to the Wayne State University Office of the Provost. Full instructions are located at: **https://provost.wayne.edu/academic-policy**.

A student who is administratively dismissed due to failing a repeated course, failing an NBME exam for the third time or a second clinical failure cannot appeal this final grade to the Provost prior to the School of Medicine administrative dismissal procedures. The appeal process for administrative dismissals supersedes the normal grade appeal policy contained elsewhere in this manual, as this final failing grade directly leads to the administrative dismissal. A student can, however, in this special circumstance, include a grade appeal as a part of his/her appeal of the dismissal to the Vice Dean for Medical Education (submitted to the Office of Records and Registration). Such a "bundled" appeal can then have a final appeal to the Provost (as a part of the dismissal appeal process) if the appeal of the grade/resulting dismissal is denied by the Vice Dean for Medical Education. Full instructions on appealing to the Provost are located at: **https://provost.wayne.edu/academic-policy**.

### 5.6 Appealing Promotions Committee Decisions

Students have the right to appeal decisions of the Promotions Committee. In order to appeal a decision the following must occur:

- A student must present a written statement to the Chair of the Promotions Committee within 10 business days from the time the decision has been communicated to the student.
- The appeal letter must clearly state the specific nature of the appeal.
- Appeals must contain new information not originally brought before the Committee in order for the appeal to be considered by the Chair of the Promotions Committee.
- The lack of new information in the appeal will result in the denial of the appeal by the Chair without taking the appeal to the full Committee.
- If the appeal is denied, the student can appeal the decision to the Provost of the University by writing a letter to the Provost, within 30 calendar day of the postmark of the SOM's final decision, and by providing a copy to the Dean of the Medical School. The procedures for appeals to the Provost can be found at: **https://provost.wayne.edu/academic-policy**.

{00078042.1}