

EXHIBIT 2



# WAYNE STATE
## UNIVERSITY

December 4, 2018

PERSONAL AND CONFIDENTIAL

Regarding Case Number: 2018039001

Anthony Eid
Access ID: eh2083

Dear Margit,

I have concluded my investigation into the Complaint made on October 29, 2018 against WSU medical student Anthony Eid by former WSU student ██████ ██████ Attached you will find the investigation report, statements, and evidence.

Kind Regards,
Nikolina

Nikolina Camaj
Associate Director and Student Conduct Officer, Dean of Students Office

CC:   Margit Chadwell, MD, FAAFP, Associate Dean of Student Affairs and Career Development, Wayne State University School of Medicine

---

**Dean of Students Office**

5221 Gullen Mall          Phone: 313-577-1010      doso.wayne.edu
301 Student Center        Fax: 313-577-8061
Detroit, MI 48202

WSU / Eid 000221

Wayne State University
Complaint Form

*Submitted on October 29, 2018 at 3:14:32 pm EDT*

Nature:                         N/A
Urgency:                        N/A
Incident Date and Time:         2018-10-26 2:00 PM
Incident Location:              Off campus Wherever I am he contacts me.

Reported by

Name:
Title:                          Former WSU student
Email:
Phone:
Address:
                                [UNAUTHENTICATED]

Involved Parties

Anthony Eid ()                                      Aeid@med.wayne.edu
                                                    248-310-8610

Complaint

This complaint is about:
**Other (not on list/unsure complaint)**

Please provide a detailed description of your concern/complaint using specific, concise, objective language.
Write-In Answer

Anthony Eid has been harassing me since 2016. I met him at the fair where all the clubs are set up outside. It was before my freshman year began. I was at the biology tent and I met anthony. I told him I was on the premed track and taking bio 1510. He told me he had old exams he could send me and i thought wow, how helpful of this guy! After he sent me the materials I didn't hear from him for about a month. That is when he contacted me again saying that his accounts had been hacked, and he needed my email information to delete his cookies from the hack. He said he needed the personal passwords of everyone he had contacted recently to delete these "cookies". He said the connection was from sending me the documents. I'd like to add that those documents where sent through gmail. But he asked for my iCloud password and information. I refused to give it to him because it seemed next to impossible that that was a real situation. He texted me, Facebook messaged me, and contacted me through other social media extensively and I would not answer because I felt uncomfortable. I finally gave him a password for my account so he would stop continuously harassing me almost every single day. I thought all was fine until all of my social media accounts started getting hacked shortly thereafter. One time I was hacked and was able to track the location right to two crossroads on Wayne state's campus. I believe he is the one that has constantly hacked my accounts. After a while and thinking I was finally free of dealing with him, he comes back to say "there was an issue, I need your password again". I asked him to leave me alone where he took it upon himself to tell me that he "is the leader of the community at Wayne state and I could change your life". Those types of texts messages and harassment came quite often. I thought I was finally free of him till I recieved a text message about a month ago. He told me that his accounts got hacked again, and he went to the police. He said that the police gave him my address and phone number connected to the hacking (which I do not believe police would ever do, and also don't believe it's possible). He said that somehow from my phone and address his Snapchat account had been hacked and that our Snapchat accounts had become "linked"- which night I add, is virtually impossible. He said he needed my Snapchat password to fix this problem. I said leave me alone, do not contact me again. Then on Friday, I recieved a text from anthony saying to check my email because I should be expecting something from his lawyer. It was an email from a "lawyer" from the Wolff-Smith law firm saying I was suppose to appear in court on November 15, 2018 for small claims that he had filled against me. You will read in what I've done to resolve this that he impersonated a lawyer and tried to harass and

scare me with a fake court date.  He has gone THIS far to try and get my Snapchat password- I assume for the pictures saved through the app. I assume that's why back then he wanted my ICloud information. For my pictures. I've also had three instances where someone has made fake accounts of me and contacted a previous photographer I did a photoshoot with and claimed I "lost the file with all the pictures from the shoot, can you resend it?" Luckily the photographer contacted the real me each time. I can't confirm it was anthony, but I have a strong gut feeling. He has been harassing me for over two years and to go the far is absolutely mind blowing and disgusting on his part.

What have you done to resolve the situation? Include details of the people/offices contacted and the method of contact.
I called the Wolff-Smith law firm in lake Orion Michigan, to confirm that the email from Anthony's "lawyer" was not from them nor any of their lawyers. I called the 36th district court house and I am not on the docket for November 15, 2018.

What is the outcome you are requesting?
I am hoping he cannot do this to another student. He is abusing his power as being one of the top of the class at med school and using it as an in to harass people. I am hoping that he hasn't done this to anyone else, but I am not sure. I am hoping that he can be reprimanded for harassing me, for pretending to be a lawyer, and faking a court case, in attempt to get my passwords for my social media accounts. I wish for him to be held accountable for targeting impressionable female students and to no longer be harassed by him. As well as no other female student being harassed by him. If necessary I have all of the text messages he's ever sent me with proof. I'll include a few screenshots right now.

By clicking submit Completing this form, I declare that the information on this form is true, correct and complete to the best of my knowledge. I understand that any misinterpretation of information may result in disciplinary action as stipulated in the University's Student Code of Conduct.
I AGREE

<u>Attachments</u>

f030dd4c8e5447acbb35c6da6158c509.png
f8f6954f81fe4ca6a73b84d97ca25d0f.png
0ecd534025a04a0f87e7ca6d14efee56.png
04f7be2ab58d4ae7b30861afd49beed8.png
2dc3299e4b804244ab26472e3f38f0d3.png
afb6f14cbc604d7bbbaea937148a5741.png
f06e8c1ac8fa4ae0a4b960247fb6ee12.png

*Pending IR #00000509*
*Submitted from 24.9.55.141 and routed to Nikolina Camaj (Associate Director and Student Conduct Officer, Dean of Students Office). Processed by routing rule #13.*
*Copies to: davidstrauss@wayne.edu; cnaal@wayne.edu*

Wayne State University
Complaint Form

*Submitted on October 29, 2018 at 3:14:32 pm EDT. Last modified October 29, 2018 at 4:34:46 pm EDT.*

Nature:                              N/A
Urgency:                             N/A
Incident Date and Time:              2018-10-26  2:00 PM
Incident Location:                   Off campus Wherever I am he contacts me.

Reported by

Name:
Title:                    Former WSU student
Email:
Phone:
Address:

Involved Parties

**Anthony Eid (004087570)**                        Aeid@med.wayne.edu
                                                   248-310-8610

Complaint

\*\* This complaint is about:
Other (not on list/unsure complaint)

\*\* Please provide a detailed description of your concern/complaint using specific, concise, objective language.
Write-In Answer
Anthony Eid has been harassing me since 2016. I met him at the fair where all the clubs are set up outside. It was before my freshman year began. I was at the biology tent and I met anthony. I told him I was on the premed track and taking bio 1510. He told me he had old exams he could send me and I thought wow, how helpful of this guy! After he sent me the materials I didn't hear from him for about a month. That is when he contacted me again saying that his accounts had been hacked, and he needed my email information to delete his cookies from the hack. He said he needed the personal passwords of everyone he had contacted recently to delete these "cookies". He said the connection was from sending me the documents. I'd like to add that those documents where sent through gmail. But he asked for my iCloud password and information. I refused to give it to him because it seemed next to impossible that that was a real situation. He texted me, Facebook messaged me, and contacted me through other social media extensively and I would not answer because I felt uncomfortable. I finally gave him a password for my account so he would stop continuosly harassing me almost every single day. I thought all was fine until all of my social media accounts started getting hacked shortly thereafter. One time I was hacked and was able to track the location right to two crossroads on Wayne state's campus. I believe he is the one that has constantly hacked my accounts. After a while and thinking I was finally free of dealing with him, he comes back to say "there was an issue, I need your password again". I asked him to leave me alone where he took it upon himself to tell me that he "is the leader of the community at Wayne state and I could change your life". Those types of texts messages and harassment came quite often. I thought I was finally free of him till I recieved a text message about a month ago. He told me that his accounts got hacked again, and he went to the police. He said that the police gave him my address and phone number connected to the hacking (which I do not believe police would ever do, and also don't believe it's possible). He said that somehow from my phone and address his Snapchat account had been hacked and that our Snapchat accounts had become "linked"- which night I add, is virtually impossible. He said he needed my Snapchat password to fix this problem. I said leave me alone, do not contact me again. Then on Friday, I recieved a text from anthony saying to check my email because I should be expecting something from his lawyer. It was an email from a "lawyer" from the Wolff-Smith law firm saying I was suppose to appear in court on November 15, 2018 for small claims that he had filled against me. You will read in what I've done to resolve this that he impersonated a lawyer and tried to harass and scare me with a fake court date.  He has gone THIS far to try and get my Snapchat password- I assume for the pictures saved through the app. I assume that's why back then he wanted my iCloud information. For my pictures. I've also had three instances where someone has made fake accounts of me and contacted a previous photographer I did a photoshoot with and claimed I "lost the file with all the pictures from the shoot, can you resend it?" Luckily the

WSU / Eid 000224

photographer contacted the real me each time. I can't confirm it was anthony, but I have a strong gut feeling. He has been harassing me for over two years and to go the far is absolutely mind blowing and disgusting on his part.

** What have you done to resolve the situation? Include details of the people/offices contacted and the method of contact.
I called the Wolff-Smith law firm in lake Orion Michigan, to confirm that the email from Anthony's "lawyer" was not from them nor any of their lawyers. I called the 36th district court house and I am not on the docket for November 15, 2018.

** What is the outcome you are requesting?
I am hoping he cannot do this to another student. He is abusing his power as being one of the top of the class at med school and using it as an in to harass people. I am hoping that he hasn't done this to anyone else, but I am not sure. I am hoping that he can be reprimanded for harassing me, for pretending to be a lawyer, and faking a court case, in attempt to get my passwords for my social media accounts. I wish for him to be held accountable for targeting impressionable female students and to no longer be harassed by him. As well as no other female student being harassed by him. If necessary I have all of the text messages he's ever sent me with proof. I'll include a few screenshots right now.

** By clicking submit Completing this form, I declare that the information on this form is true, correct and complete to the best of my knowledge. I understand that any misinterpretation of information may result in disciplinary action as stipulated in the University's Student Code of Conduct.
I AGREE


Attachments

04f7be2ab58d4ae7b30861afd49beed8.png
0ecd534025a04a0f87e7ca6d14efee56.png
2dc3299e4b804244ab26472e3f38f0d3.png
afb6f14cbc604d7bbbaea937148a5741.png
f030dd4c8e5447acbb35c6da6158c509.png
f06e8c1ac8fa4ae0a4b960247fb6ee12.png
f8f6954f81fe4ca6a73b84d97ca25d0f.png


*Pending IR #00000509*
*Submitted from 24.9.55.141 and routed to Nikolina Camaj (Associate Director and Student Conduct Officer, Dean of Students Office)*
*Modified by Nikolina Camaj on October 29, 2018 at 4:34:46 pm EDT from 141.217.83.150*



2:04

anthony eid ›

iMessage
Nov 17, 2016, 9:31 PM

Hey ▮▮▮▮ It's Anthony Eid
from the student senate. I have
a small favor I'm hoping you can
help me with

> what's up?

Kinda a long story. I was hacked
earlier this week by someone in
Asia, and they stole thousands
of dollars from me. Lucky I was
able to get it all back, but since
them I've been trying to figure
out how they were able to get
into my account

So Apple told me that it's bc
they were able to use saved log
in data from cookies that have
been stored on my computer.
They said I have to delete the
cookies in order to secure my
account

The problem is, my computer

2:04

anthony eid ›

The problem is, my computer
has cookies from everyone who
has ever logged in from my
computer, which is a ton of ppl.
So For the past 3 days I've been
going around trying to ask
people that have logged in to
sign in using my comp so I can
delete the cookies.

Your names on the list from that
time I gave you those bio exams.

So basically would it be cool if I
logged into your account,
deleted the saved cookies from
my computer, then log off? I
promise I'm won't hack you or
anything. I'm just trying to make
sure my account is secure so
this doesn't happen again

Nov 17, 2016, 10:37 PM

Or if your not comfortable with
that, can we meet up on
campus sometime and you can

WSU / Eid 000231

2:14 ◀

‹ Home    **Anthony Eid ›**
             Active 6h ago    📞 📹

deleted the cookies from my computer, and then logged off? I promise I'm not going to hack you or anything lol. I'm just trying to secure my account so this does not happen again

11/9/2016, 11:04 PM

Hey ███████ still desperately trying to fix my email account problem. get back to me when you can

11/29/2016, 11:19 PM

if you don't feel comfortable with giving me that info, perhaps we can meet sometime on campus for a few mins and you can put it in yourself or something

     Aa   

---

2:14 ◀

‹ Home    **Anthony Eid ›**
             Active 6h ago    📞 

Hey hey! Hope your semester is starting off alright. First ones the hardest. Lmk what classes you are taking bc I prob have a ton of old exams/other material. Are you available to meet in campus sometime next week so we can fix my account issue I was telling you about?

I went to the Apple Store again to see if there was any other way around this (if it's the Apple and not gmail). They showed me a way that works but it don't bc of 2 step verification. Can you turn that off so I can try to fix it without the

     Aa  😊 👍

WSU / Eid 000230



2:04 ⏴

‹ anthony eid ›

campus sometime and you can do it yourself?

Nov 18, 2016, 1:29 PM

Hey you get my texts yesterday?

Nov 19, 2016, 9:13 AM

Hey ███████ Don't mean to bother you, but I could really use the help in securing my account.

Nov 24, 2016, 7:51 AM

Happy thanksgiving! Ask if you could check your fb messages and get back to me I would appreciate it!

Feb 4, 2017, 10:59 AM

Hi. Can you check your fb messages? Thanks.

Feb 25, 2017, 10:35 PM

Check DMs plz when you get

iMessage

---

2:04 ⏴

‹ anthony eid ›

Feb 25, 2017, 10:35 PM

Check DMs plz when you get the chance

Feb 26, 2017, 5:50 PM

I would really like to get this done tonight if you have the time

i've been working since 6 am i'm busy right now at work

Ok my bad. Just lmk whenever you have a chance. Don't work too hard

Mar 2, 2017, 10:19 PM

Hi! Just a reminder you told me you would send me the info a week ago. Any time would be appreciated so I can fix this

Mar 3, 2017, 5:55 AM

???

iMessage



2:14 ⏴

‹ Home      Anthony Eid ›
            Active 6h ago

stole thousands of dollars
from me. Luckly I was
able to get it all back, but
since then ive been trying
to figure out how they
were able to get into my
account

So Apple did some
digging and told me that
its bc they were able to
use saved log in data from
cookies that were stored
on my computer. So now I
have to delete those
cookies in order to secure
my account

Prob is, my comp has
cookies from everyone
who has logged in, which
is kidna a lot of ppl haha.
So for the past week ive
been going around trying
to talk to everyone that
has to solve the issue

     Aa

2:14 ⏴

‹ Home      Anthony Eid ›
            Active 6h ago

Your name was on the list
from that time I haave you
those old Bio exams

So would it be ok if I
logged into the account,
deleted the cookies from
my computer, and then
logged off? I promise I'm
not going to hack you or
anything lol. I'm just trying
to secure my account so
this does not happen
again 

11/29/2016  11:51:21

Hey ██████ still
desperately trying to fix
my email account
problem. get back to me
when you can 

11/29/2016  11:51:32

if you don't feel

     Aa  

WSU / Eid 000229



2:04

< anthony eid >

Mar 4, 2017, 9:50 AM

This is very frustrating. You swig AGAIN we would take care of this and it's still not. I do not understand why this is such a big deal.

Mar 5, 2017, 2:24 PM

If you have time today would be great

Mar 9, 2017, 10:57 PM

In case you didn't get the DMs, I'm putting in the complaint tomorrow at 5pm if you're not going to help me (which is pretty clear by now).

Mar 10, 2017, 1:19 PM

what email is it again

?!

2:04

< anthony eid >

It's the one that ends in @icloud.com I believe

Mar 10, 2017, 2:40 PM

honestly i don't even know that right now and i'm at work

All good just send it when you get home I'm also at work

Mar 10, 2017, 7:07 PM

It looks like it's

Mar 11, 2017, 7:24 AM

It looks like it's

can you send me the info

Mar 11, 2017, 12:43 PM

i think the pass is
I could be
wrong though i have another if it

WSU / Eid 000233



2:04 ✈                                          ⏹ 📶 ⬛

‹ 🔟                anthony eid ›

wrong though i have another if it
doesn't work

Yea it's saying that's wrong

                    Mar 12, 2017, 10:27 PM

???

                    Mar 15, 2017, 4:12 PM

Can you send me the info

                    Mar 15, 2017, 5:49 PM

Hello? I really would like to get
this over with

                    Mar 16, 2017, 8:52 AM

Hello

                    Mar 16, 2017, 3:57 PM

                              honestly idek it then

                              try

                    Mar 16, 2017, 5:55 PM

📷  🅐       iMessage                    🎤


2:05 ✈                                          ⏹ 📶 ⬛

‹ 🔟                anthony eid ›

                    Mar 16, 2017, 5:58 PM

Nope that's not it either. Maybe
it's the same as another pw you
use?

Otherwise you can reset it at
iforgot.com

And just so you know it should
be the same as the pw you use
to dl an app from the App Store

Please try to do this tonight I've
given you three extra weeks. It
can be done in 10 mins

                    Mar 17, 2017, 10:29 AM

Please try to do this today I've
given you three extra weeks and
I can't keep waiting time on this.
It can be done in 10 mins

                    Mar 18, 2017, 1:08 AM

                    i honestly don't know my

📷  🅐       iMessage                    🎤

2:05 ⏴                        ⬤ 📶 🔋        2:05 ⏴                        📶 🔋

⟨       anthony eid ›     ⟨       anthony eid ›

Mar 18, 2017, 1:08 AM

i honestly don't know my                    let's just meet up in the student
password and last time i tried to           center sometime for 5 mins so
reset my apple password it                  you can type it in yourself! Or,
locked me out of all of my stuff            even easier, just reset it to
and crashed my old phone.                   something else after you give it
                                            to me
It's a very straightforward
process. You go to the link and                    Mar 18, 2017, 10:34 AM
type in your Apple ID. Then it
sends you an email  to reset it. I          Any other guesses?
kind of doubt you don't know
your password bc you need it to                    Mar 20, 2017, 11:19 PM
dl any app or do any backup or
set up the phone in the first                ?
place. If you really don't know it
then you should prob call Apple                    Mar 21, 2017, 5:42 PM
and figure it out bc it's kind of
important. Do you have any                   Ok so I don't think your really
other guesses on what it could              willing to work with me and I'm
be?                                         pretty fed up so I think I'm just
                                            going to file this report and let
And like I said before if your not          the university decide who's in
comfortable just giving it to me            the right
let's just meet up in the student
center sometime for 5 mins so                       i don't know y password and last
                                                    time i tried to reset it crashed
                                                    my phone

🔲 Ⓐ   iMessage          🎤        🔲 Ⓐ   iMessage          🎤
❄ Ⓐ ⬤Pay ◎ 😊 🚫 🔍              ❄ Ⓐ ⬤Pay ◎ 😊 🚫 🔍



2:05 🖊

anthony eid ›

Mar 24, 2017, 4:05 PM

my apple id for that stuff is my dads but i have my own icloud. two seperate accounts.

mine is just so i have my own icloud.

try Ppmnamm1992

The iCloud one, your own, is the one I need bc that's the one I put those old exams on. I'll try that one and let you know

Mar 24, 2017, 11:51 PM

Yea just got home and tried it. Still didn't work. Once again it's for the account I put the exams one. To check it go to your settings -> icloud and it will say the email address on top.

Mar 25, 2017, 9:38 AM

Maybe it's a password you made

2:05 🖊

anthony eid ›

Mar 25, 2017, 9:38 AM

Maybe it's a password you made and not your dad?

Mar 25, 2017, 12:21 PM

Any ideas?

i know how icloud works. last time i tried to reset my password it crashed my phone. no. no ideas. i do not know.

Well I mean your going to have to do it eventually in order to dl any apps or to back up your phone. Just resetting the password song crash the phone, it must have been a coincidence. Here is what we tried so far:

Cant*. It looks like you have two

WSU / Eid 000236

2:05 ✔                               ,ıl 📶 🔋

 ‹   anthony eid ›

Cant*. It looks like you have two
step verification on too. Maybe
that's why it crashed. After you
change your pw you could turn
it off if you want.

> no. i told you, not to download
> apps. i use my dads apple id. i
> have my own icloud account
> and use my dads apple id for
> that stuff.

When you go to iCloud what
does the address say on your
phone? Bc you can't have two
Apple ids on one phone.

Ok so I just called Apple and got
a little more info. They said the
last time the pw from that
account was reset was on
11/3/16. They said 2 step
verification was also turned on
that day. They said it was reset
from your phone, which means
it's a pw you made yourself.
Does that jog your memory at

   iMessage              

     

---

2:05 ✔                               ,ıl 📶 🔋

 ‹   anthony eid ›

account was reset was on
11/3/16. They said 2 step
verification was also turned on
that day. They said it was reset
from your phone, which means
it's a pw you made yourself.
Does that jog your memory at
all? Can you try a couple more
different pws? If not they also
said that resetting a pw will
never cause a phone to crash,
you can call them and ask lol.

They also said I can prob fix my
problem by connecting your
phone to my computer and
clearing the cookies. I would be
very willing to meet up with you
for lunch or something my treat
on campus if that's easier, but
by far the easiest way to fix this
issue so we never have to talk
about it again would be to either
figure out or reset the pw. So plz
try to think of a couple more

Mar 26, 2017, 10:53 AM

    iMessage              



WSU / Eid 000237

2:05



**anthony eid ›**

Mar 26, 2017, 10:53 AM

Lmk

Mar 28, 2017, 8:43 AM

Would any of those work for you? Trying my best here to resolve this

Apr 1, 2017, 7:48 AM

Can you lmk about her two messages I sent last Saturday?

Apr 3, 2017, 7:10 PM

Any update? My schedule is unusually open this week to figure this out. I'm not trying to cause you any stress but I need to get this taken care of. Idk if you read my last message on what Apple said or not.

Apr 10, 2017, 9:01 AM

Any update? My schedule is unusually open this week to

       

WSU / Eid 000238

2:09 ⏱

⟨ 3      anthony eid ⟩

this community, I'm funny, I've dealt with a lot of similar situations to what you're going through. I try to help you when you need it. I might not be a dime like you are but I'm pretty handsome (or so ppl say at least). I could change your life. Just looking to be friends and wish you would give me more of a chance.

Nov 16, 2017, 7:29 PM

Or not lmao

Mon, Aug 6, 10:21 PM

Hi! Sorry to bother you. Hope you're doing ok. Just a quick question, does the street Alfred Street mean anything to you?

No why

How about Chesterfield, 48047?



iMessage

---

2:09 ⏱

⟨ 3      anthony eid ⟩

How about Chesterfield, 48047?

Why are you asking me this?

Sorry, it's very frustrating. My snap was hacked about two months ago. I had filed a police report Bc I've been getting hacked pretty consistently over the past 2 years or so. They tracked the IP address and they said it came from that area.

It really sucks Bc you can send money on snap now, so they stole some money from me and I lost the access to my account temporarily

I'm sorry I don't know how to help you.

Well that's the strange thing. A google search of the address they gave me popped up with [redacted] as the last name, and the



iMessage

WSU / Eid 000226

2:09 ⏀                     ⏀ 🔋        2:09 ⏀                     ⏀ 🔋

‹       anthony eid ›        ‹ ⑧      anthony eid ›

 as the last name, and the       Which is kinda scary
phone number they gave me
matched this one.
                                                            Well thanks for your concern but
Like I don't think you had                                  I'm sorry I can't help you. Hope
anything to do with this don't                              you have a good night.
worry, but I think someone
might be using your account or         There actually is something you
something to get to me. The            can do actually, if you would be
police said they recommended i         willing to, so I can put this
reach out to you first before          behind me instead of having to
going any further                      investigate it further. I've been
                                       able to rescue all of my account
Have you been hacked at all            except for snap since that's
lately or anything fishy like that?    what this happened with. They
                                       somehow logged in through
        Well that's odd. Nothing has   your phone number
        happened lately no.            (apparently?) to get to me, so
                                       those accounts are linked. If you
        I'm sorry I can't help you I have   could change the pw to
        no idea what that's about.     something temporary so I can
                                       unlink it and get my account
Well that's good I'm glad              back I would appreciate it.
nothing has happened to you.
That tells me I'm the one being                No. Please stop contacting me.
targeted
                                                                        Delivered

                                       I understand. I had deleted your

                        

WSU / Eid 000227

2:10 ✓

anthony eid ›

No. Please stop contacting me.

Delivered

I understand. I had deleted your number until I got it in this investigation report. I'm going to have to file a lawsuit with the 36th district court for damages. I will not contact you again, but you may hear from my lawyer if this is not resolved.

Fri, Oct 26, 6:26 PM

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!

Text Message

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!



---

2:13 ✓

‹ Home       Anthony Eid ›
             Active 6h ago

11/20/2016, 10:04 PM

Hey! I'm not sure if your not seeing my texts or if you're just ignoring me...I understand either way if what I asked makes you uncomfortable lmk. I'm just trying to not have to make a brand new account here.

11/22/2016, 4:42 PM

i never received any texts i'm sorry about that!!

11/22/2016, 8:19 PM

It's ok. Ill explain the situation on here

I was hacked last week by someone in asia, and they stole thousands of dollars from me. Luckly I was able to get it all back, but



**WAYNE STATE UNIVERSITY**

Division of Academic Affairs
Dean of Students Office

## INVESTIGATION REPORT
### Tuesday, December 4, 2018

**Incident Reported:** October 26, 2018
**Incident Date:** August 30, 2016 through October 26, 2018

**Complainant:** ▮▮▮▮ ▮▮▮▮ former WSU student
**Respondent:** Anthony Eid, current WSU medical student

### COMPLAINT
**Harassment and Academic Misconduct:** Specifically, the Complainant reported that the Respondent was harassing her since 2016 and provided her with old Biology exams.

### EVIDENCE
- ➤ Complaint Report Form – Reported by Complainant
- ➤ Text messages between Complainant and Respondent (submitted by Complainant)
- ➤ Respondent Statement
- ➤ Screen shot (submitted by Respondent)

### TIMELINE

| | |
|---|---|
| August 30, 2016 | Respondent and Complainant met at FestiFall, student organization fair, near Biology tent at Wayne State University. |
| | Complainant informed Respondent she was on the premed track and taking BIO 1510. |
| After August 30, 2016 | Respondent provided BIO 1510 exam bench mark questions to Complainant. |
| November 17, 2016 | Respondent began sending text messages to Complainant reporting that his account was hacked and he needed her assistance in resolving the matter. Respondent stated that he would offer Complainant BIO exams in text messages. |
| | Complainant sent one text message in response to Respondent. |
| November 22, 2016 | Second text message was sent by Complainant to Respondent 2016. |
| November 29, 2016 | Last text message was sent by Respondent to Complainant in 2016. |

WSU / Eid 000239



**WAYNE STATE UNIVERSITY**

Division of Academic Affairs
Dean of Students Office

| | |
|---|---|
| January 28, 2017 | Respondent began sending text messages again to Complainant asking to meet in order to resolve his account issues and stated that he had old exams/materials for possible classes she was taking. |
| January 28, 2017-April 10, 2017 | Respondent and Complainant sent text messages to one another in reference to the Respondent's hacked account and request for Complainant's account password. |
| August 6, 2018-October 26, 2018 | Respondent sent text messages to Complainant asking her about Alfred Street and stated that his Snap account was hacked. The Complainant sent text messages in response and asked the Respondent to stop contacting her. |
| October 26, 2018 | Respondent sent last text message to Complainant. |

**COMPLAINANT STATEMENT**

The Complainant and AD Nikolina Camaj had a meeting via phone on November 15, 2018. During the meeting, the Complainant reviewed her Complaint Report and confirmed that the statement she documented in the Complaint Report submitted on October 29, 2018 was accurate. The Complainant stated that she would submit text messages sent between her and the Respondent from November 17, 2016 until October 26, 2018.

The Complainant reported that she was being harassed by the Respondent and did inform her parents recently about her concerns. She further confirmed that she filed a police report in Colorado and has since spoken to Wayne State University Police Department. The Complainant then affirmed that she contacted the Wolff-Smith law firm in lake Orion Michigan to confirm that the email address used did not belong to one of their lawyers. The Complainant added that she contacted the 36th District Court House and confirmed that her name was not on the docket for November 15, 2018.

The Complainant established that she has not received further communication from the Respondent as of October 26, 2018. She does not want any further contact with the Respondent. The Complainant has come forward to report the matter so that other students are negatively impacted by the Respondent should he be harassing other WSU students.

**RESPONDENT STATEMENT**

The Respondent and AD Nikolina Camaj had a meeting in person on November 30, 2018. AD Camaj informed the Respondent that she was investigating a Complaint sent

WSU / Eid 000240



**WAYNE STATE UNIVERSITY**

Division of Academic Affairs
Dean of Students Office

to the Dean of Students Office and Medical College. AD Camaj explained that the complaint was in reference to Harassment and Academic Misconduct.

During the meeting, the Respondent confirmed that he knew the Complainant and met her family at the student organization fair (FestiFall) three to four years prior [He corrected his statement when presented with text message evidence and affirmed they met in August 2016.] When asked about the nature of his communication with the Complainant, the Respondent stated that he only sent text messages to the Complainant in an effort to fix his account which he claimed was hacked. [He corrected his statement and confirmed that he also sent her messages on Facebook when presented with text messages.] The Respondent indicated that he did not save any of the text messages between him and the Complainant.

The Respondent detailed that he was pursuing a civil case against the Complainant in the 36th District Court as he believes she was the one hacking his accounts. When asked to identify materials he shared with the Complainant in 2016, the Respondent stated that he provided her with text books. [He corrected his statement with text message evidence and affirmed he sent her BIO test/exam "bench mark" questions also.]

When asked if he had a lawyer, the Respondent stated that he did not have a lawyer as he wrote to the Complainant and was searching for legal counsel online. The Respondent also stated that he did not send the email to the Complainant pretending to be a lawyer. He further reported that he did not file a police report as he indicated in his text message to the Complainant. He also acknowledged that it was not the Apple store staff who gave him instructions how to fix his account, but he researched the information online. The Respondent explained that he "stretched the truth", misled the Complainant in his text messages.

Lastly, the Respondent confirmed that he is no longer in contact with the Complainant. When asked why he contacted the Complainant initially, the Respondent explained that he wanted to be friends and help her in her BIO class by providing bench mark exam questions. AD Camaj informed the Respondent that he could submit a statement in reference to the Complaint.

Based on the submitted Complaint form, statements provided, and evidence, I am referring this case to the Wayne State University School of Medicine for adjudication and review.

**Note:**

➢ The Retaliation policy was reviewed and discussed with the Complainant and Respondent.
➢ The Respondent and Complainant were instructed to cease all communication with each other and both agreed.

WSU / Eid 000241

Anthony Eid
Statement regarding reported incident

To Whom It May Concern:

     I met █████ █████ (and her parents) at Festifall 2016. She was a freshmen student at the time and was clearly stressed about starting school. I introduced myself and we exchanged phone numbers. I later offered her a pdf copy of a few textbooks and old practice test materials for classes that she was taken that I had taken in years past (I had taken some of the same classes, taught be different professors, back in 2010/2011) that were stored on my iCloud account. She was grateful and thanked me for the textbooks.

     On social medial, I noticed █████ had been making frequent posts on Twitter where she was clearly in a depressed state of mind. Posts would range from worrying about performance in school, not sleeping, drug use, and mental illness. At this point, I decided to reach out again to offer support. One text message was particularly embellishing, I suppose in my immaturity I thought that appealing to vanity might help foster a friendship. As was stated at the end of the text message, I wanted *nothing* more than a completely platonic friendship. At the time, I had been dating my significant other for eight years (we will now be celebrating our ten-year anniversary this month). We are both very much in love and I would never do anything to ruin the sanctity of our relationship.

     After this happened, I noticed that my iCloud account would routinely be accessed by someone. As I knew █████ had access to my account from when I sent her the pdf textbooks, so I thought that it was her that accessing my accounts. I did not know if this was purposeful, and I read on a tech subreddit (on the tech forums of reddit) that the problem may have steamed from when she accessed my account the first time. At this point, I just wanted my account to be fixed, so I asked █████ if she could assist me in either meeting in person, in a public place like a coffee shop, to try to fix it, or changing her password to a different one temporarily so I could try to fix this account (please note, I was not asking for her actual password, but a temporary one that could be changed right after attempting to fix the account). Much of this took place in early 2017. To the best of my recollection, I did not have much communication with her from mid-2017 until August 2018 when I received another message that my account had once again been accessed at an address I thought was connected to her. If there was communication between these times, it was infrequent with months between them.

     The last communication I had with █████ was on October 27th, when I received no less than eight calls from a private number, and then one from a phone number: █████████ in Colorado Springs, CO; that I can only assume was either █████ or one of her associates. When I answered the phone, I was told a racial slur and hate speech that made me extremely upset. The person on the line said "enjoy this country while you are still in it, you dirty Arab". I thought about reporting this to the police or to the university, but I did not. I did not think it

would do any good as ███████ was not a student and I didn't want to go through the added stress of filing a police report at the time.

Currently, I have absolutely no communication with ███████ I deleted her number after the racial slur/hate speech and had already had her blocked on all social media including: Facebook, Instagram, Twitter, and Snapchat. I also do not want any further communication with her at all.

I take full responsibility for the text messages/Facebook messages that were sent to ███████ I deeply regret how this incident has taken place. I understand that I lied to this person about many things, and I am very sorry about that. I never had a lawyer like I stated I did in the messages, and while I did consider suing for damages in civil court regarding this issue, I never did go file in court for any such damages. I said these things so ███████ would work with me to fix this issues with my account and so she would take me seriously. It was wrong, and I should have been more honest with her. This represents a major character flaw that I know I feel terribly about. I promise that I will be working on myself to fix this flaw, through deep self-reflection and perhaps professional help if deemed necessary. Everyone makes mistakes, and while I try to hold myself to the upmost ethical standards, I myself am not perfect. I am not a frequent liar, and in fact I think I'm terrible at it. This was a onetime incident, and I have no other incidents or relationships like this one that has happened with ███████ This was a potential friendship gone wrong, and I will be very careful in the future to make sure nothing like this happens ever again.

I have also learned a valuable lesson from this incident. In my own hubris I thought I could handle an issue myself, without thinking how ███████ felt about the situation. This was also a grave mistake. I now know that if anything like this were to happen in the future, I should take it up with the proper authorities such as the police, Apple, and C&IT instead of trying to fix it on my own. In retrospect, If I had done this in the first place, I probably would not have needed ███████ assistance at all.

My reputation is very important to me. I am currently in my ninth year of studies at Wayne State University. I have earned three degrees from this institution and am half way through the highest degree that the university bestows upon studetns. During my time here, I have surveyed the community in many different capacities. I was an RA for four years, I was the student body president on main campus, I have volunteered my time in countless student organizations and other places in the community, I am currently the president of my class, participate frequently and present research, and am overall an upstanding student. I have been awarded and recognized for my service in many ways, ranging from major awards from different offices on campus, to scholarships and general recognition. These are only possible because my peers trust me.

During these activites, I have met quite literally thousands of students. I would like to note that this is the first time any student has reported any incident of alleged harassment about me in any form over the last nine years I have been a member of this community.

In my eyes, while these actions do represent a character flaw that I deeply regret, I think it is also important to note that the actions in themselves are not a medical school issue, but rather a civil one. It is not against the student code of conduct of the medical school to mislead a 3rd party individual, who was *not a student* at the time the alleged incident took place, about a private matter that has nothing to do with the Univeristy, Medicine, the or my studies. I also do not think this meets the legal criteria of "harassment", and to the best of my knowledge, I have not been charged with any crime alleging harassment, or any other chargers related to this incident. This incident has no bearing, in any way on my studies, and the alleged harassment did not take place on campus grounds. If ▆▆▆▆▆ would like to file civil charges against me, I would be happy to defend myself in a court of law.

With that said, the fact that I may have hurt ▆▆▆▆▆ or that she perceived my actions in a different way than what was intended do not sit well with my conscience. I would welcome the opportunity to forgo the racial slur/hate speech and write her a sincere apology letter to try to atone for my actions. If the university could facilitate delivery of this letter somehow, I would appreciate it.


Sincerely,

Anthony Eid