EXHIBIT 3



**Left screen:**

2:04

〈 anthony eid 〉

iMessage
Nov 17, 2016, 9:31 PM

Hey ████ It's Anthony Eid from the student senate. I have a small favor I'm hoping you can help me with

what's up?

Kinda a long story. I was hacked earlier this week by someone in Asia, and they stole thousands of dollars from me. Lucky I was able to get it all back, but since them I've been trying to figure out how they were able to get into my account

So Apple told me that it's bc they were able to use saved log in data from cookies that have been stored on my computer. They said I have to delete the cookies in order to secure my account

The problem is, my computer

iMessage

**Right screen:**

2:04

〈 anthony eid 〉

The problem is, my computer has cookies from everyone who has ever logged in from my computer, which is a ton of ppl. So For the past 3 days I've been going around trying to ask people that have logged in to sign in using my comp so I can delete the cookies.

Your names on the list from that time I gave you those bio exams.

So basically would it be cool if I logged into your account, deleted the saved cookies from my computer, then log off? I promise I'm won't hack you or anything. I'm just trying to make sure my account is secure so this doesn't happen again

Nov 17, 2016, 10:37 PM

Or if your not comfortable with that, can we meet up on campus sometime and you can

iMessage

WSU / Eid 000036



2:04 ⏴                              .ıll 🤏 🔋

‹                anthony eid ›

campus sometime and you can
do it yourself?

Nov 18, 2016, 1:29 PM

Hey you get my texts yesterday?

Nov 19, 2016, 9:13 AM

Hey ▓▓▓▓ Don't mean to
bother you, but I could really
use the help in securing my
account.

WSU / Eid 000037



2:13

Home    Anthony Eid
        Active 6h ago

11/20/2016, 10:04 PM

Hey! I'm not sure if your not seeing my texts or if you're just ignoring me...I understand either way if what I asked makes you uncomfortable lmk. I'm just trying to not have to make a brand new account here.

11/22/2016, 4:42 PM

i never received any texts i'm sorry about that!!

11/22/2016, 8:19 PM

It's ok. Ill explain the situation on here

I was hacked last week by someone in asia, and they stole thousands of dollars from me. Luckly I was able to get it all back, but

      Aa 

WSU / Eid 000033



2:14 ⏀

Home    Anthony Eid >
        Active 6h ago

stole thousands of dollars from me. Luckly I was able to get it all back, but since then ive been trying to figure out how they were able to get into my account

So Apple did some digging and told me that its bc they were able to use saved log in data from cookies that were stored on my computer. So now I have to delete those cookies in order to secure my account

Prob is, my comp has cookies from everyone who has logged in, which is kidna a lot of ppl haha. So for the past week ive been going around trying to talk to everyone that has to solve the issue

Aa

2:14 ⏀

Home    Anthony Eid >
        Active 6h ago

Your name was on the list from that time I haave you those old Bio exams

So would it be ok if I logged into the account, deleted the cookies from my computer, and then logged off? I promise I'm not going to hack you or anything lol. I'm just trying to secure my account so this does not happen again

11/29/2016, 11:04 PM

Hey ▮▮▮▮ still desperately trying to fix my email account problem. get back to me when you can

11/29/2016, 11:19 PM

if you don't feel

Aa

WSU / Eid 000034



2:14 ✔

❮ Home    Anthony Eid ›
       Active 6h ago

deleted the cookies from
my computer, and then
logged off? I promise I'm
not going to hack you or
anything lol. I'm just trying
to secure my account so
this does not happen
again

11/29/2016, 11:04 PM

Hey ▮▮▮▮ still
desperately trying to fix
my email account
problem. get back to me
when you can

11/29/2016, 11:19 PM

if you don't feel
comfortable with giving
me that info, perhaps we
can meet sometime on
campus for a few mins
and you can put it in
yourself or something

---

2:14 ✔

❮ Home    Anthony Eid ›
       Active 6h ago

01/26/2017, 8:50 AM

Hey hey! Hope your
semester is starting off
alright. First ones the
hardest. Lmk what
classes you are taking bc I
prob have a ton of old
exams/other material. Are
you available to meet in
campus sometime next
week so we can fix my
account issue I was telling
you about?

02/04/2017, 10:01 AM

I went to the Apple Store
again to see if there was
any other way around this
(if it's the Apple and not
gmail). They showed me a
way that works but it don't
bc of 2 step verification.
Can you turn that off so I
can try to fix it without the



2:04

anthony eid >

Feb 25, 2017, 10:35 PM

Check DMs plz when you get the chance

Feb 26, 2017, 5:50 PM

I would really like to get this done tonight if you have the time

i've been working since 6 am i'm busy right now at work

Ok my bad. Just lmk whenever you have a chance. Don't work too hard

Mar 2, 2017, 10:19 PM

Hi! Just a reminder you told me you would send me the info a week ago. Any time would be appreciated so I can fix this

Mar 3, 2017, 5:35 AM

Feb 4, 2017, 10:30 AM

Hi. Can you check your fb messages? Thanks.

Feb 25, 2017, 10:35 PM

???

iMessage                    iMessage

WSU / Eid 000037



2:04

anthony eid >

Mar 4, 2017, 9:50 AM

This is very frustrating. You swig AGAIN we would take care of this and it's still not. I do not understand why this is such a big deal.

Mar 5, 2017, 2:24 PM

If you have time today would be great

Mar 9, 2017, 10:37 PM

In case you didn't get the DMs, I'm putting in the complaint tomorrow at 5pm if you're not going to help me (which is pretty clear by now).

Mar 10, 2017, 1:19 PM

what email is it again

?*

iMessage

2:04

anthony eid >

It's the one that ends in @icloud.com I believe

Mar 10, 2017, 2:40 PM

honestly i don't even know that right now and i'm at work

All good just send it when you get home I'm also at work

Mar 10, 2017, 7:07 PM

It looks like it's

Mar 11, 2017, 7:24 AM

It looks like it's

in* can you send me the info

Mar 11, 2017, 12:43 PM

i think the pass is

i could be wrong though i have another if it

iMessage

WSU / Eid 000038



Left screen:

2:04

anthony eid

wrong though i have another if it doesn't work

Yea it's saying that's wrong

Mar 12, 2017, 10:27 PM

???

Mar 15, 2017, 4:12 PM

Can you send me the info

Mar 15, 2017, 5:49 PM

Hello? I really would like to get this over with

Mar 16, 2017, 8:52 AM

Hello

Mar 16, 2017, 3:57 PM

honestly idek it then

try

Mar 16, 2017, 5:58 PM

iMessage

Right screen:

2:05

anthony eid

try

Mar 16, 2017, 5:58 PM

Nope that's not it either. Maybe it's the same as another pw you use?

Otherwise you can reset it at iforgot.com

And just so you know it should be the same as the pw you use to dl an app from the App Store

Please try to do this tonight I've given you three extra weeks. It can be done in 10 mins

Mar 17, 2017, 10:29 AM

Please try to do this today I've given you three extra weeks and I can't keep waiting time on this. It can be done in 10 mins

Mar 18, 2017, 1:08 AM

i honestly don't know my

iMessage

WSU / Eid 000039



2:05

anthony eid >

Mar 18, 2017, 1:08 AM

i honestly don't know my password and last time i tried to reset my apple password it locked me out of all of my stuff and crashed my old phone.

It's a very straightforward process. You go to the link and type in your Apple ID. Then it sends you an email to reset it. I kind of doubt you don't know your password bc you need it to dl any app or do any backup or set up the phone in the first place. If you really don't know it then you should prob call Apple and figure it out bc it's kind of important. Do you have any other guesses on what it could be?

And like I said before if your not comfortable just giving it to me let's just meet up in the student center sometime for 5 mins so

iMessage

---

2:05

anthony eid >

let's just meet up in the student center sometime for 5 mins so you can type it in yourself! Or, even easier, just reset it to something else after you give it to me

Mar 18, 2017, 10:24 AM

Any other guesses?

Mar 20, 2017, 11:19 PM

?

Mar 21, 2017, 5:42 PM

Ok so I don't think your really willing to work with me and I'm pretty fed up so I think I'm just going to file this report and let the university decide who's in the right

i don't know y password and last time i tried to reset it crashed my phone

iMessage

WSU / Eid 000040



**Left phone:**

2:05

< ⓘ  anthony eid >

Mar 24, 2017, 4:05 PM

my apple id for that stuff is my dads but i have my own icloud. two seperate accounts.

mine is just so i have my own icloud.

try

The iCloud one, your own, is the one I need bc that's the one I put those old exams on. I'll try that one and let you know

Mar 24, 2017, 11:51 PM

Yea just got home and tried it. Still didn't work. Once again it's for the account I put the exams one. To check it go to your settings -> icloud and it will say the email address on top.

Mar 25, 2017, 9:38 AM

Maybe it's a password you made

iMessage

**Right phone:**

2:05

< ⓘ  anthony eid >

Mar 25, 2017, 9:38 AM

Maybe it's a password you made and not your dad?

Mar 25, 2017, 12:21 PM

Any ideas?

i know how icloud works. last time i tried to reset my password it crashed my phone. no. no ideas. i do not know.

Well I mean your going to have to do it eventually in order to dl any apps or to back up your phone. Just resetting the password song crash the phone, it must have been a coincidence. Here is what we tried so far:

Cant*. It looks like you have two

iMessage



2:05 ✓

anthony eid ›

Cant*. It looks like you have two step verification on too. Maybe that's why it crashed. After you change your pw you could turn it off if you want.

no. i told you, not to download apps. i use my dads apple id. i have my own icloud account and use my dads apple id for that stuff.

When you go to iCloud what does the address say on your phone? Bc you can't have two Apple ids on one phone.

Ok so I just called Apple and got a little more info. They said the last time the pw from that account was reset was on 11/3/16. They said 2 step verification was also turned on that day. They said it was reset from your phone, which means it's a pw you made yourself. Does that jog your memory at

iMessage

2:05 ✓

anthony eid ›

account was reset was on 11/3/16. They said 2 step verification was also turned on that day. They said it was reset from your phone, which means it's a pw you made yourself. Does that jog your memory at all? Can you try a couple more different pws? If not they also said that resetting a pw will never cause a phone to crash, you can call them and ask lol.

They also said I can prob fix my problem by connecting your phone to my computer and clearing the cookies. I would be very willing to meet up with you for lunch or something my treat on campus if that's easier, but by far the easiest way to fix this issue so we never have to talk about it again would be to either figure out or reset the pw. So plz try to think of a couple more

Mar 26, 2017, 10:53 AM

iMessage



WSU / Eid 000043

**2**



WSU / Eid 000716

**3**



WSU / Eid 000717

WSU / Eid 000718

4



WSU / Eid 000719

5



WSU / Eid 000720

**6**



**7**





anthony eid >

i'm sorry but i have a person in my life and i'm not really in the business of making new male friends such as this

I have someone in my life too. I'm in an 8 year relationship 🍵. It's not like that. I'm just trying to be friendly. I like having friends from all over the place you know? It's good to make connections.

Why are you opposed to make friends? 50% of the world is male lol. In the real world, the workforce, etc you'll have lots of mail coworkers and stuff.

I just think we could be friends, and I could be a good resource for you. Like hell I would love to meet your boo if he doesn't want you having any. But if you don't want to it's all good, I understand



WSU / Eid 000048



1:10

‹ ③        anthony eid ›

?

You know, I wish we would talk more than just when something's wrong with one of our phones (btw my iCloud is STILL fucked up but that's another story). I'm a pretty great guy. I'm going to be a Doctor, I'm pretty much the #1 leader in this community, I'm funny, I've dealt with a lot of similar situations to what you're going through. I try to help you when you need it. I might not be a dime like you are but I'm pretty handsome (or so ppl say at least). I could change your life. Just looking to be friends and wish you would give me more of a chance.

Thu, Nov 16, 7:29 PM

Or not lmao



iMessage

WSU / Eid 000047



2:09

anthony eid >

this community, I'm funny, I've
dealt with a lot of similar
situations to what you're going
through. I try to help you when
you need it. I might not
be a dime like you are but I'm
pretty handsome (or so ppl say
at least). I could change your
life. Just looking to be friends
and wish you would give me
more of a chance.

Nov 16, 2017, 7:29 PM

Or not lmao

Mon, Aug 6, 10:21 PM

Hi! Sorry to bother you. Hope
you're doing ok. Just a quick
question, does the street Alfred
Street mean anything to you?

No why

How about Chesterfield,
48047?

iMessage

---

2:09

anthony eid >

How about Chesterfield,
48047?

Why are you asking me this?

Sorry, it's very frustrating. My
snap was hacked about two
months ago. I had filed a police
report Bc I've been getting
hacked pretty consistently over
the past 2 years or so. They
tracked the IP address and they
said it came from that area.

It really sucks Bc you can send
money on snap now, so they
stole some money from me and
I lost the access to my account
temporarily

I'm sorry I don't know how to
help you.

Well that's the strange thing. A
google search of the address
they gave me popped up with
▮▮▮▮ as the last name, and the

iMessage

WSU / Eid 000044



2:09 ⌐                          .ıll 🤟 🔋

⟨ •        anthony eid ⟩

▮▮▮▮ as the last name, and the
phone number they gave me
matched this one.

Like I don't think you had
anything to do with this don't
worry, but I think someone
might be using your account or
something to get to me. The
police said they recommended i
reach out to you first before
going any further

Have you been hacked at all
lately or anything fishy like that?

Well that's odd. Nothing has
happened lately no.

I'm sorry I can't help you I have
no idea what that's about.

Well that's good I'm glad
nothing has happened to you.
That tells me I'm the one being
targeted

2:09 ⌐                          .ıll 🤟 🔋

⟨ •        anthony eid ⟩

Which is kinda scary

Well thanks for your concern but
I'm sorry I can't help you. Hope
you have a good night.

There actually is something you
can do actually, if you would be
willing to, so I can put this
behind me instead of having to
investigate it further. I've been
able to rescue all of my account
except for snap since that's
what this happened with. They
somehow logged in through
your phone number
(apparently?) to get to me, so
those accounts are linked. If you
could change the pw to
something temporary so I can
unlink it and get my account
back I would appreciate it.

No. Please stop contacting me.

Delivered

I understand. I had deleted your

WSU / Eid 000045



anthony eid >

No. Please stop contacting me.

Delivered

I understand. I had deleted your number until I got it in this investigation report. I'm going to have to file a lawsuit with the 36th district court for damages. I will not contact you again, but you may hear from my lawyer if this is not resolved. ✌️ ✌️

Friday 6:26 PM

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!

Text Message

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!

