

**EXHIBIT 4**

M Jackson

From: Pam
Sent: Wednesday, October 31, 2018 6:51 PM
To: Pamela
Subject: Fwd: Perliminary Hearing, 36th Distric Court 11/15/2018

Sent from my iPhone

Begin forwarded message:

From:
Date: October 31, 2018 at 3:09:34 PM EDT
To:
Subject: Fwd: Perliminary Hearing, 36th Distric Court 11/15/2018

Begin forwarded message:

From: Wolff Law <wolffsmithlawfirm@gmail.com>
Date: October 25, 2018 at 6:18:52 PM MDT
To:
Subject: Perliminary Hearing, 36th Distric Court 11/15/2018

Hello Ms.

My name is Alexander Wolff-Smith. I am representing a Mr. Eid in an ongoing small claims court case that has been filed vs You. According to my research, you no longer reside in Michigan. Therefore, this email acts as a friendly reminder and good gesture to alert you of your court date at the 36th District Court in Detroit, MI on 11/15/2018 regarding the small claims case. Failure to appear will result in a default judgment against you, which under Michigan law can be up to $5000.

I strongly encourage you to settle this matter out of court with my client. My client's primary goal is not money, but to instead regain total control of his various online and social media accounts that have been breached due to interactions between the two of you and an outside entity that acted as malicious hacker (who has since been apprehended). If you wish to settle this out of court, you may contact my client at 248-310-8610. Otherwise, he will see you in court on 11/15/2018.

Best Wishes

Alexander Wolff-Smith
43 S. Broadway
Lake Orion, MI 48362

1

WSU / Eid 000052

email: wolfsmithlawfirm@gmail.com

**Confidentiality Note:** This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.

WSU / Eid 000053