EXHIBIT 6

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

April 9, 2021

*Via Email Only*
dporter@khvpf.com

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248-645-0000

> **Re:** *Anthony Eid v. Wayne State University, et al.*, **United States District Court for the Eastern District of Michigan, 20-cv-11718 (Internal Ref. No. 5593413)**

Dear David A. Porter:

Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber information for the Google Account WOLFFSMITHLAWFIRM@GMAIL.COM.

Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (5593413) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Sara Plummer
Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 5593413)**

wolffsmithlawfirm@gmail.com.234724878863.GoogleAccount.SubscriberInfo_001.zip:

MD5- 6051639a6bd5f1bf4ccb85ea5385443e
SHA512-
ea84e8589963cafaad743390123f6c34aa5e9faa1c543d79932222ef439d99c709d105dfdf4686c43208d0bcc81e2
bcf5e4fb1010b659d5c174a34100c76732a

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

**CERTIFICATE OF AUTHENTICITY**

I, Sara Plummer, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated April 01, 2021 (Google LLC Internal Reference No. 5593413) in the matter of *Anthony Eid v. Wayne State University, et al.*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 1 file(s) contain true and correct copies of records pertaining to the email address WOLFFSMITHLAWFIRM@GMAIL.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 9, 2021

*Sara Plummer*

Sara Plummer, Custodian of Records for Google LLC

############## * **Google Confidential and Proprietary** * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 234724878863
Name:
e-Mail: wolffsmithlawfirm@gmail.com
Alternate e-Mails:

Created on: 2018-10-26 00:02:35 UTC
Terms of Service IP:

Deletion Date: 2018-11-27 21:03:44 UTC
Deletion IP:

Status: Deleted
Last Logins:


**ACCOUNT RECOVERY**

Contact e-Mail: wolffsmithlawfirm@gmail.com
Recovery e-Mail:
Recovery SMS:

**PHONE NUMBERS**

Signin Phone Numbers:
User Phone Numbers:
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

No User IP Logs


############## * **Google Confidential and Proprietary** * ###############