

# WAYNE STATE UNIVERSITY

November 27, 2018

Anthony Eid
Sent electronically to eh2083@wayne.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2018039001

Dear Anthony,

I would like to meet with you for a Fact-Finding Conference to discuss concerns reported to me about your alleged behavior on Wayne State University's campus which may be in violation of the Student Code of Conduct. I am inviting you to join me, **Nikolina Camaj, Associate Director & Student Conduct Officer, in a Fact-Finding Conference on Friday, November 30, 2018 at 12:00pm in Dean of Students Office, Office 301.**

When you report for our meeting, you must check in at the front desk of the Dean of Students Office, which is located in room 301 of the Student Center. If your schedule does not allow you to meet with me at the designated time, you must email me at nikolinacamaj@wayne.edu in order to make alternate arrangements within 48 hours of receiving this notification.

Sincerely,

*Nikolina Camaj*

Nikolina Camaj
Associate Director and Student Conduct Officer, Dean of Students Office

---

**Dean of Students Office**

5221 Gullen Mall | Phone: 313-577-1010 | doso.wayne.edu
301 Student Center | Fax: 313-577-8061
Detroit, MI 48202

WSU / Eid 000245