| | |
|---|---|
| From: | M Jackson |
| To: | Anthony Eid |
| Cc: | Margit Chadwell; Loretta Robichaud |
| Subject: | Notice of Professionalism Hearing February 7, 2019 |
| Date: | Friday, December 14, 2018 8:30:00 AM |

Mr. Eid –

On December 4, 2018 the Wayne State University Student Conduct Officer concluded her investigation of a complaint filed against you by a former student and forwarded her report to the School of Medicine for adjudication. Therefore, the School of Medicine Professionalism Committee will convene on February 7, 2019 to hear your case. You will be provided the opportunity to appear before the committee on that date. You will also be provided an opportunity to review the documentation that will be provided to the committee prior to the hearing. I will contact you in the new year to schedule the document review and to discuss the hearing process. In the meantime, you are required to maintain compliance with the retaliation policy that you reviewed and discussed with the Student Conduct Officer

Please confirm receipt of this hearing notice by replying to this email.

Thank you,

Matt Jackson, PhD
Chair, Professionalism Committee
Assistant Dean
Academic and Student Programs
Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology
Wayne State School of Medicine

WSU / Eid 000362