Dear Members of the Promotions Committee:

     Medical school is more than learning about the art of healing- it's also a time to develop the traits of a physician: honesty, professionalism, and integrity. When it came to exhibit these important qualities, I was severely lacking.  I would like to take this opportunity to explain myself and act to remediate my mistakes in order to develop into the physician that the WSUSOM believed I could become.

     I met ▆▆▆▆ (and her parents) at Festifall 2016. She was a freshmen student at the time and was clearly stressed about starting school. I introduced myself and we exchanged phone numbers. Shortly after, I later offered her a pdf copy of a few textbooks and old practice test materials for classes that she was taking that I had taken in years past (I had taken some of the same classes, taught be different professors, back in 2010/2011) that were stored on my iCloud account on my personal computer. She was grateful and thanked me for the help.

     On social medial, I noticed ▆▆▆ had been making frequent posts on Twitter where she was clearly in a depressed state of mind. Posts would range from worrying about performance in school, not sleeping, drug use, and mental illness. These included "I feel so (expletive) helpless", "Always (expletive) up no matter what I do", "I am not happy with the life I am living", "I thought I had reached an all time low before, but nothing compares to the feeling of defeat that is overcoming me right now". These tweets took place in 2017. At this point, I decided to reach out again to offer support.

     One text message was particularly embellishing, I suppose in my immaturity I thought that appealing to vanity might help foster a friendship. As was stated at the end of the text message, I wanted nothing more than a completely platonic friendship. At the time, I had been dating my significant other for eight years (we will now be celebrating our ten-year anniversary this month). We are both very much in love and I would never do anything to ruin the sanctity of our relationship.

     After this happened, I noticed that my iCloud account would routinely be breeched and accessed by someone. My iCloud account had many pieces of deeply personal and sentimental items stored on it, including all of my photos, passwords to other accounts, contacts, school material, tax documents, social security card, and diverse license. As I knew ▆▆▆ had accessed and had the password to my iCloud account from when I sent her the pdf textbooks, I thought that it was her that accessing my accounts. I did not know if this was purposeful, and I read on a tech subreddit (on the tech forums of reddit) that the problem may have steamed from when she accessed my account the first time. At this point, I just wanted my account to be fixed, so I asked ▆▆▆ if she could assist me in either meeting in person, in a public place like a coffee shop, to try to fix it, or changing her password to a different one temporarily so I could try to fix this account (please note, I was not asking for her actual password, but a temporary one that could be changed right after attempting to fix the account). Much of this took place in early 2017. To the best of my recollection, I did not have much communication with her from mid-2017 until August 2018 when I received another message that my account had once again been

accessed at an address I thought was connected to her. If there was communication between these times, it was infrequent with months between them.

During this time, I have had many of my accounts breeched. These included my iCloud, Google, Capitol One, and Flagstar Bank accounts. I can produce a police report of the latest breach (which took place on 2/9/19, when $80 was stolen from my Flagstar account), and documentation of other times my accounts had been breached if this committee would like to see them. I was, and still am, fearful because of this situation. I feel like I have been personally attacked, that my privacy has been taken away from me, and that my identiy has been stolen. I have to constantly check every month to make sure that there are no new beaches or unauthorized charges attributed to me due to this issue. This fearfullness is the main contrubting factor for the actions that I had taken to try to fix the issue.

The last communication I had with ▇▇▇▇ was on October 27th, when I received no less than eight calls from a private number, and then one from a phone number: 719-418-5394 in Colorado Springs, CO; that I can only assume was either ▇▇▇▇ or one of her associates. When I answered the phone, I was told a racial slur and hate speech that made me extremely upset. The person on the line said "enjoy this country while you are still in it, you dirty Arab". I thought about reporting this to the police or to the university, but I did not. I did not think it would do any good as ▇▇▇▇ was not a student and I didn't want to go through the added stress of filing a police report at the time.

Since that day, I have had *absolutely no* communication with ▇▇▇▇ I deleted her number after the racial slur/hate speech and had already had her blocked on all social media including: Facebook, Instagram, Twitter, and Snapchat. I also do not want any further communication with her at all.

I take full responsibility for the text messages/Facebook messages that were sent to ▇▇▇▇ I deeply regret how this incident has taken place. I understand that I lied to this person about many things, and I am very sorry about that. I never had a lawyer like I stated I did in the text messages, and while I did consider suing for damages in civil court regarding this issue, I never did go file in court for any such damages. I never sent her any court correspondences.

None the less, I did send the text messages. I said these things so ▇▇▇▇ would work with me to fix this issues with my account and so she would take me seriously so I could fix my account. It was wrong, I was scared, and I should have been more honest with her.

In hindsight, I know that the actions I took were not the right course of action to take in this mater, and I feel terribly about the whole situation. I promise that I will be working on myself to make better decisions in the future, through deep self-reflection and professional help. Everyone makes mistakes, and while I try to hold myself to the upmost ethical standards, I myself am not perfect. I am not a frequent liar, and in fact I think I'm terrible at it. This was a onetime incident, and I have no other incidents or relationships like this one that has happened with ▇▇▇▇ This was a potential friendship gone wrong, and I will be very careful in the future to make sure nothing like this happens ever again.

I have also learned a valuable lesson from this incident. In my own hubris I thought I could handle this issue myself, without thinking how ▮▮▮▮ felt about the situation. This was also a grave mistake. I now know that if anything like this were to happen in the future, I should take it up with the proper authorities such as the police, Apple, and C&IT instead of trying to fix it on my own. In retrospect, If I had done this in the first place, I probably would not have needed ▮▮▮▮ assistance at all.

I was deeply surprised and distraught with the professionalism committee's recommendation, and I do not understand it on my levels. I am confused as to which specific code of conduct or school of medicine policies that I have broken. I think it is also important to note that the actions in themselves are not a medical school issue, but rather a civil one in my eyes. My accuser was not a student at the time the alleged incident took place and was only a student at this university for one semester (to the best of my knowledge), so I do not understand how this could fall under student mistreatment. While the professionalism committee's letter seemed to focus on "harassment" and "misrepresentation", I have not been charged with any crime alleging harassment, or any other chargers related to this incident, even though the police were made aware of this situation in October. I am confused as to how the professionalism committee's decision can accuse me of these crimes even though I have not been by the proper authorities. I would like to reiterate that this whole situation has no bearing, in any way on my studies, my future patients, or any other members of the SOM community.

My reputation is very important to me. I am currently in my ninth year of studies at Wayne State University. I have earned three degrees from this institution and am half way through the highest degree that the university bestows upon studetns. During my time here, I have surveyed the community in many different capacities. I was an RA for four years, I was the student body president on main campus, I have volunteered my time in countless student organizations and other places in the community, including over one hundred hours in our own co-curricular MPAC program, I am currently the president of my class, participate frequently and present research around the country, and am overall an upstanding student. I have been awarded and recognized for my service in many ways, ranging from major awards from different offices on campus, to scholarships and general recognition. I have sat on many different commitees with the members of this committee, and I feel as if you know the kind of person that I am. I say this, because being able to do these activates are only possible because my peers trust me, and I would never do purposely do anything to violate the trust that this community has instilled in me.

During these activites that I just mentioned, I have met quite literally thousands of students, faculty members, and patients in need at our clinics. I would like to note that this is the *first time* anyone has reported any incident of alleged harassment about me in any form over the last nine years I have been a member of this community, and overall, I feel like I represent the WSUSOM very well.

No pressure, strain, or hardships should ever allow one to compromise their integrity, but I let that happen to me and I will be forever be remorseful.  Unlike when I began medical school,

WSU / Eid 000779

I know now that I cannot undertake this journey by myself. I have been reflecting on my actions daily, and I will never let this happen again.

I won't be able to forgive myself for this uncharacteristic behavior. I want this to be a chance for growth, and hopefully not a career-ending mistake. I know that this isn't who I am as a person, a student, or a doctor-in-training, and I have a plan to make sure nothing like this will ever happen again.

The fact that I may have hurt ▇▇▇▇ does not sit well with my conscience. I have created an action plan in order to better myself and show this committee that I take these charges seriously.

1) I have started to see a psychiatrist, Dr. Richard Balon of the WSUPG. I am hoping his advice and medical treatment will not only better me as a person regarding this incident, but also help me with the toll this M2 year has taken on me thus far. I will be seeing Dr. Balon and members of his team weekly. I have already had my first appointment and have two more scheduled currently for the first week of March.

2) I will be taking an online ethics class, either at WSU, OCC, or MCC this summer, and I would like to show this committee completion of this class. I am hoping that taking this class will addresses standards of responsible choice making through analysis, evaluation, and construction of well thought out arguments.

3) I would welcome the opportunity to forgo the racial slur/hate speech and write her a sincere apology letter to try to atone for my actions. If the university could facilitate delivery of this letter somehow, I would appreciate it.

4) I would like to write a detailed reflection on how I have learned from this experience.

5) I am going to be meeting with Ms. Robichaud, our class counselor, more readily, once a week. I hope this will act as a check in, a chance to touch base and keep a better line of communication between me and the SOM.

6) As I have stated above, I have not had any contact with ▇▇▇▇ since October, and never plan to ever again. It has been six months' time since this situation occurred, and there seem to be no new developments in this matter.

7) I will do absolutely anything that this committee deems necessary to continue my medical education.

I do not think that this single situation, a first offense made from fear and will never happen again; should undue all the literal blood, sweat, tears, sleepless nights, hard work studying, and hundreds of thousands of dollars that I have worked for and invested over the past nine years to make it as far as I have. I believe the recommendation of the professionalism commitee to be extreme for the actions that have taken place, like I am receiving the death penalty for shoplifting. I want to emphasize to this committee that I do see a *way forward* through this situation, and I hope that you agree that there is a way forward, through the action plan that I listed above, for me to continue my medical education.

WSU / Eid 000780

   Medical School is the single defining factor of my identity. Becoming a physician is all that I have ever wanted to do since I was five years old. Without it, I will truly be lost. Irreputable harm will be done to my future.  I understand the difficult decision this committee has to make regarding my future, and I'm truly sorry to have put you all in a position like this. I hope that you find I am worth investing in. I am asking for a second chance to prove it.

Sincerely,

*Anthony Eid*

Anthony Eid, MS
Wayne State University, School of Medicine
M.D. Candidate, President – Class of 2021

WSU / Eid 000781