

School of Medicine

## PROMOTIONS COMMITTEE MEETING
Wednesday, February 27, 2019

**Faculty/Chairs present:** Drs. Herman Gray, Mark Juzych, Eva Waineo, Eric Ayers, Rodney Braun, and Wael Sakr
**Faculty/Chairs absent:** Drs. Avril Holt, Eileen Hug and Jian-Ping Jin
**Student Advisory Present:** Aashna Sahi, John Shanley, Elana Folbe, Paul Zlojutor, Brian Sullivan, Sydney Daviskba and Laura Donohue

**Hearing:**
Anthony Eid – Year II – [Loretta Robichaud]
The student was recommended to the Promotions Committee by the Professionalism Committee on February 7, 2019 by a unanimous vote for dismissal from the School of Medicine. The Professionalism Committee Minutes were provided to the PRC in addition to the documents reviewed at the Professionalism Committee and the statement of the student.

The Committee reviewed/discussed the academic performance and those factors that presented the student before the committee. The committee interviewed the student in great length related to the information provided by the Professionalism Committee and the information presented by the student.

Student advisor, Brian Sullivan and faculty member, Dr. Rodney Braun, interviewed and presented several questions to the student. The committee noted that the student provided conflicting details that did not coincide with the information noted in several documents reviewed by the committee. The student's integrity was questioned by Dr. Braun and his total disregard for accepting responsibility for his actions were noted by the entire committee. At no point during the enquiry did the student admit to any wrong doing on his part which was extremely concerning to the committee.

After a lengthy deliberation by the student advisory, faculty, chairs and reviewing all the information provided to the committee including the enquiry, the following motion was made by:
Dr. Mark Juzych to dismiss the student from medical school based on his professionalism actions and lack of integrity.
Motion seconded by: Dr. Rodney Braun
Faculty in Favor: [all];
Student Advisory in Favor: [all]
Opposed: [none]

Meeting was adjourned at 10:35; next meeting will be held on Wednesday, March 20, 2019.

**Hearing:**
████████ Year III (Dr. Michael Webber)

WSU / Eid 000783