In conclusion,

I would like this committee to think what good would come out of charging me with dismissal. Who would it hurt and who would it benifts from this course of action? Would it somehow help this community? No, I am an asset to this community. Even this week, full knowing these charges have been filed against me, I am still doing my duty as a student to give back to the community. This past week, over my spring break, I sat in and gave feedback for two candidates for the Dean of UGME position.

Would it help the students or faculty of this school? No, she was not a student, and if she were I am sure I would have chosen different actions. Furthermore, I have with me all of the peer reviews that have been given to me on Evalue, and I have never scored under a three on any single one of them. In fact, I have 30 4's or 5's, evidence that me peers and the faculty think I perform at a level above expected levels for a first or 2nd year medical student. Many of these high marks are in the professionalism category.

Most importantly, would it help my future patients? No, Amanda was not a patient of mine. Dismissal would be doing a disservice to future patients by removing an otherwise competent doctor in training from the field of medicine. I want to emphasize that I am in no way a danger to anyone, especially my future patients, and that no one has harmed during this incident.

Earlier this year during our psychiatry course, we had a lecture on substance use disorders in the health care profession. While this isn't a substance use case, I do see a similarity between what is happening right now and the lecture that we had. Specifically the theme of second chances for people in our profession that have made mistakes. I am here asking that we practice what we preach, for a second chance, just like the professionals in the lecture were afforded.

That is not to say that I should not be given a punishment for these actions. I feel like a punishment has already been given to me. This situation has consumed all of my thoughts for months. I cannot sleep well, I cannot eat well, I have little desire to do things like shower, brush me teeth, or get dressed due to the stress of this situation weighting on my mind. For the first time in my life, I am experiencing prolonged anxiety and distress. I am unable to study as well as I know I can. My mind is foggy. These are all punishments. I know that no matter what this committee decides, I will likely have a notation on my MSEP letter because of this, This will likely preclude me from getting an orthopedic surgery residence that I have dreamed of.  These are all punishments. The stigma and embarrassment that I will now have with all of you and the members of the professionals committee, relationships that I have worked hard over the past two years to cultivate, also serves as punishment.

I would also be open an accepting of more punishment as outlined in the student code of conduct, such as section 5.1  Disciplinary Reprimand, section 5.2 Disciplinary Probation, section 5.3 Loss of Privileges, and section 5.4 Discretionary Sanctions.

Again, I do not think that this single situation, a first offense made from **fear** and will never happen again; should undue all the literal blood, sweat, tears, sleepless nights, hard work studying, and hundreds of thousands of dollars that I have worked for and invested over the past nine years to make it as far as I have. I want to emphasize to this committee that I do see a *way forward* through this situation, and I hope that you agree that there is a way forward, through the action plan that I listed above, for me to continue my medical education.

  Medical School is the single defining factor of my identity. Becoming a physician is all that I have ever wanted to do since I was five years old. Without it, I will truly be lost. Irreputable harm will be done to my future. I understand the difficult decision this committee has to make regarding my future, and I'm truly sorry to have put you all in a position like this. I hope that you find I am worth investing in. I am asking for a second chance to prove it.