

February 27, 2019

Anthony Eid
1247 Selden
Detroit, MI 48201

Dear Mr. Eid:

I regret to inform you that at its meeting on February 27, 2019 the Promotions Committee has decided to dismiss you from the School of Medicine. This decision was reached after careful committee deliberation based upon an evaluation and discussion of your entire academic record/academic progress and the information you provided to the committee at your hearing.

You have the option to voluntarily withdraw from the School of Medicine or to appeal this decision. If you choose one of these options, a letter stating your intention must be received **within 10 business days** of receipt of this letter. If you choose to withdraw, send your request to the Office of Student Affairs. You must clearly state that you understand that the withdrawal is permanent, irreversible, and non-appealable. If you choose to appeal your dismissal to the Promotions Committee, your appeal must be new information <u>only</u>. Please send your request for an appeal to the Office of Records and Registration.

If, after your School/College appeal path is exhausted and you wish to continue with the academic appeal process, per the University Academic policy (https://provost.wayne.edu/academic-policy), you may request a Provost Review within 30 days of this decision. The request should be addressed to Dr. R. Darin Ellis, Associate Provost for Academic Programs and sent electronically to ag6461@wayne.edu. If your appeal is denied by the Provost, then the dismissal would be permanent.

If you should have any questions, please contact your counselor in the Office of Student Afairs at (313) 577-5196.

Sincerely,

Richard S. Baker, MD
Chair, Promotions Committee
Vice Dean for Medical Education

Cc: Margit Chadwell, MD, Associate Dean, Student Affairs
Matt Jackson, PhD, Assistant Dean, Basic Science; Chair, Professionalism Committee
Mrs. Loretta Robichaud, Academic Counselor, Student Affairs
Office of Records and Registration, Division of Enrollment Management
Office of Financial Aid, Division of Enrollment Management
Dr. Darin Ellis, Associate Provost for Academic Programs