**From:** Margit Chadwell
**Sent:** Wednesday, March 6, 2019 4:45 PM
**To:** Vickie Muhammad
**Cc:** Loretta Robichaud
**Subject:** RE: Anthony Eid F/U and Dr. Baker reschedule?

Ok thank you Vickie,
So he was granted and extension until March 20th. Our role/Loretta's role would be to encourage his timely appeal or withdrawal.
Margit

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



**From:** Vickie Muhammad <vmuhamme@med.wayne.edu>
**Sent:** Wednesday, March 6, 2019 4:41 PM
**To:** Margit Chadwell <mchadwel@med.wayne.edu>
**Cc:** Loretta Robichaud <lrobicha@med.wayne.edu>
**Subject:** RE: Anthony Eid F/U and Dr. Baker reschedule?

Dr. Chadwell,
Yes, he met with Anthony this morning he understands he is dismissed; he gave him an extension beyond the 10 business days (March 13th); I will say to March 20th to submit his appeal or withdraw; and he should still meet with Loretta. Per Dr. Baker, although he met with Anthony, he is prolonging the process and final decision.

If he is going to appeal, Loretta should encourage him to submit his appeal asap. Let me know if this makes sense.

Vickie

*****************************
*Vickie Muhammad*

WSU / Eid 000497



**Vickie Muhammad**
Manager & Assistant to Dr. Richard Baker
Vice Dean for Medical Education
540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
(p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu

Organizational Clarity and Operational Excellence



**From:** Margit Chadwell <mchadwel@med.wayne.edu>
**Sent:** Wednesday, March 6, 2019 2:11 PM
**To:** Vickie Muhammad <vmuhamme@med.wayne.edu>
**Subject:** Anthony Eid F/U and Dr. Baker reschedule?

Hi Vickie,
You mentioned Anthony met with Dr. Baker today – Loretta has a meeting with him tomorrow afternoon. Can we get an update before she meets with him to know how to approach that? Also, is Dr. Baker available to meet tomorrow morning (Tuesday reschedule)?
Thanks

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



WSU / Eid 000498