EXHIBIT 20

Loretta Robichaud

| | |
|---|---|
| From: | Anthony Eid |
| Sent: | Wednesday, March 20, 2019 4:55 PM |
| To: | Richard Baker; Loretta Robichaud; Ja Esta Jones |
| Subject: | Dismisal Decision Appeal Letter and Evidence |
| Attachments: | Appeal letter.docx; Evalue scores.pdf; Evalue student comments.pdf; Evalue student comments 2.pdf; Incident  Statement 2 .docx |

Hello Dr. Baker,

Attached you will find the appeal to my dismissal letter. I understand that you have the authority to make the decision on the appeal yourself, and also understand from our meeting together that you will get the promotions commitee back together to discuss the new information I have provided.

I have still waiting on a few letters of support from various entitles on campus,  because of this, as I understand the commitee meets every month, if this case can be brought up in April instead of March so that I can bring with me those letters I would appreciate it.

I hope, and pray that the appeal and supporting evidence is sufficient, and that I will get a seconded chance at here in the only community I have ever known. I feel as though my life is at stake with this decision.

Thank you for your help and understanding. Please let me know if you, or any other members of the commitee have any questions about my appeal.

Best,
----
Anthony Eid, MS
Wayne State University, School of Medicine
M.D. Candidate, President – Class of 2021
248.310.8610

1

Dear Members of the Promotions Committee:

Medical school is more than learning about the art of healing- it's also a time to develop the traits of a physician: honesty, professionalism, and integrity. When it came to exhibit these important qualities, I was severely lacking. I would like to take this opportunity to explain myself and act to remediate my mistakes in order to develop into the physician that the WSUSOM believed I could become.

I met ███████ ██████ (and her parents) at Festifall 2016. She was a freshmen student at the time and was clearly stressed about starting school. I introduced myself and we exchanged phone numbers. Shortly after, I later offered her a pdf copy of a few textbooks and old practice test materials for classes that she was taking that I had taken in years past (I had taken some of the same classes, taught be different professors, back in 2010/2011) that were stored on my iCloud account on my personal computer. She was grateful and thanked me for the help.

On social medial, I noticed ████████ had been making frequent posts on Twitter where she was clearly in a depressed state of mind. Posts would range from worrying about performance in school, not sleeping, drug use, and mental illness. These included "I feel so (expletive) helpless", "Always (expletive) up no matter what I do", "I am not happy with the life I am living", "I thought I had reached an all time low before, but nothing compares to the feeling of defeat that is overcoming me right now". These tweets took place in 2017. At this point, I decided to reach out again to offer support.

One text message was particularly embellishing, I suppose in my immaturity I thought that appealing to vanity might help foster a friendship. As was stated at the end of the text message, I wanted nothing more than a completely platonic friendship. At the time, I had been dating my significant other for eight years (we will now be celebrating our ten-year anniversary this month). We are both very much in love and I would never do anything to ruin the sanctity of our relationship.

After this happened, I noticed that my iCloud account would routinely be breeched and accessed by someone. My iCloud account had many pieces of deeply personal and sentimental items stored on it, including all of my photos, passwords to other accounts, contacts, school material, tax documents, social security card, and diverse license. As I knew ███████ had accessed and had the password to my iCloud account from when I sent her the pdf textbooks, I thought that it was her that accessing my accounts. I did not know if this was purposeful, and I read on a tech subreddit (on the tech forums of reddit) that the problem may have steamed from when she accessed my account the first time. At this point, I just wanted my account to be fixed, so I asked ████████ if she could assist me in either meeting in person, in a public place like a coffee shop, to try to fix it, or changing her password to a different one temporarily so I could try to fix this account (please note, I was not asking for her actual password, but a temporary one that could be changed right after attempting to fix the account). Much of this took place in early 2017. To the best of my recollection, I did not have much communication with her from mid-2017 until August 2018 when I received another message that my account had once again been

accessed at an address I thought was connected to her. If there was communication between these times, it was infrequent with months between them.

During this time, I have had many of my accounts breeched. These included my iCloud, Google, Capitol One, and Flagstar Bank accounts. I can produce a police report of the latest breach (which took place on 2/9/19, when $80 was stolen from my Flagstar account), and documentation of other times my accounts had been breached if this committee would like to see them. I was, and still am, fearful because of this situation. I feel like I have been personally attacked, that my privacy has been taken away from me, and that my identiy has been stolen. I have to constantly check every month to make sure that there are no new beaches or unauthorized charges attributed to me due to this issue. This fearfullness is the main contrubting factor for the actions that I had taken to try to fix the issue.

The last communication I had with ████ was on October 27th, when I received no less than eight calls from a private number, and then one from a phone number: ████ in Colorado Springs, CO; that I can only assume was either ████ or one of her associates. When I answered the phone, I was told a racial slur and hate speech that made me extremely upset. The person on the line said "enjoy this country while you are still in it, you dirty Arab". I thought about reporting this to the police or to the university, but I did not. I did not think it would do any good as ████ was not a student and I didn't want to go through the added stress of filing a police report at the time.

Since that day, I have had *absolutely no* communication with ████ I deleted her number after the racial slur/hate speech and had already had her blocked on all social media including: Facebook, Instagram, Twitter, and Snapchat. I also do not want any further communication with her at all.

I take full responsibility for the text messages/Facebook messages that were sent to ████ I deeply regret how this incident has taken place. I understand that I lied to this person about many things, and I am very sorry about that. I never had a lawyer like I stated I did in the text messages, and while I did consider suing for damages in civil court regarding this issue, I never did go file in court for any such damages. I never sent her any court correspondences.

None the less, I did send the text messages. I said these things so ████ would work with me to fix this issues with my account and so she would take me seriously so I could fix my account. It was wrong, I was scared, and I should have been more honest with her.

In hindsight, I know that the actions I took were not the right course of action to take in this mater, and I feel terribly about the whole situation. I promise that I will be working on myself to make better decisions in the future, through deep self-reflection and professional help. Everyone makes mistakes, and while I try to hold myself to the upmost ethical standards, I myself am not perfect. I am not a frequent liar, and in fact I think I'm terrible at it. This was a onetime incident, and I have no other incidents or relationships like this one that has happened with ████ This was a potential friendship gone wrong, and I will be very careful in the future to make sure nothing like this happens ever again.

I have also learned a valuable lesson from this incident. In my own hubris I thought I could handle this issue myself, without thinking how ███████ felt about the situation. This was also a grave mistake. I now know that if anything like this were to happen in the future, I should take it up with the proper authorities such as the police, Apple, and C&IT instead of trying to fix it on my own. In retrospect, If I had done this in the first place, I probably would not have needed ███████ assistance at all.

I was deeply surprised and distraught with the professionalism committee's recommendation, and I do not understand it on my levels. I am confused as to which specific code of conduct or school of medicine policies that I have broken. I think it is also important to note that the actions in themselves are not a medical school issue, but rather a civil one in my eyes. My accuser was not a student at the time the alleged incident took place and was only a student at this university for one semester (to the best of my knowledge), so I do not understand how this could fall under student mistreatment. While the professionalism committee's letter seemed to focus on "harassment" and "misrepresentation", I have not been charged with any crime alleging harassment, or any other chargers related to this incident, even though the police were made aware of this situation in October. I am confused as to how the professionalism committee's decision can accuse me of these crimes even though I have not been by the proper authorities. I would like to reiterate that this whole situation has no bearing, in any way on my studies, my future patients, or any other members of the SOM community.

My reputation is very important to me. I am currently in my ninth year of studies at Wayne State University. I have earned three degrees from this institution and am half way through the highest degree that the university bestows upon studetns. During my time here, I have surveyed the community in many different capacities. I was an RA for four years, I was the student body president on main campus, I have volunteered my time in countless student organizations and other places in the community, including over one hundred hours in our own co-curricular MPAC program, I am currently the president of my class, participate frequently and present research around the country, and am overall an upstanding student. I have been awarded and recognized for my service in many ways, ranging from major awards from different offices on campus, to scholarships and general recognition. I have sat on many different commitees with the members of this committee, and I feel as if you know the kind of person that I am. I say this, because being able to do these activates are only possible because my peers trust me, and I would never do purposely do anything to violate the trust that this community has instilled in me.

During these activites that I just mentioned, I have met quite literally thousands of students, faculty members, and patients in need at our clinics. I would like to note that this is the *first time* anyone has reported any incident of alleged harassment about me in any form over the last nine years I have been a member of this community, and overall, I feel like I represent the WSUSOM very well.

No pressure, strain, or hardships should ever allow one to compromise their integrity, but I let that happen to me and I will be forever be remorseful. Unlike when I began medical school,

Medical School is the single defining factor of my identity. Becoming a physician is all that I have ever wanted to do since I was five years old. Without it, I will truly be lost. Irreputable harm will be done to my future.  I understand the difficult decision this committee has to make regarding my future, and I'm truly sorry to have put you all in a position like this. I hope that you find I am worth investing in. I am asking for a second chance to prove it.

Sincerely,

*Anthony Eid*

Anthony Eid, MS
Wayne State University, School of Medicine
M.D. Candidate, President – Class of 2021

WSU / Eid 000529

Dear Dean Baker and Members of the Promotions Committee:

I am writing to appeal the decision of dismissal from The Wayne State University School of Medicine. I was not surprised, but very upset and distraught to receive a the earlier this month informing me of my dismissal. I'm writing with the hope that you will reverse this decision. Thank you for allowing me the opportunity to further explain my circumstances and provide additional evidence that I hope will help with this goal.

I would like to address a few things that I did not get the change to in the promotions meeting. I was asked why I had contact with ███████ and why this situation has unfolded over such a long duration of time. I want to assure you, that the *only* reason I reestablished contact with ███████ was due to the message that I received from Apple saying that my account had been accessed from Colorado. I have attached this evidence (Evidence #1 and #2) to this appeal letter. I have also included several more instances when my accounts were breeched, and I hope this helps you and the committee understand why this series of events unfolded over a such large amount of time. With this said, I would also like to state that I have done a great deal of self-reflection of how this situation has effected ███████ something I should have done more of in the beginning. I have attached an apology letter to her stating these feelings.

I want to make a promise to you and this committee and be more specific than the comments I made last time we met. I understand the issues that you and the committee are worried about. I will not, under any circumstances, use my position (hopefully as a physician) for personal gain, I will never use it to access any information, or abuse my power in any way shape or form. I know how easy it is to be expelled from a residency, even something so little as accidently checking a family members information is a major violation and is grounds for dismissal. I want to assure you, that nothing like this will ever happen. I swear to you, on my life, that I will uphold all of the values inducing: Professional responsibility, competence and self-improvement, respect of others and professional relationships, honesty including academic integrity, personal responsivity, and social responsibly. I have been self-reflecting of what all of these mean to me and have come to a greater understanding of the importance of each and every one of them. If given the chance, I pledge to you that I will uphold them going forward.

I love Wayne State University, and it would mean so much to me to graduate with a medical degree from this institution, which would make me the first person in my immediate and extended family to become a physician. I would like to take a moment to speak to how much this university means to me. Earlier, I have said that becoming a physician is by far the largest part of my identity. I would like to stress this fact to this committee. Becoming a physician and participating in this noble career has been the only thing I have ever wanted to do in my life. Attached to this letter, I you will find a message from a time capsule that I wrote in my kindergarten class of 1999. It says that when I grow up, I want to be a doctor. I vividly remember being in 5th grade and making a poster project on the human body, going over four different systems (MSK, Nervous, CV, and Immune). This has truly been all I have ever wanted to do, and I cannot imagine being who I am without this in my life. I remember the moment I received my acceptance email to the WSUSOM. I was in the middle of a medical school interview at MSUCHM. I was so elated that I got into my #1 choice school, that I got up and left the interview, as I knew in my heart where I wanted to learn the art of medicine. This place is my family, my only source of support, and is the most important part of my life.

WSU / Eid 000530

Since the decision, I have been a shell of my former self, cycling through different stages of grief, denial, anger at myself, bargaining, and depression. This past week, match week, was of particular grief, self-loathing, and disappointment for me. The feeling of joy in seeing my colleagues match into their dream residency, mixed with the debilitating sadness that consumed me knowing that I may never get the chance to do this, was extremely difficult to manage and comprehend. Since I have gotten my dismissal letter, the only people I have told are my significant other, who I had been dating for ten years, and my father (I do not have a relationship with my mother). My significant other has since left me, and my family has disowned me due to the news. I am truly alone, I have lost everything and everone important to me in my life, and relies how big of a mistake I have made.

WSU has acted as one of my only support systems in my life. I grew up in an abusive household. I would like to share with you an excerpt from my AMCAS application:

"I did not have the privileges of a typical medical school applicant. I grew up in a household with a horrible living environment. Forced to work at the age of eleven, my abusive parents fought constantly, taking their anger out on me for the duration of my childhood. I was constantly cussed at and thrown out at night when my they would have their weekly fights because of marital and mental health issues. I would be blamed for their problems, punishing me for no reason. I could not take it; all the abuse, the cursing, the humiliation, the feeling of not having anywhere to turn to. So I decided to leave at the first opportunity that I could. When it came time to matriculate into college, they wanted me to stay home, work, and deal with their issues. I had to pay my way through college with no support from anyone but myself, which was very hard due to financial aid regulations.  With the help of police reports, I was able to acquire dependency and poverty status with my university. This opened the door for me to take out loans and receive grants/scholarships. While this made it possible for me to start my higher education, I still was required to work thirty-forty hours a week to pay tuition and survive. I was still able to achieve even with these disadvantages. I have had no contact with my parents since."

As you can see, I have vivid memories of abuse, cold nights outside in the middle of winter, and trauma, some of which is continuing. After much introspection with my therapist, we both came to the concussion that I must create a better support system in my life, as it may have had to do with the actions that I took in this matter. I vow to create a better support system to help me become a more well-rounded individual, who asks for support when I need some. Please see the pieces of evidence below, many messages from my mother, as proof of this trauma.

My dismissal has been the biggest wake-up call for me of my life, and I am very aware that if my behavior doesn't change, I don't deserve to attended the WSUSOM. As I am sure you can all see my dream has always been to study medicine at this institution, and I am disappointed in myself for letting my behavior get in the way of that dream. I am confident, however, that with the support and awareness that I now have, I can be successful if given a second chance. I hope you will give me the opportunity to prove to you that I am capable of turning this mistake into a growth and learning opportunity that I will never forget for the rest of my life.

I want to reiterate the oath that I took almost two years ago at our white coat ceremony, a day I consider to me one of the proudest of my life. Today, I am restating this oath and holding it deep within my heart, I know I can uphold this oath if given the chance. I will read it every day, as I have hung it up

on my bedroom door to further remind me of the promises I am making each one of you at this very moment:

"Declaration of Commitment:

> I solemnly pledge myself to consecrate my life to the service of humanity; I will give to my teachers the respect and gratitude which is their due; I will develop my skills with conscience an dignity; the health of my patients and myself will be my first considerations; I will respect those things that are confided in me; I will maintain by all means in my power, the honor and noble traditions of the medical profession; My colleagues will be my comrades; I will not permit consideration of religion, nationality, race, party politics, sexual orientation, or social standings to intervene between my duty, my peers, and my patients; I will maintain the utmost respect for human life and I will not use any medical knowledge contrary to Law; I make these promises solemnly, feely and upon my honor. "

> I am pleading with you and the promotions committee, as both physicians and educators, to give me the chance to heal and learn from the mistakes that I have made. I hope that you can see that I have learned the most valuable lession of my life due to this unfortunate experience, and I hope you give me the opportunity to prove to you that If given a second chance, I will not need a third. I have owned up to my actions, with full honesty, taken responsibility for them, have put in motion/have started to execute a plan of action to better myself, and I have now provided evidence that I hope sheds light to why I took the actions that I did. Like all humans, I am not perfect, we have all made mistakes in our lives that we wish we could take back. None of these mistakes that we hold deep inside of us come close to the regret and sorrow I feel about this mistake, and it is not one that will be repeated in any way shape or form ever again.

> Give me the chance to prove that I have learned from this, at least on a trial basis. Put me on an extended probation for the next two years, until it comes time for me to graduate, and I promise you and this committee that if any further professionalism, promotions, or any other types of complaints are brought up against me, I will willfully accept a dismissal without a hearing, without the option to withdraw. If you are not satisfied by the progress I make within this time, I will accept a dismissal. I promise that if given this chance, I will make you proud.

> Thank you again for taking the time to consider my appeal. Please don't hesitate to contact me if any members of the committee have questions that I haven't answered in my letter.

Attached to this appeal are many documents:

1) The above Appeal letter.

2) A sincere apology letter to ▮▮▮▮ and her family. I have been wanting to write this letter for a long time, but I was told not to have any contact with ▮▮▮▮ by Main Campus when I was first made aware of this incident. I assure you, that this apology letter is something that I have wanted to send for months, and I would have if a knew I permitted to.

3) Many documents of evidence showing proof of my account being accessed at various times from September 2016 – October 2018. Two of these pieces of evidence are the message that I received on my

phone saying that my icloud was being logged into from a device located in Colorado in October 2018. These documents are mainly from Apple, Google, Capitol One, and Flagstar Bank.

4) A letter from my Therapist and Psychiatrist stating that I am currently in their care.

5) The above-mentioned picture of the above mentioned time capsule sheet, dated in 1999.

6) My Evalue ratings.

7) The police report number and Federal Trade Commission Identity theft report that I have reported.

8) My original letter to the promotions committee.

9) A series of text messages from my mother, evidence of the trauma and support system issues I spoke of above.


Sincerely,

Anthony Eid

WSU / Eid 000533

Dear  & the ▮ Family,

Please allow me to apologize for all of any pain, grief, stress, and anxiety I have caused you between 2016 and 2018. My behavior was extremely inappropriate, immature, and lacked the respect all of you deserve. I was not thinking about how my actions may have negatively affected you, or how my action may have negatively contributed to your mental health, anxiety, fear, and overall wellbeing. I now understand that this whole situation was a disruption for you and must have been a distraction from school, life, and your happiness.

I feel terrible about all the messages that you received from me, yet I am sure that is nothing compared to how they must have made you feel. When you told me that you were not the person who was accessing my account(s), I should have believed you. I could not accept that it was true. I just couldn't wrap my head around the idea that all these events could happen in such close proximity to when we met. I was in denial, and clearly prioritizing my self-interest over your own feelings. Regardless, I did the one thing I shouldn't have done: I chose not to believe you, and I negated your experience. It shouldn't have taken me so long to realize that you had been telling the truth all along, and I hate myself for understanding this now rather than earlier. I should have simply believed you, I shouldn't of badgered you with text messages, and I especially should not have threatened to sue you for damages. For all of this, I am so truly, deeply sorry.

In the future, I have every intention of curbing my thoughtless actions and learning to adjust my behavior befitting the environment and situation. My behavior was clearly unacceptable, and I've already taken steps to understand why I acted in such an inappropriate manner and how I can keep something like that from happening again. I am in therapy, seeing a physiatrist, doing daily self-reflection, and am enrolling in an ethics course to help aid in this goal.

I regret nothing more in my life than what I have done to you. It was wrong, stupid and immature and you do not deserve any of the grief, anger, or fear that I have caused you. I understand the gravity of the situation, and I hope that you can find it in your heart to forgive me. Words will never fully express how sorry I am, but I truly hope that this letter can act as a good start, so you can allow yourself to heal from any damage this situation has caused you. I hope and pray that your recovery is swift and as pain-free as possible.

I know that nothing I say in this letter can make up for the pain I have inavertedly caused you and your family. I hope and pray that this letter can act as closure for you. I am asking for your forgiveness. If there is anything I can do, whether it be monetary, charitable work, a public statement, or anything at all you would like for me to do to help your healing process, please let me know.

Once again, I am sorry.


Sincerely,


Anthony Eid



Evidence #1: The message I received that my Apple ID account way being accessed from a device in Colorado in October 2018.



Evidence #2: A second message saying my Apple ID account was being accessed by a device from Colorado in October 2018.

WSU / Eid 000536



Evidence #3: A message from Caption One stating that my account was compromised in June of 2018.

WSU / Eid 000537



Evidence #4: A message from Caption One stating that my account was compromised in December of 2016.

WSU / Eid 000538



Evidence #5: A message from Google stating that my Gmail account was compromised in
September of 2018.



Evidence #6: A message from Google stating that my Gmail account was compromised in
January of 2018.

WSU / Eid 000540



Evidence #7: A message from Google stating that my Gmail account was compromised in
October of 2018, a few days before I received the message from Apple about my Icloud being
logged into in October of 2018

WSU / Eid 000541



Evidence #8: A message from Google stating that my Gmail account was compromised in December of 2016, a few months after meeting ████████

WSU / Eid 000542



Evidence #9: A message from Google stating that my Gmail account was compromised in December of 2016, one month after meeting ███████



Evidence #10: A message from Capitol One stating that a new card was being shipped to me in September 2018 due to a fraud case.

WSU / Eid 000544



Evidence #11: A message from Capitol One stating that a new card was being shipped to me in November 2016 due to a fraud case.

WSU / Eid 000545



Evidence #12: A message from Capitol One stating that a new card was being shipped to me in November 2016 due to a fraud case. This is a different account number than the card in Evidence #11.

WSU / Eid 000546



Evidence #13: Evidence that I did in fact change my password in January 2017.

WSU / Eid 000547



Evidence #14: A message from Capitol One stating that a new card was being shipped to me in August 2017 due to a fraud case.

WSU / Eid 000548



Evidence #15: A message from Capitol One stating that a new card was being shipped to me in October 2017 due to a fraud case.

WSU / Eid 000549



Evidence #16: A message from Capitol One stating that a new card was being shipped to me in

WSU / Eid 000550

September 2016 due to a fraud case, a few weeks after meeting ██████



Evidence #17: A message from Apple stating that my Apple ID had been accessed in September 2016, a few weeks after meeting ██████

WSU / Eid 000551



Evidence #18: A message from Apple stating that I changed my Apple ID Password in
September 2016



P.O. Box 30277
Salt Lake City, UT 84130-0277

Anthony E Eid
1247 SELDEN ST
DETROIT, MI  48201-1519

March 11, 2019
RE: 4147099375740402

Dear  Anthony E Eid,

We're happy to tell you that your fraud investigation with Capital One is now resolved.

Please keep in mind, the merchant(s) may resubmit the charge(s) within 45 days of the date of this letter. If the merchant(s) does resubmit the charge(s), we'll notify you with a request for additional information. Please keep all documentation related to this fraud claim for 90 days.

We understand that when you experience fraud, it's a serious situation that can be both stressful and inconvenient, and we're sorry you've had to go through this. As part of our $0 fraud liability promise, you were not held responsible for any fraudulent charges.

We truly hope you're satisfied with how this case was handled and hope you'll be able to relax and get back to life as usual knowing that Capital One will continue to *protect, monitor,* and *resolve* any issues with your account. That's our promise to you.

If you have questions, please give us a call at 1-800-215-1921. Our Customer Service Representatives are available from 9am to 8pm Eastern Time, Monday through Friday.

Sincerely,

Customer Fraud Protection
Phone: 800-215-1921

Evidence #19: A message from Capitol one saying a fraud case has been resolved. I requested this document on 3/11/2019, but the case was predating to one of the above messages of fraud

WSU / Eid 000553

in my account



**Capital One**

P.O. Box 30277
Salt Lake City, UT 84130-0277

Anthony Eid
1247 SELDEN ST
DETROIT, MI  48201-1519

March 11, 2019
RE:
4003448668336175

Dear Anthony Eid

We're happy to tell you that your fraud investigation with Capital One is now resolved.

Please keep in mind, the merchant(s) may resubmit the charge(s) within 45 days of the date of this letter. If the merchant(s) does resubmit the charge(s), we'll notify you with a request for additional information. Please keep all documentation related to this fraud claim for 90 days.

We understand that when you experience fraud, it's a serious situation that can be both stressful and inconvenient, and we're sorry you've had to go through this. As part of our $0 fraud liability promise, you were not held responsible for any fraudulent charges.

We truly hope you're satisfied with how this case was handled and hope you'll be able to relax and get back to life as usual knowing that Capital One will continue to *protect, monitor,* and *resolve* any issues with your account. That's our promise to you.

If you have questions, please give us a call at 1-800-215-1921. Our Customer Service Representatives are available from 9am to 8pm Eastern Time, Monday through Friday.

Sincerely,

Amanda T.
Customer Fraud Protection
Phone: 800-215-1921, ext. 291-0686
Fax:  866-377-1123
Dept. hours of operation: Monday – Friday, 9 a.m. – 8 p.m. ET

C699-002

Evidence #20: A message from Capitol one saying a fraud case has been resolved. I requested this document on 3/11/2019, but the case was predating to one of the above messages of fraud in my account. Note that the RE: # is different from the one in evidence #19.

WSU / Eid 000554



**Flagstar** Bank

| Page Number |
|---|
| 2 |

| Primary Account Number |
|---|
| ▬▬▬▬ |

| Statement Period |
|---|
| From 02/07/19 Thru 03/06/19 |

ANTHONY E EID
86 N SHIRLEY ST
PONTIAC MI 48342

### Withdrawals and Debits

| Date | Description | Amount |
|---|---|---|
| 02/11 | Point Of Sale Withdrawal ▬▬▬▬ | 80.00 |
| 02/11 | External Withdrawal CHASE CREDIT CRD - EPAY | |
| 02/12 | External Withdrawal CAPITAL ONE - ONLINE PMT | |
| 02/12 | External Withdrawal CAPITAL ONE - ONLINE PMT | |
| 02/14 | External Withdrawal PAYPAL INSTANT TRANSFER - INST XFER | |
| | Total Items          5 | |

### Interest Rate History

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 02/07 | 0.00 | | | | |

### NSF / UCF Fee Summary

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Evidence #21: A bank statement from Flagstar Bank regarding a fraud incident that took play on 2/11.

WSU / Eid 000555



**Flagstar** Bank

| Page Number |
| --- |
| 1 |

Primary Account Number

Statement Period
From 02/07/19
Thru 03/06/19

ANTHONY E EID
86 N SHIRLEY ST
PONTIAC MI 48342

### SimplyChecking

| | | |
| --- | --- | --- |
| Account Nbr CK | | Beginning Balance |
| | | Deposits/Credits |
| | | Interest Paid |
| YTD Interest | $ 0.00 | Checks/Debits |
| YTD Withholding | $ 0.00 | Service Charges |
| # Deposits/Credits | 5 | Ending Balance |
| # Checks/Debits | 5 | |

### Transactions

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 02/07 | BEGINNING BALANCE | | |
| 02/07 | External Deposit SU6GFWWYGVS7IH1 - TRANSFER | | |
| 02/09 | ATM Deposit FLAGSTAR BANK 3901 WOODWARD AVE DETROIT MIUS | | |
| 02/11 | Point of sale withdrawal SQC*LANYRA 8774174551 CAUS | | |
| 02/11 | Deposit WEB Transfer from 101735457 SAV | | |
| 02/11 | External Deposit MON9WHMZI4HI6W - TRANSFER | | |
| 02/11 | External withdrawal CHASE CREDIT CRD - EPAY | | |
| 02/12 | External Withdrawal CAPITAL ONE - ONLINE PMT | | |
| 02/12 | External withdrawal CAPITAL ONE - ONLINE PMT | | |
| 02/14 | External withdrawal PAYPAL INSTANT TRANSFER - INST XFER | | |
| 02/25 | Descriptive Deposit Provisional Dispute Credit SQC*LANYRA B741745 | | |
| 03/06 | ENDING BALANCE | | |

### Deposits and Credits

| Date | Description | Amount |
| --- | --- | --- |
| 02/07 | External Deposit SU6GFWWYGVS7IH1 - TRANSFER | |
| 02/09 | ATM Deposit FLAGSTAR BANK 3901 WOODWARD AVE DETROIT MIUS | |
| 02/11 | Deposit WEB Transfer from 101735457 SAV | |
| 02/11 | External Deposit MON9WHMZI4HI6W - TRANSFER | |
| 02/25 | Descriptive Deposit Provisional Dispute Credit | 80,00 |

QUESTIONS? Call (800) 642-0039 for banking questions and (800) 834-8486 for loan questions or go to Flagstar.com

Evidence #22: A bank statement from Flagstar Bank showing resolution of the fraud incident
that took play on 2/11.



July 11, 2018

ANTHONY EID
1247 SELDEN
DETROIT, MICHIGAN 48201

Re: Your account ending in 7789

Dear ANTHONY EID,

On 07/02/2018 you notified us of a potential error regarding the ATM/Debit Card
transaction(s) listed below:

| Transaction Date | Originator/Merchant | Transaction Amount |
|---|---|---|
| 07/02/2018 | WALGREENS STORE 291TAMPA FLUS | $23.21 |



July 11, 2018

ANTHONY EID
1247 SELDEN
DETROIT, MICHIGAN 48201

Re: Your account ending in 7789

Dear ANTHONY EID,

On 07/02/2018 you notified us of a potential error regarding the ATM/Debit Card
transaction(s) listed below:

| Transaction Date | Originator/Merchant | Transaction Amount |
|---|---|---|
| 07/02/2018 | PNC BANK 2325 E FLETCHR AVE TAMPA FLUS | $200.00 |

Evidence #23 &24: A statement from Flagstar Bank showing disputed charges in July 2018.

WSU / Eid 000557



**Wayne State University Physician Group**
**Department of Psychiatry and Behavioral Neurosciences**
**Tolan Park Medical Building**
**3901 Chrysler Service Drive, Suite 3**
**Detroit, MI 48201-2167**
**Office: (313) 577-1398   Fax: (313) 577-1419**

Patient: Name  Anthony Eid
Date:  March 19, 2019

To Whom It May Concern,

The above-mentioned patient has been seen at my office on the dates of 2/19/19, 3/5/19, and 3/19/19 by a therapist and by a psychiatrist on 3/4/19 with a follow up appointment **scheduled for 3/28/19**. Patient has made an effort to spend session time focusing on reflection and self-awareness. If you should have any further questions or concerns, please feel free to contact our office at 313-577-1396.

Sincerely,
Amanda Briskey, LLMSW

University Physician Group

Evidence #25: A letter from the WSUPG Psychiatry center showing that I am a patient there and am focusing of reflection and self-awareness.



Evidence #26: Letter to myself in a time capsule, in 1999 when I was 7 years old in kindergarten.

**WSUPD Report #(96): 19-0211-0293**

**FTC Identity Theft Report #: 105226090**

Evidence #27: The WSUPD report and FTC Identity theft report number.

WSU / Eid 000560



2:44 ⏳                          ⏹ 📶 🔋

‹ ⊖                    👤
                     Mom

come around the Christmas eat and
take present and leave. No
appreciation to me what so ever. I
cut u off my life and u didn't care
what so ever . It is your lose . I truly
wish that u suffer in your marriage
and I won't be around for u but
again I know u don't care, cause u r
just like him . No feelings no
emotion and no heart . I will curse u
from my grave .

I wish u a mis_____
your dad .
Keep on bein_____ lie
u tell him shi_____ s
as marcel sai_____

You were blo_____ I
didn't care, now I am blocking u
again and I know u have your dads
money that's why u don't step on
his tall and u wish that I die too so u
can get my money . Guess what I
took u off from my account long
time ago.
I wish u die may be this will register
in your head and know that I hate u
too .

Blocked

📷 🅰️                      🕹️

⬤ 🅰️ ⓟ 🅞 ⊛ 🔇 🔍

---

2:43 ⏳                          ⏹ 📶 🔋

‹ ⊖                    👤

If u were a Man U would of found
out what and why your dad is doing
what he is doing on daily basis. Your
dad has some woman that he is on
the phone with day and night she is
putting him up to this wrong doing
and terror intimidation and
humiliation and very very high
hatred that doesn't stop day and
night .

But u don't care it is not your issue .
It doesn't matter to u cause it is not
related to u in any way shape or
form

As I told u from last Christmas u just
come around the Christmas eat and
take present and leave. No
appreciation to me what so ever. I
cut u off my life and u didn't care
what so ever . It is your lose . I truly
wish that u suffer in your marriage
and I won't be around for u but
again I know u don't care, cause u r
just like him . No feelings no
emotion and no heart . I will curse u
from my grave .

I wish u a miserable year just like
your dad .
Keep on being one sided cause u lie

📷 🅰️                      🕹️

⬤ 🅰️ ⓟ 🅞 ⊛ 🔇 🔍

WSU / Eid 000561



2:43 ✓

‹ⓘ

U have an agenda against me . I told
u divorce for me with 5 gas station
is not good for me and that's why I
didn't want to put contract for gas
stations for life time cause then I
told him 3 is easier than 5

Listen the lord will never ever
forgive u for being on sided all
these years . No matter how much
money u make or what kind of
degree u gave . If your own mother
heart is not good on you, u won't be
happy trust me and the proof is
your dad has money and he is
miserable

Stop telling him to get divorce . We
just live together, That it shouldn't
bother him at all since he told me to
sign the agreements and leave his
personal life alone and his family . I
did that . Ask him if I didn't

U have no solution in your head only
divorce at this time . Even chris
laughed at u yesterday and in
Christmas cause u did t make sense

2:43 ✓

‹ⓘ

What did u agree with me sir.

I tell u as it is and u don't see the
truth .

I want to ask u , yesterday u said u
talked to him and yet every single
time on Jesus grave after u talk to
him he comes home more Ass hole
and creates more problems. Just
like if I would of asked u to go tell
him to fuck her up

U keep telling him to get divorced. I
told u that's not for u to keep
putting in his head

U told me u would stop telling him
that so many times now .

U have one and only one solution in
your head that u keep pounding on
his head every time I tell u there is a
problem.

I cut my relationship with u for so
long and u didn't get the clue or
cared

U have an agenda against me . I told
u divorce for me with 5 gas station
is not good for me and that's why I

WSU / Eid 000562



WSU / Eid 000563



Evidence #28: Traumatic messages, showing the need for a better support system and self-reflecction.

WSU / Eid 000564

Appeal Letter Addendum

Dear Dr. Baker and members of the Promotions Committee:

In my appeal letter, there was one important issue that I did not address that I feel deserves attention, statement that I attempted to view or obtain photos of ▇▇▇▇▇ I want to make it as clear as possible that I never, in any way, tried to obtain or view any photos, videos, or any other content related to ▇▇▇▇▇

This is a disgusting act and a gross statement that literally makes me sick to my stomach. An act like this goes against every fiber of my being and does not line up with my history or my personality. I was raised to respect woman, and have a younger sister (who is close to ▇▇▇▇▇ age) who is one of the closest people to me in this world. At the time, I had been patterns with my girlfriend for eight years. Throughout much of my college career, I have attempted to make positive change both in woman's health and in women's services on campus. When I was an RA in the Residence Halls for four years on our campus, I helped dozens of women who suffered from with sexual assault issues, and saw firsthand on the damage, guilt, and life-long changes that it causes. In 2015, I was awarded the "Woman of Wayne" scholarship from the Commission on the Status of Woman due to my history of being a champion for woman's issues on our campus.

I have a great deal of empathy for ▇▇▇▇▇ I can see why she was fearful if she thought someone was trying to obtain photos of her. I am not saying that this did not happen, and I am not accusing ▇▇▇▇▇ of lying, however I am saying that I am not the one responsible for it. I have seen no direct evidence linking myself this act. I am willing to submit anything I can, my computer, my cell phone, all of my hard drives, etc to ANY third-party authenticator to prove that I did not do this act. I am willing to take any form of a lie detector or polygraph test to clear myself of this issue in particular.

I hope this addendum adequality addresses this concern. I am open to any questions regarding this issue if they are needed.


Sincerely,


Anthony Eid