

**OFFICE OF MEDICAL EDUCATION**

April 10, 2019

Anthony Eid
1247 Selden
Detroit, MI 48201
Student No: 004087570

Dear Mr. Eid:

I regret to inform you that at its meeting on April 10, 2019 the Promotions Committee denied your appeal regarding reconsideration of your dismissal from the school of medicine. The committee reviewed and discussed your written appeal statement and determined that the information you provided was not sufficient to reverse their decision of dismissal made on February 27, 2019. This is the final action at the school of medicine.

You may appeal this final decision of the school to the Provost of the University. Please refer to the paragraph below for the academic appeal procedure:

**If, after your School/College appeal path is exhausted and you wish to continue with the grade appeal process, per the University Academic policy, you may request a Provost Review within 30 days of this decision. The request should be submitted via the online form located at https://provost.wayne.edu/academic-policy. For assistance with the appeal process, you may contact the Ombudsperson Laura Birnie-Lindemann at ombudsoffice@wayne.edu.**

Sincerely,

Richard S. Baker, MD
Chair, Medical Student Promotions Committee
Vice Dean of Medical Education

CC:   Margit Chadwell, MD, Associate Dean, Student Affairs
      Mrs. Loretta Robichaud, Academic Counselor, Student Affairs
      Office of Records and Registration, Division of Enrollment Management
      Office of Financial Aid, Division of Enrollment Management
      Dr. Darin Ellis, Associate Provost for Academic Programs

---

Richard S. Baker, MD, Vice Dean for Medical Education, Professor of Ophthalmology
540 East Canfield ♦ 1207 Scott Hall ♦ Detroit, MI 48201
Phone: 313-577-5196 ♦ Fax: 313-577-6474

WSU / Eid 000671