Loretta Robichaud

**From:** Loretta Robichaud
**Sent:** Tuesday, May 7, 2019 5:11 PM
**To:** Margit Chadwell; M Jackson; Michael Webber; Kathleen Connors; Christopher P. Steffes
**Subject:** FW: Promotions Letter

FYI. Update. Re' Anthony Eid.

**From:** Vickie Muhammad
**Sent:** Tuesday, May 07, 2019 5:04 PM
**To:** Anthony Eid <aeid@med.wayne.edu>
**Cc:** Richard Baker <rbaker@med.wayne.edu>; Loretta Robichaud <lrobicha@med.wayne.edu>; Marlena Frontera <ag6461@wayne.edu>; 'rdellis@wayne.edu'
**Subject:** RE: Promotions Letter

Dear Mr. Eid,

Dr. Baker did agree to meet with you on March 6, 2019 to again explain your options to you. He did not, however, change the SOM policy in that regard. Your choice, which was clearly articulated to you both in his dismissal letter of February 27, 2019 and in your meeting of March 6, 2019 was this: (1) You had the option of withdrawing by March 14, 2019, which would have been 10 business days after receipt of the dismissal letter; or (2) you could appeal to the Promotions Committee and then to the Provost.

Once you take an appeal, even if it is only the first step in the appeal, i.e. to the Promotions Committee, the option of withdrawing is no longer available. This policy applies to all students who are dismissed pursuant to a hearing by the Promotions Committee.

Since you chose to appeal, the option of withdrawing is no longer available.

Sincerely,
Ms. Muhammad

*******************************

*Vickie Muhammad*



**WAYNE STATE**
**School of Medicine**

Vickie Muhammad
Manager & Assistant to Dr. Richard Baker
Vice Dean for Medical Education
540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
(p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu

Organizational Clarity and Operational Excellence

1

WSU / Eid 000701



**150 YEARS**
IN THE HEART OF DETROIT

From: Anthony Eid <aeid@med.wayne.edu>
Sent: Monday, May 6, 2019 11:33 AM
To: Vickie Muhammad <vmuhamme@med.wayne.edu>
Subject: Re: Promotions Letter

Hello Ms. Muhammad,

I was told by Dr. Baker that I would still have the option to withdrawal if the appeal to the promotions committee was unsuccessful. The email and letter that I was sent did not have any information about how to do this.

Could you ask Dr. Baker about how I should go about the withdrawal? I am leaning towards doing that instead of further appealing to the Provost.

Thanks you,
-Anthony

On Apr 10, 2019, at 5:50 PM, Vickie Muhammad <vmuhamme@med.wayne.edu> wrote:

> <image001.gif>
> Dear Mr. Eid,
> The Promotions Committee reviewed your appeal at its meeting held today, Wednesday, April 10, 2019; and, attached is your letter with its decision.   For any questions you may have, please contact the Ombudsperson noted in your letter.
>
> Sincerely,
> Ms. Muhammad
>
>
> *******************************
> *Vickie Muhammad*
>
> <image002.jpg>    Vickie Muhammad
>                  Manager & Assistant to Dr. Richard Baker
>                  Vice Dean for Medical Education
>                  540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
>                  (p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu
> Organizational Clarity and Operational Excellence

2

WSU / Eid 000702

&lt;image003.jpg&gt;

&lt;A EID PRC Final letter 4 10 19.docx&gt;

WSU / Eid 000703