## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID,　　　　　　　　　　　　　　Case No. 20-cv-11718
an individual,　　　　　　　　　　　　　　　Hon. Gershwin A. Drain

　　　　Plaintiff,

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ,
MARGIT CHADWELL,
MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS,
in their individual and official capacities,
jointly and severally,

　　　　Defendants.

---

## INDEX OF EXHIBITS
## TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT REPORT AND TESTIMONY

## INDEX OF EXHIBITS

**Exhibit A**, *WSU Student Code of Conduct*

**Exhibit B**, *WSU Interim Administrative Hearing Guidelines Student Code of Conduct*

**Exhibit C**, *WSU Medical School Professionalism Committee Rules*

**Exhibit D**, *WSU Promotions Committee Rules*

**Exhibit E**, *WSU SOM Handbook*

**Exhibit F**, *Capitalplus Equity, LLC v. Espinosa Grp., Inc., 2022 U.S. Dist. LEXIS 1055*