UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.

WAYNE STATE UNIVERSITY, WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE, NIKOLINA CAMAJ, MARGIT CHADWELL, MATT JACKSON, RICHARD S. BAKER, and R. DARIN ELLIS, in their individual and official capacities, jointly and severally,

    Defendants.

Case No. 2:20-cv-11718
Hon. Gershwin A. Drain
Mag. Judge David R. Grand

---

| | |
|---|---|
| Mark C. Rossman (P63034)<br>ROSSMAN, P.C.<br>Attorneys for Plaintiff<br>& 2145 Crooks Road, Suite 220<br>Troy, Michigan 48084<br>(248) 385-5481<br>mark@rossmanpc.com | Elizabeth Hardy (P37426)<br>David Porter (P76785)<br>KIENBAUM HARDY VIVIANO PELTON FORREST, P.L.C.<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000<br>ehardy@khvpf.com |
| J. Robert Flores<br>Attorney for Plaintiff<br>10410 Hampton Road<br>Fairfax Station, Virginia 22039<br>(703) 609-8731<br>rfloresesq@verizon.net | |

---

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TIME FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

It is hereby stipulated by and between the Plaintiff, Anthony Eid, and the Defendants, Wayne State University, Wayne State University School of Medicine, Nikolina Camaj, Margit Chadwell, Matt Jackson, Richard S. Baker, and R. Darin Ellis ("Defendants"), by and through their respective counsel, as follows:

1. Defendants filed their Motion for Summary Judgement on January 31, 2022 ECF 43;

2. Pursuant to LR 7.1(e)(2)(A) Plaintiff's Response to Defendants' Motion for Summary Judgment would be due on Monday, February 21, 2022;

3. Plaintiff and Defendants have mutually agreed to the extension of Plaintiff's response time from Monday, February 21, 2022 until Friday, February 25, 2022.

4. Pursuant to LR 7.1(g)(1)(B), the assigned judge to a matter may approve a written stipulation of the parties to extend the time for a response to be filed;

5. The parties hereby mutually stipulate to the agreed upon extension for Plaintiff's response from February 21, 2022 to February 25, 2022.

IT IS SO ORDERED.

s/Gershwin A. Drain_____

DISTRICT COURT JUDGE

Dated: February 22, 2022.

Approved and agreed by:

/s/ Elizabeth M. Vincent
Mark C. Rossman (P63034)
Elizabeth M. Vincent (P76446)
ROSSMAN, P.C.
Attorneys for Plaintiff
2145 Crooks Road, Suite 220
Troy, Michigan 48084
(248) 385-5481
mark@rossmanpc.com
liz@rossmanpc.com

/s/ David Porter *with permission
Elizabeth Hardy (P37426)
David Porter (P76785)
KIENBAUM HARDY VIVIANO PELTON FORREST, P.L.C.
Attorneys for Defendants
280 N. Old Woodward Ave., Suite 400
Birmingham, Michigan 48009
(248) 645-0000
ehardy@khvpf.com

/s/ J. Robert Flores *with permission
J. Robert Flores
Attorney for Plaintiff
10410 Hampton Road
Fairfax Station, Virginia 22039
(703) 609-8731
rfloresesq@verizon.net