UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EID,  			Case No. 20-11718
				Honorable Gershwin A. Drain
    Plaintiff,			Magistrate Judge David R. Grand

v.

WAYNE STATE UNIVERSITY,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT CONFERENCE  VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Thursday, March 3, 2022 at 1:00p.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Tuesday, March 1, 2022, at 4:30 p.m.** Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket. An email will be sent to counsel of record with zoom instructions.*

Dated: February 23, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 23, 2022, by electronic and/or ordinary mail.

       s/Eddrey O. Butts
    Case Manager, (734) 741-2484