# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID,  
an individual,

      Plaintiff,

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ,
MARGIT CHADWELL,
MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS,
in their individual and official capacities,
jointly and severally,

      Defendants.

Case No. 20-cv-11718  
Hon. Gershwin A. Drain

---

## INDEX OF EXHIBITS
## TO PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

# INDEX OF EXHIBITS

**Exhibit 1**, *Plaintiff Anthony Eid's Deposition Transcript*

**Exhibit 2**, *Defendant Camaj's Investigative Report*

**Exhibit 3**, *P. Roe email to Chadwell, October 31, 2018*

**Exhibit 4**, *Chadwell email to Def. Baker, November 1, 2018*

**Exhibit 5**, *Emails between Robichaud and Chadwell*

**Exhibit 6**, *Defendant Camaj Deposition Transcript*

**Exhibit 7,** *Defendant Camaj Letter to Plaintiff*

**Exhibit 8,** *Emails between Plaintiff and Camaj, November 27, 2018*

**Exhibit 9,** *Defendant Margit Chadwell Deposition Transcript*

**Exhibit 10,** *Professionalism Committee Manual*

**Exhibit 11,** *Jackson email to Pamela Roe*

**Exhibit 12,** *Plaintiff Anthony Eid Declaration*

**Exhibit 13,** *Chadwell email to Camaj, December 5, 2018*

**Exhibit 14,** *Pamela Roe emails with administration*

**Exhibit 15,** *Email from Jackson to Plaintiff, Dec. 14, 2018*

**Exhibit 16,** *Professionalism Committee Letter to Eid*

**Exhibit 17,** *Eid email to Robichaud March 5, 2019*

**Exhibit 18,** *Muhammad Email*

**Exhibit 19,** *Interim Hearing Guidelines*

**Exhibit 20,** *WSU Student Code of Conduct*

**Exhibit 21,** *Professionalism Committee Hearing Minutes*

**Exhibit 22,** *SOM Handbook*

**Exhibit 23,** *Promotions Committee file*

**Exhibit 24,** *Promotions Committee Bylaws*