# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN


ANTHONY EID, an individual,

      Plaintiff,

    vs.         Case No. 20-cv-11718

              Hon. Gershwin A. Drain

WAYNE STATE UNIVERSITY, et al,    Mag. Judge David R. Grand

      Defendants.

_____


The Deposition of ANTHONY EID,

Taken at 280 North Old Woodward Avenue,

Suite 400, Birmingham, Michigan,

Commencing at 9:38 a.m.,

Wednesday, July 21, 2021,

Before Lezlie A. Setchell, CSR-2404, RPR, CRR.

ANTHONY  EID
July 21, 2021

1   APPEARANCES:

2   MARK C. ROSSMAN (P63034)

3   ELIZABETH M. VINCENT (P76446)

4   Rossman, PC

5   2145 Crooks Road

6   Suite 220

7   Troy, Michigan 48084

8   248.385.5481

9   mark@rossmanpc.com

10   liz@rossmanpc.com

11       Appearing on behalf of the Plaintiff.

12

13   ELIZABETH P. HARDY (P37426)

14   DAVID PORTER (P76785)

15   Kienbaum Hardy Viviano Pelton & Forrest, PLC

16   280 North Old Woodward Avenue

17   Suite 400

18   Birmingham, Michigan 48009

19   248.645.0000

20   ehardy@khvpf.com

21   dporter@khvpf.com

22       Appearing on behalf of the Defendants.

23

24   ALSO PRESENT:

25   Kristen Cook, Adrienne Wolff

ANTHONY  EID
July 21, 2021

1        TABLE OF CONTENTS

2

3    WITNESS                    PAGE

4    ANTHONY EID

5

6    EXAMINATION

7    BY MS. HARDY                 7

8

9            EXHIBITS

10

11   EXHIBIT                 PAGE

12   (Exhibits attached to transcript.)

13

14   EXHIBIT 1              61

15   Plaintiff's Responses to

16   Defendants' First Set of

17   Interrogatories

18   EXHIBIT 2              61

19   Plaintiff's Responses to

20   Defendants' First Set of

21   Document Production Requests

22   EXHIBIT 3              137

23   Email forwarded message

24   dated 10-25-2018 from Wolff Law

25   EXHIBIT 4              138

ANTHONY EID
July 21, 2021

1   Wayne State University

2   Complaint Form

3   EXHIBIT 5                    140

4   Letter dated November 27, 2018

5   to Anthony Eid from Nikolina Camaj

6   EXHIBIT 6                    147

7   Emails between Anthony Eid and

8   Nikolina Camaj with Statement

9   Regarding Reported Incident attached

10  EXHIBIT 7                    159

11  Email dated 12-14-2018 to

12  Anthony Eid from M. Jackson

13  EXHIBIT 8                    160

14  Email dated 1-15-2019 to

15  Anthony Eid from M. Jackson

16  EXHIBIT 9                    161

17  Email dated 1-17-2019 to

18  M. Jackson from Anthony Eid

19  attaching a letter dated 1-17-2019

20  to Anthony Eid from Matt Jackson

21  EXHIBIT 10                   162

22  Email dated 1-25-2019 to

23  Anthony Eid from Matt Jackson

24  EXHIBIT 11                   174

25  Letter dated 12-4-2018 from

1    Nikolina Camaj with attachments

2    EXHIBIT 12                    179

3    Emails attaching a letter dated

4    2-11-2019 to Anthony Eid from

5    Matt Jackson

6    EXHIBIT 13                    181

7    Letter to Dear Members of

8    the Promotions Committee

9    EXHIBIT 14                    184

10   Document titled In Conclusion

11   EXHIBIT 15                    189

12   Email dated 2-21-2019 to

13   Ja Esta Jones from Anthony Eid

14   EXHIBIT 16                    190

15   Letter dated 2-27-2019 to

16   Anthony Eid from Richard S. Baker

17   EXHIBIT 17                    192

18   Email dated 3-5-2019 attaching

19   an Update dated 3-5-2019 to

20   Anthony Eid from Vickie Muhammad

21   EXHIBIT 18                    198

22   Dismissal Decision Appeal

23   Letter and Evidence

24   EXHIBIT 19                    200

25   Appeal Letter Addendum

ANTHONY EID
July 21, 2021

1   EXHIBIT 20                    204

2   Screenshots

3   EXHIBIT 21                    207

4   Apple ID Sign In Requested

5   EXHIBIT 22                    209

6   Email with a letter dated

7   4-10-2019 to Anthony Eid

8   from Richard S. Baker attached

9   EXHIBIT 23                    210

10   Emails

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANTHONY  EID
July 21, 2021

1   Birmingham, Michigan

2   Wednesday, July 21, 2021

3   9:38 a.m.

4                    ANTHONY EID,

5       was thereupon called as a witness herein, and after

6       having first been duly sworn to testify to the truth,

7       the whole truth and nothing but the truth, was

8       examined and testified as follows:

9       exam

10               MS. HARDY:  Let the record reflect that

11      this is the discovery deposition of Anthony Eid in the

12      case of Eid versus Wayne State University, et al,

13      currently pending in the Federal District Court in the

14      Eastern District of Michigan.  This deposition is

15      being taken pursuant to the Notice, agreement of the

16      parties and can be used for all purposes provided

17      under the Federal Court Rules.

18                    EXAMINATION

19   BY MS. HARDY:

20   Q.   Good morning, Mr. Eid.  I represent all of the

21      defendants in this action, and we have gathered today

22      for the purpose of asking you questions about the

23      factual support that you have for the allegations you

24      have made in this lawsuit.  You are under oath; do you

25      understand?

ANTHONY  EID
July 21, 2021

1  A.  Yes.

2  Q.  Do you understand the significance of that?

3  A.  Yes.

4  Q.  Alright.  And you are making a commitment to answer

5     truthfully under oath?

6  A.  I am.

7  Q.  Alright.  Have you ever been deposed before?

8  A.  I have not.

9  Q.  Have you ever given sworn testimony?

10  A.  No.

11  Q.  So you've never been in any kind of arbitration or

12     court proceeding where you've had to testify as a

13     witness; is that true?

14  A.  Yes, I have never been in any court proceeding or

15     anything like this.

16  Q.  Alright.  Well, let me just go over a few ground rules

17     before we get too far down the road.  If you've never

18     been deposed before, I'm sure your attorneys have

19     given you kind of the lay of the land, but it's very

20     important that you listen carefully to the questions,

21     that you make sure you understand the question before

22     you answer, you take time to reflect, because once you

23     provide an answer, it will be presumed that you had

24     sufficient time to think about your answer and you

25     understood what you were answering, okay?

1          MR. ROSSMAN:  Don't answer that.  That's

2     not framed as a question.  I'm going to object to that

3     statement on the record.  It's compound.  I mean,

4     you're putting a lot in there.  We've explained to the

5     witness what to expect in the deposition and the rules

6     about listening and not talking over each other.  If

7     we have objections, we'll discuss it and then he'll

8     answer the question unless I tell him not to proceed.

9          MS. HARDY:  Alright.  We're still going to

10     cover my ground rules because it's my deposition.

11          MR. ROSSMAN:  I have no objection to that.

12     I just don't want them framed in the form of a

13     question because as you can tell, he didn't know how

14     to answer because he wasn't sure if it was a question

15     or a statement, and it was very compound.

16 BY MS. HARDY:

17 Q.   Do you have any question about that basic proposition

18     that you need to listen carefully, you need to ask me

19     to clarify if you don't understand because once you do

20     answer, it will be presumed that you understood and

21     had sufficient time; is anything unclear about that?

22          MR. ROSSMAN:  I'm going to object to the

23     form of the question.

24          MS. HARDY:  Okay, thank you.

25 BY MS. HARDY:

ANTHONY EID
July 21, 2021

1   Q.   Anything unclear about that?

2           MR. ROSSMAN:  If you understand that

3    question, you can answer it.

4   BY MS. HARDY:

5   Q.   If you don't understand it, I'll take more time to

6    explain it.  If you do understand it, then just

7    indicate that you understand that.

8           MR. ROSSMAN:  We're not going to get into

9    what he's covered with counsel.  You're instructing

10   the witness, and it can't be done in the form of a

11   question.  If you want to state your instructions,

12   state them.

13   BY MS. HARDY:

14   Q.   Do you understand it's your obligation to ask me to

15   clarify a question if you don't understand it before

16   you answer it?

17          MR. ROSSMAN:  Objection; that calls for a

18   legal conclusion.  If he's confused by a question,

19   he'll indicate he's confused and ask it to be

20   restated.

21          MS. HARDY:  It's going to be a really long

22   day.

23          MR. ROSSMAN:  It is if you're going to be

24   questioning him on the rules of a deposition.  Just

25   ask him questions.

ANTHONY EID
July 21, 2021

1        MS. HARDY:  This is the first time I have

2    ever had a debate at this phase of just going over

3    ground rules for a deposition.  I have never --

4        MR. ROSSMAN:  You can go over them.  Just

5    don't ask them in the form of a question, please.

6        MS. HARDY:  I need him to acknowledge that

7    he understands so that when we start, I can be sure

8    that we're proceeding with a common understanding of

9    what the ground rules are.

10        MR. ROSSMAN:  You're doing it so that if

11    you impeach him at trial later, you can say, Sir,

12    didn't I ask you earlier in the deposition whether you

13    understood all the rules of testimony.  That's why

14    you're doing this.  He's here.  He's represented by

15    attorneys.  He's presumed to understand the rules of a

16    deposition.  If you want to go over them again with

17    him, go ahead, but don't make a bunch of legal

18    conclusions and then ask him if he understands.

19        MS. HARDY:  I'm going to ask the questions

20    I'm going to ask.  You are obviously entitled to do a

21    form objection whenever you think that's appropriate,

22    and if he refuses to answer, which of course he can't

23    refuse to answer just because of a form objection,

24    that's on him and on you, and then I'll proceed and

25    move on.  I'm not going to sit and go over and over

ANTHONY EID
July 21, 2021

1  the same thing.

2         MR. ROSSMAN:  Fair enough.

3         MS. HARDY:  Okay.

4  BY MS. HARDY:

5  Q.  So you understand that, and tell me if you don't, that

6     if you don't understand one of my questions, it's your

7     obligation to ask me to clarify?

8         MR. ROSSMAN:  Object to the form.

9  BY MS. HARDY:

10  Q.  Go ahead and answer.

11  A.  Yes, I think I do.

12  Q.  Okay.  Do you have some doubt about that?

13         MR. ROSSMAN:  Object to the form.

14  BY MS. HARDY:

15  Q.  You said I think I do.  Is it yes or no?

16         MR. ROSSMAN:  Object to the form;

17     confusing.

18  BY MS. HARDY:

19  Q.  Do you understand that it's your obligation to ask for

20     a clarification if my questions are unclear before you

21     answer?

22  A.  Yes.

23  Q.  Thank you.  Do you understand that it's important to

24     make sure that I finish a question before you answer,

25     and likewise, I will do my best to make sure you

ANTHONY  EID
July 21, 2021

1    finish your answer before I begin another question?

2           MR. ROSSMAN:  Object to the form and not

3    only is that vague and ambiguous, it's harassing and

4    patronizing.  We're not going to talk over each other

5    and you're going to ask him if he understands that's

6    an obligation.  He understands that.  I have told him.

7    You have told him.  I'm not going to sit here and let

8    you patronize this witness.

9           MS. HARDY:  I have never heard anyone

10    describe that as patronizing.

11           MR. ROSSMAN:  I have never heard that

12    question asked in 21 years of doing this.  You tell

13    the witness the instructions, and you move onto the

14    merits of the case.  You don't ask him if it's his

15    obligation.  Also, I'm not aware of any affirmative

16    obligation in any rule or law that requires him to do

17    that.  He's here to answer properly framed questions,

18    and I'm just here to make sure that they're properly

19    framed.  That's it.

20    BY MS. HARDY:

21    Q.   Okay.  So I'm going to assume unless I hear otherwise

22        from you that you understood my questions, you asked

23        for clarification if you didn't understand my

24        questions, and I am going to assume you understand

25        that you're not supposed to speak over me, and if

ANTHONY EID
July 21, 2021

1    there's something that I've got wrong about that

2    equation, let me know, and if not, I'll move on.

3        Shall I move on?

4  A.  Yes, we can move on.

5  Q.  And you need to answer verbally, not nod your head; do

6    you understand that?

7  A.  Okay.

8  Q.  Alright. Are you taking any medications today?

9  A.  Yes, I am.

10 Q.  What are you taking?

11 A.  I am taking Bupropion.

12 Q.  What is that?

13 A.  It is an antidepressant.

14 Q.  How long have you been taking that drug?

15 A.  I believe for -- I've been taking this specific drug

16    for about two months.

17 Q.  Who prescribed it?

18 A.  My primary care doctor.

19 Q.  Who is that?

20 A.  You know, I cannot remember her name at this time.

21 Q.  Where does she practice?

22 A.  She practices out of the, the Detroit City Integrated

23    Health Department.

24 Q.  Have you provided a HIPAA release for that particular

25    physician?

ANTHONY   EID
July 21, 2021

1   A.   I have.

2   Q.   And so you've been taking this antidepressant for two

3        months?

4   A.   Yes.

5   Q.   What dosage are you taking today or did you take in

6        advance of the deposition?

7   A.   Can you clarify the question?

8   Q.   What dosage of the medication, 5 milligrams, 10

9        milligrams, what dosage?

10  A.   I am not sure of the dosage.

11  Q.   You don't know what dosage you took this morning?

12  A.   No, not off the top of my head.

13  Q.   Well, is there a prescribed dosage that you're

14       supposed to take every morning?

15  A.   There is on the bottle.

16  Q.   Do you know what that is?

17  A.   No, I do not.

18  Q.   So you have no idea whether you have taken more or

19       less than the prescribed dosage today?

20            MR. ROSSMAN:  Object to the form of the

21       question; confusing.

22  BY MS. HARDY:

23  Q.   Is that correct?

24            MR. ROSSMAN:  Speculative.

25            THE WITNESS:  Can you repeat the question?

ANTHONY  EID
July 21, 2021

1  BY MS. HARDY:

2  Q.   Sure.  I'm trying to figure out whether you took the

3      standard dosage of your antidepressant medication

4      before the deposition today.  Do you know whether you

5      took what is prescribed, that amount of dosage today?

6  A.   Yes, I took the dosage as prescribed on the bottle of

7      medication.

8  Q.   Alright.  And what is that?

9  A.   I am not sure what that is off the top of my head.

10  Q.   Okay.  Do you have any side-effects from that

11      particular medication?

12  A.   Can you repeat the question?

13  Q.   Yes.  Does that medication, antidepressant medication

14      that we've been talking about, result in side-effects

15      after taking it?

16  A.   No.

17  Q.   So it's not going to interfere in any way with your

18      ability to understand and respond to questions,

19      correct?

20  A.   I don't think it will.

21  Q.   Why do you hesitate?

22  A.   Well, because I don't know if it's -- I don't know if

23      it would or not, but I don't think that it will.

24  Q.   Okay, fair enough.  So you've taken it for two months?

25  A.   Yes.

ANTHONY  EID
July 21, 2021

1   Q.   And you haven't noticed any side-effects from it in

2        the past two months that interfere with your cognitive

3        abilities and ability to engage in communications and

4        understand discourse with people?

5   A.   That is correct.

6   Q.   Okay.  Or your ability to think and respond to

7        information?

8   A.   Well, I don't know about all that.  The medication

9        does sometimes make me a little hazy.

10  Q.   Do you feel hazy right now?

11  A.   No, I do not.

12  Q.   Alright.  What other medications, if any, are you

13       currently taking or took in advance of today's

14       deposition?

15            MR. ROSSMAN:  In advance in what time

16       period, like years or days?

17  BY MS. HARDY:

18  Q.   This morning.

19  A.   Just that, caffeine if you count that as a drug.

20  Q.   Okay.  So let's go back to my question about prior

21       sworn testimony because I wasn't clear that you

22       understood the question.

23            So you've never been under oath before; is

24       that your testimony?

25  A.   That is correct.

ANTHONY  EID
July 21, 2021

1  Q.   Okay.  Have you provided witness statements that were

2       sworn?

3  A.   No.

4  Q.   So I take it you've never testified in any kind of

5       hearing under oath?

6  A.   That is correct.

7  Q.   Alright.  Have you ever been a party in litigation

8       outside of this case, either a plaintiff or a

9       defendant?

10 A.   Can you repeat that question one more time?

11 Q.   Sure.  You're a plaintiff in a case entitled Eid

12      versus Wayne State University, et al.  Have you ever

13      been a plaintiff before in any other litigation?

14 A.   I have been in Small Claims Court once before.

15 Q.   Okay.  And what was the title of that action?

16 A.   I do not remember the title of the action.  It was a

17      -- I do not remember the title of the action.

18 Q.   Were you the moving party, the plaintiff?

19 A.   Yes.

20 Q.   You were suing somebody?

21 A.   Yes.

22 Q.   Who were you suing?

23 A.   It was a tow truck company.

24 Q.   What's its name?

25 A.   I do not remember.

ANTHONY EID
July 21, 2021

1   Q.   How long ago was that?

2   A.   I believe that was around 2015.  However --

3   Q.   Where was the action pending?

4   A.   In the 36th District Court.

5   Q.   What was the disposition of the action?

6   A.   Can you clarify that question?

7   Q.   How was it resolved?

8   A.   I was awarded judgment for an improper tow.

9   Q.   Was there a jury verdict, or was it a bench trial or a

10      bench ruling; did the judge rule, or did the jury make

11      a decision?

12  A.   The judge ruled.

13  Q.   What was the judge's name?

14  A.   I do not remember.

15  Q.   Have you been a plaintiff in any other action other

16      than the tow truck company action from 36th District

17      Court and this current lawsuit?

18  A.   No, I do not believe so.

19  Q.   Have you been a defendant in any action?

20  A.   No.

21  Q.   Alright.  So then in your entire life, there's been

22      two legal actions that you've been a party to, the

23      current action and the 36th District Court action

24      against the tow truck company?

25  A.   Yes, I believe that to be correct to the best of my

ANTHONY  EID
July 21, 2021

1    recollection.

2  Q.  Do you need more time to reflect before answering?

3  A.  No.

4  Q.  What's your current home address?

5  A.  1247 Selden Street.

6  Q.  How long have you lived at that address?

7  A.  I have lived at that address since, it was either 2016

8    or 2017 when I moved in.

9  Q.  Do you live there alone?

10  A.  No.  I have roommates.

11  Q.  Alright.  And so have you lived there continuously

12    since 2016 or '17?

13  A.  Yes, I have.

14  Q.  And where did you live immediately prior to that?

15  A.  Prior to that I lived in Wayne State University

16    housing.

17  Q.  Is that a rental apartment at Selden Street?

18  A.  Yes, it is.

19  Q.  Who is the landlord?

20  A.  Woodbridge Estates.

21  Q.  How many roommates do you have?

22  A.  The number of roommates I have fluctuates.

23  Q.  Who was your roommate when you first moved in; which

24    individuals were roommates when you first moved in?

25  A.  When I first moved in?

ANTHONY   EID
July 21, 2021

1   Q.   Yes.

2   A.   When I first moved in, I had two roommates.  They were

3       colleagues of mine that I knew from college.

4   Q.   What are their names?

5   A.   One was named Scott Anteau.

6   Q.   Spell his last name, please.

7   A.   A-N-T-E-A-U.

8   Q.   The other?

9   A.   The other was -- you know, I cannot remember his name

10      at this moment because that third roommate had

11      switched around.

12  Q.   Does Scott still live with you?

13  A.   No.

14  Q.   Does the other original roommate still live with you?

15  A.   No.

16  Q.   Do you know where Scott is today?

17  A.   Scott is a resident physician.  I do not know where he

18      is living.

19  Q.   In the Metropolitan area of Detroit?

20  A.   I am not sure.

21  Q.   And you can't recall whether it was 2016 or '17 when

22      you moved in to the Selden address?

23  A.   No, I cannot.

24  Q.   What time of year was it, what season?

25  A.   It was the fall.

ANTHONY EID
July 21, 2021

1   Q.   Was it at the beginning of starting a particular

2        program at Wayne State?

3   A.   It was after I graduated undergraduate and before I

4        started my Master's program.

5   Q.   What year did you start your Master's program?

6   A.   2016.

7   Q.   Alright.  So if it's before you started your Master's

8        program in 2016, you moved in before 2016?

9   A.   Yes.

10  Q.   Okay.  Do you have any other addresses where you

11       reside from time to time?

12  A.   No.

13  Q.   What's your date of birth?

14  A.   August 11th, 1992.

15  Q.   Your place of birth?

16  A.   Could you clarify what you mean by place?

17  Q.   Where were you born?

18  A.   Are you saying like the hospital, a city?

19  Q.   City, state?

20  A.   In Metropolitan Detroit area.

21  Q.   Do you have parents who are both alive?

22  A.   Yes.

23  Q.   And what is your father's name?

24  A.   Edward.

25  Q.   Last name is Eid?

ANTHONY  EID
July 21, 2021

1   A.   That is correct.

2   Q.   Where does he reside?

3   A.   He resides in Orchard Lake, Michigan.

4   Q.   And your mother, is she still alive?

5   A.   She is.

6   Q.   Her name?

7   A.   Evon, E-V-O-N.

8   Q.   Eid?

9   A.   Uh-huh.

10   Q.   Does she reside in Orchard Lake, Michigan, as well?

11   A.   She does.

12   Q.   Are they both still married?

13   A.   They are.

14   Q.   Have they been married throughout your life?

15   A.   Yes.

16   Q.   Do you have siblings?

17   A.   I do.

18   Q.   Names, please?

19   A.   So I have a stepbrother, his name is Chris Eid.

20   Q.   Whose child is he?

21   A.   He is my mother's child.

22   Q.   Okay.  From another marriage?

23   A.   Yes.

24   Q.   How old is he?

25   A.   He is in his forties.

ANTHONY  EID
July 21, 2021

1    Q.   Okay.  What other siblings do you have?

2    A.   Simone Eid.

3    Q.   How old is she?

4    A.   He's a male.  He is 27.

5    Q.   Is that the child of Edward and Evon?

6    A.   Yes.

7    Q.   Any other siblings?

8    A.   Yes, Jonathan Eid.

9    Q.   How old is Jonathan?

10   A.   He is 25.

11   Q.   Is he the son of Edward and Evon?

12   A.   Yes.

13   Q.   Alright.  Any others?

14   A.   Yes, one more, Marcella Eid.

15   Q.   Marcella?

16   A.   Yeah.

17   Q.   Alright.  And how old is she?

18   A.   She is twenty-two.

19   Q.   And is she the daughter of Edward and Evon?

20   A.   Yes.

21   Q.   Do any of your siblings live with Edward and Evon?

22   A.   Marcella does.

23   Q.   Are you financially independent of your family?

24   A.   Can you clarify that?

25   Q.   Do you support yourself?

ANTHONY EID
July 21, 2021

1  A.  Yes.

2  Q.  Okay.  Do they provide any financial support for you?

3  A.  Yes.

4  Q.  What type of financial support do they provide?

5  A.  They help me out with bills if I need help.

6  Q.  Anything else?

7  A.  No, that's about it.

8  Q.  So it's just ad hoc support when needed?

9  A.  Yes.

10 Q.  And who does it come from, your mother or father or

11    both?

12 A.  It comes from both.

13 Q.  Are you estranged from your mother?

14 A.  Can you repeat the question?

15 Q.  Do you know what the word "estranged" means?

16     MR. ROSSMAN:  Object to form.

17 BY MS. HARDY:

18 Q.  Do you have a relationship with your mother where you

19    see her, communicate with her, get along with her?

20 A.  Currently I do.

21 Q.  And when did that develop?

22     MR. ROSSMAN:  Object to the form; vague.

23 BY MS. HARDY:

24 Q.  Let me just provide some background.  You have

25    represented in submissions to the School of Medicine

ANTHONY EID
July 21, 2021

1   that you were estranged from your mother?

2   A.   Yes.

3   Q.   You disowned her, she disowned you, you had no contact

4   with her, and apparently something has changed since

5   then.  When did it change?

6   A.   It has changed within the last six months.

7   Q.   And what has it changed to; how would you describe the

8   nature of your relationship currently?

9   A.   The nature?

10  Q.   Yes.  I mean, you know, how you're getting along with

11   one another?

12  A.   It's a relationship that we're working on.

13  Q.   Okay.  Does she go to therapy with you?

14  A.   No.

15  Q.   Do you discuss your historical difficulties getting

16   along with your mother in therapy?

17  A.   Sometimes, yes.

18  Q.   Do you discuss in therapy the fact that you felt

19   abused by her as a child?

20  A.   I have not yet discussed that in therapy.

21  Q.   We'll go back to that later, but let's switch for a

22   moment to education.  I understand your history at

23   Wayne State and at Wayne State Medical School, so, we

24   don't need to cover that, but I'm interested in

25   whether or not since leaving Wayne State Medical

ANTHONY  EID
July 21, 2021

1      School in 2019 you have applied for any medical

2      program?

3    A.   Can you restate that one more time?

4    Q.    Have you applied for medical school since being

5      dismissed from Wayne State University Medical School?

6    A.   I have been unable to do that.

7    Q.    Have you made application and been told that you can't

8      proceed with the application because of certain

9      information you either provided or failed to provide?

10   A.    You can't apply to a medical school without

11      transcripts from a university which Wayne State

12      University is currently holding.

13           MR. ROSSMAN:  I'm just going to instruct,

14      just answer the question, okay?

15           THE WITNESS:  Okay.

16           MR. ROSSMAN:  If it's a yes or no, answer

17      it yes or no.  If she wants to know that information,

18      she'll ask it.

19           THE WITNESS:  Okay.

20   BY MS. HARDY:

21   Q.   Let's clean that up for a moment.  So you've got some

22      debt that you owe to Wayne State, correct, and they

23      are holding back transcripts until you pay off the

24      debt, correct?

25   A.   I do not know.

ANTHONY EID
July 21, 2021

1    Q.   You have no idea whether or not you have a debt with

2         Wayne State that is interfering with the release of

3         transcripts; no one has told you that?

4    A.   I do not know.

5    Q.   No one has told you that?

6    A.   Can you clarify that?

7    Q.   Nobody has indicated to you that you need to pay off X

8         debt before transcripts will be released?

9    A.   No one told me that.

10   Q.   Alright.  So let's go back to my earlier question

11        about whether or not you have applied or attempted to

12        apply for a medical school program after being

13        dismissed from Wayne State University School of

14        Medicine.

15             Have you been in communication with any

16        medical schools about applying for their programs

17        since your dismissal from Wayne State?

18   A.   Yes.

19   Q.   Which schools?

20   A.   University of Michigan, Michigan State University,

21        both their MD and DO medical programs, Oakland

22        University, Central Michigan University, and

23        University of Toledo.

24   Q.   Have you submitted any kind of paperwork to any of

25        those institutions in connection with your interest in

ANTHONY  EID
July 21, 2021

1   being admitted into their medical school?

2   A.   What do you mean by paperwork?

3   Q.   Have you like written a letter, have you filled out an

4        application, have you sent an email, have you sent a

5        text; have you done anything, have you generated

6        anything in writing where you've been communicating

7        through those writings with the various medical

8        schools you just listed about the prospect of you

9        applying and hopefully being admitted into their

10       program?

11            MR. ROSSMAN:  Object to the form; compound.

12            You can answer the question if you

13       understand it.

14   BY MS. HARDY:

15   Q.   I can take it one at a time if you want to do it that

16       way.

17            MR. ROSSMAN:  That's not a question.  Don't

18       try and make it like my objections are making this

19       longer than it has to be so the witness feels

20       compelled to jump in and answer confusing questions.

21            MS. HARDY:  He said he --

22            MR. ROSSMAN:  If you want to break it down,

23       break it down.  I made an objection.  I don't need

24       sarcastic statements to my client.

25            MS. HARDY:  I provided clarification after

1    he expressed --

2              MR. ROSSMAN:  Can you read that question

3    back, please.

4              (The requested portion of the record was

5              read by the reporter at 10:06 a.m. as

6              follows:

7              "Question:  Have you like written a letter,

8              have you filled out an application, have

9              you sent an email, have you sent a text;

10             have you done anything, have you generated

11             anything in writing where you've been

12             communicating through those writings with

13             the various medical schools you just listed

14             about the prospect of you applying and

15             hopefully being admitted into their

16             program?")

17             MR. ROSSMAN:  I objected to that question.

18   He can either answer the question if he understand it

19   or you can rephrase it.

20   BY MS. HARDY:

21   Q.   Do you understand?  I gave you a whole list of

22   examples of what I meant by the word "paperwork".

23   Have you done any of the above?

24             MR. ROSSMAN:  Same objection.

25             THE WITNESS:  Yes.

ANTHONY  EID
July 21, 2021

1  BY MS. HARDY:

2  Q.   Okay.  What have you done?

3  A.   As far as paperwork?

4  Q.   Yes, we're on written documentation.

5  A.   Written documentation, there is written logs from

6      admission advisors at some of those schools, not all

7      of them, of my prospects of being admitted to those

8      universities.

9  Q.   How do you know they have logs?

10  A.   Can you repeat that?

11  Q.   You indicated that there is written logs from

12      admission advisors?

13          MR. ROSSMAN:  Do you understand the

14      question?  You were asked if you submitted paperwork

15      to the universities, and the answer is yes or no, and

16      then she can follow up on that.  So did you send any

17      paperwork to the universities to try and get admitted?

18      She doesn't want to know whether they have logs in

19      their personal files.  She can get those with a

20      subpoena.  You don't know what's in there.  Have you

21      sent paperwork to those universities to get in?

22          THE WITNESS:  I have had written

23      discussions.

24  BY MS. HARDY:

25  Q.   Written discussions?

ANTHONY EID
July 21, 2021

 1  A.   Yes.

 2  Q.   So let's go back to my question.  Answer my precise

 3       question.  I'll have some follow-up ones.

 4            Have you put anything in writing that you

 5       have sent to any of those universities about your

 6       interest in applying, have you sent them an email, for

 7       instance, a text, have you sent them a letter, have

 8       you filled out any paperwork that they have online;

 9       have you done any of those things?

10  A.   I'm sorry, I'm really not understanding the question.

11       I wish I was but I'm not.  Can you clarify a little

12       bit more?

13  Q.   Very straightforward.  I just need to know if you have

14       put anything in writing that you have given to those

15       schools in connection with your interest in getting

16       admitted into those schools?

17  A.   I don't know what you mean by "given".

18  Q.   Well, like you write an email and you send it to

19       somebody, you send it like, for instance, to an

20       admissions office.  You write a letter and you send it

21       to an admissions office or you go online and you see

22       some questionnaires, and you fill those out and you

23       send them, anything along those lines?  Those are just

24       examples, but have you put anything in writing that's

25       indicated that --

ANTHONY  EID
July 21, 2021

1   A.   Yes.

2   Q.   Okay.  What?

3   A.   To some of those schools I have attended admission

4        webinars with the admissions advisors from the

5        schools.

6   Q.   And what have you put in writing that either concerns

7        your qualifications or your interest in those medical

8        schools?

9   A.   I have asked the admissions advisors what my chances

10        of being admitted to their schools are with a

11        dismissal from a medical school on my transcript.

12   Q.   Who did you ask that question?

13   A.   It was to the admissions advisors from the

14        universities that were on the webinars.

15   Q.   And you did this over a webinar, so, through a virtual

16        form?

17   A.   Yes, it was, yes, virtual.

18   Q.   Okay.  Have you put anything in writing about yourself

19        that you've given to any of those schools?

20   A.   Well, the questions that I asked were in writing.

21   Q.   Okay.  Which schools did you give written information

22        to?

23   A.   I believe they were Wayne State, Oakland, U of M, and

24        also various --

25   Q.   Did you mean Wayne State or Michigan State?

ANTHONY EID
July 21, 2021

1  A.  No.  Wayne State was on the webinar as well.  There

2       has also been -- can we go back a second?

3  Q.  Sure.

4  A.  In addition to those schools, I've also had

5       communications with Caribbean schools.

6  Q.  Which ones?

7  A.  Various Caribbean medical schools.

8  Q.  Just informational type of communications or have you

9       actually made an application?

10  A.  I have not made an application, but I have asked

11       specific questions about my chances of being admitted

12       with a dismissal on my transcript from a United States

13       medical school.

14  Q.  Alright.  And is it accurate that in all of your

15       communications, you have revealed that you were

16       dismissed from Wayne State University's Medical

17       School?

18  A.  No, that's not accurate.

19  Q.  Okay.  Which of the various universities have you

20       disclosed that fact?

21  A.  I don't think I've disclosed that fact that I was

22       specifically dismissed from Wayne State University to

23       any of them.

24  Q.  Alright.  So you're asking it as a hypothetical?

25  A.  It's not a hypothetical.

ANTHONY EID
July 21, 2021

1 Q.   When you're posing that question to one or more of the

2      universities that you've listed, do they know that

3      they're communicating with Anthony Eid, or are you

4      just somebody name unknown asking a question about

5      would you admit somebody who's been dismissed from

6      another medical school?

7 A.   I'm confused because you changed your question there.

8      I don't know if --

9           MR. ROSSMAN:  Just say you don't

10     understand.

11          THE WITNESS:  I don't understand.

12 BY MS. HARDY:

13 Q.   Alright.  When you're communicating with these schools

14     through these webinars, do you identify yourself by

15     name, or do they think it's just some interested

16     person who's asking questions but they don't know who

17     it is?

18 A.   I'm not sure what they think.

19 Q.   Have you given any of these schools your name in

20     connection with any of the written communications that

21     you've had with them?

22 A.   Yes.

23 Q.   Okay.  You also had verbal communications with them?

24 A.   Yes.

25 Q.   Alright.  We'll go back to this later.

ANTHONY EID
July 21, 2021

1          When did you first consult legal counsel

2     about the issues that led to your dismissal from Wayne

3     State University?

4          MR. ROSSMAN:  I'm just going to object to

5     that and instruct the witness not to answer.  The

6     timing of the engagement of legal counsel does form

7     part of the establishment of the attorney-client

8     relationship and is something that is confidential and

9     not reasonably calculated to lead to the discovery of

10     admissible evidence.

11          MS. HARDY:  I completely disagree with that

12     based upon both the law of attorney-client privilege

13     as well as the case law that is controlling in this

14     particular action.  Let me just pose a few more

15     questions, and if that's your instruction, I'll move

16     on.  We'll take it up with the Court later.

17          MR. ROSSMAN:  Alright.

18     BY MS. HARDY:

19     Q.  Did you consult legal counsel about your potential

20     dismissal from Wayne State University Medical School

21     before you received the final word from the provost of

22     the university that you indeed were going to be

23     dismissed?

24          MR. ROSSMAN:  I make the same objection,

25     and you're going a little deeper because you're asking

ANTHONY EID
July 21, 2021

1    about the subject matter about what he consulted legal

2    counsel which is most definitely protected if the

3    timing of the engagement isn't.  What he consults

4    counsel about, whether it be this situation or another

5    situation, is definitely covered by the

6    attorney-client privilege.

7           MS. HARDY:  Again, I disagree but I'll move

8    on.  One more question on this topic.

9  BY MS. HARDY:

10  Q.  During the course of the proceedings at Wayne State

11       University that were dealing with whether or not you

12       would be dismissed, did you seek counsel, legal

13       counsel that is?

14  A.  No.

15  Q.  So you did not seek legal counsel concerning the

16       issues that led to your dismissal from Wayne State

17       University Medical School until after the final

18       decision had been made by the university; is that

19       correct?

20  A.  That is correct, yes.

21  Q.  Have you ever been in treatment for alcohol or

22       substance abuse?

23  A.  No.

24  Q.  Have you ever been in treatment for the illegal use of

25       prescription drugs?

ANTHONY EID
July 21, 2021

1   A.   No.

2   Q.   Has anyone ever suggested to you that you had a

3        substance abuse problem for which you should seek

4        treatment?

5   A.   No.

6   Q.   Has anyone ever suggested to you that you were

7        misusing prescription drugs?

8   A.   No.

9            MS. HARDY:  Alright.  For the matter of the

10       record before I move onto another line of questioning,

11       I want to note that paragraph 22 of plaintiff's

12       Complaint identifies Roe as the pseudonym for the

13       former WSU student who made a complaint about the

14       plaintiff.

15           MR. ROSSMAN:  Is that what paragraph 22

16       says, Liz?

17  BY MS. HARDY:

18  Q.   I'm going to be referring to her as Roe, and I want to

19       be clear who I am referring to; is that understood,

20       Mr. Eid?

21  A.   Yes, I understand.

22  Q.   Let's talk about your smart phone since 2016.  You

23       identify two in your interrogatory responses, an

24       iPhone 6 that you had from November, 2014 through

25       November, 2018, correct?

ANTHONY EID
July 21, 2021

1   A.   That is correct.

2   Q.   And that was an iPhone 6 Plus, correct?

3   A.   Yes.

4   Q.   An Apple phone, correct?

5   A.   Uh-huh.

6   Q.   Alright.  And what was your user name on that phone?

7   A.   What do you mean by user name?

8   Q.   Well, you understand the Apple system, correct?

9   A.   Yes.

10  Q.   You're a long-term Apple user, correct?

11  A.   Yes.

12  Q.   And you have to have a user name and a password on the

13       Apple system, correct?

14  A.   I don't know what system you're talking about.  Could

15       you be more specific about what you're talking about

16       with user name?

17  Q.   Well --

18            MR. ROSSMAN:  Like the name that shows up

19       on a text or something?

20  BY MS. HARDY:

21  Q.   No.  A user name is your Apple ID, also known as an

22       Apple ID?

23  A.   Yes, I had an Apple ID.

24  Q.   So what was the Apple ID, and then what was your

25       password for your iPhone 6?

ANTHONY EID
July 21, 2021

1   A.   The Apple ID was my Gmail e-mail address.

2   Q.   Give that to me, please.

3   A.   It is anthantheid@gmail.com.

4   Q.   And what was your password?

5   A.   I've had a lot of passwords over the years, so --

6          MR. ROSSMAN:  Just indicate if you know.

7   BY MS. HARDY:

8   Q.   What was your password for your iPhone 6 Apple phone?

9   A.   I do not know.

10  Q.   What is your Apple ID for your iPhone XS Max?

11  A.   It is the same thing.

12  Q.   The Gmail account?

13  A.   Yes, anthantheid@gmail.com.

14  Q.   And what is your current password?

15         MR. ROSSMAN:  I'm going to object.  You're

16  asking the current password of his current telephone

17  so it can be logged into?

18         MS. HARDY:  Correct.  It was November, '18,

19  when he acquired the phone according to his

20  interrogatory answers.

21         MR. ROSSMAN:  Why do you want his password?

22         MS. HARDY:  Because we may need to have his

23  phone imaged.

24         MR. ROSSMAN:  Is this deposition under

25  seal?

ANTHONY  EID
July 21, 2021

1          MS. HARDY:  We can certainly make this

2    portion of the deposition under seal.

3          MR. ROSSMAN:  Are we going to move to put

4    under seal the whole deposition?

5          MS. HARDY:  That won't comport with the

6    local rules.

7          MR. ROSSMAN:  Will your people's be under

8    seal?

9          MS. HARDY:  No.

10          MR. ROSSMAN:  What I'd like to do is have

11    the opportunity when the deposition is issued to

12    identify so we can confirm the portions of information

13    that is under seal because it does go beyond a

14    password.  You're going to be talking about medical

15    records and issues.

16          MS. HARDY:  There's going to be a lot of

17    confidential information.

18          MR. ROSSMAN:  So I'm just going to

19    designate for now the entire deposition under seal so

20    that I don't have to interrupt, and then if there's

21    portions of it that shouldn't be under seal after,

22    I'll indicate my acquiescence to that, and if we have

23    some motion practice, we have some motion practice.

24          MS. HARDY:  That's fine.

25  BY MS. HARDY:

ANTHONY EID
July 21, 2021

1   Q.   So your password for your current iPhone, the XS Max?

2   A.   Are you talking about phone password or the Apple ID

3        password?

4   Q.   The Apple ID password.  You need an Apple ID and a

5        password, right?

6   A.   Yes.  Thank you for clarifying.

7              MR. ROSSMAN:  I'm actually going to object.

8        I'm not going to let him give you the password to his

9        current electronic devices for the reason that it

10       could literally be accessed later on this afternoon.

11       I just can't let him give that out.  If we're going to

12       have -- if you get an order that you can have his

13       phone forensically inspected and there's a reason why

14       someone would need to access it, of course we'll

15       provide whatever password information, but I'm not

16       going to let him put on the record information that

17       would allow someone to just log into his currently

18       used electronic devices.  I've never heard of that,

19       and I can't fathom why that freedom shouldn't be

20       given.

21             MS. HARDY:  Are you suggesting anyone

22       connected with my clients at this table would do that?

23             MR. ROSSMAN:  No, I'm not but are you

24       suggesting that we should freely give this out?  I

25       don't see why.  I've had situations -- in fact, I

ANTHONY EID
July 21, 2021

1    wouldn't even want the liability on my law firm of

2    another person's electronic device information.  I

3    mean, there's no reason that we should give out

4    information that would allow that to be accessed, and

5    I don't even know why you'd want it right now.  If

6    somebody is going to forensically access any of his

7    electronic devices --

8            MS. HARDY:  We don't --

9            MR. ROSSMAN:  Let me finish.  I'll stop.  I

10   won't finish my thought.  You cut me off.  I won't

11   finish.  I'm not giving it.  You can move the Court if

12   you want.

13           MS. HARDY:  That's fine.

14           MR. ROSSMAN:  Just so we're clear, if

15   there's an order or a discovery request which we don't

16   object to that says you can get into his Apple account

17   and the Court orders it, I'll give the information,

18   but it would have to be under some very strict

19   parameters like a third party accessing it, duplicate

20   copies made.  I'm not going to have him give out

21   passwords to his current electronic devices.

22           MS. HARDY:  I understood that.  The only

23   reason why I was trying to suggest that you didn't

24   need to go any further is because your point was

25   clear, and we're not going to resolve it sitting here.

ANTHONY EID
July 21, 2021

1   I'm just trying to save time.

2           MR. ROSSMAN:  I don't want to be quoted as

3   somehow interfering in something you should have got.

4   I need it to be clear on the record that what you're

5   asking for is the information that would allow his

6   electronic devices to be accessed from a computer

7   right now, and I'm not going to let that be put into

8   the record, but under certain parameters if it's shown

9   to be relevant and you need access to that and we

10   either agree or the Court orders it, well then, of

11   course, we couldn't stand in your way, but right now

12   there's no purpose to having that.  User ID names and

13   things like that so you can see what electronic device

14   is communicating, maybe you have some documents,

15   that's fine, but passwords, that's a little bit too

16   far.  That's like getting somebody's Social Security

17   Number and you don't even have a judgment against them

18   yet.

19   BY MS. HARDY:

20   Q.  Let's go back to your iPhone XS Max.  You acquired

21   that in November, 2018, correct?

22   A.  Yes, I bought it shortly after it was released.

23   Q.   And that was, according to your interrogatory answers,

24   November, 2018, correct?

25   A.  I believe so, yes.

ANTHONY EID
July 21, 2021

1   Q.   And you have Verizon coverage on that particular

2        phone, correct?

3   A.   Yes.

4   Q.   You had Verizon coverage on your iPhone S Plus,

5        correct?

6   A.   The 6S Plus, yes.

7   Q.   6S Plus, yes, and you had the same user name for both

8        accounts, correct?

9   A.   Yes.

10  Q.   And the phone number for both phones is 248.310.8610,

11       correct?

12  A.   That's correct.

13  Q.   So that has been your smart phone phone number since

14       August, 2016, correct?

15  A.   Yes.

16  Q.   When you purchased your new phone in November, 2018,

17       did you transfer the data from your iPhone 6 Plus to

18       your new phone?

19  A.   Yes.

20  Q.   So everything that was on this 6 Plus is currently on

21       the XS Max, right?

22  A.   That is correct.

23  Q.   You use your phone for what various purposes,

24       telephone calls obviously, text messages, correct?

25  A.   Yes.

ANTHONY EID
July 21, 2021

1  Q.  Emails, correct?

2  A.  Yes.

3  Q.  Okay.  And what was your practice regarding the

4      retention of text messages?

5  A.  Retention of text messages?

6  Q.  Yes.

7  A.  What do you mean by that, practice?

8  Q.  Did you keep your text messages, did you delete them

9      on a daily basis; what practice did you have regarding

10     retention/deletion of text messages?

11  A.  Are you asking about my current practice or from one

12      iPhone to the new one?

13  Q.  Let's start back in August, 2016.  Up until November,

14      2018, when you transferred to a new phone, what was

15      your practice with your iPhone 6 Plus, and if it

16      changed at some point, tell me when it changed and how

17      it changed?

18  A.  I delete my, you know, old text messages maybe every

19      couple months.

20  Q.  So you do it randomly as opposed to on a schedule

21      programmed by your phone, is that correct, you

22      manually go in and delete as opposed to have your

23      phone set for an automatic deletion?

24          MR. ROSSMAN:  Do you understand the

25      question?

ANTHONY  EID
July 21, 2021

1           THE WITNESS:  No, I really don't.

2           MR. ROSSMAN:  Just simply ask that it be

3    rephrased.  You don't have to look at her for ten

4    seconds.  Just say you don't understand the question,

5    okay?

6           THE WITNESS:  Can you clarify?

7    BY MS. HARDY:

8    Q.   Would you manually delete your text messages when you

9         decided I don't need that anymore, or did you have

10        your phone settings set in such a way where there

11        would be an automatic deletion of everything every 30

12        days or 90 days or whatever?  Those are two options,

13        right?

14   A.   I'm not aware of that second option.

15   Q.   Okay.  So then it's fair to assume you didn't utilize

16        the second option since you're not aware of it,

17        correct?

18   A.   Yes.

19   Q.   So then you were manually deleting text messages that

20        you decided you didn't need anymore on your phone or

21        didn't have an interest in having anymore on your

22        phone, right?

23   A.   That's correct.

24   Q.   Alright.  Let's talk for a moment about your personal

25        computers.  You identify in your Answers to

ANTHONY EID
July 21, 2021

1    Interrogatories that you had a Microsoft Surface Book

2    PC purchased in late 2015 and currently in use; is

3    that accurate?

4  A.   Yes.

5  Q.   What did you use that device for?

6  A.   That was my personal computer.  I used it for what you

7     would use a personal computer for.

8  Q.   Did you email from that personal computer?

9  A.   Yes.

10  Q.   For work as well as social reasons?

11  A.   Yes.

12  Q.   Alright.  Did you have texting capacity from that

13     computer?

14  A.   No.

15  Q.   Alright.  You use that computer to access your various

16     social media accounts?

17  A.   Yes.

18  Q.   And to exchange messages with others on social media?

19  A.   Yes.

20  Q.   Alright.  What has your practice been since late 2015

21     in terms of deletion of any data from that computer,

22     if you had any particular practice?

23  A.   I do not.  I don't really -- I do not.

24  Q.   Okay.  So you haven't deleted things from that

25     computer since 2015; is that accurate?

ANTHONY EID
July 21, 2021

1          MR. ROSSMAN:  Object to the form of the

2     question.

3          THE WITNESS:  I mean, I'm sure I deleted

4     things.

5  BY MS. HARDY:

6  Q.  Do you recall anything that you have deleted from your

7     personal computer since 2015?

8  A.  I do not recall that, no.

9  Q.  Okay.  You don't have any memory of something that you

10    decided I'm going to get rid of this or that?

11 A.  Not specifically.

12 Q.  Alright.  Thank you.  And the serial number for that

13    computer is 006073563857, correct?

14 A.  I do not know.

15         MR. ROSSMAN:  I would have been impressed

16    if you did.

17         MS. HARDY:  That's the information you

18    provided in the Answers to Interrogatories.

19         MR. ROSSMAN:  If you want to show it to

20    him, you can but come on, asking him a serial number

21    by memory.

22 BY MS. HARDY:

23 Q.  Let me ask you this:  Did you review the interrogatory

24    questions at some point before the answers were

25    served?

ANTHONY EID
July 21, 2021

1   A.   Yes.

2   Q.   Alright.  And did you check all of the answers for

3        accuracy?

4   A.   Yes.

5   Q.   Okay.  So we can assume that if the serial number was

6        provided in response to interrogatory number 10, you

7        checked it for accuracy before it was served on the

8        defendants, correct?

9   A.   You know, I'm not clear on that.

10              MR. ROSSMAN:  I'll just make an objection

11       that it's a confusing question.

12  BY MS. HARDY:

13  Q.   You checked the substantive responses that were

14       provided under your name for accuracy, correct?

15  A.   That is correct, yes.

16  Q.   And that would include the serial number that you

17       provided in response to interrogatory number 10,

18       correct?

19  A.   Yes.

20  Q.   Thank you.  Could you please identify for the record

21       all email addresses that you have used since August,

22       2016?

23  A.   Yes.  There's the Gmail address,

24       anthantheid@gmail.com.  There is a Yahoo address with

25       the same name, anthantheid@yahoo.com.  There is my

ANTHONY EID
July 21, 2021

1     Wayne State email that is aeid@med.wayne.edu, and

2     recently there is my work email which is

3     eida@michigan.gov.

4  Q.  Do you work for the State of Michigan?

5  A.  Yes.

6  Q.  In an employee position?

7  A.  Yes.

8  Q.  Are you a W-2 employee?

9  A.  Yes.

10  Q.  When did you start that employment?

11  A.  I believe that was in August of 2020.

12  Q.  What is your position?

13  A.  I am a commissioner on the Michigan Independent

14     Citizens Redistricting Commission.

15  Q.  And that's a paid position?

16  A.  It is.

17  Q.  For everyone who's on the commission?

18  A.  That is correct.

19  Q.  And how many people are on the commission?

20  A.  Thirteen.

21  Q.  Is it a full-time job?

22  A.  Yes.

23  Q.  Forty hours a week?

24  A.  The hours vary.

25  Q.  Who do you report to in that position; who is your

ANTHONY EID
July 21, 2021

1    supervisor?

2  A.   We're an independent commission.

3  Q.   Does anyone oversee your work?

4  A.   We're an independent commission, so no, no one

5       oversees our work.  The public does, I suppose.

6  Q.   So if you were not showing up for work or not doing

7       your job or needing to take a medical leave, there is

8       nobody that you report to?

9            MR. ROSSMAN:  Objection; compound.

10           MS. HARDY:  I'm just giving examples.

11           MR. ROSSMAN:  I'm just making a form

12      objection.

13           MS. HARDY:  And that's fine.

14           MR. ROSSMAN:  But every time I make a form

15      objection and you make a comment, it makes it more

16      difficult for the witness to remember what the

17      question is.  You asked about three or four things in

18      one question.  I don't want that asked at trial that

19      way, so I make a form objection, that's all.

20 BY MS. HARDY:

21 Q.   So there is no oversight with respect to any aspect of

22      the work you do or your responsibilities as an

23      employee?

24 A.   The commission oversees itself.

25 Q.   How were you hired or selected, whichever term is

ANTHONY EID
July 21, 2021

1     appropriate, for the commission?

2  A.   I was selected by a random drawing.

3  Q.   Was there any discretion allowed, or was it strictly

4     random in terms of selection choices?

5  A.   Can you clarify what you mean by discretion?

6  Q.   Yes.  Did someone, like for instance -- let me back

7     up.

8          Did you file an application?

9  A.   Yes.

10  Q.   Okay.  Who did you file the application with?

11  A.   It was an application that was filed, I believe,

12     through the Secretary of State's office.

13  Q.   Alright.  And was there any, to your knowledge, review

14     process as to who was qualified to be put in the pool

15     for random selection?

16  A.   Yes.

17  Q.   Okay.  And who was in charge of deciding which

18     applications warranted going into the pool for random

19     selection, if you know?

20  A.   I am not sure.

21  Q.   Alright.  When did you apply?

22  A.   I believe I first applied in the spring of 2020.

23  Q.   When were you selected or appointed?

24  A.   In August of 2020.

25  Q.   And what's the proper term, selected or appointed?

ANTHONY EID
July 21, 2021

1    A.   I am not sure.

2    Q.   How are you compensated?

3    A.   How am I compensated?

4    Q.   Yes.

5    A.   What do you mean?

6    Q.   Does the State of Michigan pay you?

7    A.   Yes.

8    Q.   And what's your annual compensation?

9    A.   The annual compensation is around 50,000 a year.

10   Q.   Do you get benefits?

11   A.   No.

12   Q.   And do you have to submit any information to anyone to

13        verify what hours you put in, what you've done and

14        accomplished that entitles you to 50,000 a year?

15   A.   Yes, we log our hours.

16   Q.   Anything beyond that, anything of substance that you

17        have to convey so that they know what exactly you've

18        been doing with your time?

19   A.   Can you repeat that?

20   Q.   Do you have to provide them any information about what

21        projects you've worked on or projects you've

22        completed, anything like that so that they know what

23        you've been accomplishing for the $50,000?

24   A.   Provide who?

25   Q.   Anyone.

ANTHONY EID
July 21, 2021

1   A.   No.

2   Q.   Alright.  So how do you know what you're supposed to

3        be doing in terms of work; who shares that information

4        with you?

5             MR. ROSSMAN:  You want him to testify how

6        he knows or who shares it with him?  Because, again,

7        it's two questions in one.

8             MS. HARDY:  It would be the same thing.

9             MR. ROSSMAN:  I object; compound.

10  BY MS. HARDY:

11  Q.   How do you know what it is you're expected to do?

12  A.   It's written in the Michigan Constitution.

13  Q.   So your only guide as to what you should be doing with

14       your time day-to-day is the Michigan Constitution?

15            Is that yes?

16  A.   I'm thinking but I want to answer your question

17       accurately.

18  Q.   Okay.

19  A.   Yes, I would say so.

20  Q.   No other information has been distributed to you about

21       what you're supposed to be doing as the commissioner

22       or as one of the commissioners?

23  A.   Information has certainly been distributed to us.

24  Q.   By who?

25  A.   By various entities that we have asked to present

ANTHONY  EID
July 21, 2021

1    information to us.

2  Q.   You mean outside entities?

3  A.   What do you mean by outside entities?

4  Q.   Someone other than the State of Michigan?

5  A.   Yes, content experts.

6  Q.   So tell me what you do in your job; what do you do

7       that warrants paying you $50,000 a year?

8  A.   Our job is to re-draw the district maps for Michigan's

9       US Congressional, Michigan's State House, and

10      Michigan's State Senate districts.

11 Q.   I understand that but what do you do --

12            MR. ROSSMAN:  Objection; argumentative.

13 BY MS. HARDY:

14 Q.   -- in connection with that?

15            MR. ROSSMAN:  I'm going to object that it's

16      a confusing question.

17 BY MS. HARDY:

18 Q.   What do you do day-to-day in terms of your work?

19      Explain what you do.  How do you perform your job;

20      what are the tasks you perform to carry out the

21      general --

22            MR. ROSSMAN:  Same objection.  You ask one

23      question, and he pauses before he answers, and you ask

24      another one, and you make it so I have to object.  If

25      you can ask one single question, he can give you an

ANTHONY EID
July 21, 2021

1    answer.

2              MS. HARDY:  He can't understand the one

3    single question.

4              MR. ROSSMAN:  Ask him a clear question.

5    BY MS. HARDY:

6    Q.   What do you do in your job day-to-day for your $50,000

7        a year?

8    A.   We are in the process of redrawing the maps for

9        Michigan's US Congressional, State House and State

10       Senate districts.

11   Q.   That's a general sweeping statement.  What's your --

12             MR. ROSSMAN:  Argumentative.  I'm going to

13       ask counsel that you limit your verbal statements on

14       the record to questions.  It's all you're allowed to

15       under the Court Rules.  I don't need your commentary.

16       You can argue this witness's testimony at trial, do

17       whatever you want, but here you're going to show him

18       respect as if a judge was supervising this and ask

19       questions and not make condescending statements.

20       Proceed.

21             MS. HARDY:  We're getting close to calling

22       the Magistrate.  Your level of interference is beyond

23       the pale.

24             MR. ROSSMAN:  Your manner of questioning

25       doesn't comport with how questions should be answered.

ANTHONY EID
July 21, 2021

1    I'm making soft objections allowing you to move on.

2            MS. HARDY:  We'll let Magistrate Grand make

3    that --

4            MR. ROSSMAN:  Are you going to argue that

5    you're allowed to make statements and commentary?

6            MS. HARDY:  I would be very happy to let

7    Magistrate Grand review the transcript and make the

8    decision.

9            MR. ROSSMAN:  You can file a motion.

10           MS. HARDY:  I will do that.  If I cannot

11   proceed without all of this interference, then it's

12   becoming so disruptive that we're going to need

13   guidance from the Magistrate as to what the ground

14   rules are.

15           MR. ROSSMAN:  If you proceed with form

16   objections and compound objections when you're asking

17   double questions while the witness is thinking about

18   his answers as interference, then I think we're not

19   seeing eye to eye.

20           Can you read the last question back and the

21   first comment that counsel made after it, please.

22           MS. HARDY:  We're not here to have

23   questions read back at Mr. Rossman's request.  I will

24   ask a new question, and we'll try to proceed here as

25   simply as we can.

ANTHONY  EID
July 21, 2021

1              MR. ROSSMAN:  Okay.  And don't try to scare

2         me from objecting by threatening me.  My objections

3         are proper.  You're allowed to ask this witness

4         questions, and when he gives you answers, I'm not even

5         getting into the eye rolling and the facial

6         expressions because I can't prove it one way or the

7         other, but let's show the witness a little respect,

8         okay?  That's all I'm asking.

9    BY MS. HARDY:

10   Q.   I want to know what job tasks you perform day-to-day

11        in the interest of carrying out this broader function

12        which is to re-draw the district lines; what do you

13        do?

14   A.   Okay.  I review plans on proposed districts that

15        people from the public have proposed.  We recently

16        went on a state-wide public hearing tour to 16 cities

17        around our state.  We review information from our

18        lawyers about topics such as the Voting Rights Act or

19        the Constitutional criteria that we're supposed to

20        follow in drawing the maps.  We do a lot of

21        administrative work to get this whole thing going.

22             That's what the day-to-day looks like.

23   Q.   Do you work remotely, or do you have an on-site

24        office?

25   A.   Due to the pandemic, we were working remotely.  It

ANTHONY EID
July 21, 2021

1    wasn't until recently that state-wide pandemic

2    restrictions were limited, but currently we are

3    meeting in person.

4    Q.   When you filed an application for a commissioner

5    position, what representation did you make about Wayne

6    State Medical School and your status as a medical

7    student?

8    A.   I did not make any statement on that topic, the

9    application.  I did not make any statement on that

10    topic.

11    Q.   So you didn't provide any information in the

12    application about whether you'd ever been a medical

13    student or still were a medical student?

14    A.   There were no questions on the application about those

15    type of qualifications.

16    Q.   Alright.  Were there any questions on the application

17    about education?

18    A.   No, not that I can remember.

19    Q.   Have you made any representations to the State of

20    Michigan about your status with Wayne State University

21    School of Medicine?

22    A.   Can you repeat the question?

23        MS. HARDY:  Can you read it back.

24        (The requested portion of the record was

25        read by the reporter at 10:45 a.m. as

ANTHONY  EID
July 21, 2021

1          follows:

2          "Question:  Have you made any

3          representations to the State of Michigan

4          about your status with Wayne State

5          University School of Medicine?")

6          THE WITNESS:  No, I do not believe I have.

7          MS. HARDY:  Alright.  Let the record

8    reflect I'm going to mark as Deposition Exhibit

9    Number 1 the Plaintiff's Responses to Defendants'

10    First Set of Interrogatories, and I will provide a

11    copy to the witness and to counsel.

12          MARKED FOR IDENTIFICATION:

13          EXHIBIT 1

14          Plaintiff's Responses to

15          Defendants' First Set of

16          Interrogatories

17          10:46 a.m.

18          MS. HARDY:  And I am marking as Exhibit

19    Number 2 the responses filed by plaintiff to

20    defendants' first set of production documents.

21          MARKED FOR IDENTIFICATION:

22          EXHIBIT 2

23          Plaintiff's Responses to

24          Defendants' First Set of

25          Document Production Requests

ANTHONY  EID
July 21, 2021

1           10:46 a.m.

2   BY MS. HARDY:

3   Q.   Let's look first at Exhibit 1, please.  Do you

4        recognize this document?  Take a moment and flip

5        through it if you need to.

6               I need you to take a moment and look at the

7        questions and the answers required by the Court Rules

8        to sign these, and they have not been signed by you as

9        is required.  So I need you to verify the accuracy of

10        the responses for the record while you're under oath.

11               MR. ROSSMAN:  Just for the record, it was

12        an oversight that we didn't get you the signature page

13        on this, and if you'd like, he'll sign them now so you

14        don't have to go through them.

15               MS. HARDY:  Perfect.  I will get you the

16        signature page, verification page.

17               (Recess taken at 10:48 a.m.)

18               (Back on the record at 10:51 a.m.)

19               MS. HARDY:  Back on the record.  I've asked

20        my assistant to prepare a verification page for the

21        Answers to Interrogatories in light of counsel's offer

22        to provide a signature so we don't have to spend our

23        time going through those, all those answers.

24   BY MS. HARDY:

25   Q.   You did, I just need to verify for the record, you

ANTHONY  EID
July 21, 2021

1    provided the information to counsel with respect to

2    those interrogatory questions, correct?

3  A.   Yes, that is correct.

4  Q.   Alright.  And you reviewed the final document before

5    it was submitted to defendants, correct?

6  A.   I believe so.

7  Q.   Okay.  To verify its accuracy, correct, since it's

8    your information, not theirs?

9  A.   Yes.

10  Q.   Alright.  So we'll get you the verification page.  I

11    have the same questions concerning Exhibit Number 2

12    which is Plaintiff's Response to Defendants' First Set

13    of Document Requests.  You reviewed that document?

14  A.   Yes.

15  Q.   Okay.  And what did you do to conduct a search for

16    responsive documents?

17  A.   Documents pertaining to Exhibit 2, correct, is what

18    you're talking about now or just generally?

19  Q.   Well, Exhibit 2 asks for an array of different

20    documents that relate to the allegations you've made

21    in this lawsuit, and I want to know what you did after

22    reviewing those requests to search for responsive

23    documents?

24  A.   I searched for the documents.

25  Q.   How did you go about that search?

ANTHONY  EID
July 21, 2021

1    A.   I searched -- I guess it would depend on which

2         question in particular you're asking about, but

3         generally speaking, I'd go through old emails, go

4         through old documents either written by me or by

5         people at the School of Medicine.

6    Q.   Anything else?

7    A.   That's about it.

8    Q.   What devices did you search for old emails?

9    A.   I used my PC, my laptop.

10   Q.   Did you use search terms, or did you just scroll

11        through old emails?

12   A.   Both.

13   Q.   What search terms did you use?

14   A.   I'd put in the name of the person I was speaking to

15        for that document.  For example, if it was a document

16        relating to communications with Dr. Jackson, I'd

17        search for Dr. Jackson.

18   Q.   Did you put in the name, the actual legal name for the

19        person we'll be referring to in this litigation as

20        Roe; did you put her name in?

21   A.   I did not have -- can you clarify the question?

22   Q.   Alright.  I'm making my best effort not to put her

23        name on the record even though nothing prohibits us

24        from doing that.  Out of respect to her, we are trying

25        to adhere to that ground rule, but you know her name,

ANTHONY EID
July 21, 2021

1    correct?

2  A.   Uh-huh.

3  Q.   Yes?

4  A.   Yes.

5  Q.   Did you put her name into your search terms or her

6    email account into your search terms?

7  A.   I do not remember if I did or not.

8  Q.   Alright.  You had her email address, correct?

9  A.   I do not -- can you clarify that?

10  Q.   You knew what Roe's email address was in 2016, 2017,

11    2018, and 2019, correct; you knew what her Gmail

12    address was?

13  A.   I don't know if I knew what it was or not.

14  Q.   Is it your testimony you never emailed her?

15         MR. ROSSMAN:  Object to the form; misstates

16    his testimony.

17  BY MS. HARDY:

18  Q.   Did you ever email Roe?

19  A.   I do not believe I ever emailed Roe.

20  Q.   Are you sure about that?

21  A.   Am I sure about what?

22  Q.   That you never emailed her?

23  A.   To the best of my knowledge, I never emailed Roe.

24  Q.   And you never knew what her email was?

25  A.   I don't know if I knew about what her email was or

ANTHONY EID
July 21, 2021

1    not.

2  Q.  Did you ever receive an email from Roe?

3  A.  I do not believe I did.

4  Q.  Other than the use of search terms, how did you

5      attempt to locate on your PC responsive documents?

6  A.  Most of the documents asked for located emails between

7      myself and the administration.  So I went back to that

8      time and looked for those emails.

9  Q.  I'm sorry?  I didn't understand your response.  Most

10     of the documents asked for located emails between

11     myself and the administration, can you explain what

12     that means?

13 A.  Most of the documents that were asked for were

14     documents pertaining to communications I had with

15     administration at the School of Medicine.

16 Q.  When you say most of the documents that you had, you

17     mean most of the documents on your PC?

18 A.  I have a lot of documents on my PC.

19 Q.  But how did you cull from all the documents on your PC

20     those that pertain to the events in this lawsuit?

21 A.  I searched for them.

22 Q.  Alright, with search terms?

23 A.  With both search terms and going back and lists of

24     documents and going back to that time period and

25     seeing what I could find.

ANTHONY EID
July 21, 2021

1  Q.  Alright.  So you searched by date, and then you

2     searched by search terms?

3  A.  I don't know if I would characterize it as searching

4     by date.  I looked for the documents created during

5     that time period.

6  Q.  Alright.  So when you refer to documents, are you

7     distinguishing documents from emails?

8  A.  Am I distinguishing between them?

9  Q.  Yes.

10 A.  No.  I'm using them as a collective term.

11 Q.  Alright.  Were there documents in addition to emails,

12    word documents, PDFs?

13 A.  Yes.

14 Q.  Okay.  And did you have those organized on your

15    computer in any fashion?

16 A.  I had them put in a documents folder with a whole

17    bunch of other documents.

18 Q.  What was the name of that folder, and what was stored

19    in it, what range of documents?

20 A.  The name of that folder was documents, and it was the

21    folder that all documents get automatically saved to

22    on a computer.

23 Q.  Documents that could be about Wayne State or could be

24    about the redistricting commission; I mean, it could

25    be any and every document you stored on your computer?

ANTHONY EID
July 21, 2021

1           MR. ROSSMAN:  Object to the form.

2           THE WITNESS:  Could be.

3   BY MS. HARDY:

4   Q.   Alright.  So when you go within the document file, how

5       did you go about locating documents that are

6       responsive to the document request?

7   A.   I went back and looked for those documents.

8   Q.   Did you look at each and every document in the

9       document file to make sure that you had selected all

10      documents that were responsive to the request?

11  A.   I did a thorough look at all of the documents to make

12      sure that my answers to the document request were

13      sufficient.

14  Q.   Explain how within the document file you did a

15      thorough search for documents that are responsive here

16      as opposed to other documents that were not

17      responsive.

18  A.   I went through the documents in the folder to make

19      sure anything that I had was included in this request.

20  Q.   Okay.  So is it fair to assume then that you're saying

21      you went through each and every document, opened it up

22      to see whether or not it pertained or didn't pertain?

23          MR. ROSSMAN:  Object to form.

24          THE WITNESS:  I didn't open every single

25      document.

ANTHONY EID
July 21, 2021

1  BY MS. HARDY:

2  Q.   How would you know whether a document was responsive

3      if you didn't open it and take a look at it?

4  A.   Because of the name of the document.

5  Q.   Alright.  So you relied upon your naming conventions

6      to give you sufficient information about the content

7      to know whether or not the document was responsive?

8  A.   The name, the file type, the date created of the

9      document, the date last modified of the document.

10 Q.   How many emails do you have on your PC?

11 A.   I'm not sure if I have any emails locally stored on my

12     PC.

13 Q.   Do you still have access to all emails that you've

14     exchanged with another e-mailer since the time you got

15     that PC?

16 A.   Can you clarify that question?

17 Q.   Are all your old emails still accessible on the PC?

18 A.   I'm not sure they're accessible on the PC.  They're

19     accessible on the server that they were sent on.

20 Q.   That they were backed up on?

21 A.   If it was a Wayne State email, for example, on Wayne

22     State's email client.

23 Q.   What about your Gmail; are those backed up?

24 A.   Those would be on the Gmail client.

25 Q.   Okay.

ANTHONY EID
July 21, 2021

1    A.   But I don't think they're locally stored on my PC.

2    Q.   That was my question.  Do you know if they're locally

3         stored on your PC?

4    A.   Well, which emails are you talking about?  There are

5         certainly some emails locally stored on my PC.

6    Q.   Okay.  What has been your practice in terms of what

7         emails you retain on your PC?

8    A.   I don't usually retain emails on my PC.

9    Q.   What is your practice in terms of retention?  Do they

10        last a day, do they last months, years; how long do

11        you keep them before you delete them?

12   A.   I don't ever recall deleting any emails from my PC.

13   Q.   Then they should still be there, correct?

14   A.   I would suppose so.

15   Q.   Alright.  And so your Yahoo emails, Gmail emails,

16        Wayne State emails, and michigan.gov emails would also

17        be on your PC, correct?

18   A.   No.  Like I said, they would be located on the servers

19        where those emails were sent.

20   Q.   Well, they may be also located there, but if you don't

21        bother to delete them from your PC, they're accessible

22        through your PC?

23        MR. ROSSMAN:  I think that's misstating how

24        email works.  There's a server out there, and you send

25        it from your email.  If you don't download it, you're

ANTHONY EID
July 21, 2021

1    not going to find it on your PC.  I think your

2    question is does he download emails from servers and

3    save them on his PC, and if he does so, how often and

4    whether it relates to this case because I think you're

5    confusing the witness here not by any fault of your

6    own.  I think we just have a fundamental

7    misunderstanding on how the computer works.

8  BY MS. HARDY:

9  Q.   Alright.  Have you ever deleted any of your Gmail

10    emails?

11          MR. ROSSMAN:  Ever?

12          THE WITNESS:  Your question is have I ever

13    deleted a Gmail email?

14  BY MS. HARDY:

15  Q.   Correct.

16  A.   Yes, I'm sure I've deleted Gmail emails.

17  Q.   Have you ever gone back and deleted or put a setting

18    on your computer that all emails that predate a

19    certain date will automatically be deleted?

20  A.   I do not believe I have that kind of setting set.

21  Q.   So then you selectively delete particular emails, but

22    you don't have any system for an automatic deletion?

23          MR. ROSSMAN:  Object to the form of the

24    question and it's asked and answered.  He already told

25    you what his practices are in this regard.

ANTHONY  EID
July 21, 2021

1              MS. HARDY:  Please respond to the question.

2              Can you read it back.

3              (The requested portion of the record was

4              read by the reporter at 11:05 a.m. as

5              follows:

6              "Question:  So then you selectively delete

7              particular emails, but you don't have any

8              system for an automatic deletion?")

9              MR. ROSSMAN:  Object to the form of the

10     question; compound and confusing.

11     BY MS. HARDY:

12     Q.   Is that correct?

13     A.   Yes, I believe that is correct.

14     Q.   And that pertains to Yahoo and Gmail and Wayne State,

15          correct?

16     A.   Yes.

17     Q.   Thank you.  So let's talk about your phone and the

18          search you did for responsive data on your phone

19          concerning defendants' document request.  What did you

20          do to ensure that you had produced all data on your

21          phone that was responsive to the document request?

22     A.   I searched my phone to see if there was anything in it

23          related to the document request.

24     Q.   And how did you do that?  Explain the process.

25     A.   I scrolled through my text messages, for example, to

ANTHONY   EID
July 21, 2021

1      see if there was anything in there.  I scrolled

2      through my photos to see if there was anything saved

3      in there.  You key word search on your phone as well,

4      so, I did that as well.

5   Q.   What key words did you use?

6   A.   I would search for the name of the person the document

7      request was referring to.

8   Q.   Did you use as a key word search the name, legal name

9      of Roe as a first or last name or both?

10   A.   I am not sure if I did or not but I may have.

11   Q.   When did you do this search, how long ago?

12   A.   It was after you all gave us the request, so, shortly

13      after that.

14   Q.   In the past six months, correct?

15   A.   Yes, within the past six months.

16   Q.   And you can't recall whether you used Roe's name or

17      Roe's email in attempt to pull up communications that

18      you had electronically with her?

19   A.   Well, I already told you I don't know if I had Roe's

20      email or not.

21   Q.   Well, you certainly texted with her, correct?

22   A.   Yes, that is true.

23   Q.   Okay.  But you can't recall whether you put her name

24      into a text message search so that you pulled up text

25      messages with her?

ANTHONY  EID
July 21, 2021

1   A.   I recall searching for those text messages.

2   Q.   Just by scrolling through and seeing what was on your

3        phone?

4   A.   Yes.

5   Q.   Okay.  Photos, how did you go about locating

6        responsive photos?

7   A.   I went and looked at my photos from that time period

8        and saw if there was anything relevant.

9   Q.   What time period did you look through?

10  A.   The time period where the facts of this case were

11       taking place, so, 2016 to 2019.

12  Q.   You are on Facebook, correct?

13  A.   Can you clarify what you mean by that?

14  Q.   You are a Facebook user, correct?

15  A.   I have a Facebook account.

16  Q.   Okay.  And how long have you had that account?

17  A.   I have had that account for many years.

18  Q.   Prior to 2016?

19  A.   Yes, prior to 2016.

20  Q.   And what settings do you have on that account in terms

21       of privacy?

22  A.   It is a -- I would have to look to be honest.

23  Q.   You have no recall of what settings --

24            MR. ROSSMAN:  Asked and answered.

25  BY MS. HARDY:

ANTHONY  EID
July 21, 2021

1   Q.   -- you've selected?

2          MR. ROSSMAN:  Asked and answered.

3          THE WITNESS:  It is a -- it is a -- I don't

4   know the specific --

5          MR. ROSSMAN:  You either know or you don't

6   know.  You don't have to give a bunch of extra

7   information.  You know or you don't know.

8   BY MS. HARDY:

9   Q.   Did you select the settings at the time you opened the

10       account, or have you made adjustments and changes

11       since the time that the account first came into

12       existence through today's date?

13  A.   I do not know.

14  Q.   Alright.  You had accepted Roe as a friend on your

15       Facebook account, correct?

16  A.   I do not know.

17  Q.   Do you have an Instagram account?

18  A.   I do.

19  Q.   Alright.  When did you first acquire that account?

20  A.   I am not sure.  I've had that account for many years

21       as well.

22  Q.   Prior to 2016?

23  A.   Yes, that account was active prior to 2016.

24  Q.   Do you know what your privacy settings are on that

25       account?

ANTHONY EID
July 21, 2021

1   A.   Can you clarify what you mean by privacy settings?

2   Q.   You don't know what the different settings are for the

3        level of privacy on an Instagram or Facebook account?

4             MR. ROSSMAN:  Object to the form;

5        argumentative.

6   BY MS. HARDY:

7   Q.   Whether anybody can access it or only certain people

8        can access it?

9             MR. ROSSMAN:  Compound.

10  BY MS. HARDY:

11  Q.   And have you looked at the setting options?

12            MR. ROSSMAN:  Objection also because it's

13       become confusing as you keep adding layers to the

14       questions.

15  BY MS. HARDY:

16  Q.   New question.  Have you ever looked at the setting

17       options available to an Instagram user?

18  A.   I'm sure I looked at those options at some point.

19  Q.   And you have no idea what those options are sitting

20       here today?

21  A.   The account -- I'm just confused on what you're

22       asking.

23  Q.   Alright.  So I want to know whether or not you have

24       made any attempt to familiarize yourself with the

25       setting options for an Instagram or Facebook account

ANTHONY EID
July 21, 2021

1    and make any selections within those settings that

2    would prohibit outsiders from getting access to

3    information on your account?

4  A.  I believe the accounts are set up so that you have to

5    be whatever, like a friend, to access that

6    information.

7  Q.  Alright, both Facebook and Instagram?

8  A.  Instagram.  I'm not sure about Facebook.

9  Q.  Was Roe at any point in time a friend that you had

10    accepted on your Instagram account?

11  A.  I am not sure.

12  Q.  Do you have a Snapchat account?

13  A.  I do.

14  Q.  Alright.  When did you acquire that account?

15  A.  I've had it for many years.

16  Q.  Prior to 2016?

17  A.  Yes.

18  Q.  Alright.  And did you communicate with Roe on

19    Snapchat?

20  A.  I do not believe I did.

21  Q.  Alright.  Did you communicate with Roe on Instagram?

22  A.  I do not believe I did.

23  Q.  Did you communicate with Roe on Facebook?

24  A.  Yes, I did.

25  Q.  Were you a friend of Roe's on Facebook?

ANTHONY  EID
July 21, 2021

1  A.  I am not sure if I was a friend or not.

2  Q.  Did you ever look at her Facebook?

3  A.  I do not recall specifically looking at her Facebook.

4  Q.  You have no recollection of ever in passing looking at

5    what she posted?

6        MR. ROSSMAN:  Asked and answered.

7  BY MS. HARDY:

8  Q.  Did you ever get any messages from her about Facebook

9    postings and then look at that posting?

10  A.  I don't think I ever specifically looked at her

11    account.

12  Q.  Did you look at anything she posted on Facebook?

13  A.  Did I look at anything she posted on Facebook?

14  Q.  Yes.

15  A.  Stuff on Facebook come up.

16        MR. ROSSMAN:  You either know or you don't

17    know.

18        THE WITNESS:  I don't know.

19        MR. ROSSMAN:  Just listen closely to the

20    question and answer it directly.

21        THE WITNESS:  Gotcha.

22  BY MS. HARDY:

23  Q.  Did you ever look at anything she posted on Instagram?

24  A.  I do not know.

25  Q.  You have no recollection you're saying?

ANTHONY EID
July 21, 2021

1   A.   Exactly.

2   Q.   Okay.  And Snapchat, you have no recollection of

3        seeing anything she communicated through the Snapchat

4        medium; is that correct?

5   A.   Yes, I do not believe I had any contact with her on

6        Snapchat, period.

7   Q.   Alright.  Did you ever see anything that was

8        communicated by Roe on Twitter?

9   A.   Yes.

10  Q.   Alright.  How was that?

11  A.   What was that?

12  Q.   How did you come in contact with that or happen to see

13       it?

14  A.   It came up on my Twitter feed.

15  Q.   Alright.  So you're a Twitter user?

16  A.   Yes, I am a Twitter user.

17  Q.   Okay.  And do you know how her Twitter message came up

18       on your feed?

19  A.   I assume she made a tweet and it came up on my feed of

20       tweets.

21  Q.   Alright.  Did you ever put anything out on Twitter

22       that was designed to come up on her feed?

23  A.   No.

24  Q.   What did you review from Roe in terms of her Twitter

25       messages; what was the content?

ANTHONY EID
July 21, 2021

1  A.  What do you mean by review?

2  Q.  You said you saw, something came up on your Twitter

3      feed from her, correct?

4  A.  Yes.

5  Q.  Okay.  What was that?

6  A.  I mean, a lot of things come up on Twitter, so, I do

7      not recall.

8  Q.  I'm referring specifically to her.  Do you recall

9      anything that you saw that was put on Twitter by Roe?

10 A.  Yes.

11 Q.  What?

12 A.  She posted messages that seemed, that seemed -- give

13     me a second, please.

14         MR. ROSSMAN:  Do you need the question read

15     back to start over with your answer?

16         MS. HARDY:  Counsel, that's prompting the

17     witness, and that's not appropriate.

18         MR. ROSSMAN:  I don't think it's --

19         MS. HARDY:  Yes, it is.

20         MR. ROSSMAN:  I think it's unclear whether

21     there's a question pending.  You're talking to counsel

22     and passing notes and not listening.  Now it's

23     confusing what the question even was.

24         MS. HARDY:  He hasn't expressed any

25     confusion.  He can speak for himself.  You are

ANTHONY  EID
July 21, 2021

1     prompting the witness to ask for a new question.

2            Go back and read the question back, please.

3            MR. ROSSMAN:  I'm here to make sure that

4     the record is clean, not muddied up.  If your

5     questions were allowed to stand, it would be very,

6     very unclear.

7            MS. HARDY:  I've had such a terrible time

8     in my career.

9            MR. ROSSMAN:  I'm not making any comments

10    on your career.  I mean, you're an esteemed lawyer.

11    I'm talking about this record right now, and you seem

12    to take issue every time I object, and it becomes a

13    big argument.  Just let me make my objections and

14    we'll move on like I'll do with you when you defend

15    depositions.  I'm not going to fight with you.

16           MS. HARDY:  You know, if we went back and

17    looked at how much time you've been on this record

18    versus even your client, I think you might be winning

19    the day.

20           MR. ROSSMAN:  I think we'd also see it's

21    precipitated by your manner of questioning.

22           MS. HARDY:  Let's not argue.  Could you

23    read the question back.

24           (The requested portion of the record was

25           read by the reporter at 11:17 a.m. as

ANTHONY EID
July 21, 2021

1    follows:

2    "Question:  Do you recall anything that you

3    saw that was put on Twitter by Roe?

4    "Answer:  Yes.

5    "Question:  What?

6    "Answer:  She posted messages that seemed,

7    that seemed -- give me a second, please.")

8  BY MS. HARDY:

9  Q.  I'm giving you a second to finish your answer.

10 A.  I remember messages that she posted where she seemed

11    down.

12 Q.  What timeframe are you referring to?

13 A.  I believe that was either in 2016 or 2017.

14 Q.  And what about the message led you to conclude that

15    she was down?

16 A.  The context of the messages.

17 Q.  What was the substance that gave you that impression?

18 A.  I don't remember the exact substance but -- I don't

19    remember the exact substance.

20 Q.  Do you remember generally what the substance was that

21    led to that conclusion?

22 A.  The substance was her being in a down state of mind.

23 Q.  Do you follow or have you ever followed Roe on

24    Twitter?

25 A.  I believe I did follow her at one point.

ANTHONY  EID
July 21, 2021

1   Q.   At what point?

2   A.   It would have been either 2016 or 2017.

3   Q.   Okay.  Have you ever followed Roe on Instagram?

4   A.   I do not believe I ever did but I may have.

5   Q.   Have you ever deleted any social media posts of your

6        own?

7   A.   Have I deleted a social media post?  I'm sure I've

8        deleted a social media post at some point in my life.

9   Q.   Have you ever deleted any social media posts that

10       relate to Roe or that were related to a communication

11       with Roe?

12  A.   No.

13               Can you repeat that last question?

14               MS. HARDY:  Can you read it back, please.

15               (The requested portion of the record was

16               read by the reporter at 11:19 a.m.

17               as follows:

18               "Question:  Have you ever deleted any

19               social media posts that relate to Roe or

20               that were related to a communication with

21               Roe?")

22  BY MS. HARDY:

23  Q.   Do you need to clarify your answer?

24  A.   Could I clarify that?

25  Q.   Certainly.

ANTHONY EID
July 21, 2021

1   A.   At some point I deleted both the text messages and

2        Facebook message communication I had with Roe.

3   Q.   When did you do that?

4   A.   I did that in October of, I think it was October of

5        2017, but I'd have to -- that might be wrong but I

6        think it was October of 2017.

7   Q.   Let me ask a follow-up question that may refresh your

8        memory.

9             The complaint was filed by Roe in October,

10       2018.  Did you delete your Facebook and text messages

11       a full year prior to that complaint being filed?

12  A.   I'm not sure the exact date the complaint was filed,

13       but I deleted them before I knew of any complaint.

14  Q.   What precipitated you deleting the messages when you

15       did?

16  A.   I received a phone call from a Colorado number who I

17       presumed to be Roe or someone affiliated with Roe that

18       contained a racial slur that threatened to get me

19       deported.  So at that point I deleted the messages and

20       ceased all communication.

21  Q.   And what is the date of that phone call?

22  A.   It was around that same timeframe.

23  Q.   Do you have any record of the date of that phone call?

24  A.   I believe we submitted a record of that to you

25       already.

ANTHONY EID
July 21, 2021

1  Q.  And your testimony is that that was before Roe filed a

2     complaint but right around that time?

3  A.  I do not know when Roe filed the complaint, but it was

4     before I knew any complaint had been filed.

5  Q.  Have you ever made any video recordings with Roe?

6  A.  No.

7  Q.  Do you have any audio recordings of communications

8     you've had with Roe?

9  A.  No.

10 Q.  Have you downloaded any electronic communications or

11    social media communications with Roe onto any exterior

12    device, a disk, a flash drive, something of that

13    nature?

14 A.  I may have submitted a copy of those tweets I was

15    referring to in the documents I submitted to the

16    School of Medicine.

17 Q.  And do you have a recall whether you did, or are you

18    speculating that you submitted them to the School of

19    Medicine?

20 A.  I'd have to look but I may have.

21 Q.  So --

22 A.  I certainly referenced them.

23 Q.  Alright.  So the tweets were sometime in '16 or '17

24    according to your testimony?

25 A.  Yes.

ANTHONY  EID
July 21, 2021

1  Q.   Alright.  And did you do something to preserve those

2       tweets?

3  A.   At that time, no.

4  Q.   Where would those tweets be located a couple years

5       later?

6  A.   They would still be on the Twitter account in

7       question.

8  Q.   Okay.  And the Twitter account is your account,

9       correct?

10  A.   No.

11  Q.   You're referring to tweets on her Twitter account?

12  A.   Yes.

13  Q.   Well, how would you get access to her Twitter account

14       a couple years after you saw the tweet?

15  A.   What do you mean by that?

16  Q.   So if she tweeted you in 2016, that's one of the years

17       you gave as a possibility, and you are providing

18       information to the School of Medicine in connection

19       with the proceedings related to your potential

20       dismissal in 2018 and 2019, how did you get access to

21       at that point in time the tweets from 2016?

22  A.   I would have had to have gone back and scrolled

23       through Twitter to see them.

24  Q.   Alright.  So how would you scroll through Twitter?

25  A.   You scroll down until you see what you're looking for.

ANTHONY EID
July 21, 2021

1   Q.   So Twitter messages that you received on your feed?

2   A.   No, not Twitter messages directly sent to me.  Twitter

3        messages just put out there into the Twitter --

4   Q.   Twitter world, okay.  So what vehicle would you use to

5        review and scroll through those messages?

6   A.   I'd use my PC.

7   Q.   And what browser would you use?

8   A.   I don't recall the browser I used at that time.

9   Q.   Alright.  And did you access them through a website?

10  A.   It would be twitter.com.

11  Q.   Twitter.com, but to see her old tweets, you'd have to

12       go under her Twitter feed, correct?

13  A.   I'm not sure if that's correct or not.

14  Q.   You don't recall whether you went onto her Twitter

15       feed?

16  A.   I do not recall, no.

17  Q.   Did you preserve any posts that were made by Roe on

18       Facebook?

19  A.   No, I do not recall any such posts.

20  Q.   Did you delete posts made by Roe from your Facebook?

21  A.   No.

22  Q.   So you could go onto your Facebook today, and if she'd

23       ever had a Facebook message with you or Facebook post

24       that was sent to you, you would be able to access

25       that, correct?

ANTHONY EID
July 21, 2021

1   A.   Are you asking about messages or posts?

2   Q.   Both.

3   A.   Well, those would require different answers.

4   Q.   Okay.  So let's take posts first.

5   A.   Posts, no, I do not recall even seeing any posts from

6        her.

7   Q.   You did receive messages from her?

8   A.   Direct messages, yes.

9   Q.   Okay.  And did you delete any of those messages?

10  A.   As I have said already, I deleted those messages in

11       October of, did we say 2018 I think, when I received

12       the phone call with the racial slur.

13  Q.   Alright.  Before you deleted them from Facebook, did

14       you preserve them either through screenshots or

15       printed a copy of them; did you do anything to

16       preserve the message?

17  A.   No, I did not.

18  Q.   Same question for Instagram.  You received Instagram

19       messages from Roe, correct?

20  A.   I think I already stated that I did not.

21  Q.   And did you send any to her via Instagram?

22  A.   I do not recall sending any messages to her via

23       Instagram.

24  Q.   Did you see any posts that she placed on Instagram?

25  A.   I don't know if I saw any posts or not.

ANTHONY  EID
July 21, 2021

1    Q.   Alright.  Have you ever deleted any posts that you --

2         let's assume hypothetically or let's assume you

3         received a post.  Did you ever delete any post from

4         Roe on Instagram?

5    A.   So again, are you talking about posts or messages, and

6         are you talking about generally or specifically from

7         Roe?

8    Q.   Let's take posts specific to Roe.

9    A.   No, I do not believe I ever saw any post specifically

10        to Roe.

11   Q.   And you don't believe you ever saw any messages

12        specific to Roe, correct?

13   A.   On Instagram, that's correct.

14   Q.   And let's take concerning Roe.  Did you ever see any

15        posts concerning Roe on Instagram?

16   A.   Wasn't that the prior question?

17   Q.   No, specific to Roe was prior.

18   A.   Now is?

19   Q.   Somebody else could post something concerning her.

20   A.   Concerning Roe?

21   Q.   Yes.

22   A.   No.

23   Q.   You never saw any post concerning Roe that came from

24        somebody other than Roe?

25             MR. ROSSMAN:  Objection; asked and

ANTHONY  EID
July 21, 2021

1   answered.

2           MS. HARDY:  I just want to get clarity.

3           MR. ROSSMAN:  I think the problem is the

4   questions are lacking in foundation and are very

5   confusing.

6           THE WITNESS:  I do not believe so, no.

7  BY MS. HARDY:

8  Q.   Alright.  And did you ever receive any messages via

9     Instagram about Roe?

10  A.   No.

11  Q.   Let's go to Snapchat.  You said you never had any

12     Snapchat exchanges with Roe, correct?

13  A.   Yes, I do not recall having any Snapchat conversations

14     with --

15  Q.   Have you ever had any --

16           MR. ROSSMAN:  Let him finish the answer.

17     You're moving kind of quick here.

18  BY MS. HARDY:

19  Q.   Do you have something more to say?

20  A.   Did you get the full answer?

21  Q.   Yes.  Did you ever have any Snapchat exchanges with

22     anyone that were about Roe?

23  A.   No.

24  Q.   At the time you deleted in October of 2018 all your

25     text messages from Roe, were all the messages that you

ANTHONY  EID
July 21, 2021

1    had exchanged with her prior to that date still on

2    your phone?

3  A.   I believe so, yes.

4  Q.   Why did you delete them in October, 2018?

5         MR. ROSSMAN:  Asked and answered.

6         You can answer it again.

7  BY MS. HARDY:

8  Q.   You indicated that you had gotten a phone call that

9    you claimed used a racial slur from Colorado?

10  A.   Uh-huh.

11  Q.   That doesn't tell me why you deleted your text

12    messages.

13         MR. ROSSMAN:  Objection to the form of the

14    question and argumentative.

15         THE WITNESS:  I deleted the text messages

16    because I received that racial slur that threatened to

17    get me deported, and at that point, I wanted no more

18    communication with Roe.  So I deleted the text

19    messages and blocked her.

20  BY MS. HARDY:

21  Q.   Okay.  Are you an American citizen?

22  A.   Yes.

23  Q.   Do you have a dual citizenship?

24  A.   No.

25  Q.   How did you think you were going to be deported?

ANTHONY EID
July 21, 2021

1          MR. ROSSMAN:  Object to the form; misstates

2     his testimony --

3          MS. HARDY:  Did you --

4          MR. ROSSMAN:  Let me put my objection on

5     the record.  We've got to have some rules here.  I

6     object to the form and it misstates his testimony, and

7     I'm not going to explain why because I know you'll

8     accuse me of coaching but it does.

9          MS. HARDY:  Okay, thank you.

10   BY MS. HARDY:

11   Q.   Were you scared you'd be deported?

12   A.   I wasn't scared I'd be deported but having something

13        like that said to you is scary.

14   Q.   And what does deleting messages, prior messages with

15        her do to protect you from any bad acts that she or

16        someone else might have in mind; what's the connection

17        between the two?

18   A.   As I said, I both deleted the messages and blocked her

19        because I didn't want anymore communication with her

20        at that point.

21   Q.   Alright.  And you blocked her as someone who could

22        send you text messages?

23   A.   I blocked her from my phone and all social media

24        accounts at that point.

25   Q.   And that would include Facebook, Instagram, Snapchat,

ANTHONY   EID
July 21, 2021

1    and Twitter?

2    A.   Any one of those, if she was connected to me on those,

3        it would include all of them, but I'm not sure

4        specifically all four of those if they were or not.

5    Q.   So you don't recall what social media accounts you

6        blocked her from?

7    A.   The one I recall for sure is Twitter.  The other ones

8        I do not recall and obviously my cell phone.

9    Q.   Is it accurate that you only met Roe one time in

10       person?

11   A.   That is accurate.

12   Q.   Alright.  And that was back in August, 2016, correct?

13   A.   I believe so, yes.

14   Q.   And that was at the FestiFall event at Wayne State

15       University, correct?

16   A.   Yes, that's correct.

17   Q.   What is that event about?

18   A.   That is like a student orientation event where all of

19       the student boards on campus set up tables and tents

20       to introduce the students of the campus about those

21       groups and student organizations and such.

22   Q.   What was the reason you were in attendance at that

23       event?

24   A.   I was at the time the President of the student

25       government, so, we had a tent and a table set up.

ANTHONY  EID
July 21, 2021

1   Q.   Alright.  And who were you working with that day?

2   A.   I was working with various other student centers.

3   Q.   And how was it that you -- strike that.

4              How many people roughly were in attendance

5      at that event on that day?

6   A.   At the whole event?

7   Q.   Yes.

8   A.   I'm not sure how many people.

9   Q.   Well, hundreds, thousands?

10  A.   Hundreds for sure.

11  Q.   Okay.  How is it that you came in contact on that day

12     with Roe?

13  A.   Roe walked up to the tent that I was stationing.

14  Q.   Okay.  Tell me what transpired.

15  A.   Can you repeat that question; do you want a synopsis

16     of the whole --

17  Q.   Tell me generally.  She walked up and how did you meet

18     her?

19  A.   She walked up.  I introduced myself.  She introduced

20     herself.  I let her know what the student senate was

21     and what we did, and if she needed any help from us,

22     she could reach out and we would try to help her.

23  Q.   Her parents were with her at the time; is that

24     correct?

25  A.   Can you clarify what you mean by "with her"?

ANTHONY EID
July 21, 2021

1   Q.   Her parents were present and hearing your conversation

2        at the time?

3   A.   No, that is not correct.

4   Q.   Okay.  Did you meet her parents that day?

5   A.   Yes, I did.

6   Q.   So they came to the event with her?

7   A.   Yes.

8   Q.   Alright.  How long did you spend talking with her?

9   A.   Maybe about 15 or so minutes.

10  Q.   Okay.  And did she introduce you then to her parents

11       after that?

12  A.   After the conversation we had, she told me she wanted

13       me to meet her parents.  So I walked over to them with

14       her, and they were about maybe 10 or 15 yards away.

15  Q.   What did Roe have to say to you during the time you

16       spent chatting with her?

17  A.   Roe said that she was nervous about starting college,

18       specifically about her course work because she felt

19       that she was not prepared.

20  Q.   And this is prior to even starting classes, correct?

21  A.   Yes.

22  Q.   Did she say anything else that you recall?

23  A.   No.  That's about it.  That's all I can recall.

24  Q.   Do you have any notes, electronic or handwritten, that

25       memorialize what occurred between the two of you, what

ANTHONY EID
July 21, 2021

1      words were exchanged on that day?

2   A.   I've written about this interaction in my

3      documentation to the university and the School of

4      Medicine.

5   Q.   Okay.  But other than what you wrote years after the

6      fact, do you have any notes that you created around

7      the time of your meeting with Roe back in August,

8      2016, that memorialize what she said and you said

9      during your exchange, or are you relying just on

10      memory alone?

11   A.   Just to be clear, you're asking me if I memorialized

12      my interactions with this one student around the time

13      that I met her?

14   Q.   Correct.

15   A.   No, I did not.

16   Q.   When did you first memorialize that interaction; was

17      it in 2018 when you were preparing a statement in

18      connection with the investigation that was occurring?

19   A.   The first time I was asked about that interaction was

20      during my meeting with Ms. Nikolina Camaj, and then

21      shortly after I must have wrote about it somewhere.

22   Q.   Okay.  And so at that point in time, you're operating

23      on memory from a couple years ago?

24   A.   That is correct.

25   Q.   Alright.  Since your one and only meeting where you're

ANTHONY  EID
July 21, 2021

1    actually face-to-face with Roe, have you had any other

2    kind of communication with her outside of text

3    messages?

4  A.   Outside of text message and Facebook message, I have

5     had absolutely zero communication with her.

6  Q.   Okay.  So the only communications you've had with her

7     are the -- strike that.

8           So you've never talked to her on the phone,

9    correct?

10  A.   That is correct.

11  Q.   Alright.  So you've seen her once in person for

12     roughly 15 minutes back in August, 2016.  You've never

13     talked to her on the phone.  Since then, the only

14     communications are the texts and Facebook messages?

15  A.   That's correct.

16  Q.   And you don't have a record of any of your texts or

17     Facebook messages, correct?

18  A.   I think we've went over that already.

19  Q.   Just confirm that, please.

20  A.   Yes.

21  Q.   That is a correct statement?

22  A.   It is.

23           MR. ROSSMAN:  Objection; asked and

24     answered.

25           MS. HARDY:  You jumped right on your

ANTHONY  EID
July 21, 2021

1    client's answer.

2            MR. ROSSMAN:  You asked the same question

3    three times in 30 seconds, so I wanted to get an

4    objection.  You don't have to tell me I'm jumping on

5    my client's answer.

6            MS. HARDY:  Well, you were.

7            MR. ROSSMAN:  You've been jumping on him

8    all day.

9            MS. HARDY:  I want to make sure it's a

10   correct statement, so, I will have to repeat it again,

11   and hopefully your lawyer will refrain from

12   interrupting.

13            MR. ROSSMAN:  Whoa, whoa, whoa.  Objections

14   aren't interruptions.

15            MS. HARDY:  When you --

16            MR. ROSSMAN:  They're allowed in the Court

17   Rules just for the record.

18            MS. HARDY:  Okay.

19            MR. ROSSMAN:  If you're going to make smug

20   statements, you're going to get responses.  Let me

21   make my objections.

22   BY MS. HARDY:

23   Q.  Can you please pause before you answer and let your

24   lawyer object, then proceed to answer so we can have a

25   clean record?

ANTHONY EID
July 21, 2021

1           MR. ROSSMAN:  That's an improperly

2     argumentative statement.  Wait until she frames a

3     proper question to answer it, okay?

4  BY MS. HARDY:

5  Q.   In summary, your contact with Roe has consisted of one

6     15-minute roughly meeting with her in August, 2016,

7     and text and Facebook messages and no phone calls; is

8     that a correct statement?

9  A.   Yes.

10  Q.   And you do not have any record of any text or Facebook

11     messages other than what Roe provided to Wayne State

12     University School of Medicine during the course of the

13     proceedings that led to your dismissal; is that

14     correct?

15  A.   I don't think she provided them to the School of

16     Medicine, I think she provided them to Ms. Camaj, but

17     other than that, that is a correct statement.

18  Q.   Let's focus on the BIO 1510 exam benchmark questions.

19     Do you know what I'm talking about?

20  A.   I believe you're referring to old practice test

21     material.

22  Q.   You sent BIO 1510 exam benchmark questions to Roe,

23     correct?

24  A.   Can you clarify what you mean by sent?

25  Q.   You provided her with copies of such exam questions,

ANTHONY  EID
July 21, 2021

1    correct?

2  A.   I am not sure they were exam questions.  They were

3       practice -- they were practice test questions that

4       students used to test themselves to prepare them for

5       exams.

6  Q.   Alright.  Well, we'll go back to that distinction that

7       you're drawing later.

8             How is it that you provided Roe with copies

9       of either exam questions or test practice questions as

10       you prefer to phrase it; how is it that you

11       communicated those to her or conveyed them to her?

12             MR. ROSSMAN:  Object to the form;

13       foundation, misstates his testimony, compound.

14             THE WITNESS:  Roe obtained those documents

15       from my iCloud account.

16  BY MS. HARDY:

17  Q.   How did she have access to your iCloud account?

18  A.   She had her computer with her on the day that we met

19       and logged into my iCloud account and downloaded them.

20  Q.   During the 15 minutes when you met her for the first

21       time and only time in August, 2016, you provided her

22       access to your iCloud account?

23             MR. ROSSMAN:  Object to foundation;

24       misstates his testimony.

25  BY MS. HARDY:

ANTHONY  EID
July 21, 2021

1   Q.   Is that correct?

2   A.   Can you repeat that one more time?

3   Q.   During the 15 minutes that you met this woman at the

4        FestiFall event for new incoming students, you

5        provided her with access to your iCloud account?

6   A.   That is correct.

7   Q.   Why did you do that?

8   A.   Because I was the student body President, and my job

9        was to make sure that students performed well in their

10       classes.

11  Q.   Why would you provide her with access to your iCloud

12       account as opposed to sending her materials that you

13       thought might be helpful to her through a safe means?

14  A.   That is where the material was stored.

15  Q.   So explain how she got access at the FestiFall event

16       to your iCloud account; what occurred?

17  A.   Roe had her laptop with her.  She went to icloud.com.

18       I gave her my email address, and I put in my password.

19       We went to the iCloud drive folder or she went to the

20       iCloud drive folder, and then I assumed she downloaded

21       the content of the folder to her desktop.

22  Q.   Alright.  Did you observe what she was doing while she

23       was on your iCloud account through her computer?

24  A.   I did not observe it with my eyes.  I was giving her

25       instruction verbally.

ANTHONY EID
July 21, 2021

1   Q.   How many different people have you allowed in the

2        interest of ensuring that students do well in their

3        classes to have access to your iCloud account?

4   A.   This is the only instance where another student

5        accessed my iCloud account.

6   Q.   Has anyone other than Roe ever had access to your

7        iCloud account?

8   A.   I do not believe so.

9   Q.   And so why her?

10  A.   Well, like I said, she was a student who seemed in

11       need, and she specifically said for this class that I

12       had taken years and years prior and I had the

13       material, so, I was trying to just help her out.

14  Q.   What class was it for?

15  A.   I believe it was for BIO 1510 which is the intro

16       level, well, the intermediate level bio course.

17  Q.   So let me just make sure I understand.  You just met

18       this woman at an event for all new students, and

19       you're there to meet with students who come through to

20       answer questions, interface with them, and you meet

21       her, and within 15 minutes, you allow her to access

22       your iCloud account on her computer with your user

23       name and password?

24  A.   That is correct.

25  Q.   And to download information?

ANTHONY EID
July 21, 2021

1   A.   Correct.

2   Q.   And she's the only student that you have ever done

3       that for or, in fact, only person you've ever allowed

4       access; is that correct?

5           MR. ROSSMAN:  Asked and answered objection.

6           Answer it again.

7   BY MS. HARDY:

8   Q.   Is that correct?

9   A.   That is correct specifically relating to my iCloud

10      account.

11  Q.   And what did she say to you that persuaded you that

12      you should take this exceptional action for this one

13      person?

14          MR. ROSSMAN:  Objection; assumes facts not

15      in evidence.

16  BY MS. HARDY:

17  Q.   Let's go back.  Would you consider this an unusual

18      thing to do, to give someone access to your iCloud

19      account as opposed to taking the step of sending them

20      the information yourself in a way that's secure?

21  A.   At the time I did not think it was an extraordinary

22      step.

23  Q.   Why not?

24  A.   Because I was not familiar with the safety concerns

25      that came with doing that.

ANTHONY  EID
July 21, 2021

1  Q.   But nevertheless, you never did it with anybody else,

2      just with Roe?

3           MR. ROSSMAN:  Asked and answered objection.

4           Answer it again.

5  BY MS. HARDY:

6  Q.   Correct?

7  A.   That is correct.

8  Q.   Irrespective of whether you knew all the potential

9      dangers of giving out your iCloud account to somebody

10      and allowing them to actually get on your account, why

11      didn't you just email her the information on iCloud

12      that you wanted her to have?

13  A.   The files in question were far too large to send over

14      email.

15  Q.   Well, there are other mechanisms you can use like

16      Dropbox, correct?

17           MR. ROSSMAN:  Objection; argumentative,

18      assumes facts not in evidence.

19  BY MS. HARDY:

20  Q.   That would be more secure than giving your iCloud

21      information out?

22           MR. ROSSMAN:  Objection; calls for

23      speculation.  The question is compound.

24  BY MS. HARDY:

25  Q.   Correct?

ANTHONY EID
July 21, 2021

1    A.   I'm not sure if that would be more secure or not.

2    Q.   What was the size of the files that you believe she

3         downloaded or you're claiming she downloaded?

4              MR. ROSSMAN:  Object to the form of the

5         question.  It's argumentative.  It assumes facts not

6         in evidence.

7              THE WITNESS:  I'm not sure how big the file

8         sizes were, but I know they were too big to be sent

9         through email.

10   BY MS. HARDY:

11   Q.   What did those files consist of?

12   A.   Old textbooks and those practice questions that we

13        spoke about earlier.

14   Q.   What old textbooks?

15   A.   Old textbooks for the BIO 1510 class.

16   Q.   Do you still have those old textbooks on your iCloud?

17   A.   I am not sure if they're still on my iCloud or not.

18   Q.   Do you still have the practice questions on your

19        iCloud account?

20   A.   I'm not sure if they're there or not to this day.

21   Q.   How many old textbooks did you have?

22   A.   Are you asking generally how many old textbooks did I

23        have throughout my whole career?

24   Q.   That you had kept on iCloud or stored on iCloud?

25   A.   There were many textbooks stored on iCloud.

ANTHONY EID
July 21, 2021

1    Q.   But related to the BIO 1510 class?

2    A.   There were -- so now you're asking specifically about

3         the BIO 1510 class?

4    Q.   Yes, I am.

5    A.   I believe there were at least two textbooks for that

6         course that were stored on my iCloud.

7    Q.   Have you since 2016 deleted any material from your

8         iCloud account?

9    A.   I don't know if I deleted any material from my iCloud

10        account or not since 2016.

11   Q.   After the August 2016 meeting with Roe, did you

12        initiate any contact with her through either text or

13        social media?

14   A.   I do not believe I initiated any contact with her

15        until my accounts started to be breached.

16   Q.   Did you provide any additional exams or textbooks to

17        her after that day in August, 2016, when you gave her

18        access to your iPhone account?

19             MR. ROSSMAN:  Do you mean practice exams or

20        like real exams?

21             MS. HARDY:  I'm not qualifying it one way

22        or the other.

23             MR. ROSSMAN:  Objection; misstates the

24        testimony, assumes facts not in evidence, foundation,

25        vague, ambiguous, and confusing.

ANTHONY  EID
July 21, 2021

1          You can answer the question if you

2    understand it.

3          THE WITNESS:  No, I do not believe I did.

4          MS. HARDY:  Let's take a break for a

5    moment.

6          MR. ROSSMAN:  About how long?

7          MS. HARDY:  Ten minutes.  What would you

8    like to do for a lunch hour, if anything?

9          MR. ROSSMAN:  I'd like to push through.

10          MS. HARDY:  We'll take some kind of lunch

11    break but it doesn't have to be long.  Let's come back

12    within 15 minutes.

13          (Recess taken at 11:52 a.m.)

14          (Back on the record at 12:12 p.m.)

15   BY MS. HARDY:

16   Q.   What is your Twitter handle?

17   A.   It is @antheid.

18   Q.   What is your Twitter password?

19          MR. ROSSMAN:  I'm going to object to his

20    Twitter -- his current Twitter password is what you

21    want?

22          MS. HARDY:  Let me back up.

23   BY MS. HARDY:

24   Q.   Has your Twitter password changed since 2016?

25   A.   I'm sure it has.

ANTHONY EID
July 21, 2021

1  Q.  Do you know what your Twitter password was in 2016?

2  A.  Not off the top of my head.

3  Q.  Do you know what any of your Twitter passwords have

4     been since 2016?

5  A.  Yes.

6  Q.  I'd like whatever Twitter passwords you do recall?

7         MR. ROSSMAN:  Well, hold on a second.  Can

8     you just explain to me why you want this?  Because

9     it's the same concern I have as before.

10        MS. HARDY:  So if it's the same concern,

11    we've already kind of aired our differences of

12    opinion.  So I'll just preserve it and move on.

13 BY MS. HARDY:

14 Q.  Same question with respect to Facebook.  I need your

15    user name and password since 2016.

16        MR. ROSSMAN:  Same objection on the

17    password.

18        MS. HARDY:  Alright.

19        MR. ROSSMAN:  Just the password, though.

20    If you want his user name --

21 BY MS. HARDY:

22 Q.  What's your user name on Facebook since 2016?

23 A.  I'm not sure if Facebook uses user names.  My name on

24    my account is just my name, Anthony Eid.  It might be

25    Anthony.Eid as a user name.

ANTHONY  EID
July 21, 2021

1  Q.   Alright.  And Snapchat, your user name, your screen

2      name?

3  A.   The same thing, Antheid.

4  Q.   Okay.  And has that been the same since 2016?

5  A.   Yes.

6  Q.   Alright.  And your password?

7  A.   I mean --

8            MR. ROSSMAN:  Objection.

9  BY MS. HARDY:

10 Q.   I need to ask to make sure it's part of the record.

11           Instagram, your user name or screen name

12     since 2016?

13 A.   It's the same thing, Antheid.

14 Q.   And your password?

15           MR. ROSSMAN:  Same objection.

16 BY MS. HARDY:

17 Q.   Alright.  And iCloud, your user name since 2016?

18 A.   I think I gave that to you already.

19           MR. ROSSMAN:  It is asked and answered, but

20     you can give it again if she wants to ask it again.

21     What's your user name?

22           MS. HARDY:  And the password, you objected

23     to password?

24           MR. ROSSMAN:  Yes.

25 BY MS. HARDY:

ANTHONY EID
July 21, 2021

1  Q.  When you deleted the text messages and Facebook

2      messages that you had exchanged with Roe in October,

3      2018, did you read them before you deleted them?

4  A.  No.

5  Q.  When had you last read them prior to deleting them?

6  A.  I had last read them whenever the conversations

7      happened.

8  Q.  So you had not gone back to look at any of them after

9      the fact?

10  A.  That's correct.

11  Q.  Alright.  Did you do anything to preserve the content

12      of those messages, either Facebook or texts before

13      deleting them?

14  A.  No, I did not.

15  Q.  Alright.  Do you recall the content of any of the

16      Facebook messages that you deleted that were with Roe

17      or concerning Roe?

18  A.  I recall the content of the messages being in regards

19      to fixing the unauthorized access that was happening

20      on my accounts.

21  Q.  Do you recall anything more specific than that?

22  A.  I believe that is actually the only communication I

23      had pertaining to her.

24  Q.  So you don't recall anything specific that she said or

25      you said on those messages; you just know the general

ANTHONY  EID
July 21, 2021

1    topic was about fixing your accounts?

2  A.   That is correct.

3  Q.   Same question with respect to text messages.  Do you

4    recall anything about the substance of the text

5    messages that you had exchanged with Roe?

6  A.   The substance of the messages were in regards to

7    fixing the unauthorized access that was happening to

8    my accounts.

9  Q.   And that was the only topic of the text messages?

10  A.   I believe so.

11  Q.   And you don't recall anything specific that she said

12    in the text messages?

13  A.   I don't recall anything specific.

14  Q.   And you don't have any way to refresh your

15    recollection as to what the substance was of the

16    Facebook messages that you deleted or the text

17    messages but for the fact that it was about fixing the

18    unauthorized account?

19  A.   That's correct.

20  Q.   Had you ever provided study materials to any other

21    student at Wayne State?

22  A.   Yes.

23  Q.   How did you provide those materials?

24  A.   Usually especially after this event took place it

25    would be --

ANTHONY EID
July 21, 2021

 1  Q.   What event are you referring to, the FestiFall in

 2       2016?

 3  A.   Yes, after FestiFall and after my account started

 4       being breached, I took precautions.  So if I ever

 5       provided students study materials, it was through like

 6       a Google drive link or through a flash drive.

 7  Q.   Alright.  Well, prior to the alleged hacking of your

 8       account, had you ever provided anyone other than Roe

 9       study materials?

10  A.   Yes.

11  Q.   Alright.  Do you recall who?

12  A.   I do not recall who.  I was a student for a very long

13       time.

14  Q.   Can you give me an estimate of how many different

15       students you provided study materials to?

16  A.   I do not know the answer to that question.

17  Q.   You have no idea whether you're talking about a

18       handful or dozens or hundreds?

19            MR. ROSSMAN:  Asked and answered.  He said

20       he didn't know.

21            THE WITNESS:  I do not know.

22  BY MS. HARDY:

23  Q.   I'm asking if you can give me some idea of how many?

24  A.   I'm really not sure.

25  Q.   Alright.  How did you convey those study materials to

ANTHONY  EID
July 21, 2021

1    other students prior to the hacking event?

2  A.   Usually it would be through a flash drive.

3  Q.   Any other mechanisms you used?

4  A.   At that time I do not believe so.

5  Q.   When did you use a flash drive with Roe?

6  A.   I did not have a flash drive with me.

7  Q.   Why didn't you get her information and send her a

8    flash drive or have her come and pick up a flash

9    drive?

10         MR. ROSSMAN:  Objection; assumes facts not

11    in evidence.

12         THE WITNESS:  I did not think to do that.

13  BY MS. HARDY:

14  Q.   You exchanged phone numbers with her when you were

15    meeting her at the FestiFall?

16  A.   Yes.

17  Q.   Did you exchange any other contact information with

18    her?

19  A.   No.

20  Q.   You were the first to text her, correct?

21  A.   I'm not sure.

22  Q.   Do you have any basis to dispute that you were the

23    first to text her?

24  A.   Yes, I do have basis.

25  Q.   What is that?

ANTHONY  EID
July 21, 2021

1   A.   I do not know if I texted her or if she texted me

2        first.

3   Q.   You were the first to send her a Facebook message?

4   A.   I do not know.

5            MR. ROSSMAN:  You mean the first as between

6        them or the first person to ever?

7   BY MS. HARDY:

8   Q.   You were the initiator of Facebook contact?

9            MR. ROSSMAN:  Object to the form.

10           THE WITNESS:  Are you asking me again?

11  BY MS. HARDY:

12  Q.   Yes.

13  A.   I do not know if I was the first to initiate contact

14       or not.

15  Q.   Do you have any kind of notes, electronic, handwritten

16       or of any other variety that you could look to to

17       refresh your memory about your exchanges and

18       communications with Roe over the course of the time

19       that you knew her starting with the FestiFall in 2016

20       through your last contact with her in 2018?

21  A.   The only time I wrote any notes about this whole

22       interaction was in my materials given to the various

23       committees at Wayne State.

24  Q.   Starting in the fall of 2018?

25  A.   Yes, that's correct.

ANTHONY EID
July 21, 2021

1   Q.   Do you know --

2   A.   Actually, I would say the winter of 2018.

3   Q.   Do you know when Roe left Wayne State University?

4   A.   I do not know exactly when.

5   Q.   How did you learn that she had left Wayne State

6        University as a student?

7   A.   I believe I saw something on Twitter.

8   Q.   Do you know who had posted it on Twitter?

9   A.   I assume her.

10  Q.   And when did you see a Twitter message indicating that

11       she had left Wayne State University?

12  A.   It would have been sometime in, I think, early 2017.

13  Q.   Did you communicate with her through any social media

14       or text or email communications about why she'd left?

15  A.   No.

16  Q.   Did you communicate with her or anyone about her about

17       where she'd gone?

18  A.   No.

19  Q.   So you had no idea where she was; you just knew she

20       left?

21  A.   At that time, yes.

22  Q.   Okay.  At what time did you learn something more

23       detailed?

24  A.   After that there were other tweets that she had moved

25       to Colorado.

ANTHONY EID
July 21, 2021

1   Q.   Those were tweets of hers?

2   A.   Yes.

3   Q.   When did you, and I'm sorry if I asked this before, I

4        don't recall that, but did you cancel your Twitter

5        feed with her or cancel her off of your Twitter feed?

6   A.   I blocked her from my Twitter accounts, my Twitter

7        account after I got that racial slur phone call.

8   Q.   Alright.  And then you went back, this is I believe

9        your testimony, correct me if I'm wrong, you went back

10       during the time you were preparing statements to

11       explain yourself to Wayne State University and looked

12       at historical Twitter feeds by going onto the internet

13       and checking prior Twitter feeds; is that how you got

14       the Twitter information in November/December, 2018, to

15       prepare your statement?

16  A.   Yes.

17  Q.   Alright.  So you'd blocked her previously?

18  A.   Uh-huh.

19  Q.   Correct?

20  A.   That is correct.

21  Q.   But you still had access to her Twitter feed despite

22       having blocked her?

23  A.   I still had access, what do you mean?

24  Q.   You were still able to review historical Twitter feeds

25       through the internet?

ANTHONY EID
July 21, 2021

1    A.   Yes.

2    Q.   Did you ever provide Roe with a user name and password

3         for any social media account of yours?

4    A.   The iCloud account.

5    Q.   Alright.  Other than that?

6    A.   No.

7    Q.   Did you ask at any point in time for Roe's iCloud user

8         name and/or password?

9    A.   Yes.

10   Q.   When and why?

11   A.   When was at various times while my accounts were being

12        hacked, and why was to stop my accounts from

13        continuing to be hacked.

14   Q.   And were all those communications in which you made

15        such requests through either textbook or Facebook?

16   A.   Can you repeat that?

17             MS. HARDY:  Can you read it back.

18             (The requested portion of the record was

19             read by the reporter at 12:26 p.m. as

20             follows:

21             "Question:  And were all those

22             communications in which you made such

23             requests through either textbook or

24             Facebook?")

25             MS. HARDY:  I'm sorry.  I'm going to

ANTHONY EID
July 21, 2021

1      rephrase that.

2   BY MS. HARDY:

3   Q.   Were all those communications in which you made such

4        requests either through text messages or Facebook?

5   A.   That is correct.

6   Q.   Did she ever provide her user name and password to

7        you?

8   A.   Yes.

9   Q.   When was that?

10  A.   I believe it was in -- I believe it was in 2017.

11  Q.   Alright.  And how did she provide that, through what

12       medium?

13  A.   Through text message.

14  Q.   Why did you need her iCloud user name and password to

15       solve your problem with your accounts being hacked?

16           MR. ROSSMAN:  Objection; misstates his

17       testimony.

18  BY MS. HARDY:

19  Q.   Did I misstate the reason you were asking for the

20       information?

21           MR. ROSSMAN:  Objection.  There's two

22       questions pending now.

23  BY MS. HARDY:

24  Q.   Why did you ask for her user name and password on

25       iCloud?

ANTHONY   EID
July 21, 2021

1   A.   I thought that she had access to my accounts and that

2        our accounts were linked because she had logged in to

3        my account through her computer.

4   Q.   So what was the purpose of asking for her user name

5        and password; how was that going to help solve your

6        problem?

7   A.   It was to unlink the accounts from each other.

8   Q.   Alright.  Explain how that would have worked.

9   A.   My understanding at the time was that if my account

10       was on her computer, we logged in to her account from

11       mine and then logged out, it would unlink the accounts

12       and solve the problem.

13  Q.   Where did you obtain that understanding?

14  A.   I searched online.

15  Q.   Alright.  And where online?

16  A.   Various forums of, you know, when you have a problem

17       with a computer, usually Google it.

18  Q.   So when you received her user name and password, did

19       you do exactly that?

20  A.   Yes.

21  Q.   Alright.  And was it successful?

22  A.   At the time, yes, I thought it was.

23  Q.   And when was that?

24  A.   That was the same day that she told me it.

25  Q.   So sometime in 2017 you received her user name and

ANTHONY  EID
July 21, 2021

1    password, you logged on to her account, and you

2    de-linked your account and hers?

3  A.   And then logged out, that's correct.

4  Q.   And that solved the problem?

5  A.   For the time being, yes.

6  Q.   Okay.  And do you recall what user name and password

7    she gave you?

8  A.   I do not.

9  Q.   Do you have any record anywhere of the user name and

10    password?

11  A.   I do not except in the testimony that she provided in

12    her report.  I believe it's in there.

13  Q.   After she provided you her user name and password and

14    you entered those and de-linked your accounts, did you

15    have a subsequent problem that developed with respect

16    to your account?

17  A.   I had continuous problems after that with multiple

18    accounts.

19  Q.   Alright.  What accounts?

20  A.   I mean, a whole lot of accounts, iCloud, Google, my

21    PlayStation account, you know, my Instagram, my

22    Snapchat, my Facebook and many more, you know, just

23    accounts that you have, my Capital One account, my

24    Chase account, my Flagstar account.

25  Q.   Did you attribute any of those problems to her?

ANTHONY   EID
July 21, 2021

 1  A.   Yes.

 2  Q.   Why?

 3  A.   Because she was the only one that had access to my

 4       iCloud account.

 5  Q.   Did you change your iCloud password after you provided

 6       her your password and user name?

 7  A.   I changed my iCloud password after the first time

 8       where I got the alert saying that it was authorized

 9       without my access.

10  Q.   When was that?

11  A.   That was a couple, I think it was two months after we

12       met, so, it would have been in September or October of

13       2016.

14  Q.   Alright.  So when you provided her in August, 2016,

15       your user name and password for iCloud and she gets

16       onto your computer, you don't think to change your

17       password after that?

18           MR. ROSSMAN:  Objection; argumentative.

19  BY MS. HARDY:

20  Q.   Did you think about that?

21  A.   She didn't get on my computer.

22  Q.   She got onto your account?

23  A.   Yes, on her computer.

24  Q.   Through her computer and you didn't think to change

25       your password following that?

ANTHONY EID
July 21, 2021

1  A.  No.

2  Q.  Alright.  So then you got an alert sometime in the

3      fall of 2016 that somebody had accessed your account?

4  A.  Yes.

5  Q.  And at that point in time, you changed your password?

6  A.  Yes.

7  Q.  Okay.  And you continued to have problems after that?

8  A.  Yes.

9  Q.  Why did you attribute those problems after that to

10     Roe?

11  A.  They were accounts with the same password as my

12      original iCloud password.

13  Q.  Repeat that.

14  A.  They were accounts with the same password as my

15      original iCloud password that Roe had.

16  Q.  I don't understand what you're saying.  What accounts

17      are you referring to?

18  A.  The other accounts that were accessed without my

19      authorization.

20  Q.  They had the same password as your iCloud password?

21  A.  Yes.

22  Q.  And user name?

23  A.  I already told you the user names.

24  Q.  So your Google account had the same user name and

25      password as your iCloud account at the time you gave

ANTHONY  EID
July 21, 2021

1       access to Roe in August, 2016?

2   A.   Yes.

3   Q.   Alright.  And the same for PlayStation?

4   A.   Yes.

5   Q.   And the same for Instagram?

6   A.   Yes.

7   Q.   And the same for Facebook?

8   A.   Yes.

9   Q.   Same for Capital One?

10  A.   Capital One, the user name was different slightly, but

11      the password was the same.

12  Q.   And what about Flagstar; was the user name and

13      password for Flagstar the same as your iCloud account

14      in 2016 when you gave that information to Roe?

15  A.   The user name was slightly different but the password

16      was the same.

17  Q.   What was your user name at Capital One?

18  A.   I believe it was anth.eid.

19  Q.   And your user name at Flagstar?

20  A.   Anthony.eid.

21  Q.   So did you suspect anyone else of hacking your

22      accounts, iCloud, Google, other than Roe?

23  A.   I did not.

24  Q.   And the reason you suspect her, the only reason you

25      suspect her of hacking them is because you gave her

ANTHONY EID
July 21, 2021

1    your iCloud user name and password in August, 2016,

2    and there was either identical user name and passwords

3    with your other accounts or very close with the user

4    names?

5  A.   That is correct in 2016 and 2017 why I believe that.

6  Q.   And what about 2018?

7  A.   In 2018, I believed it was Roe accessing my account

8    because at that time, I guess as technology developed,

9    when someone logs into your Apple account, you get a

10    message on your phone with a map of where the log-in

11    took place, and that log-in had taken place from

12    Colorado.

13 Q.   So that led you to believe that any hacking of any of

14    your accounts that occurred in 2018 or early '19 was

15    attributable to her because you got notification from

16    Apple that someone had logged in from Colorado?

17         MR. ROSSMAN:  Object to the form; compound,

18    vague and ambiguous, misstates his testimony.

19 BY MS. HARDY:

20 Q.   You can go ahead.

21 A.   It alerted me that -- it made me think that my

22    suspicions were correct.

23 Q.   Did you have any other basis in 2018 or early 2019 for

24    suspecting Roe of hacking your accounts other than the

25    Apple ID message you received?

ANTHONY EID
July 21, 2021

1   A.   That was -- that and the fact that she was the only

2        one that had access to my iCloud account.

3   Q.   But she no longer had access to your iCloud account,

4        correct, as of that time because you changed the

5        password?

6            MR. ROSSMAN:  Argumentative.  Don't answer

7        the question.  It makes no sense.  If you could please

8        rephrase that.

9   BY MS. HARDY:

10  Q.   She no longer had access to your iCloud account in

11       2018 or '19, correct?

12           MR. ROSSMAN:  That has been so asked and

13       answered.  The record is clear.  Why do you keep

14       asking the same questions over and over?

15           MS. HARDY:  Counsel, you know, just these

16       kinds of statements by you --

17           MR. ROSSMAN:  You're doing it to wear the

18       witness down, and I understand the strategy and you

19       want your summations, but seriously, we know what date

20       she stopped having access.  Stop asking the question,

21       please.

22           MS. HARDY:  No.  You know what?  I'm in

23       charge of asking my own questions.  You can make form

24       objections, and if you have a problem with my

25       questions or how I'm conducting this deposition, Judge

ANTHONY EID
July 21, 2021

1    Magistrate Grand is available to hear whatever your

2    issues are.

3         MR. ROSSMAN:  I am not going to bother the

4    judge.  I'll deal with it myself.  If you keep asking

5    the same question over and over and over again, I will

6    continue to object, and I'll let him answer, but it's

7    seriously getting to the point where I'm going to have

8    to start directing him not to answer because you know

9    what the record says.  You're trying to trip him up.

10    Stop asking the same question over and over.  You know

11    exactly when she stopped having access.  He testified

12    in-depth about it.

13         MS. HARDY:  Counsel, don't interfere with

14    my questions.  Make your form objections.  If you have

15    a problem, take it to the judge, but I'm not going to

16    sit here and let you constantly run interference,

17    distract, try to disrupt the deposition with all your

18    distractions.  That is not professional, it's not

19    allowed under the rules, and it will end up in front

20    of the judge if you don't cease behaving that way.

21         MR. ROSSMAN:  I'll count up all the times

22    you asked the same question over and over to drag this

23    out, wear him down, trip him up.  I know what you're

24    doing.  Please, ask a question and when you -- if you

25    don't get a clear answer, Cross him on it.  I'm not

ANTHONY  EID
July 21, 2021

1    going to stop you.  But if you get a clear answer,

2    it's not okay to keep asking it.

3          MS. HARDY:  Lezlie, we need to go back.

4          (The requested portion of the record was

5          read by the reporter at 12:26 p.m. as

6          follows:

7          "Question:  She no longer had access to

8          your iCloud account in 2018 or '19,

9          correct?")

10   BY MS. HARDY:

11   Q.   Please answer.

12   A.   I don't know if she had access to my iCloud account or

13      not.

14   Q.   How would she have access if you had changed your

15      password back in 2016?

16          MR. ROSSMAN:  Argumentative.  It's

17      argumentative.  He just answered the question.  He

18      said he didn't know.

19          MS. HARDY:  Counsel, this is you --

20          MR. ROSSMAN:  He doesn't know.

21          MS. HARDY:  You are not supposed to be on

22      the record in this fashion.  I have a right to ask

23      questions.

24          MR. ROSSMAN:  Should I leave the room?

25      Should I not be here?

ANTHONY EID
July 21, 2021

1          MS. HARDY:  You can object on a form basis.

2    You are being thoroughly inappropriate, and I'm not

3    going to continue under these --

4          MR. ROSSMAN:  How am I being thoroughly

5    inappropriate?

6          MS. HARDY:  We're going to cease this

7    deposition, and I will go to the judge because I need

8    to be able to proceed without you interfering with

9    every question.

10          MR. ROSSMAN:  We will be moving for this

11    deposition to appear under court supervision because

12    your questions are argumentative.  You're patronizing

13    the witness.  The facial expressions on your side of

14    the table don't stop.  You fight with me when I make

15    an objection.  If you want to go take it before the

16    judge, fine.  We'll ask that it be done in court or by

17    Zoom because they don't let us do it in court.  So if

18    you're --

19          Let the record reflect that the deposition

20    is being terminated right now by defense counsel.

21    We're here.  He's ready to testify.  I'm not going

22    anywhere unless you tell me it's terminated.

23          MS. HARDY:  I'll ask him my question again.

24    Let him answer the question.

25          MR. ROSSMAN:  Are you terminating the

ANTHONY   EID
July 21, 2021

1    deposition?

2            MS. HARDY:  I'm going to ask my question

3    again and see if you can let him answer the question.

4            MR. ROSSMAN:  Ask the question.

5            Why are you laughing?

6            MS. HARDY:  I'm trying to develop some

7    sense of humor about the --

8            MR. ROSSMAN:  You're laughing on the

9    record.  Ask your question.

10            MS. HARDY:  Can you read it back, please.

11            (The requested portion of the record was

12            read by the reporter at 12:39 p.m. as

13            follows:

14            "Question:  How would she have access if

15            you had changed your password back in

16            2016?")

17            THE WITNESS:  Just because I changed my

18    password does not mean she didn't still have access to

19    my accounts.

20   BY MS. HARDY:

21   Q.  Well, from a technology standpoint, what is your

22      theory as to how she would have access to your

23      accounts in 2018 and '19 if she did not have your

24      passwords?

25   A.  I don't know if she had my passwords or not.  She may

ANTHONY  EID
July 21, 2021

1    still have had my passwords.

2  Q.   But you testified you changed all your passwords?

3  A.   Right, exactly.  She may have had the new ones.

4  Q.   How would she have gotten the new ones?

5  A.   Well, the new ones weren't too different from the old

6    ones.

7  Q.   Since you won't give me your passwords, I can't

8    evaluate that and follow up on it, but they were

9    different, correct?

10 A.   They were slightly different.

11 Q.   Alright.  So you are suspecting that she somehow

12    figured out what your new passwords were on her own?

13        MR. ROSSMAN:  Objection; misstates his

14    testimony.

15 BY MS. HARDY:

16 Q.   How would she know, just by guessing and trying a

17    bunch of different passwords and getting lucky?

18        MR. ROSSMAN:  Objection; calls for

19    speculation.

20 BY MS. HARDY:

21 Q.   Answer the question.

22 A.   That is one possibility.

23 Q.   Do you have theories as to any other possibilities as

24    to how she could be the person responsible for hacking

25    your accounts in 2018 and '19?

ANTHONY EID
July 21, 2021

1   A.   Like I said, I got the notification that it was

2        accessed from Colorado.  Also, because she had access

3        to my iCloud account, there was also information on my

4        iCloud account that could have led her to my password,

5        such as notes that were stored on my iPhone, different

6        photos of, you know, things like my ID, my Social

7        Security card, credit cards, stuff like that.

8   Q.   Alright.  So let's hypothetically assume she knew your

9        Apple user name or ID and password.  How would that

10       give her access to Snapchat, Instagram, PlayStation,

11       Flagstar, Capital One, etcetera, since they don't use

12       Apple password and ID?

13            MR. ROSSMAN:  Objection because the

14       question started out with an improper hypothetical

15       and, therefore, calls for speculation.  The remainder

16       of the question was compound and confusing.

17  BY MS. HARDY:

18  Q.   Answer, please.

19  A.   Can you repeat it?

20            MS. HARDY:  Can you read it back.

21            (The requested portion of the record was

22            read by the reporter at 12:42 p.m. as

23            follows:

24            "Question:  So let's hypothetically assume

25            she knew your Apple user name or ID and

ANTHONY EID
July 21, 2021

1          password.  How would that give her access

2          to Snapchat, Instagram, PlayStation,

3          Flagstar, Capital One, etcetera, since they

4          don't use Apple password and ID?")

5          THE WITNESS:  I think I already stated that

6     the passwords for those were the same as my original

7     iCloud password.

8   BY MS. HARDY:

9   Q.   But they had changed in the fall or October, '16?

10  A.   Only the iCloud password changed.  The other passwords

11       changed as I was being hacked.

12  Q.   So just to make sure I'm clear, the only information

13       that you're aware of that Roe ever had about your

14       accounts was your iCloud user name and password as of

15       August, 2016?

16  A.   No, that is not correct.

17  Q.   What other information did she have about either the

18       iCloud or any other account that would have led you to

19       believe or did lead you to believe that she might have

20       been the person responsible for hacking your accounts?

21  A.   I think I already stated the map that I got from

22       iCloud saying that my account was accessed from

23       someone in Colorado, and the fact that she had access

24       to my iCloud account means she had access to a lot of

25       information about me.  What that information is I

ANTHONY EID
July 21, 2021

1    don't know, but she could have had that.

2  Q.   Do you know what was stored in your iCloud account

3    that could have provided her with access information

4    for Capital One, Flagstar, and other accounts?

5  A.   There was information such as my Social Security card,

6    my ID.

7  Q.   What ID?

8  A.   My driver's license, pictures of my credit cards,

9    various information like that, notes that stored

10   information.  I may have stored the passwords for my

11   other accounts in the notes app so I wouldn't forget

12   them.  That's a possibility.  There's a lot of

13   possibilities.

14  Q.   Alright.  So you're thinking of possibilities, but you

15   can't think of anything specific that you know was in

16   iCloud that she could have gotten access to and,

17   therefore, used it to hack accounts other than what

18   was there as of August, 2016?

19        MR. ROSSMAN:  Objection; improper form and

20   argumentative.

21        THE WITNESS:  No.  I think I said many

22   specifics just now actually.

23  BY MS. HARDY:

24  Q.   Are you sure your Social Security Number was in there?

25  A.   Yes.

ANTHONY  EID
July 21, 2021

1   Q.   And you're sure your driver's license?

2   A.   Yes.

3   Q.   What else are you sure was in there?

4   A.   I'm sure that photos of my credit cards were on there.

5        I'm sure that she had access to my notes.

6   Q.   And what was in your notes?

7   A.   So I'm not sure exactly what was in my notes, I don't

8        recall, but she could have gained information about my

9        passwords from the information that were stored in my

10       notes.

11  Q.   Alright.  Are the notes that you had stored in iCloud

12       as of August, 2016, are they still in iCloud?

13  A.   No.  Those were -- I deleted those for security

14       reasons as I was being hacked.

15  Q.   Alright.  And do you have any way of recalling what

16       was in those notes as of today?

17  A.   I think I just did.

18  Q.   I just asked you what was in those notes and you're

19       speculating; you don't recall, correct?

20            MR. ROSSMAN:  Objection; very

21       argumentative.

22  BY MS. HARDY:

23  Q.   Do you recall what was in those notes?

24  A.   No, I do not recall specifically what was in those

25       notes.

ANTHONY  EID
July 21, 2021

1    Q.   And when you qualify your answer with specifically, is

2         there anything specific you recall that was in the

3         notes?

4    A.   There are a lot of things in my notes.

5    Q.   Do you recall anything that was in them?

6    A.   No.

7    Q.   Alright.  Thank you.  Did you ever provide Roe with

8         your bank account information?

9    A.   No.

10   Q.   Did you ever provide her with any financial

11        information for business purposes only?

12   A.   No.

13   Q.   Have you ever set up a cash app account that connects

14        to a bank account of yours?

15   A.   Yes.

16   Q.   Which ones have you used?

17   A.   Which what have I used?

18   Q.   Which cash apps?

19   A.   So Cash App is the name of a specific app that I have

20        used in the past.

21   Q.   Okay.  Have you used like a Venmo or any of the

22        others?

23   A.   Yes, I've used Venmo, I've used Apple Pay, and I've

24        used PayPal.

25   Q.   Any others?

ANTHONY  EID
July 21, 2021

1  A.  You can certainly send money through other apps.  You

2      can send money through Snapchat, for example.

3  Q.  Have you actually sent money through any app other

4      than the ones you listed?

5  A.  I have not personally sent money, no.

6  Q.  Okay.  Have you ever sent money through any pay app

7      just to make sure I'm clear?

8  A.  Yes, before that I listed previously.

9  Q.  The Cash App, Venmo, Apple Pay, and PayPal?

10 A.  Yes.

11 Q.  So what was your user name and password for Cash App?

12          MR. ROSSMAN:  Objection to the password.

13 BY MS. HARDY:

14 Q.  User name?

15 A.  I believe Cash App uses your phone number actually.

16 Q.  Okay.  Venmo?

17 A.  I believe Venmo also uses your phone number.  However,

18     it also uses a user name, and that was anthony.eid1.

19 Q.  Okay.  And your counsel is objecting to the password,

20     so I'll move to Apple Pay.  Your user name?

21 A.  Apple Pay is tied to the Apple ID which I already gave

22     you.

23 Q.  So it's the same Apple ID and password?

24 A.  Exactly.

25 Q.  And PayPal, your user name?

ANTHONY EID
July 21, 2021

1   A.   It is the same as my Gmail email address.

2        MS. HARDY:  And your counsel is objecting

3   to the password, so I'll move on.

4        MARKED FOR IDENTIFICATION:

5        EXHIBIT 3

6        Email forwarded message

7        dated 10-25-2018 from Wolff Law

8        12:49 p.m.

9        MS. HARDY:  Let the record reflect that I'm

10  showing the witness Exhibit Number 3 which has been

11  Bates Stamped 52 and 53.

12        For the record, page 52 consists of an

13  email dated October 25 from

14  wolffsmithlawfirm@gmail.com, and it is redacted, and

15  so is the Hello Ms. and the name after Ms. is

16  redacted.

17  BY MS. HARDY:

18  Q.   You understand this was an email purportedly sent by

19       the Wolff law firm to Roe, correct?

20  A.   If that's what you're telling me it is.

21  Q.   You don't know that looking at this?

22  A.   Who it's from and to is redacted.

23  Q.   You're familiar with this document, correct?

24  A.   No.

25  Q.   You've never seen it?

ANTHONY EID
July 21, 2021

1   A.   The only time I saw this document was when we received

2        it from you guys in deposition.  I had not seen it

3        beforehand, even though I asked for it many times I

4        should add.

5   Q.   So without seeing an unredacted copy of this document,

6        you don't know who this email was sent to?

7   A.   No.  How am I supposed to know that?  No.

8             MS. HARDY:  Okay.  We'll go back to this

9        one later on.

10            Let the record reflect I'm marking as

11       Exhibit Number 4 a copy of the complaint that was

12       filed by Roe, and it is Bates Stamped 207 and 208, a

13       copy for counsel.

14            MARKED FOR IDENTIFICATION:

15            EXHIBIT 4

16            Wayne State University

17            Complaint Form

18            12:51 p.m.

19  BY MS. HARDY:

20  Q.   You have seen a copy of this, correct?

21  A.   Yes.

22  Q.   When did you first see it?

23  A.   I first saw it when Dr. Jackson showed it to me during

24       my meeting before my meeting with the Professionalism

25       Committee.

ANTHONY EID
July 21, 2021

1   Q.   Do you recall the date?

2   A.   Not off the top of my head.

3   Q.   It was prior to the hearing?

4   A.   It was prior to the hearing.

5   Q.   Do you recall the date of the hearing?

6   A.   The date of the hearing I do not recall.  I believe it

7        was early February.

8   Q.   Okay.  February 7, does that sound familiar?

9   A.   That sounds like it could be correct.

10  Q.   Alright.  2019?

11  A.   Yes.

12  Q.   Do you recall seeing Exhibit Number 4 on January 25,

13       2019?

14  A.   Was that my meeting with Dr. Baker?

15  Q.   Do you recall a meeting in which you saw this document

16       on January 25, 2019?

17  A.   The only time I saw this document was during my

18       meeting with Dr. Jackson prior to my meeting on

19       February 7th.

20  Q.   And I'm asking you if the date of January 25, 2019,

21       refreshes your memory as to the date of that meeting

22       with Dr. Jackson?

23  A.   If that is the date of the meeting with Dr. Jackson,

24       then yes.

25            MR. ROSSMAN:  You either know or you don't

ANTHONY EID
July 21, 2021

1   know.

2           THE WITNESS:  I do not know.  That doesn't

3   help me recall the date of that meeting.

4           MS. HARDY:  That was an inappropriate

5   interjection.

6           MR. ROSSMAN:  I disagree that it was an

7   inappropriate interjection.

8           MS. HARDY:  For the record, I am marking as

9   Exhibit Number 5 a letter dated November 27th, 2018.

10   It's addressed Dear Anthony, and it's signed by

11   Nikolina Camaj, with a copy to counsel.

12           MARKED FOR IDENTIFICATION:

13           EXHIBIT 5

14           Letter dated November 27, 2018

15           to Anthony Eid from Nikolina Camaj

16           12:54 p.m.

17   BY MS. HARDY:

18   Q.   This document is Bates Stamped up in the corner in

19   very small numbers AE000281.  This was produced by

20   your counsel in response to a document request filed

21   by the defendant.

22           Do you recognize this document?

23   A.   Yes, I do.

24   Q.   Alright.  And you received this document on or about

25   November 27, 2018, correct?

ANTHONY EID
July 21, 2021

1   A.   That's what it says.

2   Q.   And you're not disputing that date, are you?

3   A.   No.

4   Q.   Alright.  Did you keep any notes such as on a calendar

5        or in any other fashion of the communications you had

6        with Wayne State University officials about the

7        investigation that led to your dismissal?

8   A.   Did I keep a calendar of communications?

9   Q.   Or notes.  Did you record anywhere when you talked to

10       people, either verbally, in person, when you had

11       meetings; do you have any way of reconstructing other

12       than just through your recall when different

13       communications occurred?

14  A.   I have the dates of the email communications, but

15       those are the only dates that I have.

16  Q.   And by email communications, you're referring to

17       emails that you received from Wayne State University

18       officials?

19  A.   Or sent, received or sent.

20  Q.   Or sent?

21  A.   Yes, that is correct.

22  Q.   You don't have any independent written documentation

23       that you could look to to reconstruct when different

24       communications occurred?

25            MR. ROSSMAN:  Object to the word

ANTHONY  EID
July 21, 2021

1    independent.  It's vague.

2           THE WITNESS:  No.

3  BY MS. HARDY:

4  Q.   Thank you.  Do you recall receiving a call on

5    November 15, 2018, from Nikolina Camaj notifying you

6    that there had been a complaint filed that she would

7    need to discuss with you?

8           MR. ROSSMAN:  Objection; assumes facts not

9    in evidence.

10  BY MS. HARDY:

11  Q.   Do you recall receiving a call on that date concerning

12     the topic I just described?

13  A.   And you said November 15th, 2018?

14  Q.   Yes.

15  A.   I'm quite sure that did not happen.

16  Q.   And how are you sure it did not happen?

17  A.   Because I think I would remember if that happened.

18     This document, Exhibit 5, was the first that I had

19     heard about Ms. Camaj wanting to meet with me.

20  Q.   Do you recall receiving a phone call from or a

21     communication from Nikolina Camaj on November 30th

22     indicating that she wanted to meet with you about a

23     complaint that had been filed?

24  A.   Can you repeat that?

25  Q.   Yes.  Do you recall receiving a communication with

ANTHONY  EID
July 21, 2021

1    Nikolina Camaj on November 30th, 2018, indicating that

2    she wanted to meet with you about a complaint that had

3    been filed?

4           MR. ROSSMAN:  Objection; assumes facts not

5    in evidence.

6           THE WITNESS:  No.

7  BY MS. HARDY:

8  Q.   You have no recollection one way or another?

9  A.   I mean, my meeting with her was scheduled for

10    November 30th.  So, no, I did not receive a phone call

11    from her about that meeting.  I showed up in her

12    office.

13  Q.   Do you recall when you were notified of the

14    November 30th meeting date; was that in Exhibit 5?

15  A.   That's this email right here.

16  Q.   Alright.  So then on November 27, you received

17    electronic communication from Nikolina Camaj

18    indicating that there had been a complaint filed and

19    that she wanted to speak with you on November 30th at

20    12 p.m. in the dean's office?

21  A.   That is not correct.

22  Q.   What is not correct about that?

23  A.   This email does not say that a complaint had been

24    filed against me.

25  Q.   It has a case number, correct?

ANTHONY  EID
July 21, 2021

1    A.   It does have a case number.

2    Q.   Okay.  And it says it's going to be a fact-finding

3         conference concerning a case, correct?

4    A.   No, that's not what it says.

5    Q.   It has a case number and it says it's going to be a

6         fact-finding conference to discuss concerns reported

7         to me about your alleged behavior on campus?

8              MR. ROSSMAN:  Objection.  The document

9         speaks for itself.

10   BY MS. HARDY:

11   Q.   That's what it says, correct?

12   A.   That is what it says, yes.

13             MR. ROSSMAN:  In part.

14   BY MS. HARDY:

15   Q.   Which could be in violation of the Student Code of

16        Conduct, correct?

17   A.   Uh-huh.

18   Q.   You've got to verbalize your answer.

19   A.   Yes.

20             MR. ROSSMAN:  Are you asking if that's what

21        the document says or if that's what he thinks?  I

22        mean, are you just asking him to read the document

23        because we can read the whole thing into the record.

24   BY MS. HARDY:

25   Q.   Did you understand when you read Exhibit 5 that there

ANTHONY   EID
July 21, 2021

1    had been a complaint filed, a fact-finding conference

2    would be held and that the complaint concerned a

3    potential violation about your behavior that could be

4    in violation of the Student Code of Conduct?

5         MR. ROSSMAN:  I'm going to object to the

6    form, and it assumes facts not in evidence.

7  BY MS. HARDY:

8  Q.   Did you understand that?

9  A.   Absolutely not.

10  Q.   So what was your confusion about that being the

11    purpose of the meeting with Ms. Camaj?

12         MR. ROSSMAN:  Objection; it misstates his

13    testimony.  I don't recall him talking about being

14    confused about anything.

15  BY MS. HARDY:

16  Q.   Answer the question, please.

17  A.   Can you restate it, please?

18  Q.   When you read Exhibit Number 5, which is an electronic

19    communication you received on November 27th, and it

20    specifically tells you there's a case number, there's

21    going to be a fact-finding conference to discuss with

22    you your alleged behavior which could be in violation

23    of the Student Code of Conduct, you did not understand

24    that there had been a complaint filed about you?

25  A.   I absolutely did not understand that, and I replied to

ANTHONY  EID
July 21, 2021

1   her twice telling her that I did not understand that.

2   Q.   Were you not understanding that a complaint had been

3       filed, or were you complaining about the fact that you

4       were not told in advance of your meeting the specifics

5       of the complaint?

6   A.   No.  I did not understand that a complaint had been

7       filed against me.

8   Q.   Alright.  So you met with Ms. Camaj on the 30th of

9       November, correct?

10  A.   That's correct.

11  Q.   And following your meeting with Ms. Camaj, you

12      prepared a written statement responding to the

13      allegations that were being made about you, correct?

14  A.   I prepared a statement, but I did not know the

15      allegations being made about me.

16  Q.   Alright.  So you didn't know any of the allegations

17      that had been made about you?

18  A.   All I knew was what Ms. Camaj communicated to me

19      through our meeting.

20  Q.   And what was that?

21  A.   I mean, she communicated a lot of things.  I don't

22      remember exactly.  Do you want to be more specific or

23      something?

24  Q.   What did you learn from Camaj about the allegations

25      that had been made against you?

ANTHONY EID
July 21, 2021

1  A.  At that time during the meeting, I learned that Roe

2     had filed a complaint against me.

3  Q.  Okay.  And what did you learn about the substance of

4     the complaint?

5  A.  Not much.

6  Q.  What did you learn?

7  A.  I learned that she filed a complaint against me, and

8     she included the text messages that I had sent to her,

9     and Ms. Camaj asked me about those text messages.

10  Q.  Is that all you learned during that meeting?

11  A.  That's all I recall.

12         MS. HARDY:  Okay.  So in response to the

13     substance of what you learned on November 30th when

14     meeting with Ms. Camaj about the complaint that had

15     been filed by Roe, you prepared a written statement

16     which was three pages with an attachment, and I will

17     show that to you in a moment, and I will mark that as

18     Exhibit Number 6.

19         MARKED FOR IDENTIFICATION:

20         EXHIBIT 6

21         Emails between Anthony Eid and

22         Nikolina Camaj with Statement

23         Regarding Reported Incident attached

24         1:03 p.m.

25         MS. HARDY:  Exhibit Number 6 for the record

ANTHONY  EID
July 21, 2021

1   has been Bates Stamped 214 through 218, and 214 is an

2   email from Anthony Eid to Nikolina Camaj in which he

3   is attaching a statement and offering to submit an

4   apology letter.

5   BY MS. HARDY:

6   Q.   Do you see that?

7   A.   Yes, I do.

8   Q.   Okay.  And then attached to this email is the

9   statement that was submitted; is that correct?

10  A.   Yes.

11  Q.   Okay.  So 215 through 218 is a document you prepared,

12   correct?

13  A.   That is correct.

14  Q.   It's entitled Statement Regarding Reported Incident,

15   correct?

16  A.   Yes.

17  Q.   Alright.  And you're the author of this statement?

18  A.   Yes.

19  Q.   Did anyone have any input into the content of the

20   statement other than you?

21  A.   Yes.

22  Q.   Who?

23  A.   Ms. Camaj.

24  Q.   Well, she didn't help draft your statement for you,

25   did she?

ANTHONY EID
July 21, 2021

1    A.   That's correct.

2    Q.   Alright.  What input did she have into the content of

3         the statement?

4    A.   During our meeting, she asked me to write a statement,

5         and I asked her what she would like to see in the

6         statement.

7    Q.   And what do you claim she said?

8    A.   I don't remember what she said.

9    Q.   Alright.  And you don't have any notes of what she

10        said, correct?

11   A.   I do not.

12   Q.   Alright.  So you wrote this statement on your own,

13        correct?

14   A.   Yes.

15   Q.   And submitted it to Ms. Camaj on December 4, 2018?

16   A.   Yes.

17   Q.   In this statement, were these genuine and truthful

18        representations that you made in this statement?

19   A.   I believe they were.

20   Q.   Okay.  Did you submit to Ms. Camaj an apology letter

21        for Roe at this time?

22   A.   No.

23   Q.   You wanted to submit one, though, because what you had

24        done did not sit well with your conscience, correct?

25   A.   I offered to write an apology letter.

ANTHONY EID
July 21, 2021

1    Q.   Because, quote, what took place does not sit well with

2         my conscience, correct?

3    A.   That is what this says.

4    Q.   Okay.  And that's what you meant, right?

5    A.   I'm not sure what I meant at the time of writing this

6         letter, but I did offer to write an apology letter if

7         the school deemed that appropriate.

8    Q.   Alright.  So when you put together this three-page

9         statement or two-and-a-half page statement, you were

10        responding to information you'd learned from Ms. Camaj

11        on November 30th, correct?

12   A.   That's correct.

13   Q.   Alright.  And you were providing your kind of answer

14        to that information, correct?

15   A.   To the information that was given to me, yes.

16   Q.   Alright.  And you indicate that you also provided a

17        screenshot of the private calls that I had with you to

18        this email regarding the racial slur speech.  Is that

19        page 218?

20   A.   Yes.

21   Q.   Alright.  So where did you get a copy of 218; where

22        did that screenshot come from?

23   A.   That is a screenshot from my iPhone.

24   Q.   From your iPad?

25   A.   IPhone.

ANTHONY EID
July 21, 2021

1  Q.   IPhone, okay, and when did you make that screenshot,

2      what day?

3  A.   I am not sure what day I made that screenshot.

4  Q.   Between November 30th and December 4?

5  A.   No.  It was probably before November 30th.  It was

6      probably -- I don't know the date I made the

7      screenshot.

8  Q.   Alright.  So did you ever find out who the no caller

9      ID calls were from?

10  A.   No.

11  Q.   And were there any messages left on any of the calls

12      which are identified as no caller ID?

13  A.   No.

14  Q.   Alright.  The message from Colorado Springs with the

15      phone number 719.418.5394, did you actually speak to

16      that person?

17  A.   Yes.

18  Q.   And did you have a dialogue with them?

19  A.   That is the call with the racial slur.

20  Q.   Alright.  So tell me everything you recall about that

21      phone call.

22  A.   I answered the phone.  There was a woman speaking.

23  Q.   Did you recognize the voice?

24  A.   I did not recognize the voice, no, but it was a woman

25      speaking, and it said something along the lines of:  I

ANTHONY   EID
July 21, 2021

1    can't wait to get you deported, you dirty Arab.

2         Then I hung up the phone.

3  Q.   Do you have an audio recording of that call?

4  A.   No.

5  Q.   Did you make any effort to figure out who was the

6    caller, who that number was attributable to?

7  A.   Can you clarify the question?

8  Q.   Did you make any efforts to determine whose phone

9    number that was?

10  A.   No.

11  Q.   Have you at any point in time been able to determine

12    whose phone number that was?

13  A.   No.

14  Q.   Do you have any reason to believe that it's Roe's

15    phone number?

16  A.   Yes.

17  Q.   Based on what?

18  A.   Based on where the location of the call is coming

19    from.

20  Q.   Strictly the fact that it's from Colorado Springs,

21    Colorado leads you to think it's Roe?

22         MR. ROSSMAN:  Asked and answered.

23         THE WITNESS:  Yes.

24  BY MS. HARDY:

25  Q.   Why did you not try to figure out whose phone number

ANTHONY EID
July 21, 2021

1    that was?

2  A.  I was busy studying.

3  Q.  Do you still have on your phone the phone messages

4    that are reflected in this screenshot?

5  A.  What do you mean by phone messages, and what do you

6    mean by in your phone as well?

7  Q.  It's under recents under your phone?

8  A.  Uh-huh.

9  Q.  Did you leave these no caller ID and this phone number

10    719.418.5394, did you leave those calls in your

11    recents list?

12  A.  This was three or four years ago, it's no longer

13    recent, so, no.

14  Q.  Well, if you don't delete it, it's still there, isn't

15    it?

16        MR. ROSSMAN:  Objection; misstates.  It

17    lacks foundation.  It's wrong.

18  BY MS. HARDY:

19  Q.  Is that not accurate that if you leave it there, it

20    remains there as part of the record?

21  A.  I think that's completely inaccurate.

22  Q.  Do you think it falls away after a certain period of

23    time?

24  A.  Exactly, I think it falls away as new calls come into

25    your call log.

ANTHONY  EID
July 21, 2021

1   Q.   Alright.  If you believed that that was Roe who had

2        made that call and had uttered a racial slur, why

3        didn't you report it?

4   A.   Report it to who?

5   Q.   Report it to the police, report it to Wayne State,

6        report it to somebody?

7   A.   I was a busy medical student involved in many other

8        activities, extracurricular with many responsibilities

9        and exams coming up.  I thought that the best course

10       of action was to block Roe from all communication and

11       then move forward focusing on my exams.

12  Q.   Why did you take a screenshot of these messages?

13  A.   Because I was scared.

14  Q.   Why did you delete the messages?

15  A.   What messages?

16  Q.   The recents?

17           MR. ROSSMAN:  Objection; misstates his

18       testimony.

19           THE WITNESS:  I don't believe I ever said I

20       deleted the recents.

21  BY MS. HARDY:

22  Q.   So if you're preserving the log of recent calls for

23       the sake of something that you think is attributable

24       to Roe, why did you delete all, at the same time

25       delete all the text messages and Facebook messages

ANTHONY  EID
July 21, 2021

1   with her?

2   A.   After I received that call who I believed to be Roe, I

3   deleted -- I first blocked her from my phone and my

4   social media accounts and then deleted the messages

5   because I no longer wanted any communications with

6   her.

7   Q.   Alright.  When did you block her; do you have a date?

8   A.   It would have been on that date where the call was

9   made.

10  Q.   Alright.  And you cannot identify what day this is?

11  A.   I believe it's in this statement.  It says

12  October 27th.

13  Q.   Doesn't that date appear on the screenshot which is

14  page 218?

15  A.   I suppose because that date wasn't displayed on my

16  phone when I took this screenshot.

17  Q.   Do you still have the original screenshot on your

18  phone?

19  A.   I don't believe I have it on my phone anymore, but I

20  have it -- it might be on my phone.  I don't know.

21  Q.   Do you have your phone on you right now?

22  A.   Yeah.

23  Q.   Can you pull it out, please?

24       MR. ROSSMAN:  We're not going to do that.

25  We'll check on a break and let you know.

ANTHONY EID
July 21, 2021

1  BY MS. HARDY:

2  Q.  Can you think of any reason you would have deleted the

3       screenshot from your phone?

4  A.  Yeah, I can think of a lot of reasons why I would have

5       deleted it.

6  Q.  Why?

7  A.  If my phone storage was full, if I had already emailed

8       it to myself for recordkeeping.

9  Q.  Did you email it to yourself for recordkeeping?

10  A.  At some point I did.

11  Q.  What email did you send it to?

12  A.  I don't remember which email I sent it to.

13  Q.  Alright.  If you made a screenshot on your phone, it

14       goes into your photo app, correct?

15  A.  Uh-huh.

16  Q.  And the date will appear in that photo on the photo

17       app of the screenshot, correct?

18  A.  I believe so.

19  Q.  Okay.  So if we need to verify a date, the way to do

20       it is through your phone, correct?

21  A.  I think there are a lot of ways to verify it.

22  Q.  What other ways could we verify it?

23  A.  You could verify it -- I think there are other ways to

24       verify it, but I'm not sure about what they might be.

25  Q.  What other ways are there that you're aware of; do you

ANTHONY EID
July 21, 2021

1    have any ideas?

2  A.   Well, if I email it to myself, we could check the date

3    that I emailed it to myself.

4  Q.   And what email would you have used?

5  A.   One of my emails.

6  Q.   And you have no idea which one?

7  A.   I do not.

8  Q.   Alright.  So just to make sure you're on notice, you

9    are not to alter in any fashion any

10   electronically-stored information or hard-copy

11   documents that pertain in any way to the underlying

12   facts of this litigation, alright?

13        MR. ROSSMAN:  Hold on.  The witness has

14   been instructed by your correspondence and the Court

15   Rules and he is represented by counsel, and if you

16   harass him on instructions regarding his document

17   preservation or how he manages evidence in this case,

18   that's something that would tend toward mitigating

19   toward doing this deposition under court supervision.

20        As I indicated at the beginning of this

21   deposition, I will only allow him to be asked

22   questions.  You're not going to talk at him and

23   threaten him.  He's well aware of his document

24   preservation obligations, and if you want to ask that

25   we search for that and produce it on the break at

ANTHONY EID
July 21, 2021

1    lunch if we can find it, we'd be happy to do so.

2         MS. HARDY:  I'd appreciate it if you'd do

3    so.

4         MR. ROSSMAN:  We will do it.

5         MS. HARDY:  Are you done?

6         MR. ROSSMAN:  Was I talking or did I make

7    an offer to look for something and produce it to you

8    on the break?

9         MS. HARDY:  Do you have anything further to

10   say on the record before I proceed?

11        MR. ROSSMAN:  I'm not answering that

12   question.  If I have something to say, I'll say it.

13        MS. HARDY:  Why don't we take a lunch

14   break.

15        MR. ROSSMAN:  Okay.  How long?

16        MS. HARDY:  Half an hour.

17        MR. ROSSMAN:  Alright.  If we find that,

18   we'll email it to you.

19        (Recess taken at 1:17 p.m.)

20        (Back on the record at 1:57 p.m.)

21        MS. HARDY:  Let the record reflect I'm

22   marking as Deposition Exhibit Number 7 an email from

23   M. Jackson to Anthony Eid dated December 14, 2018,

24   Bates Stamped 362.

25        MARKED FOR IDENTIFICATION:

ANTHONY  EID
July 21, 2021

1          EXHIBIT 7

2          Email dated 12-14-2018 to

3          Anthony Eid from M. Jackson

4          1:58 p.m.

5     BY MS. HARDY:

6     Q.   Can you identify for the record that this is an email

7          that you received?

8               I'm handing a copy to the witness and a

9          copy to counsel.

10              Take a moment to review it and confirm you

11         received this email.

12    A.   Yes, I received this email.

13    Q.   Alright.  Did you ask any questions about the content

14         of the email of anyone?

15    A.   I may have.  I don't remember if I did or not.

16    Q.   Alright.  You don't have any recall of that or record

17         of that, correct?

18    A.   I would have to look if there's a record of that or

19         not.

20    Q.   Well, I've asked you several times if you created any

21         notes or any kinds of records, and you said the only

22         thing you have are emails, ones you sent, ones that

23         were sent to you.  Is that still accurate?

24    A.   Yes.  What I'm speaking about is a response to this

25         email.

ANTHONY  EID
July 21, 2021

1  Q.  Alright.  But none that you recall?

2  A.  Not off the top of my head.

3       MS. HARDY:  Alright.  Let the record

4  reflect I'm showing the witness and admitting into the

5  record Exhibit Number 8, which is an email from M.

6  Jackson to Anthony Eid dated Tuesday, January 15, 2019

7  at 10:58, Bates Stamped 384.

8       MARKED FOR IDENTIFICATION:

9       EXHIBIT 8

10       Email dated 1-15-2019 to

11       Anthony Eid from M. Jackson

12       2:00 p.m.

13  BY MS. HARDY:

14  Q.  And this email is inviting Mr. Eid to go to

15  Mr. Jackson's office on January 25 at 10 a.m. to

16  review the documents that will be provided to the

17  Professionalism Committee.  Can you please review this

18  and verify that you received this email?

19       MR. ROSSMAN:  The question isn't what you

20  said before.  You just want him to verify that he

21  received the email?

22       MS. HARDY:  I want him to verify that he

23  received the email that I've identified for the

24  record.

25       THE WITNESS:  Yes, I received this email.

ANTHONY EID
July 21, 2021

1  BY MS. HARDY:

2  Q.  Okay.  And you responded to that email on January 17

3      with an email back to Dr. Jackson; do you recall that?

4  A.  I recall responding to this email.

5  Q.  Do you recall saying to Dr. Jackson:  I will see you

6      in your office on the 25th at 10 a.m. to review the

7      documents and the process.  I am looking forward to

8      it.

9  A.  That sounds like something I would write.

10          MS. HARDY:  Alright.  Let me show you the

11      email that I'm referring to.  It's been marked as

12      Exhibit Number 9 for the record, and it's Bates

13      Stamped 386.

14          MARKED FOR IDENTIFICATION:

15          EXHIBIT 9

16          Email dated 1-17-2019 to

17          M. Jackson from Anthony Eid

18          attaching a letter dated 1-17-2019

19          to Anthony Eid from Matt Jackson

20          2:01 p.m.

21          THE WITNESS:  Yes, I sent this email.

22  BY MS. HARDY:

23  Q.  You sent the email dated January 17 at 9:04, correct?

24  A.  Uh-huh, yes, that's correct.

25          MS. HARDY:  Alright.  So I'm marking as

ANTHONY EID
July 21, 2021

1    Exhibit Number 10 an email from M. Jackson to Anthony

2    Eid dated Friday, January 25, 2019, at 2:33 p.m., and

3    it's Bates Stamped 389.

4              MARKED FOR IDENTIFICATION:

5              EXHIBIT 10

6              Email dated 1-25-2019 to

7              Anthony Eid from Matt Jackson

8              2:02 p.m.

9    BY MS. HARDY:

10   Q.   Will you verify that you received this email?

11   A.   Yes, I received this email.

12   Q.   Okay.  And do you recall this discussion with

13       Dr. Jackson?

14   A.   Yes, I do.

15   Q.   Okay.  And that was in connection with the fake

16       attorney letter and the purported 36th District filing

17       concerning Roe, correct?

18              MR. ROSSMAN:  Object to the form of the

19       question; assumes facts not in evidence, misstates

20       prior testimony.

21   BY MS. HARDY:

22   Q.   Please respond.

23              MR. ROSSMAN:  If you understand the

24       question.

25              MS. HARDY:  And that is an improper

ANTHONY EID
July 21, 2021

1    instruction to the witness to suggest he doesn't

2    understand.

3         MR. ROSSMAN:  It's not improper.

4         MS. HARDY:  That is exactly what I was

5    covering in the beginning of the dep that you took

6    such objection --

7         MR. ROSSMAN:  That is an improper question,

8    and I was directing the witness he may answer the

9    question if he understands.

10        MS. HARDY:  Counsel, you interrupted me.

11        MR. ROSSMAN:  I apologize.

12        MS. HARDY:  You would not let me provide

13   basic instructions at the beginning of the deposition

14   about the necessity of him letting me know if he does

15   not understand a question.  It is not for you to

16   prompt him to say he doesn't understand a question.

17        MR. ROSSMAN:  You're wrong about that.  I

18   instructed you that your question was improper because

19   you're asking him questions about the instructions to

20   the deposition.  If you wanted to state your

21   instructions on the record, that's fine, but when you

22   start asking him if he understands legally-based

23   instructions that find their origin in the Court

24   Rules, I have a problem with that.  It calls for a

25   legal conclusion, and I also think it's intended to

ANTHONY EID
July 21, 2021

1    harass the witness.

2         Here you asked a question that I think

3    assumed facts that weren't in evidence.  You raised

4    something that wasn't even spoken about earlier.  So I

5    made my objection, and I indicated if he understands

6    the question, he can answer it.  That's very normal in

7    depositions.

8         MS. HARDY:  Are you done?

9         MR. ROSSMAN:  Am I talking?

10        MS. HARDY:  Alright.  Sorry for all this

11   interference.  I know it's hard for a witness to

12   concentrate.

13        MR. ROSSMAN:  Please ask questions.  You

14   need not apologize to this witness.  You need not give

15   speeches.  You are only allowed to ask questions.

16   That's the rules.

17        MS. HARDY:  Alright.  I am going to give

18   you just another message that if this kind of conduct

19   on your part continues, we are going to have to see

20   Judge Grand and get some ground rules about how

21   attorneys are to conduct themselves in depositions.

22   You are interfering, I believe, intentionally with my

23   ability to ask questions.  You are interfering in a

24   way that's inappropriate with the witness' testimony,

25   and I can tell from the look on his face that you're

ANTHONY EID
July 21, 2021

1    actually interfering with your own client's

2    concentration because there is not an opportunity for

3    him to hear my questions before you are interfering

4    with long speeches.

5          MR. ROSSMAN:  Okay.  So if you want to

6    scare me away from objecting to your improper

7    compound, repeatedly compound, misleading, lacks

8    foundation, I mean, it's happened -- I'm letting it go

9    quite often actually, okay, because these are not good

10    questions.  They're not.  And then you give speeches

11    when you don't like the objections.

12          The interference here is not being caused

13    by me.  It's caused by the questions that are being

14    asked.  You go and ask the same question over and over

15    again, and I think that I would have good grounds as I

16    mentioned earlier to have this conducted under court

17    supervision because you would never get away with this

18    in a trial or in front of a judge.  You don't get to

19    talk at witnesses.  You don't get to shout people

20    down.  You don't get to tell them that their

21    objections are wrong and apologize to the witness for

22    their lawyer interfering in the deposition so you can

23    drive a wedge between us.  I know these little games.

24    So proceed and please ask good questions.

25          MS. HARDY:  Your objections are limited to

ANTHONY  EID
July 21, 2021

1   the word "form".

2          MR. ROSSMAN:  Assumes facts not in

3   evidence, misstates, harassing and argumentative,

4   asked and answered I let you get away with.  After a

5   while you only get so much time under the Court Rules.

6          MS. HARDY:  I disagree with your

7   understanding of the rules in a deposition.

8          MR. ROSSMAN:  I can tell by the type of

9   questions you're asking.

10           Proceed.  It's your record.

11  BY MS. HARDY:

12  Q.   Do you have Exhibit 10 in front of you still?

13  A.   Yes.

14  Q.   Okay.  And this is, for the record, the email from

15     Dr. Jackson to you dated February 25 at 2:33, and it's

16     concerning the reformatting of the JPEGs which shows

17     the 36th District Court header, correct?

18  A.   That is not correct.

19  Q.   It states in its first sentence, quote:  I was able to

20     reformat the JPEG showing the 36th District Court

21     header.

22           Is that correct; did I read that correctly?

23  A.   That is.  You read the date incorrectly.  You said it

24     says February 25th instead of January 25th.

25  Q.   Okay.  Let me go back.  You could have corrected me on

ANTHONY EID
July 21, 2021

1      the date at the time.

2  A.   I'm doing my best here.

3  Q.   If I misstate a date which happens in a deposition,

4      feel free to correct me, alright?

5  A.   Uh-huh.

6  Q.   I want to make sure we have a clear record.

7           So Exhibit Number 10, which is Bates

8      Stamped 389, is an email from M. Jackson to you dated

9      Friday, January 25, 2019 at 2:33, and it concerns the

10      36th District Court header that was presented to the

11      Professionalism Committee, correct?

12  A.   Yes, that is correct.

13  Q.   Okay.  And that was what the attorney email from the

14      Wolff-Smith law firm was referring to, correct?

15  A.   I do not think that is correct.

16  Q.   Well, the email and we can go back to that document

17      now.  Put that in front of you.

18           So let's go back to Exhibit Number 3.  Do

19      you have that in front of you?

20  A.   Exhibit Number 3?

21  Q.   Yes.  It is the email from Wolff Law to a name that

22      has been redacted.

23  A.   I do not have that in front of me.

24           MR. ROSSMAN:  Which number?

25           MS. HARDY:  3.

ANTHONY EID
July 21, 2021

1  BY MS. HARDY:

2  Q.   So let's go over this letter.  This purports to be

3       from Alexander Wolff-Smith, correct?

4  A.   That's what it says.

5  Q.   Okay.  And it purports that Alexander Wolff-Smith

6       represents you, correct?

7  A.   Correct.

8  Q.   In an ongoing Small Claims Court action, correct?

9  A.   That's what it says.

10 Q.   Okay.  And it indicates that that Small Claims Court

11      action has been filed in the 36th District Court,

12      correct?

13 A.   That's what it says.

14 Q.   And it indicates that there is going to be a hearing

15      and that failure to appear could result in a default

16      judgment under Michigan law which could be up to

17      $5,000, correct?

18 A.   That's what it says.

19 Q.   And it encourages the recipient of Exhibit 3 to settle

20      this matter out of court, correct?

21 A.   Yes.

22 Q.   Alright.  And it professes that the interactions

23      between the recipient of this email and

24      Mr. Wolff-Smith's client had resulted in malicious

25      hacker activity, correct?

ANTHONY EID
July 21, 2021

1    A.  That's what it says, yes.

2    Q.  Okay.  And again, it iterated that if they want to

3        settle this case out of court, to contact the lawyer,

4        and they provide phone numbers, correct, the last

5        sentence?

6    A.  No, that is not correct.

7    Q.  Let me read it:  If you wish to settle this out of

8        court, you may contact my client at 248.310.8610.

9        Otherwise, he'll see you in court on 11-15-2018.

10           Correct?

11   A.  That is what it says, yes.

12   Q.  Was that your phone number?

13   A.  That is my phone number, yes.

14   Q.  Okay.  So when you were meeting with Dr. Jackson to

15       review all the materials that had been provided to the

16       Professionalism Committee in connection with their

17       deliberations, one of the documents they had was a

18       header from the 36th District Court referring to the

19       matter that's referenced in Exhibit 3, correct?

20   A.  No, that's not correct.

21   Q.  Alright.  So tell me what's not correct about that?

22   A.  There are multiple things not correct with it.

23   Q.  What are they?

24   A.  One, I did not get to review all of the documents that

25       were presented to the Professionalism Committee at

ANTHONY  EID
July 21, 2021

1    that point.

2  Q.  Correct.

3  A.  I was not able to review all the documents given to

4    the Professionalism Committee at that point.

5        Second is this header that this email is

6    talking about, what Dr. Jackson told me was provided

7    by Amanda in the form of a screenshot -- I'm sorry,

8    you can strike that from the record.

9        It was Roe that provided it through a

10    screenshot on her phone.

11  Q.  Alright.  You wanted to correct the header; isn't that

12    accurate?

13  A.  I wanted to correct that the header was not sent from

14    me, which is what Dr. Jackson thought.

15  Q.  And how did you do that?

16  A.  In our meeting, I told him it was not sent from me.

17  Q.  And you were telling him that you had never sent a

18    screenshot of the header to anyone, including Roe; is

19    that correct?

20  A.  I did not provide the screenshot.

21  Q.  Did you tell Dr. Jackson that you were not responsible

22    for sending the screenshot to Roe?

23  A.  The screenshot of the header, correct, of this 36th

24    District Court header?

25  Q.  Right.

ANTHONY EID
July 21, 2021

1  A.  Yes, that's correct.

2  Q.  So did you ever send anything to Roe concerning a 36th

3      District Court filing?

4  A.  No, I did not.  I did not.

5  Q.  You threatened her with a 36th District Court filing,

6      correct?

7  A.  I would not use those terms, no.

8  Q.  You told her you were going to file a 36th District

9      Court filing against her if she did not cooperate by

10     providing the information you were requesting of her,

11     correct?

12 A.  No, I did not.

13 Q.  You contacted her on October 26th, the day after

14     Exhibit Number 3 was sent by the Wolff-Smith law firm

15     to her and told her that you would rather settle the

16     matter out of court, correct?

17 A.  I do not think so, no.

18 Q.  What did you mean you don't think so?

19 A.  I do not think that the dates you are stating are

20     correct, and I do not think the context of the message

21     that you're stating is correct.

22 Q.  What's wrong about the date?

23 A.  I am not sure what the date is.

24 Q.  You can't recall right now?

25 A.  Exactly.

ANTHONY  EID
July 21, 2021

1  Q.   And what's wrong about the content of my question?

2  A.   I never threatened, never told her specifically that I

3       was going to sue her in any court.

4  Q.   Are you claiming you never told her that you were

5       considering suing her or you ever made any reference

6       to suing her?

7           MR. ROSSMAN:  Objection; compound.

8           THE WITNESS:  I told her that she may hear

9       from a lawyer, but I never said anything to her in

10      relation to a specific suit with the 36th District

11      Court.

12  BY MS. HARDY:

13  Q.   You never mentioned the 36th District Court in any of

14      your communications with Roe?

15  A.   I do not believe at this point that I did.

16  Q.   Alright.  So when you saw the 36th District Court

17      header in your meeting with Dr. Jackson on January 25,

18      what did you have to say about it?

19  A.   I said I had no idea what it was.

20  Q.   Then did he fill you in; did he give you any

21      information about it?

22  A.   He told me that it was something provided by Roe to

23      him.

24  Q.   Alright.  Did he provide any other information?

25  A.   No.

ANTHONY   EID
July 21, 2021

1  Q.  So you're looking at a 36th District Court header?

2  A.  Yes.

3  Q.  And not having any idea according to your testimony

4     what it related to or where it came from other than

5     Roe had provided it?

6  A.  That is correct.

7  Q.  And did you ask any questions about what the

8     significance was of it, what did it concern?

9  A.  I did.

10  Q.  What did you ask?

11  A.  I asked what did this concern.

12  Q.  Alright.  And what was the response?

13  A.  He said he couldn't go into it with me.

14  Q.  Alright.  So what documents do you claim you saw when

15     you were in the meeting with Dr. Jackson on the 25th?

16  A.  The only document that I saw was this header that he

17     sent me which contained the list of, I guess, people

18     due in court on that day and Ms. Camaj's initial

19     report.

20  Q.  Alright.  So he showed you a header and the Camaj

21     report?

22  A.  Yes.

23        MS. HARDY:  Alright.  I'm going to mark as

24  Exhibit Number 11 the Camaj report which is dated

25  December 4, 2018, and it's Bates Stamped 221 through

ANTHONY EID
July 21, 2021

1     244.

2          MARKED FOR IDENTIFICATION:

3          EXHIBIT 11

4          Letter dated 12-4-2018 from

5          Nikolina Camaj with attachments

6          2:17 p.m.

7   BY MS. HARDY:

8   Q.   Take a moment and review Exhibit Number 11.

9          Have you taken sufficient time to review

10    Exhibit 11?

11  A.   Yes.

12  Q.   Alright.  And are these the documents that you were

13    shown which are referred to as the Camaj report?

14  A.   No.

15  Q.   Alright.  What do you claim you were not shown that is

16    part of Exhibit 11?

17  A.   I was shown the first five pages.

18  Q.   So you're testifying under oath that you were not

19    shown when you were meeting with Dr. Jackson pages 231

20    through 244?

21  A.   I believe I was also shown 242 to 244, but I was not

22    shown 231 -- sorry -- 231 to 241.

23  Q.   Alright.  So in advance of today's deposition, have

24    you ever seen pages 231 to 241 of Exhibit 11?

25  A.   Yes, I've seen them in this complaint.

ANTHONY EID
July 21, 2021

1  Q.  What do you mean complaint?

2  A.  I'm sorry, I've seen them in this report.

3  Q.  As part of the Camaj report?

4  A.  Yes.

5  Q.  When did you first see pages 231 through 41?

6  A.  Ms. Camaj showed me some of these during our meeting.

7  Q.  During your meeting with her on November 30th, 2019?

8  A.  Yes.

9  Q.  Which ones did she show you on that date?

10  A.  I don't remember which ones she showed me, but she

11     showed me some of them.  It certainly wasn't all of

12     these.

13  Q.  How do you know it wasn't all of them if you don't

14     recall which ones you saw and which ones you did not

15     see?

16  A.  Because there weren't ten pages of text messages that

17     she showed me.

18  Q.  And you have no way of identifying which ones you did

19     see when you were meeting with Ms. Camaj, correct?

20  A.  I do not remember, that is correct.

21  Q.  You did not submit a statement to the Professionalism

22     Committee beyond what you had submitted previously on

23     December 4 to Ms. Camaj, is that correct, you did not

24     submit an additional statement to the Professionalism

25     Committee?

ANTHONY EID
July 21, 2021

1   A.   That is incorrect.

2   Q.   Alright.  So you did submit an additional statement?

3   A.   Yes, they asked for a statement.

4   Q.   Okay.  And what was the date of that?

5   A.   The date of what, the meeting?

6   Q.   Of the statement that you provided, when you provided

7        it and the date of the statement?

8   A.   I do not remember when I wrote it or when I sent it,

9        but it was shortly before the hearing with the

10       Professionalism Committee.

11  Q.   Do you have a copy of that statement?

12  A.   It has been sent to you already.

13            MS. HARDY:  We're going to take a break for

14       a moment.

15            (Recess taken at 2:23 p.m.)

16            (Back on the record at 2:27 p.m.)

17            MS. HARDY:  Counsel, we have double-checked

18       the production, and we do not have any statement that

19       was written for the Professionalism Committee.

20            MS. VINCENT:  It was included in the

21       Complaint.

22            MR. ROSSMAN:  Can you find it by Bates?

23            MS. HARDY:  I have the Complaint right

24       here, so tell me what paragraph you're referring to.

25            (Off the record at 2:29 p.m.)

ANTHONY  EID
July 21, 2021

1          (Back on the record at 2:30 p.m.)

2    BY MS. HARDY:

3    Q.   Alright.  So for clarification on the record, have you

4         confirmed that the document you used as a statement

5         with the Professionalism Committee was the same

6         statement dated December 4, 2019, that you submitted

7         to Ms. Camaj in connection with the investigation?

8    A.   No.

9              MS. HARDY:  Counsel, what's the Bates

10        Number of the document?

11             MS. VINCENT:  It is 284 through 288.

12             MS. HARDY:  And what is the title of that

13        document?

14             MS. VINCENT:  At the top it says:  Dear

15        Members of the Promotions Committee.

16   BY MS. HARDY:

17   Q.   That's the essence of the problem.  My question

18        concerns the Professionalism Committee, not the

19        Promotions Committee.  You understand the difference,

20        correct?

21   A.   I understand the difference.

22   Q.   The document your counsel just referred to is Dear

23        Members of the Promotions Committee, and that was

24        submitted in connection with your appeal from the

25        Professionalism Committee, correct?

ANTHONY EID
July 21, 2021

1    A.   No, that's not correct.

2    Q.   You didn't submit a document to the Promotions

3         Committee during the midst of the Professionalism

4         Committee process, did you?

5    A.   No, I did not.  It was not referred to that committee

6         yet.

7    Q.   Alright.  So how is it that the document that's

8         entitled Dear Members of the Promotions Committee

9         could have been the document that you submitted to the

10        Professionalism Committee?

11   A.   Because it's the same document, just titled

12        differently.  The Promotions Committee asked for the

13        same document that I submitted to the Professionalism

14        Committee.

15   Q.   Alright.  Do you have a copy of what you submitted to

16        the Professionalism Committee that does not say Dear

17        Members of the Promotions Committee?

18   A.   I would have to look.

19   Q.   Well, you didn't entitle the document that you gave to

20        the Professionalism Committee Dear Members of the

21        Promotions Committee, did you?

22   A.   No, I did not.

23   Q.   What did you entitle it?

24   A.   I do not remember but it probably said Dear Members of

25        the Professionalism Committee.

ANTHONY EID
July 21, 2021

1          MS. HARDY:  Okay.  And now I'm directing my

2     question to counsel.  You have a document 284 to 288

3     Bates Stamped by your side that says Dear Members of

4     the Professionalism Committee?

5          MS. VINCENT:  No, that's the one he was --

6          MS. HARDY:  Do you have what he's referring

7     to?

8          MS. VINCENT:  No.

9          MS. HARDY:  Alright.  Well, if you have

10    such a document, I'm sure you'll produce it forthwith,

11    but we don't have it as a document that's been

12    previously produced.

13          MR. ROSSMAN:  We'll review our files and

14    indicate whether we have it or we don't have it, okay?

15          MS. HARDY:  Thank you.  Let the record

16    reflect I am marking as Exhibit Number 12 an email

17    from M. Jackson to Anthony Eid, cc'ing Richard Baker

18    and others, dated Monday, February 11, 2019.

19          MARKED FOR IDENTIFICATION:

20          EXHIBIT 12

21          Emails attaching a letter dated

22          2-11-2019 to Anthony Eid from

23          Matt Jackson

24          2:33 p.m.

25 BY MS. HARDY:

ANTHONY EID
July 21, 2021

1  Q.  Can you please take a moment and review this document

2      for the record.  It has been Bates Stamped 409 through

3      412.  Please look at the entire email exchange.

4  A.  Yes, I received this letter.

5  Q.  You received the letter and the email, correct?

6  A.  Yes.

7  Q.  Okay.  And you were notified through these

8      communications of the fact that the Professionalism

9      Committee had decided to refer your case to the

10     Promotions Committee with a recommendation for

11     dismissal, correct?

12 A.  That's correct.

13 Q.  Alright.  And they attached a letter to you dated

14     February 11th, 2019, entailing the decision-making

15     process, correct?

16 A.  No, that is not correct.

17 Q.  The letter which has been Bates Stamped 410 to 411

18     addressed to you from Dr. Jackson was received by you,

19     correct?

20 A.  Yes.

21 Q.  Look at page 412.  You indicate that you had offered

22     to undertake a five-step plan for self improvement

23     that you brought to the committee; do you see that?

24 A.  Yes.

25 Q.  Is that accurate?

ANTHONY  EID
July 21, 2021

1   A.   That is accurate.

2   Q.   Okay.  And you brought that five-step plan to the

3        Professionalism Committee, correct?

4   A.   Yes.

5   Q.   And what had you committed to do in your five-step

6        plan?

7   A.   The details of that plan are in the letter to the

8        Professionalism Committee, which is the same letter as

9        the one that's to the Promotions Committee.

10  Q.   Let me just clarify that point for a moment.  The

11       letter given to the Professionalism Committee that we

12       don't have a copy of that you've referenced in your

13       testimony was absolutely identical in content to the

14       letter that was sent Dear Members of the Promotions

15       Committee?

16  A.   I believe it was the same except for that title that

17       you just read.

18  Q.   Okay.

19  A.   But I believe the rest of the contents were the same.

20            MARKED FOR IDENTIFICATION:

21            EXHIBIT 13

22            Letter to Dear Members of

23            the Promotions Committee

24            2:36 p.m.

25            MS. HARDY:  For the record I'm going to

ANTHONY EID
July 21, 2021

1    show the witness Exhibit Number 13 which is a document

2    entitled Dear Members of the Promotions Committee, and

3    it is Bates Stamped 777 through 781.

4  BY MS. HARDY:

5  Q.  I want you to review it and make sure that your

6    testimony is accurate that the only differences are

7    the title of the document and not the substance.

8  A.  There are actually additions to this letter from what

9    was given to the Promotions Committee.

10  Q.  From what was given to the Promotions Committee or to

11    the Professionalism Committee?

12  A.  I'm sorry.  There are additions from what was given to

13    the Professionalism Committee.

14  Q.  What were the additions?

15  A.  On page 779, the second paragraph I believe is an

16    addition that talks about the Professionalism

17    Committee's recommendation.

18         On page 780, I believe numbers 6 and 7 of

19    the five-step plan you were referring to were in

20    addition.

21         I believe page 781 was an addition.

22  Q.  So there were quite a few differences between the

23    document you provided to the Professionalism Committee

24    versus the Promotions Committee?

25  A.  Yes, it seems that way.

ANTHONY  EID
July 21, 2021

1  Q.  But you're still certain there was an independent

2     document that went to the Professionalism Committee?

3  A.  There was for sure.  The school has it if I don't.

4  Q.  Well, you have it, though, more importantly, correct?

5  A.  I'd have to look to make sure that I have it.

6  Q.  Well, did you retain all your documents or just some

7     of your documents?

8  A.  No.  I retained all of them.  It's possible that I

9     used that document as a template for this document.

10  Q.  What computer did you prepare the Professionalism

11     Committee document on?

12  A.  On my PC that we spoke about earlier.

13  Q.  And on what computer did you prepare your Promotions

14     Committee document?

15  A.  The same PC.

16  Q.  The same PC?

17  A.  Yes.

18        MS. HARDY:  I'm going to mark as Deposition

19     Exhibit Number 14 a document entitled In Conclusion,

20     and that was produced by plaintiff and Bates Stamped

21     AE000289 to 290.

22        Just to clarify, the last exhibit I gave

23     you should say Exhibit 13 on it, not 12.  I mismarked

24     it.

25        MARKED FOR IDENTIFICATION:

ANTHONY EID
July 21, 2021

1          EXHIBIT 14

2          Document titled In Conclusion

3          2:41 p.m.

4   BY MS. HARDY:

5   Q.   I'm providing Exhibit Number 14 to counsel and the

6        witness.  Please review this document.

7   A.   Yes, I wrote this document.

8   Q.   Alright.  Did you draft this on your PC?

9   A.   Yes.

10  Q.   Same one you've referred to previously?

11  A.   Yes.

12  Q.   Okay.  And did you submit this to the Promotions

13       Committee?

14  A.   Yes.

15  Q.   Is it your testimony you submitted it in writing or

16       you read it during the hearing process?

17  A.   I do not remember exactly how I submitted it, but I

18       know I was not given the opportunity to read it to the

19       committee.

20  Q.   Alright.  So let me go back and correct my question.

21       Did you submit this to the Professionalism Committee

22       or the Promotions Committee?

23  A.   No.  This was submitted to the Promotions Committee.

24  Q.   Alright.  So this was submitted after you received

25       notification about the decision of the Professionalism

ANTHONY  EID
July 21, 2021

1      Committee and you appealed to the Promotions

2      Committee?

3   A.   I did not appeal to the Promotions Committee.  The

4      appeal to the Promotions Committee came after the

5      Promotions Committee decided to dismiss me.

6   Q.   When you went from the Professionalism Committee to

7      the Promotions Committee, the first step, do you

8      consider that a review or an appeal?

9   A.   I do not consider that appeal.

10  Q.   Do you consider it a review?

11  A.   I consider that my case was sent to the Promotions

12      Committee.

13  Q.   Alright.  And on what basis do you testify it's not an

14      appeal?

15  A.   Because the appeal of the Promotions Committee came

16      after that committee's decision to dismiss me.  There

17      was more documentation submitted for the appeal.

18  Q.   Are you ruling out that there's two steps to the

19      appeal process?

20          MR. ROSSMAN:  I'm just going to object to

21      the question as it calls for a legal conclusion to

22      which no answer is required.

23  BY MS. HARDY:

24  Q.   I'm actually asking about internal School of Medicine

25      policy and practice.  Where did you acquire the

ANTHONY EID
July 21, 2021

1   understanding that when a decision of the

2   Professionalism Committee goes to the Promotions

3   Committee, that it is not considered an appeal?

4            MR. ROSSMAN:  Same objection and vague.

5   BY MS. HARDY:

6   Q.   Just answer the question if you can.

7   A.   Yeah, it was never -- the word appeal was never used

8        when I went from the Professionalism to the Promotions

9        Committee.

10  Q.   Alright.  So you submitted Exhibit 13 to the

11       Promotions Committee after it was considering the

12       decision or the recommendation of the Professionalism

13       Committee, correct?

14  A.   That is correct.

15  Q.   Alright.  And Exhibit Number 14, which is the In

16       Conclusion document is one that you claim you actually

17       submitted in writing to the Promotions Committee or

18       you just conveyed verbally?

19  A.   I am not sure.  I do not remember if it was submitted

20       in writing.  However, I did try to convey it verbally

21       until I was stopped.

22  Q.   And what do you mean you tried to convey it?

23  A.   During the hearing, I started reading this statement

24       and the other statement, but the administration

25       prevented me from reading.

ANTHONY  EID
July 21, 2021

1   Q.   Alright.  Did you attempt to read Exhibit 13 as well

2        as Exhibit 14?

3   A.   I was not given the opportunity to read it.

4   Q.   Did you inform the members of the hearing committee

5        that you wanted to read Exhibit 13?

6   A.   Yes.

7   Q.   Alright.  Who did you make that request to?

8   A.   I was interrupted while reading these documents during

9        the committee hearing.  I was told that because they

10       already had the material, that they didn't need to

11       hear me recite it.

12  Q.   Okay.  So you started to read Exhibit Number 13, and

13       then they asked you to stop because they already had

14       it?

15  A.   I started to read Exhibit Number 14, and they asked me

16       to stop.

17  Q.   What about 13, did you try to read that as well?

18  A.   Because I was stopped, I didn't get the opportunity to

19       start reading Exhibit 13.

20  Q.   Well, wait a minute.  Exhibit 14 starts with In

21       Conclusion?

22  A.   I understand.

23  Q.   You started with In Conclusion before you tried to

24       read the opening letter which is 13?

25  A.   I tried to read Exhibit 14 first.

ANTHONY EID
July 21, 2021

1  Q.  Okay.

2  A.  Why I titled it In Conclusion, I don't know at this

3      time.

4  Q.  How far did you get in the reading process before they

5      indicated they did not need you to read the document?

6  A.  Not very far.

7  Q.  Do you know how far you got?

8  A.  I do not.

9  Q.  Did you start with In Conclusion?

10 A.  I believe I started with the first sentence of the

11     first paragraph.

12 Q.  Okay.  And who asked you to stop?

13 A.  I do not remember.

14 Q.  Alright.  And then you didn't even attempt to read

15     Exhibit 13, correct?

16 A.  I was not given an opportunity to read it.

17 Q.  Well, how do you know you're not given an opportunity

18     if you don't request an opportunity?

19 A.  I was shut down from being able to speak.

20 Q.  You were shut down from being able to speak at all in

21     the hearing?

22 A.  Except to answer questions that the committee members

23     had of me.

24        MS. HARDY:  Okay.  We'll go back to that at

25     a later point.  Let's proceed on with the documents in

ANTHONY  EID
July 21, 2021

1    chronology.

2        Let the record reflect I am showing the

3    witness Exhibit Number 15 which is an email from

4    Mr. Eid to Ms. Jones dated February 21 and Bates

5    Stamped 444 and 445.  445 is an email from Ms. Jones

6    to Mr. Eid indicating that they need his statement by

7    tomorrow.

8        MARKED FOR IDENTIFICATION:

9        EXHIBIT 15

10        Email dated 2-21-2019 to

11        Ja Esta Jones from Anthony Eid

12        2:48 p.m.

13        MS. HARDY:  I'm handing a copy to counsel

14    and to the witness.

15   BY MS. HARDY:

16   Q.   Did you receive this email reflected on 445 from

17     Ms. Jones?

18   A.   On 445?

19   Q.   Yes.

20   A.   Yes.

21   Q.   Alright.  And you responded that you've finalized the

22     letter and will have it for her by the end of the

23     workday tomorrow?

24   A.   That is what my email to her says.

25   Q.   Okay.  And what letter are you referring to in your

ANTHONY EID
July 21, 2021

1    email of February 21?

2 A.   I believe it was both Exhibit 13 and Exhibit 14.

3 Q.   Okay.  And did you submit those in writing then, or at

4    least did you submit Exhibit 13 in writing?

5 A.   Yes.

6 Q.   Via email or did you mail it, drop it off; how did you

7    get it to them?

8 A.   No.  It was via email.

9 Q.   And that email indicates what you gave in writing to

10    the Promotions Committee?

11 A.   The email should have the attachments to it that I

12    gave to the Promotions Committee.

13 Q.   Okay.  And do you have a copy of your email in your

14    possession?

15 A.   I'd have to look.  I do not know.

16           MS. HARDY:  Let the record reflect I am

17    marking as Exhibit Number 16 a letter to Mr. Eid from

18    Dr. Richard Baker, Chair of the Promotions Committee,

19    and it's dated February 27, 2019, and this document is

20    Bates Stamped AE000303.

21           MARKED FOR IDENTIFICATION:

22           EXHIBIT 16

23           Letter dated 2-27-2019 to

24           Anthony Eid from Richard S. Baker

25           2:51 p.m.

ANTHONY  EID
July 21, 2021

1          MS. HARDY:  I'm handing a copy to the

2     witness and to counsel.

3  BY MS. HARDY:

4  Q.   Do you recognize this letter?

5  A.   I do recognize the letter.

6  Q.   Okay.  And you received it on or about February 27,

7     2019, correct?

8  A.   I'm not sure about that.

9  Q.   This is the letter that informs you that the

10     Promotions Committee has decided to dismiss you from

11     the School of Medicine, correct?

12  A.   Yeah, this is one of two letters that were sent.  I'm

13     not sure which one this is of the two.

14  Q.   Did they send the same letter twice?

15  A.   They sent two different versions of this letter, I

16     believe.

17  Q.   Do you have the second version that you're referring

18     to?

19  A.   I believe we included it already.

20  Q.   Okay.  And is the content different?

21  A.   There were some differences.  I do not recall what the

22     differences were.

23  Q.   Anything of significance that you recall?

24  A.   I'm not sure if it was significant or not.

25  Q.   Anything that stands out sitting here today?

ANTHONY EID
July 21, 2021

1  A.   Not that I recall.

2         MS. HARDY:  Okay.  I'm marking as Exhibit

3  Number 17 an email exchange between Mr. Eid and Vickie

4  Muhammad who is a manager and assistant to Dr. Richard

5  Baker and then an email at the top of page 452 from

6  Margit Chadwell.

7         MARKED FOR IDENTIFICATION:

8         EXHIBIT 17

9         Email dated 3-5-2019 attaching

10         an Update dated 3-5-2019 to

11         Anthony Eid from Vickie Muhammad

12         2:53 p.m.

13         MS. HARDY:  I'm handing a copy to counsel

14   and to the witness.

15  BY MS. HARDY:

16  Q.   Can you look at the bottom email carrying over to 453.

17  A.   Yes, I sent this email to Dr. Baker.

18  Q.   Alright.  Did you have a meeting with him?

19  A.   Yes.

20  Q.   Okay.  Do you know the date?

21  A.   It was about a week or so after sending this email.  I

22   think it was sometime in early March.

23  Q.   Do you have a calendar that has all the dates of your

24   meetings with various members of the administration

25   about the dismissal proceedings?

ANTHONY EID
July 21, 2021

1  A.  No.

2  Q.  Was anyone present in the meeting other than yourself

3     and Dr. Baker?

4  A.  No.  It was just Dr. Baker and I.

5  Q.  And how long was the meeting?

6  A.  The meeting was about 25 minutes.

7  Q.  What was the reason for the meeting?

8  A.  I had submitted a list of questions to my counselor,

9     Ms. Robichaud.  I think there were seven questions

10    about the dismissal process, and I had those same

11    questions for Dr. Baker.

12 Q.  Did you put those questions in writing to

13    Ms. Robichaud?

14 A.  I did.

15 Q.  Alright.  And did you send them to her in an email?

16 A.  I did.

17 Q.  And you have that email?

18 A.  It has already been sent to you.

19 Q.  Okay.  And was Ms. Robichaud not able to answer the

20    questions?

21 A.  She was not.

22 Q.  Alright.  So did you address them all to Dr. Baker?

23 A.  We talked about every single one of them during our

24    meeting.

25 Q.  Alright.  And did you take any notes during the

ANTHONY  EID
July 21, 2021

1     meeting or after the meeting to memorialize the

2     substance of the meeting?

3  A.  I did not take any notes.

4  Q.  Do you have an audio recording?

5  A.  No.

6  Q.  So you were just operating off of recall in terms of

7     what was said in the meeting?

8  A.  I relayed what I said with Dr. Baker to Ms. Robichaud

9     in a subsequent meeting.

10 Q.  Verbally to Ms. Robichaud?

11 A.  In person, yes.

12 Q.  And did you take notes concerning that meeting?

13 A.  No.

14 Q.  Do you have an audio recording?

15 A.  I tried to take a -- no, I do not.

16 Q.  You tried to audio record?

17 A.  I pulled out my phone, and Ms. Robichaud had told me

18    that there will not be any audio recordings and to put

19    my phone away.

20 Q.  Alright.  And you did so?

21 A.  I did put my phone away, yes.

22 Q.  You didn't surreptitiously record that meeting?

23 A.  I do not have recordings.

24         MR. ROSSMAN:  Hold on.  That's an

25    argumentative question.  Objection.

ANTHONY  EID
July 21, 2021

1          MS. HARDY:  It's just a question.

2          MR. ROSSMAN:  I'm just noting my objection

3      for the record as you slide words into your question

4      that are unfair and suggest things that are not in the

5      record.

6          MS. HARDY:  I expressly want to know

7      whether he recorded something secretly.

8          MR. ROSSMAN:  Asked and answered.

9   BY MS. HARDY:

10  Q.  The answer is no?

11  A.  The answer is no.

12  Q.  Alright.  Did you ever record any communications with

13      Wayne State University School of Medicine officials or

14      someone on the main campus secretly?

15  A.  No.

16  Q.  Alright.  So let's go to the meeting with Dr. Baker.

17      What do you recall about your meeting with Dr. Baker?

18  A.  I recall a few things.  I recall Dr. Baker saying that

19      he knows that this is hard.  The specific words he

20      used were:  Oh, well, you've been at the top of the

21      mountain and now you're at the bottom.

22          I asked him what he thinks I should do.  He

23      told me that he thought that I could run for Governor.

24      I asked him about the appeals process to the

25      Promotions Committee.  That was the most -- that was

ANTHONY EID
July 21, 2021

1    the most -- that was the reason why I wanted to meet

2    with him is to get more information on the appeals

3    process of the Promotions Committee's decision, and I

4    also wanted to learn about if I would still be allowed

5    to take exams and have those grades recorded during

6    the appeals process.

7  Q.   Alright.  And what did you learn in response to your

8    questions?

9  A.   Dr. Baker told me that I would still be able to

10    withdraw from the university if I appealed the

11    Promotions Committee's decision as long as I didn't

12    take it one further step and appeal to the Provost

13    office.  He also told me that I would be able to take

14    exams and that those grades would count on my

15    transcript.

16         I also remember being rather confused

17    throughout the meeting because I did not understand up

18    until that point, I did not understand at all, still

19    don't understand, what the Promotions Committee

20    thought I did, and I asked Dr. Baker about this, and

21    he said he could not get into what the Promotions

22    Committee thought that I did.

23  Q.   Alright.  So you were at the time you talked to

24    Dr. Baker in the dark in terms of what the Promotions

25    Committee thought you had done that had a bearing on

ANTHONY EID
July 21, 2021

1   your professionalism?

2  A.  Yes.

3  Q.  Do you recall anything else about the meeting with

4   Dr. Baker, anything that he said?

5  A.  I think we've gone over all of the important points of

6   that meeting.

7  Q.  You went ahead and appealed the decision of the

8   Promotions Committee within the Promotions Committee?

9  A.  Yes, that is correct.

10  Q.  Alright.  And your statement that you had previously

11   submitted to the Promotions Committee was revamped and

12   then resubmitted as part of your appeal?

13  A.  I do not remember if the original letter was revamped

14   or if a new letter was started.

15  Q.  It was largely the same?

16  A.  No.  There was much added to my appeal.

17       MS. HARDY:  Alright.  So let me mark as

18   Exhibit 18 an email from Loretta Robichaud to Margit

19   Chadwell which the subject is Dismissal Decision

20   Appeal Letter and Evidence, and it is forwarding an

21   email from Anthony Eid to Richard Baker, subject,

22   Dismissal Decision Appeal Letter and Evidence, which

23   is dated March 20th, 2019, and it starts with the

24   line, Attached you will find the appeal to my

25   dismissal letter, and it's Bates Stamped 566 through

ANTHONY  EID
July 21, 2021

1    614.

2           MARKED FOR IDENTIFICATION:

3           EXHIBIT 18

4           Dismissal Decision Appeal

5           Letter and Evidence

6           3:02 p.m.

7   BY MS. HARDY:

8   Q.   This has not only the appeal letter but the

9        attachments.  So can you identify these documents that

10       are part of Exhibit 18 as the documents that you

11       submitted in connection with your appeal to the

12       Promotions Committee?

13              Let's start with 566 which is page 1 or the

14       first page of 18.  Did you draft that email to

15       Dr. Baker?

16  A.   Yes.

17  Q.   Alright.  And then did you attach to that email pages

18       567 through 614?

19  A.   Yes, I did.

20  Q.   Alright.  And take the time to be sure that these are

21       all the documents that you submitted and that nothing

22       is missing and that nothing has been added.

23  A.   Yes, I believe everything in here are documents that I

24       submitted to the Promotions Committee for my appeal of

25       their dismissal decision.

ANTHONY EID
July 21, 2021

1  Q.  Alright.  And there's nothing additional that's absent

2     from this packet, correct?

3  A.  I believe there was an addendum submitted to Dr. Baker

4     and Ms. Robichaud that had two more pages.

5  Q.  Two screenshots?

6  A.  No.  One was a letter of support and the other was

7     another statement that Ms. Robichaud had asked me to

8     touch on.

9  Q.  Okay.  I'll get to that in a moment.  Those documents

10     were submitted after the documents attached to

11     Exhibit 18?

12  A.  That's correct.

13  Q.  Alright.  So look at pages 598 through 601.  Those are

14     text messages?

15  A.  Yes.

16  Q.  Alright.  Where did you get those text messages?

17  A.  Those are from my phone.

18  Q.  Who are you texting with in those messages?

19  A.  That is my mother.

20  Q.  Alright.  And what led to you filing an appeal letter

21     addendum?

22  A.  I had gotten a letter of support, so that covers that,

23     and in a subsequent meeting with Ms. Robichaud, she

24     had asked me to touch on this allegation that I had

25     not known about the Snapchat accounts.  So I submitted

ANTHONY EID
July 21, 2021

1    an addendum about that as well.

2  Q.   Okay.  And tell me about your conversation about the

3    Snapchat account with her; what did she say to you and

4    you say to her?

5  A.   Well, I had a meeting with Ms. Robichaud.  I don't

6    remember if it was before or after I submitted this

7    packet of evidence to the committee.

8  Q.   And you're referring to Exhibit 18?

9  A.   Exhibit 18, yes, that's correct.  We had a few

10    meetings during that time period, and at one of those

11    meetings, she asked me if I knew anything about a

12    Snapchat account belonging to Amanda, and up until

13    that point, that was the first time I had been asked

14    that question, and I told her no, and then she asked

15    me to write a letter about it to include to the

16    committee.

17  Q.   And that's what you addressed in the appeal letter

18    addendum which has been marked as Exhibit Number 19?

19  A.   I'd have to review it.

20         MS. HARDY:  I thought I had given it to

21    you.

22         MARKED FOR IDENTIFICATION:

23         EXHIBIT 19

24         Appeal Letter Addendum

25         3:08 p.m.

ANTHONY  EID
July 21, 2021

1           MS. HARDY:  A copy for the witness and one

2     for counsel.

3           THE WITNESS:  Yes, this addendum was in

4     reference to that conversation with Ms. Robichaud.

5     BY MS. HARDY:

6     Q.   Alright.  And this concerned the issue related to some

7          photos that had been taken of Ms. Roe, correct, and

8          whether or not you tried to access those photos?

9     A.   I do not believe that's what this was for, no.

10    Q.   So what was this Snapchat issue?  Describe it.

11    A.   I believe this is the allegation that I somehow

12         accessed Roe's Snapchat account.

13    Q.   And was there any particular concern about you

14         accessing the account; I mean, was there an issue such

15         as photos of Ms. Roe?

16    A.   There was no issue that was brought up to me at any

17         point in this process before, about any Snapchat

18         account, until I had that conversation with

19         Ms. Robichaud.

20    Q.   That's the point in time we're dealing with, and that

21         concerned an issue about whether or not you were

22         trying to get a hold of photos of Roe through

23         Snapchat, correct?

24    A.   I am not sure if it was photos or anything else on the

25         Snapchat account.

ANTHONY EID
July 21, 2021

1  Q.   Why are you addressing photos in Exhibit Number 19 if

2      you have no idea what the Snapchat concern was about?

3  A.   Well, I have photos, videos, or any other content

4      related to Roe.

5  Q.   Well, you were aware that photos was an issue,

6      correct?

7  A.   Photos are taken on Snapchat.

8  Q.   You are specifically aware that there was a concern

9      that you may have attempted to view or obtain photos

10     of Roe, and you wanted to make it clear that you never

11     did and that would be a very disgusting act and gross

12     statement that literally makes you sick to your

13     stomach?

14          MR. ROSSMAN:  Object to the form of the

15     question; impartial reading of the document.

16          THE WITNESS:  That specific concern was

17     never stated to me.

18 BY MS. HARDY:

19 Q.   Why are you addressing it in Exhibit Number 19 if it

20     was never stated to you?

21 A.   Because photos are stored on Snapchat account.

22 Q.   Alright.  So it's your testimony that prior to writing

23     Exhibit Number 19, you had no idea that anyone thought

24     that you may have tried to access photos of Roe

25     through Snapchat?

ANTHONY EID
July 21, 2021

1    A.   Not until I had the conversation with Ms. Robichaud

2         where she asked me to address it.

3    Q.   Alright.  And she asked you to address it before you

4         wrote Exhibit Number 19, correct?

5    A.   This exhibit was written due to that conversation.

6    Q.   Okay.  And in that conversation, she told you there is

7         a concern that you were trying to get at photos of Roe

8         through her Snapchat account?

9    A.   That is incorrect.  She never stated photos.  She just

10        said there was a concern that I was trying to get

11        access to her Snapchat account.

12   Q.   Alright.  So why are you addressing the issue of

13        photos in Exhibit 19 if she had never mentioned photos

14        in connection with Snapchat, and why are you making

15        the following statement, quote:  This is a disgusting

16        act and a gross statement that literally makes me sick

17        to my stomach and acts like this goes against every

18        fiber in my body, every fiber of my being and does not

19        line up with my history or my personality?

20   A.   Well, because it does.

21   Q.   Why are you making that statement if you had no reason

22        to believe that there is a concern about you trying to

23        access photos of Roe on her Snapchat?

24   A.   I didn't know if it was photos, videos, other content

25        that could be on Snapchat.  There's a lot of things

ANTHONY  EID
July 21, 2021

1   that can happen on Snapchat.

2   Q.  So you're just covering all possible bases in

3   Number 19?

4   A.  Yes.

5        MS. HARDY:  Let the record reflect I'm

6   providing the witness with Exhibit Number 20 which are

7   two pages, consists of two pages Bates Stamped

8   AE000277 and 275.

9        MARKED FOR IDENTIFICATION:

10        EXHIBIT 20

11        Screenshots

12        3:13 p.m.

13  BY MS. HARDY:

14  Q.  Do you recognize these two screenshots?

15  A.  Yes.

16  Q.  Alright.  Did you provide these to the School of

17   Medicine in connection with your promotions appeal?

18  A.  Yes.

19  Q.  Alright.  And when did you take the screenshot which

20   is AE000277?

21  A.  I do not remember when I took this particular

22   screenshot.

23  Q.  Alright.  I'm going to need a date, you know, from the

24   phone as we requested with the prior screenshot.  Do

25   you have this on your phone still?

ANTHONY  EID
July 21, 2021

1   A.   I am not sure if I still have this on my phone or not.

2   Q.   Alright.  Look at AE000275.  Do you recall when that

3        screenshot was taken?

4   A.   It was taken along with the 00277.

5   Q.   Same time?

6   A.   Yes.

7   Q.   Alright.  Do they concern the same event?

8   A.   Yes.

9   Q.   Alright.  And do you know the date of the event?

10  A.   No, I do not.

11  Q.   Do you know the month or year?

12  A.   It was in 2018.

13  Q.   Do you know the month?

14  A.   I do not.

15  Q.   Alright.  And is this your, from your perspective, the

16       evidence that Roe had accessed your Apple account?

17  A.   This is one of the pieces that made me suspect that

18       Roe was behind my unauthorized access.

19  Q.   Alright.  And the other one we have previously -- no

20       -- strike that.  I'll go to the next one in a moment.

21            So you did not provide these to Ms. Camaj,

22       correct?

23  A.   No.

24  Q.   Alright.  And you did not provide these to the

25       Professionalism Committee?

ANTHONY EID
July 21, 2021

1    A.   No.

2    Q.   Alright.  You waited until the appeal of the

3         Promotions Committee stage to provide these, correct?

4    A.   These, yes, that is true.

5    Q.   And the third one, correct?

6    A.   That is true, yes.

7    Q.   Did you provide just these two to the Promotions

8         Committee?

9    A.   No.  I provided about -- I provided everything that

10        was in Exhibit 18 to the Promotions Committee, and all

11        of it was the first time that I had presented this

12        type of evidence to that committee or any of the

13        committees at the School of Medicine.

14   Q.   And why did you wait until that point in the process

15        to provide what you thought was evidence that somehow

16        explained your conduct and excused it?

17   A.   Can you clarify that question?

18   Q.   Why did you wait until that point in the process to

19        provide evidence that you thought was exculpatory?

20   A.   I was a busy medical student taking exams with a lot

21        of responsibilities.  Getting this evidence took a

22        very large amount of time, and I thought that my

23        events of the story -- I guess I just didn't submit it

24        to them before that stage.

25   Q.   Alright.  What was time consuming about providing

ANTHONY EID
July 21, 2021

1    Exhibit 20?

2  A.   Well, I did not only provide Exhibit 20.  I provided a

3    lot of exhibits.

4  Q.   Was Exhibit 20 time consuming to provide?

5         MR. ROSSMAN:  Object to form.

6         THE WITNESS:  All of the exhibits in

7    totality took a large amount of time to provide.

8  BY MS. HARDY:

9  Q.   Alright.  Did you provide the screenshots that are

10    part of Exhibit 20 after Exhibit 18?

11  A.   No.  I included them in Exhibit 18.

12  Q.   Were they part of the addendum, or were they yet a

13    separate submission?

14  A.   No.  They were included in the exhibit on page 573 and

15    572.

16         MS. HARDY:  Okay.  I see Exhibit 20 as part

17    of Exhibit 18.

18         So I'm going to mark as Exhibit Number 21

19    another screenshot and one that you produced in

20    discovery but is not part of Exhibit 18 or the

21    addendum that you provided to the Promotions

22    Committee.

23         MARKED FOR IDENTIFICATION:

24         EXHIBIT 21

25         Apple ID Sign In Requested

ANTHONY EID
July 21, 2021

1            3:20 p.m.

2   BY MS. HARDY:

3   Q.   So when did you discover this screenshot?

4   A.   This was the same event.

5   Q.   This is different, though, than 20, the two

6        screenshots that are part of Exhibit 20?

7   A.   Yes, but it was the same event, which is why I didn't

8        include it in addition.  I thought it was redundant.

9   Q.   Alright.  But you did produce it in discovery; you did

10       not provide it to Wayne State School of Medicine

11       during the consideration of the complaint against you,

12       but you did produce it in discovery, correct?

13  A.   Like you said, Exhibit 21 was not included in either

14       Exhibit 18 which had all the evidence that I submitted

15       during my appeal to the Promotions Committee.

16  Q.   And you didn't submit it independent of Exhibit 18,

17       either, correct?

18  A.   No.

19            MS. HARDY:  I need to take a quick break

20       for a moment.

21            (Recess taken at 3:21 p.m.)

22            (Back on the record at 3:27 p.m.)

23            MS. HARDY:  I'm going to mark as Exhibit

24       Number 22 an email from Vickie Muhammad to Mr. Eid

25       dated April 10, 2019, advising him of the decision of

ANTHONY EID
July 21, 2021

1    the Promotions Committee and attaching a letter to

2    Mr. Eid from Richard Baker, MD, Chair of the

3    Promotions Committee.

4            MARKED FOR IDENTIFICATION:

5            EXHIBIT 22

6            Email with a letter dated

7            4-10-2019 to Anthony Eid

8            from Richard S. Baker attached

9            3:28 p.m.

10   BY MS. HARDY:

11   Q.   Can you confirm for the record that you received the

12        communications that have been marked as Exhibit

13        Number 22, and they are received on April 10, 2019,

14        correct?

15   A.   I did receive this letter.  However, I do not know

16        when exactly I received it.

17   Q.   Well, the email conveying that it is attached is dated

18        April 10, 2019, and that's page 670, correct?

19   A.   That's what it says, yes.

20   Q.   Are you doubting that it was attached to the email?

21   A.   I thought that I had read this email later than

22        April 10th.

23   Q.   Well, you could have opened it later than April 10,

24        but do you have any reason to doubt that it was

25        received by you on April 10th?

ANTHONY  EID
July 21, 2021

1   A.   No.

2            MS. HARDY:  Let the record reflect I'm

3    showing the witness communications between Mr. Eid and

4    President Wilson's office concerning his appeal before

5    the Promotions Committee, and it's Bates Stamped 694

6    through 700.

7            MARKED FOR IDENTIFICATION:

8            EXHIBIT 23

9            Emails

10            3:29 p.m.

11            MS. HARDY:  I'm providing a copy to counsel

12    and to the witness.

13   BY MS. HARDY:

14   Q.   Please look through these documents, and once you have

15    had a chance to refresh your memory as to their

16    content, then I will begin my questioning.

17   A.   Yes, I sent and received this thread of emails.

18   Q.   Alright.  So these emails concern your attempt to draw

19    President Wilson into your situation?

20            MR. ROSSMAN:  Object to the form of the

21    question; mischaracterizes the evidence.

22   BY MS. HARDY:

23   Q.   Correct, you were trying to get him involved?

24            MR. ROSSMAN:  Object to the form.

25            THE WITNESS:  No.

ANTHONY EID
July 21, 2021

1   BY MS. HARDY:

2   Q.   What were you trying to do if you weren't trying to

3        get him involved?

4   A.   I say here:  Hello, Allison.  I just want you clear, I

5        was not going to ask President Wilson to get involved

6        in the appeals process at all.  I was just looking for

7        an advocate as I have not had one throughout this

8        entire process.

9   Q.   Well, what were you asking the President of Wayne

10       State University -- strike that.

11            Why were you asking the President of Wayne

12       State University to be your advocate in the appeals

13       process?

14   A.   Because I did not have an advocate throughout the

15       entire process.

16   Q.   Why did you think it would be appropriate for the

17       President of the entire university to become an

18       advocate for you in the course of your appeal?

19            MR. ROSSMAN:  Objection; misstates facts

20       not in evidence.

21   BY MS. HARDY:

22   Q.   Go ahead and answer.

23   A.   He is the President of the university.

24   Q.   Why would he become -- why would it be appropriate for

25       him to become an advocate for a specific student who

ANTHONY EID
July 21, 2021

1    is subject to a proceeding such as the one that you

2    were involved in?

3           MR. ROSSMAN:  I'm going to object to the

4    question because it lacks foundation.  He never

5    testified anything about the propriety of this, and

6    that's not coaching.  I just need to point out to you

7    --

8           MS. HARDY:  That is coaching.

9           MR. ROSSMAN:  I'm pointing it out to you

10   because the question invokes --

11          MS. HARDY:  I don't need a lecture.  You

12   have an objection at your disposal which is called

13   form.  That's all you need to say.

14          MR. ROSSMAN:  You're trying to mislead this

15   witness.  I know what you're up to.

16          MS. HARDY:  Alright.  This is my last

17   cautionary message to you about your conduct and your

18   inappropriate interference.

19          MR. ROSSMAN:  And this is my last

20   cautionary warning to you to ask appropriate

21   questions.

22          MS. HARDY:  We're ceasing this deposition.

23   We're done.  I'm going to file a motion with the

24   Magistrate, present this transcript, and ask for an

25   instruction from the Magistrate to limit you to form

ANTHONY EID
July 21, 2021

1    objections and otherwise appropriate conduct so that I

2    can proceed without your inappropriate intrusions.

3         MR. ROSSMAN:  So you're terminating the

4    deposition?

5         MS. HARDY:  I am terminating the

6    deposition.

7         MR. ROSSMAN:  Let the record reflect that

8    counsel for the defendant is terminating this

9    deposition over our objection to terminating the

10   deposition.  The witness has given several hours of

11   testimony today, and we're going to object to the

12   continuation of this deposition under any

13   circumstances other than court supervision.

14        MS. HARDY:  I'll file my motion, and we

15   will wait for a ruling from Magistrate Grand.

16        MR. ROSSMAN:  And as we can see by the

17   record in this case, counsel is floundering greatly in

18   the questioning.  Her frustration is not with me.

19   It's with the answers that the witness is giving and

20   she doesn't like.  That's the motive behind cancelling

21   this deposition so that she can prepare for the

22   deposition in a second session rather than take the

23   last two-and-a-half hours of testimony today, and if

24   you want three-and-a-half, we'll give you

25   three-and-a-half.

ANTHONY EID
July 21, 2021

1      MS. HARDY:  I'm terminating the deposition

2   until we get an instruction from Judge Grand about

3   what is appropriate conduct by counsel in a

4   deposition.

5      MR. ROSSMAN:  Let the record reflect that

6   we object to the termination of this deposition.  We

7   presented the witness for testimony.  He is ready,

8   willing, and able, and we will sit here as they walk

9   out of the room, and I'd like to stay on the record as

10   they depart from the room.  I am not stipulating to

11   close this record until you walk out of this room.

12      MS. HARDY:  You know, this is my office.

13   I'm not departing my conference room.  I am telling

14   you that the deposition has been terminated until we

15   can get a ruling from the Magistrate on your conduct.

16      MR. ROSSMAN:  Let the record reflect that

17   we're here, sitting here ready to be deposed.  We're

18   not leaving.

19      MS. HARDY:  You know, I don't understand

20   what you're doing.  Just sitting here is not going to

21   change the outcome.

22      MR. ROSSMAN:  We're here.  If you want

23   testimony, he's here.

24      MS. HARDY:  I have terminated the

25   deposition, and now I am asking you to please leave

ANTHONY EID
July 21, 2021

1    the premises.

2         MR. ROSSMAN:  Okay.  Let the record reflect

3    that we're being asked to leave the premises, and

4    we'll be filing a motion to continue this under

5    supervision of Judge Grand because your conduct during

6    this deposition in terms of your questioning, your

7    witness admonishments, sarcastic comments, facial

8    expressions and statements designed to harass and

9    intimidate this witness are improper.  So we'll go to

10    the judge, and we'll leave as we're being asked to do

11    by counsel, but let the record reflect that we

12    absolutely are here ready, willing, and able to

13    testify.

14         Are we still on the record?

15         COURT REPORTER:  Yes, we are still on the

16    record until both counsel agree to go off the record.

17         MR. ROSSMAN:  We can stay on the record

18    until we walk out.

19         Have a nice day everyone.

20         (The deposition was concluded at 3:36 p.m.

21    Signature of the witness was not requested by

22    counsel for the respective parties hereto.)

23

24

25

ANTHONY EID
July 21, 2021

1                    CERTIFICATE OF NOTARY

2    STATE OF MICHIGAN )

3                 ) SS

4    COUNTY OF MACOMB  )

5

6            I, LEZLIE A. SETCHELL, certify that this

7    deposition was taken before me on the date

8    hereinbefore set forth; that the foregoing questions

9    and answers were recorded by me stenographically and

10   reduced to computer transcription; that this is a

11   true, full and correct transcript of my stenographic

12   notes so taken; and that I am not related to, nor of

13   counsel to, either party nor interested in the event

14   of this cause.

15

16

17

18

19

20

21

22               LEZLIE A. SETCHELL, CSR-2404

23               Notary Public,

24               Macomb County, Michigan.

25   My Commission expires: April 17, 2024

ANTHONY EID
July 21, 2021

**$**

**$5,000**
168:17

**$50,000**
54:23 56:7
57:6

**0**

**00277**
205:4

**006073563857**
49:13

**1**

**1**
61:9,13 62:3
198:13

**1-15-2019**
160:10

**1-17-2019**
161:16,18

**1-25-2019**
162:6

**10**
15:8 50:6,17
95:14 160:15
161:6 162:1,
5 166:12
167:7 208:25
209:13,18,23

**10-25-2018**
137:7

**10:06**
30:5

**10:45**
60:25

**10:46**
61:17 62:1

**10:48**
62:17

**10:51**
62:18

**10:58**
160:7

**10th**
209:22,25

**11**
173:24
174:3,8,10,
16,24 179:18

**11-15-2018**
169:9

**11:05**
72:4

**11:17**
81:25

**11:19**
83:16

**11:52**
107:13

**11th**
22:14 180:14

**12**
143:20
179:16,20
183:23

**12-14-2018**
159:2

**12-4-2018**
174:4

**1247**
20:5

**12:12**
107:14

**12:26**
117:19 127:5

**12:39**
129:12

**12:42**
131:22

**12:49**
137:8

**12:51**
138:18

**12:54**
140:16

**13**
181:21 182:1
183:23
186:10
187:1,5,12,
17,19,24
188:15
190:2,4

**14**
158:23
183:19
184:1,5
186:15
187:2,15,20,
25 190:2

**15**
95:9,14
97:12 100:20
101:3 102:21
107:12 142:5
160:6 189:3,
9

**15-minute**
99:6

**1510**
99:18,22
102:15
105:15
106:1,3

**15th**
142:13

**16**
59:16 85:23
132:9
190:17,22

**17**
20:12 21:21
85:23 161:2,
23 192:3,8

**18**
40:18 197:18
198:3,10,14
199:11
200:8,9
206:10
207:10,11,
17,20
208:14,16

**19**
124:14
125:11 127:8
129:23
130:25
200:18,23
202:1,19,23
203:4,13
204:3

**1992**
22:14

**1:03**
147:24

**1:17**
158:19

**1:57**
158:20

**1:58**
159:4

**2**

**2**
61:19,22
63:11,17,19

**2-11-2019**
179:22

**2-21-2019**
189:10

**2-27-2019**
190:23

**20**
204:6,10
207:1,2,4,
10,16 208:5,
6

**2014**
38:24

**2015**
19:2 48:2,
20,25 49:7

**2016**
20:7,12
21:21 22:6,8
38:22 45:14
46:13 50:22
65:10 74:11,
18,19 75:22,
23 77:16
82:13 83:2
86:16,21
93:12 96:8
97:12 99:6
100:21
106:7,10,11,
17 107:24
108:1,4,15,
22 109:4,12,
17 112:2
114:19
121:13,14

122:3 123:1,
14 124:1,5
127:15
129:16
132:15
133:18
134:12

**2017**
20:8 65:10
82:13 83:2
84:5,6
115:12
118:10
119:25 124:5

**2018**
38:25 44:21,
24 45:16
46:14 65:11
84:10 86:20
88:11 90:24
91:4 96:17
110:3
114:20,24
115:2 116:14
124:6,7,14,
23 125:11
127:8 129:23
130:25
140:9,14,25
142:5,13
143:1 149:15
158:23
173:25
205:12

**2019**
27:1 65:11
74:11 86:20
124:23
139:10,13,
16,20 160:6
162:2 167:9
175:7 177:6
179:18
180:14

190:19 191:7
197:23
208:25
209:13,18

**2020**
51:11 53:22,
24

**2021**
7:2

**207**
138:12

**208**
138:12

**20th**
197:23

**21**
7:2 13:12
189:4 190:1
207:18,24
208:13

**214**
148:1

**215**
148:11

**218**
148:1,11
150:19,21
155:14

**22**
38:11,15
208:24
209:5,13

**221**
173:25

**23**
210:8

**231**
174:19,22,24
175:5

**241**
174:22,24

**242**
174:21

**244**
174:1,20,21

**248.310.8610**
45:10 169:8

**25**
24:10 137:13
139:12,16,20
160:15 162:2
166:15 167:9
172:17 193:6

**25th**
161:6 166:24
173:15

**26th**
171:13

**27**
24:4 140:14,
25 143:16
190:19 191:6

**275**
204:8

**27th**
140:9 145:19
155:12

**284**
177:11 179:2

**288**
177:11 179:2

**290**
183:21

**2:00**
160:12

**2:01**
161:20

**2:02**

ANTHONY EID
July 21, 2021

162:8

**2:17**
174:6

**2:23**
176:15

**2:27**
176:16

**2:29**
176:25

**2:30**
177:1

**2:33**
162:2 166:15
167:9 179:24

**2:36**
181:24

**2:41**
184:3

**2:48**
189:12

**2:51**
190:25

**2:53**
192:12

---
**3**
---

**3**
137:5,10
167:18,20,25
168:19
169:19
171:14

**3-5-2019**
192:9,10

**30**
47:11 98:3

**30th**
142:21

143:1,10,14,
19 146:8
147:13
150:11
151:4,5
175:7

**362**
158:24

**36th**
19:4,16,23
162:16
166:17,20
167:10
168:11
169:18
170:23
171:2,5,8
172:10,13,16
173:1

**384**
160:7

**386**
161:13

**389**
162:3 167:8

**3:02**
198:6

**3:08**
200:25

**3:13**
204:12

**3:20**
208:1

**3:21**
208:21

**3:27**
208:22

**3:28**
209:9

**3:29**
210:10

**3:36**
215:20

---
**4**
---

**4**
138:11,15
139:12
149:15 151:4
173:25
175:23 177:6

**4-10-2019**
209:7

**409**
180:2

**41**
175:5

**410**
180:17

**411**
180:17

**412**
180:3,21

**444**
189:5

**445**
189:5,16,18

**452**
192:5

**453**
192:16

---
**5**
---

**5**
15:8 140:9,
13 142:18
143:14

**144:25**
145:18

**50,000**
54:9,14

**52**
137:11,12

**53**
137:11

**566**
197:25
198:13

**567**
198:18

**572**
207:15

**573**
207:14

**598**
199:13

---
**6**
---

**6**
38:24 39:2,
25 40:8
45:17,20
46:15
147:18,20,25
182:18

**601**
199:13

**614**
198:1,18

**670**
209:18

**694**
210:5

**6S**
45:6,7

ANTHONY EID
July 21, 2021

**7**

**7**
139:8 158:22
159:1 182:18

**700**
210:6

**719.418.5394**
151:15
153:10

**777**
182:3

**779**
182:15

**780**
182:18

**781**
182:3,21

**7th**
139:19

**8**

**8**
160:5,9

**9**

**9**
161:12,15

**90**
47:12

**9:04**
161:23

**9:38**
7:3

**@**

**@antheid**
107:17

**A**

**A-N-T-E-A-U**
21:7

**a.m.**
7:3 30:5
60:25 61:17
62:1,17,18
72:4 81:25
83:16 107:13
160:15 161:6

**abilities**
17:3

**ability**
16:18 17:3,6
164:23

**able**
87:24 116:24
128:8 152:11
166:19 170:3
188:19,20
193:19
196:9,13
214:8 215:12

**above**
30:23

**absent**
199:1

**absolutely**
97:5 145:9,
25 181:13
215:12

**abuse**
37:22 38:3

**abused**

26:19

**accepted**
75:14 77:10

**access**
42:14 43:6
44:9 48:15
69:13 76:7,8
77:2,5
86:13,20
87:9,24
100:17,22
101:5,11,15
102:3,6,21
103:4,18
106:18
110:19 111:7
116:21,23
119:1 121:3,
9 123:1
125:2,3,10,
20 126:11
127:7,12,14
129:14,18,22
131:2,10
132:1,23,24
133:3,16
134:5 201:8
202:24
203:11,23
205:18

**accessed**
42:10 43:4
44:6 102:5
122:3,18
131:2 132:22
201:12
205:16

**accessible**
69:17,18,19
70:21

**accessing**
43:19 124:7
201:14

**accomplished**
54:14

**accomplishing**
54:23

**account**
40:12 43:16
65:6 74:15,
16,17,20
75:10,11,15,
17,19,20,23,
25 76:3,21,
25 77:3,10,
12,14 78:11
86:6,8,11,13
100:15,17,
19,22 101:5,
12,16,23
102:3,5,7,22
103:10,19
104:9,10
105:19
106:8,10,18
108:24
111:18
112:3,8
116:7 117:3,
4 119:3,9,10
120:1,2,16,
21,23,24
121:4,22
122:3,24,25
123:13
124:7,9
125:2,3,10
127:8,12
131:3,4
132:18,22,24
133:2 135:8,
13,14 200:3,
12 201:12,
14,18,25
202:21
203:8,11
205:16

ANTHONY EID
July 21, 2021

accounts
  45:8 48:16
  77:4 92:24
  93:5 106:15
  110:20
  111:1,8
  116:6
  117:11,12
  118:15
  119:1,2,7,11
  120:14,18,
  19,20,23
  122:11,14,
  16,18 123:22
  124:3,14,24
  129:19,23
  130:25
  132:14,20
  133:4,11,17
  155:4 199:25

accuracy
  50:3,7,14
  62:9 63:7

accurate
  34:14,18
  48:3,25
  93:9,11
  153:19
  159:23
  170:12
  180:25 181:1
  182:6

accurately
  55:17

accuse
  92:8

acknowledge
  11:6

acquiescence
  41:22

acquire
  75:19 77:14

185:25

acquired
  40:19 44:20

act
  59:18 202:11
  203:16

action
  7:21 18:15,
  16,17 19:3,
  5,15,16,19,
  23 36:14
  103:12
  154:10
  168:8,11

actions
  19:22

active
  75:23

activities
  154:8

activity
  168:25

acts
  92:15 203:17

actual
  64:18

ad
  25:8

add
  138:4

added
  197:16
  198:22

addendum
  199:3,21
  200:1,18,24
  201:3
  207:12,21

adding
  76:13

addition
  34:4 67:11
  182:16,20,21
  208:8

additional
  106:16
  175:24 176:2
  199:1

additions
  182:8,12,14

address
  20:4,6,7
  21:22 40:1
  50:23,24
  65:8,10,12
  101:18 137:1
  193:22
  203:2,3

addressed
  140:10
  180:18
  200:17

addresses
  22:10 50:21

addressing
  202:1,19
  203:12

adhere
  64:25

adjustments
  75:10

administration
  66:7,11,15
  186:24
  192:24

administrative
  59:21

admissible
  36:10

admission

31:6,12 33:3

admissions
  32:20,21
  33:4,9,13

admit
  35:5

admitted
  29:1,9 30:15
  31:7,17
  32:16 33:10
  34:11

admitting
  160:4

admonishments
  215:7

advance
  15:6 17:13,
  15 146:4
  174:23

advising
  208:25

advisors
  31:6,12
  33:4,9,13

advocate
  211:7,12,14,
  18,25

AE000275
  205:2

AE000277
  204:8,20

AE000281
  140:19

AE000289
  183:21

AE000303
  190:20

aeid@med.
wayne.edu

51:1

**affiliated**
84:17

**affirmative**
13:15

**afternoon**
42:10

**ago**
19:1 73:11
96:23 153:12

**agree**
44:10 215:16

**agreement**
7:15

**ahead**
11:17 12:10
124:20 197:7
211:22

**aired**
108:11

**alcohol**
37:21

**alert**
121:8 122:2

**alerted**
124:21

**Alexander**
168:3,5

**alive**
22:21 23:4

**allegation**
199:24
201:11

**allegations**
7:23 63:20
146:13,15,
16,24

**alleged**
112:7 144:7

145:22

**Allison**
211:4

**allow**
42:17 43:4
44:5 102:21
157:21

**allowed**
53:3 57:14
58:5 59:3
81:5 98:16
102:1 103:3
126:19
164:15 196:4

**allowing**
58:1 104:10

**alright**
8:4,7,16 9:9
14:8 16:8
17:12 18:7
19:21 20:11
22:7 24:13,
17 28:10
34:14,24
35:13,25
36:17 38:9
39:6 47:24
48:12,15,20
49:12 50:2
53:13,21
55:2 60:16
61:7 63:4,10
64:22 65:8
66:22 67:1,
6,11 68:4
69:5 70:15
71:9 75:14,
19 76:23
77:7,14,18,
21 79:7,10,
15,21 85:23
86:1,24 87:9
88:13 89:1

90:8 92:21
93:12 94:1
95:8 96:25
97:11 100:6
101:22
108:18
109:1,6,17
110:11,15
112:7,11,25
116:8,17
117:5 118:11
119:8,15,21
120:19
121:14 122:2
123:3 130:11
131:8 133:14
134:11,15
135:7 139:10
140:24 141:4
143:16
146:8,16
148:17
149:2,9,12
150:8,13,16,
21 151:8,14,
20 154:1
155:7,10
156:13
157:8,12
158:17
159:13,16
160:1,3
161:10,25
164:10,17
167:4 168:22
169:21
170:11
172:16,24
173:12,14,
20,23
174:12,15,23
176:2 177:3
178:7,15
179:9 180:13
184:8,20,24

185:13
186:10,15
187:1,7
188:14
189:21
192:18
193:15,22,25
194:20
195:12,16
196:7,23
197:10,17
198:17,20
199:1,13,16,
20 201:6
202:22
203:3,12
204:16,19,23
205:2,7,9,
15,19,24
206:2,25
207:9 208:9
210:18
212:16

**alter**
157:9

**Amanda**
170:7 200:12

**ambiguous**
13:3 106:25
124:18

**American**
91:21

**amount**
16:5 206:22
207:7

**and/or**
117:8

**annual**
54:8,9

**answer**
8:4,22,23,24
9:1,8,14,20

ANTHONY EID
July 21, 2021

10:3,16
11:22,23
12:10,21,24
13:1,17 14:5
27:14,16
29:12,20
30:18 31:15
32:2 36:5
55:16 57:1
78:20 80:15
82:4,6,9
83:23 90:16,
20 91:6
98:1,5,23,24
99:3 102:20
103:6 104:4
107:1 112:16
125:6 126:6,
8,25 127:1,
11 128:24
129:3 130:21
131:18 135:1
144:18
145:16
150:13 163:8
164:6 185:22
186:6 188:22
193:19
195:10,11
211:22

**answered**
57:25 71:24
74:24 75:2
78:6 90:1
91:5 97:24
103:5 104:3
109:19
112:19
125:13
127:17
151:22
152:22 166:4
195:8

**answering**

8:25 20:2
158:11

**answers**
40:20 44:23
47:25 49:18,
24 50:2
56:23 58:18
59:4 62:7,
21,23 68:12
88:3 213:19

**Anteau**
21:5

**anth.eid.**
123:18

**anthantheid@
gmail.com.**
40:3,13
50:24

**anthantheid@
yahoo.com.**
50:25

**Antheid**
109:3,13

**Anthony**
7:4,11 35:3
108:24
140:10,15
147:21 148:2
158:23 159:3
160:6,11
161:17,19
162:1,7
179:17,22
189:11
190:24
192:11
197:21 209:7

**Anthony.eid**
108:25

**Anthony.eid.**
123:20

**anthony.eid1.**
136:18

**antidepressant**
14:13 15:2
16:3,13

**anybody**
76:7 104:1

**anymore**
47:9,20,21
92:19 155:19

**anyone**
13:9 38:2,6
42:21 52:3
54:12,25
90:22 102:6
112:8 115:16
123:21
148:19
159:14
170:18 193:2
202:23

**apartment**
20:17

**apologize**
163:11
164:14
165:21

**apology**
148:4
149:20,25
150:6

**app**
133:11
135:13,19
136:3,6,9,
11,15
156:14,17

**apparently**
26:4

**appeal**
177:24

185:3,4,8,9,
14,15,17,19
186:3,7
196:12
197:12,16,
20,22,24
198:4,8,11,
24 199:20
200:17,24
204:17 206:2
208:15 210:4
211:18

**appealed**
185:1 196:10
197:7

**appeals**
195:24
196:2,6
211:6,12

**Apple**
39:4,8,10,
13,21,22,23,
24 40:1,8,10
42:2,4 43:16
124:9,16,25
131:9,12,25
132:4 135:23
136:9,20,21,
23 205:16
207:25

**application**
27:7,8 29:4
30:8 34:9,10
53:8,10,11
60:4,9,12,
14,16

**applications**
53:18

**applied**
27:1,4 28:11
53:22

**apply**

ANTHONY EID
July 21, 2021

27:10 28:12
53:21

applying
28:16 29:9
30:14 32:6

appointed
53:23,25

appreciate
158:2

appropriate
11:21 53:1
80:17 150:7
211:16,24
212:20 213:1
214:3

apps
135:18 136:1

April
208:25
209:13,18,
22,23,25

Arab
152:1

arbitration
8:11

area
21:19 22:20

argue
57:16 58:4
81:22

argument
81:13

argumentative
56:12 57:12
76:5 91:14
99:2 104:17
105:5 121:18
125:6
127:16,17
128:12

133:20
134:21 166:3
194:25

around
19:2 21:11
54:9 59:17
84:22 85:2
96:6,12

array
63:19

asked
13:12,22
31:14 33:9,
20 34:10
52:17,18
55:25 62:19
66:6,10,13
71:24 74:24
75:2 78:6
89:25 91:5
96:19 97:23
98:2 103:5
104:3 109:19
112:19 116:3
125:12
126:22
134:18 138:3
147:9 149:4,
5 152:22
157:21
159:20 164:2
165:14 166:4
173:11 176:3
178:12
187:13,15
188:12
195:8,22,24
196:20
199:7,24
200:11,13,14
203:2,3
215:3,10

asking
7:22 34:24

35:4,16
36:25 40:16
44:5 46:11
49:20 58:16
59:8 64:2
76:22 88:1
96:11 105:22
106:2 112:23
114:10
118:19 119:4
125:14,20,23
126:4,10
127:2 139:20
144:20,22
163:19,22
166:9 185:24
211:9,11
214:25

asks
63:19

aspect
52:21

assistant
62:20 192:4

assume
13:21,24
47:15 50:5
68:20 79:19
89:2 115:9
131:8,24

assumed
101:20 164:3

assumes
103:14
104:18 105:5
106:24
113:10 142:8
143:4 145:6
162:19 166:2

attach
198:17

attached

147:23 148:8
180:13
197:24
199:10
209:8,17,20

attaching
148:3 161:18
179:21 192:9
209:1

attachment
147:16

attachments
174:5 190:11
198:9

attempt
66:5 73:17
76:24 187:1
188:14
210:18

attempted
28:11 202:9

attendance
93:22 94:4

attended
33:3

attorney
162:16
167:13

attorney-
client
36:7,12 37:6

attorneys
8:18 11:15
164:21

attributable
124:15 152:6
154:23

attribute
120:25 122:9

ANTHONY EID
July 21, 2021

audio
  85:7 152:3
  194:4,14,16,
  18

August
  22:14 45:14
  46:13 50:21
  51:11 53:24
  93:12 96:7
  97:12 99:6
  100:21
  106:11,17
  121:14 123:1
  124:1 132:15
  133:18
  134:12

author
  148:17

authorization
  122:19

authorized
  121:8

automatic
  46:23 47:11
  71:22 72:8

automatically
  67:21 71:19

available
  76:17 126:1

awarded
  19:8

aware
  13:15 47:14,
  16 132:13
  156:25
  157:23
  202:5,8

_____

        B

_____

back

17:20 26:21
27:23 28:10
30:3 32:2
34:2 35:25
44:20 46:13
53:6 58:20,
23 60:23
62:18,19
66:7,23,24
68:7 71:17
72:2 80:15
81:2,16,23
83:14 86:22
93:12 96:7
97:12 100:6
103:17
107:11,14,22
110:8 116:8,
9 117:17
127:3,15
129:10,15
131:20 138:8
158:20 161:3
166:25
167:16,18
176:16 177:1
184:20
188:24
208:22

backed
  69:20,23

background
  25:24

bad
  92:15

Baker
  139:14
  179:17
  190:18,24
  192:5,17
  193:3,4,11,
  22 194:8
  195:16,17,18
  196:9,20,24

197:4,21
198:15 199:3
209:2,8

bank
  135:8,14

based
  36:12
  152:17,18

bases
  204:2

basic
  9:17 163:13

basis
  46:9 113:22,
  24 124:23
  128:1 185:13

Bates
  137:11
  138:12
  140:18 148:1
  158:24 160:7
  161:12 162:3
  167:7 173:25
  176:22 177:9
  179:3 180:2,
  17 182:3
  183:20 189:4
  190:20
  197:25 204:7
  210:5

bearing
  196:25

begin
  13:1 210:16

beginning
  22:1 157:20
  163:5,13

behaving
  126:20

behavior
  144:7 145:3,

22

behind
  205:18
  213:20

believe
  14:15 19:2,
  18,25 33:23
  44:25 51:11
  53:11,22
  61:6 63:6
  65:19 66:3
  71:20 72:13
  77:4,20,22
  79:5 82:13,
  25 83:4
  84:24 89:9,
  11 90:6 91:3
  93:13 99:20
  102:8,15
  105:2 106:5,
  14 107:3
  110:22
  111:10 113:4
  115:7 116:8
  118:10
  120:12
  123:18
  124:5,13
  132:19
  136:15,17
  139:6 149:19
  152:14
  154:19
  155:11,19
  156:18
  164:22
  172:15
  174:21
  181:16,19
  182:15,18,21
  188:10 190:2
  191:16,19
  198:23 199:3
  201:9,11

ANTHONY   EID
July 21, 2021

203:22

**believed**
124:7  154:1
155:2

**belonging**
200:12

**bench**
19:9,10

**benchmark**
99:18,22

**benefits**
54:10

**best**
12:25  19:25
64:22  65:23
154:9  167:2

**big**
81:13  105:7,
8

**bills**
25:5

**bio**
99:18,22
102:15,16
105:15
106:1,3

**Birmingham**
7:1

**birth**
22:13,15

**bit**
32:12  44:15

**block**
154:10  155:7

**blocked**
91:19  92:18,
21,23  93:6
116:6,17,22
155:3

**boards**
93:19

**body**
101:8  203:18

**Book**
48:1

**born**
22:17

**bother**
70:21  126:3

**bottle**
15:15  16:6

**bottom**
192:16
195:21

**bought**
44:22

**breached**
106:15  112:4

**break**
29:22,23
107:4,11
155:25
157:25
158:8,14
176:13
208:19

**broader**
59:11

**brought**
180:23  181:2
201:16

**browser**
87:7,8

**bunch**
11:17  67:17
75:6  130:17

**Bupropion**
14:11

**business**
135:11

**busy**
153:2  154:7
206:20

___

**C**

___

**caffeine**
17:19

**calculated**
36:9

**calendar**
141:4,8
192:23

**call**
84:16,21,23
88:12  91:8
116:7  142:4,
11,20  143:10
151:19,21
152:3,18
153:25  154:2
155:2,8

**called**
7:5  212:12

**caller**
151:8,12
152:6  153:9

**calling**
57:21

**calls**
10:17  45:24
99:7  104:22
130:18
131:15
150:17
151:9,11
153:10,24
154:22
163:24
185:21

**Camaj**
96:20  99:16
140:11,15
142:5,19,21
143:1,17
145:11
146:8,11,18,
24  147:9,14,
22  148:2,23
149:15,20
150:10
173:20,24
174:5,13
175:3,6,19,
23  177:7
205:21

**Camaj's**
173:18

**campus**
93:19,20
144:7  195:14

**cancel**
116:4,5

**cancelling**
213:20

**capacity**
48:12

**Capital**
120:23
123:9,10,17
131:11  132:3
133:4

**card**
131:7  133:5

**cards**
131:7  133:8
134:4

**care**
14:18

**career**
81:8,10

ANTHONY EID
July 21, 2021

105:23

**carefully**
8:20  9:18

**Caribbean**
34:5,7

**carry**
56:20

**carrying**
59:11  192:16

**case**
7:12  13:14
18:8,11
36:13  71:4
74:10  143:25
144:1,3,5
145:20
157:17  169:3
180:9  185:11
213:17

**cash**
135:13,18,19
136:9,11,15

**caused**
165:12,13

**cautionary**
212:17,20

**cc'ing**
179:17

**cease**
126:20  128:6

**ceased**
84:20

**ceasing**
212:22

**cell**
93:8

**centers**
94:2

**Central**

28:22

**certain**
27:8  44:8
71:19  76:7
153:22  183:1

**certainly**
41:1  55:23
70:5  73:21
83:25  85:22
136:1  175:11

**Chadwell**
192:6  197:19

**Chair**
190:18  209:2

**chance**
210:15

**chances**
33:9  34:11

**change**
26:5  121:5,
16,24  214:21

**changed**
26:4,6,7
35:7  46:16,
17  107:24
121:7  122:5
125:4  127:14
129:15,17
130:2  132:9,
10,11

**changes**
75:10

**characterize**
67:3

**charge**
53:17  125:23

**Chase**
120:24

**chatting**
95:16

**check**
50:2  155:25
157:2

**checked**
50:7,13

**checking**
116:13

**child**
23:20,21
24:5  26:19

**choices**
53:4

**Chris**
23:19

**chronology**
189:1

**circumstances**
213:13

**cities**
59:16

**citizen**
91:21

**Citizens**
51:14

**citizenship**
91:23

**city**
14:22  22:18,
19

**claim**
149:7  173:14
174:15
186:16

**claimed**
91:9

**claiming**
105:3  172:4

**Claims**
18:14  168:8,

10

**clarification**
12:20  13:23
29:25  177:3

**clarify**
9:19  10:15
12:7  15:7
19:6  22:16
24:24  28:6
32:11  47:6
53:5  64:21
65:9  69:16
74:13  76:1
83:23,24
94:25  99:24
152:7  181:10
183:22
206:17

**clarifying**
42:6

**clarity**
90:2

**class**
102:11,14
105:15
106:1,3

**classes**
95:20  101:10
102:3

**clean**
27:21  81:4
98:25

**clear**
17:21  38:19
43:14,25
44:4  50:9
57:4  96:11
125:13
126:25  127:1
132:12  136:7
167:6  202:10
211:4

ANTHONY EID
July 21, 2021

client
  29:24 69:22,
  24 81:18
  168:24 169:8

client's
  98:1,5 165:1

clients
  42:22

close
  57:21 124:3
  214:11

closely
  78:19

coaching
  92:8 212:6,8

Code
  144:15
  145:4,23

cognitive
  17:2

colleagues
  21:3

collective
  67:10

college
  21:3 95:17

Colorado
  84:16 91:9
  115:25
  124:12,16
  131:2 132:23
  151:14
  152:20,21

come
  25:10 49:20
  78:15 79:12,
  22 80:6
  102:19
  107:11 113:8
  150:22

153:24

comes
  25:12

comment
  52:15 58:21

commentary
  57:15 58:5

comments
  81:9 215:7

commission
  51:14,17,19
  52:2,4,24
  53:1 67:24

commissioner
  51:13 55:21
  60:4

commissioners
  55:22

commitment
  8:4

committed
  181:5

committee
  138:25
  160:17
  167:11
  169:16,25
  170:4
  175:22,25
  176:10,19
  177:5,15,18,
  19,23,25
  178:3,4,5,8,
  10,12,14,16,
  17,20,21,25
  179:4 180:9,
  10,23 181:3,
  8,9,11,15,23
  182:2,9,10,
  11,13,23,24
  183:2,11,14

184:13,19,
  21,22,23
185:1,2,3,4,
  5,6,7,12,15
186:2,3,9,
  11,13,17
187:4,9
188:22
190:10,12,18
191:10
195:25
196:19,22,25
197:8,11
198:12,24
200:7,16
205:25
206:3,8,10,
  12 207:22
208:15
209:1,3
210:5

committee's
  182:17
  185:16
  196:3,11

committees
  114:23
  206:13

common
  11:8

communicate
  25:19 77:18,
  21,23
  115:13,16

communicated
  79:3,8
  100:11
  146:18,21

communicating
  29:6 30:12
  35:3,13
  44:14

communication
  28:15 83:10,
  20 84:2,20
  91:18 92:19
  97:2,5
  110:22
  142:21,25
  143:17
  145:19
  154:10

communications
  17:3 34:5,8,
  15 35:20,23
  64:16 66:14
  73:17 85:7,
  10,11 97:6,
  14 114:18
  115:14
  117:14,22
  118:3 141:5,
  8,13,14,16,
  24 155:5
  172:14 180:8
  195:12
  209:12 210:3

company
  18:23 19:16,
  24

compelled
  29:20

compensated
  54:2,3

compensation
  54:8,9

complaining
  146:3

complaint
  38:12,13
  84:9,11,12,
  13 85:2,3,4
  138:11,17
  142:6,23

ANTHONY EID
July 21, 2021

143:2,18,23
145:1,2,24
146:2,5,6
147:2,4,7,14
174:25 175:1
176:21,23
208:11

completed
54:22

completely
36:11 153:21

comport
41:5 57:25

compound
9:3,15 29:11
52:9 55:9
58:16 72:10
76:9 100:13
104:23
124:17
131:16 165:7
172:7

computer
44:6 48:6,7,
8,13,15,21,
25 49:7,13
67:15,22,25
71:7,18
100:18
101:23
102:22
119:3,10,17
121:16,21,
23,24
183:10,13

computers
47:25

concentrate
164:12

concentration
165:2

concern
108:9,10
173:8,11
201:13
202:2,8,16
203:7,10,22
205:7 210:18

concerned
145:2 201:6,
21

concerns
33:6 103:24
144:6 167:9
177:18

conclude
82:14

concluded
215:20

conclusion
10:18 82:21
163:25
183:19 184:2
185:21
186:16
187:21,23
188:2,9

conclusions
11:18

condescending
57:19

conduct
63:15 144:16
145:4,23
164:18,21
206:16
212:17 213:1
214:3,15
215:5

conducted
165:16

conducting

125:25

conference
144:3,6
145:1,21
214:13

confidential
36:8 41:17

confirm
41:12 97:19
159:10
209:11

confirmed
177:4

confused
10:18,19
35:7 76:21
145:14
196:16

confusing
12:17 15:21
29:20 50:11
56:16 71:5
72:10 76:13
80:23 90:5
106:25
131:16

confusion
80:25 145:10

Congressional
56:9 57:9

connected
42:22 93:2

connection
28:25 32:15
35:20 56:14
86:18 92:16
96:18 162:15
169:16
177:7,24
198:11
203:14

204:17

connects
135:13

conscience
149:24 150:2

consider
103:17
185:8,9,10,
11

consideration
208:11

considered
186:3

considering
172:5 186:11

consist
105:11

consisted
99:5

consists
137:12 204:7

constantly
126:16

Constitution
55:12,14

Constitutional
59:19

consult
36:1,19

consulted
37:1

consults
37:3

consuming
206:25 207:4

contact
26:3 79:5,12
94:11 99:5

ANTHONY EID
July 21, 2021

106:12,14
113:17
114:8,13,20
169:3,8

**contacted**
171:13

**contained**
84:18 173:17

**content**
56:5 69:6
79:25 101:21
110:11,15,18
148:19 149:2
159:13 172:1
181:13
191:20 202:3
203:24
210:16

**contents**
181:19

**context**
82:16 171:20

**continuation**
213:12

**continue**
126:6 128:3
215:4

**continued**
122:7

**continues**
164:19

**continuing**
117:13

**continuous**
120:17

**continuously**
20:11

**controlling**
36:13

**conventions**
69:5

**conversation**
95:1,12
200:2 201:4,
18 203:1,5,6

**conversations**
90:13 110:6

**convey**
54:17 112:25
186:20,22

**conveyed**
100:11
186:18

**conveying**
209:17

**cooperate**
171:9

**copies**
43:20 99:25
100:8

**copy**
61:11 85:14
88:15 138:5,
11,13,20
140:11
150:21
159:8,9
176:11
178:15
181:12
189:13
190:13 191:1
192:13 201:1
210:11

**corner**
140:18

**correct**
15:23 16:19
17:5,25 18:6
19:25 23:1

27:22,24
37:19,20
38:25 39:1,
2,4,8,10,13
40:18 44:21,
24 45:2,5,8,
11,12,14,22,
24 46:1,21
47:17,23
49:13 50:8,
14,15,18
51:18 63:2,
3,5,7,17
65:1,8,11
70:13,17
71:15 72:12,
13,15 73:14,
21 74:12,14
75:15 79:4
80:3 86:9
87:12,13,25
88:19 89:12,
13 90:12
93:12,15,16
94:24 95:3,
20 96:14,24
97:9,10,15,
17,21 98:10
99:8,14,17,
23 100:1
101:1,6
102:24
103:1,4,8,9
104:6,7,16,
25 110:10
111:2,19
113:20
114:25
116:9,19,20
118:5 120:3
124:5,22
125:4,11
127:9 130:9
132:16
134:19

137:19,23
138:20 139:9
140:25
141:21
143:21,22,25
144:3,11,16
146:9,10,13
148:9,12,13,
15 149:1,10,
13,24 150:2,
11,12,14
156:14,17,20
159:17
161:23,24
162:17
166:17,18,22
167:4,11,12,
14,15 168:3,
6,7,8,12,17,
20,25 169:4,
6,10,19,20,
21,22 170:2,
11,13,19,23
171:1,6,11,
16,20,21
173:6
175:19,20,23
177:20,25
178:1 180:5,
11,12,15,16,
19 181:3
183:4 184:20
186:13,14
188:15
191:7,11
197:9 199:2,
12 200:9
201:7,23
202:6 203:4
205:22
206:3,5
208:12,17
209:14,18
210:23

ANTHONY EID
July 21, 2021

corrected
166:25

correctly
166:22

correspondence
157:14

counsel
10:9 36:1,6,
19 37:2,4,
12,13,15
57:13 58:21
61:11 63:1
80:16,21
125:15
126:13
127:19
128:20
136:19 137:2
138:13
140:11,20
157:15 159:9
163:10
176:17
177:9,22
179:2 184:5
189:13 191:2
192:13 201:2
210:11
213:8,17
214:3
215:11,16,22

counsel's
62:21

counselor
193:8

count
17:19 126:21
196:14

couple
46:19 86:4,
14 96:23
121:11

course
11:22 37:10
42:14 44:11
95:18 99:12
102:16 106:6
114:18 154:9
211:18

court
7:13,17
8:12,14
18:14 19:4,
17,23 36:16
43:11,17
44:10 57:15
62:7 98:16
128:11,16,17
157:14,19
163:23
165:16
166:5,17,20
167:10
168:8,10,11,
20 169:3,8,
9,18 170:24
171:3,5,9,16
172:3,11,13,
16 173:1,18
213:13
215:15

cover
9:10 26:24

coverage
45:1,4

covered
10:9 37:5

covering
163:5 204:2

covers
199:22

created
67:4 69:8
96:6 159:20

credit
131:7 133:8
134:4

criteria
59:19

Cross
126:25

cull
66:19

current
19:17,23
20:4 40:14,
16 42:1,9
43:21 46:11
107:20

cut
43:10

───────────

**D**

daily
46:9

dangers
104:9

dark
196:24

data
45:17 48:21
72:18,20

date
22:13 67:1,4
69:8,9 71:19
75:12 84:12,
21,23 91:1
125:19
139:1,5,6,
20,21,23
140:3 141:2
142:11
143:14 151:6
155:7,8,13,

15 156:16,19
157:2 166:23
167:1,3
171:22,23
175:9 176:4,
5,7 192:20
204:23 205:9

dated
137:7,13
140:9,14
158:23 159:2
160:6,10
161:16,18,23
162:2,6
166:15 167:8
173:24 174:4
177:6
179:18,21
180:13
189:4,10
190:19,23
192:9,10
197:23
208:25
209:6,17

dates
141:14,15
171:19
192:23

daughter
24:19

day
10:22 70:10
81:19 94:1,
5,11 95:4
96:1 98:8
100:18
105:20
106:17
119:24
151:2,3
155:10
171:13
173:18

ANTHONY EID
July 21, 2021

215:19

**day-to-day**
55:14 56:18
57:6 59:10,
22

**days**
17:16 47:12

**de-linked**
120:2,14

**deal**
126:4

**dealing**
37:11 201:20

**dean's**
143:20

**Dear**
140:10
177:14,22
178:8,16,20,
24 179:3
181:14,22
182:2

**debate**
11:2

**debt**
27:22,24
28:1,8

**December**
149:15 151:4
158:23
173:25
175:23 177:6

**decided**
47:9,20
49:10 180:9
185:5 191:10

**deciding**
53:17

**decision**
19:11 37:18

58:8 184:25
185:16
186:1,12
196:3,11
197:7,19,22
198:4,25
208:25

**decision-
making**
180:14

**deemed**
150:7

**deeper**
36:25

**default**
168:15

**defend**
81:14

**defendant**
18:9 19:19
140:21 213:8

**defendants**
7:21 50:8
63:5

**defendants'**
61:9,15,20,
24 63:12
72:19

**defense**
128:20

**definitely**
37:2,5

**delete**
46:8,18,22
47:8 70:11,
21 71:21
72:6 84:10
87:20 88:9
89:3 91:4
153:14
154:14,24,25

**deleted**
48:24 49:3,6
71:9,13,16,
17,19 83:5,
7,8,9,18
84:1,13,19
88:10,13
89:1 90:24
91:11,15,18
92:18 106:7,
9 110:1,3,16
111:16
134:13
154:20
155:3,4
156:2,5

**deleting**
47:19 70:12
84:14 92:14
110:5,13

**deletion**
46:23 47:11
48:21 71:22
72:8

**deliberations**
169:17

**dep**
163:5

**depart**
214:10

**departing**
214:13

**Department**
14:23

**depend**
64:1

**deported**
84:19 91:17,
25 92:11,12
152:1

**deposed**

8:7,18
214:17

**deposition**
7:11,14 9:5,
10 10:24
11:3,12,16
15:6 16:4
17:14 40:24
41:2,4,11,19
61:8 125:25
126:17
128:7,11,19
129:1 138:2
157:19,21
158:22
163:13,20
165:22 166:7
167:3 174:23
183:18
212:22
213:4,6,9,
10,12,21,22
214:1,4,6,
14,25 215:6,
20

**depositions**
81:15 164:7,
21

**describe**
13:10 26:7
201:10

**described**
142:12

**designate**
41:19

**designed**
79:22 215:8

**desktop**
101:21

**detailed**
115:23

ANTHONY EID
July 21, 2021

details
181:7

determine
152:8,11

Detroit
14:22 21:19
22:20

develop
25:21 129:6

developed
120:15 124:8

device
43:2 44:13
48:5 85:12

devices
42:9,18
43:7,21 44:6
64:8

dialogue
151:18

difference
177:19,21

differences
108:11
182:6,22
191:21,22

different
63:19 76:2
88:3 102:1
112:14
123:10,15
130:5,9,10,
17 131:5
141:12,23
191:15,20
208:5

differently
178:12

difficult
52:16

difficulties
26:15

Direct
88:8

directing
126:8 163:8
179:1

directly
78:20 87:2

dirty
152:1

disagree
36:11 37:7
140:6 166:6

disclosed
34:20,21

discourse
17:4

discover
208:3

discovery
7:11 36:9
43:15 207:20
208:9,12

discretion
53:3,5

discuss
9:7 26:15,18
142:7 144:6
145:21

discussed
26:20

discussion
162:12

discussions
31:23,25

disgusting
202:11
203:15

disk
85:12

dismiss
185:5,16
191:10

dismissal
28:17 33:11
34:12 36:2,
20 37:16
86:20 99:13
141:7 180:11
192:25
193:10
197:19,22,25
198:4,25

dismissed
27:5 28:13
34:16,22
35:5 36:23
37:12

disowned
26:3

displayed
155:15

disposal
212:12

disposition
19:5

dispute
113:22

disputing
141:2

disrupt
126:17

disruptive
58:12

distinction
100:6

distinguishing
67:7,8

distract
126:17

distractions
126:18

distributed
55:20,23

district
7:13,14
19:4,16,23
56:8 59:12
162:16
166:17,20
167:10
168:11
169:18
170:24
171:3,5,8
172:10,13,16
173:1

districts
56:10 57:10
59:14

doctor
14:18

document
61:25 62:4
63:4,13
64:15 67:25
68:4,6,8,9,
12,14,21,25
69:2,4,7,9
72:19,21,23
73:6 137:23
138:1,5
139:15,17
140:18,20,
22,24 142:18
144:8,21,22
148:11
157:16,23
167:16
173:16
177:4,10,13,

ANTHONY  EID
July 21, 2021

22 178:2,7,
9,11,13,19
179:2,10,11
180:1 182:1,
7,23 183:2,
9,11,14,19
184:2,6,7
186:16 188:5
190:19
202:15

**documentation**
31:4,5 96:3
141:22
185:17

**documents**
44:14 61:20
63:16,17,20,
23,24 64:4
66:5,6,10,
13,14,16,17,
18,19,24
67:4,6,7,11,
12,16,17,19,
20,21,23
68:5,7,10,
11,15,16,18
85:15 100:14
157:11
160:16 161:7
169:17,24
170:3 173:14
174:12
183:6,7
187:8 188:25
198:9,10,21,
23 199:9,10
210:14

**doing**
11:10,14
13:12 52:6
54:18 55:3,
13,21 64:24
101:22
103:25

125:17
126:24
157:19 167:2
214:20

**dosage**
15:5,8,9,10,
11,13,19
16:3,5,6

**double**
58:17

**double-checked**
176:17

**doubt**
12:12 209:24

**doubting**
209:20

**download**
70:25 71:2
102:25

**downloaded**
85:10 100:19
101:20 105:3

**dozens**
112:18

**draft**
148:24 184:8
198:14

**drag**
126:22

**draw**
210:18

**drawing**
53:2 59:20
100:7

**drive**
85:12
101:19,20
112:6 113:2,
5,6,8,9
165:23

**driver's**
133:8 134:1

**drop**
190:6

**Dropbox**
104:16

**drug**
14:14,15
17:19

**drugs**
37:25 38:7

**dual**
91:23

**due**
59:25 173:18
203:5

**duly**
7:6

**duplicate**
43:19

---

**E**

---

**e-mail**
40:1

**e-mailer**
69:14

**E-V-O-N**
23:7

**earlier**
11:12 28:10
105:13 164:4
165:16
183:12

**early**
115:12
124:14,23
139:7 192:22

**Eastern**
7:14

**education**
26:22 60:17

**Edward**
22:24 24:5,
11,19,21

**effort**
64:22 152:5

**efforts**
152:8

**Eid**
7:4,11,12,20
18:11 22:25
23:8,19
24:2,8,14
35:3 38:20
108:24
140:15
147:21 148:2
158:23 159:3
160:6,11,14
161:17,19
162:2,7
179:17,22
189:4,6,11
190:17,24
192:3,11
197:21
208:24
209:2,7
210:3

**eida@michigan.
gov.**
51:3

**either**
18:8 20:7
27:9 30:18
33:6 44:10
64:4 75:5
78:16 82:13
83:2 88:14
100:9 106:12
110:12
117:15,23

118:4 124:2
132:17
139:25
141:10
208:13,17

**electronic**
42:9,18
43:2,7,21
44:6,13
85:10 95:24
114:15
143:17
145:18

**electronically**
73:18

**electronically -stored**
157:10

**email**
29:4 30:9
32:6,18 48:8
50:21 51:1,2
65:6,8,10,
18,24,25
66:2 69:21,
22 70:24,25
71:13 73:17,
20 101:18
104:11,14
105:9 115:14
137:1,6,13,
18 138:6
141:14,16
143:15,23
148:2,8
150:18
156:9,11,12
157:2,4
158:18,22
159:2,6,11,
12,14,25
160:5,10,14,
18,21,23,25
161:2,3,4,

11,16,21,23
162:1,6,10,
11 166:14
167:8,13,16,
21 168:23
170:5 179:16
180:3,5
189:3,5,10,
16,24 190:1,
6,8,9,11,13
192:3,5,9,
16,17,21
193:15,17
197:18,21
198:14,17
208:24
209:6,17,20,
21

**emailed**
65:14,19,22,
23 156:7
157:3

**emails**
46:1 64:3,8,
11 66:6,8,10
67:7,11
69:10,11,13,
17 70:4,5,7,
8,12,15,16,
19 71:2,10,
16,18,21
72:7 141:17
147:21 157:5
159:22
179:21
210:9,17,18

**employee**
51:6,8 52:23

**employment**
51:10

**encourages**
168:19

**end**
126:19
189:22

**engage**
17:3

**engagement**
36:6 37:3

**ensure**
72:20

**ensuring**
102:2

**entailing**
180:14

**entered**
120:14

**entire**
19:21 41:19
180:3 211:8,
15,17

**entities**
55:25 56:2,3

**entitle**
178:19,23

**entitled**
11:20 18:11
148:14 178:8
182:2 183:19

**entitles**
54:14

**equation**
14:2

**essence**
177:17

**Esta**
189:11

**establishment**
36:7

**Estates**
20:20

**esteemed**
81:10

**estimate**
112:14

**estranged**
25:13,15
26:1

**et al**
7:12 18:12

**etcetera**
131:11 132:3

**evaluate**
130:8

**event**
93:14,17,18,
23 94:5,6
95:6 101:4,
15 102:18
111:24 112:1
113:1 205:7,
9 208:4,7

**events**
66:20 206:23

**everyone**
51:17 215:19

**evidence**
36:10 103:15
104:18 105:6
106:24
113:11 142:9
143:5 145:6
157:17
162:19 164:3
166:3
197:20,22
198:5 200:7
205:16
206:12,15,
19,21 208:14
210:21
211:20

ANTHONY EID
July 21, 2021

Evon
  23:7 24:5,
  11,19,21

exact
  82:18,19
  84:12

exactly
  54:17 79:1
  115:4 119:19
  126:11 130:3
  134:7 136:24
  146:22
  153:24 163:4
  171:25
  184:17
  209:16

exam
  7:9 99:18,
  22,25 100:2,
  9

EXAMINATION
  7:18

examined
  7:8

examples
  30:22 32:24
  52:10

exams
  100:5
  106:16,19,20
  154:9,11
  196:5,14
  206:20

exceptional
  103:12

exchange
  48:18 96:9
  113:17 180:3
  192:3

exchanged
  69:14 91:1

96:1 110:2
111:5 113:14

exchanges
  90:12,21
  114:17

exculpatory
  206:19

excused
  206:16

exhibit
  61:8,13,18,
  22 62:3
  63:11,17,19
  137:5,10
  138:11,15
  139:12
  140:9,13
  142:18
  143:14
  144:25
  145:18
  147:18,20,25
  158:22 159:1
  160:5,9
  161:12,15
  162:1,5
  166:12
  167:7,18,20
  168:19
  169:19
  171:14
  173:24
  174:3,8,10,
  16,24
  179:16,20
  181:21 182:1
  183:19,22,23
  184:1,5
  186:10,15
  187:1,2,5,
  12,15,19,20,
  25 188:15
  189:3,9
  190:2,4,17,

22 192:2,8
197:18
198:3,10
199:11
200:8,9,18,
23 202:1,19,
23 203:4,5,
13 204:6,10
206:10
207:1,2,4,
10,11,14,16,
17,18,20,24
208:6,13,14,
16,23 209:5,
12 210:8

exhibits
  207:3,6

existence
  75:12

expect
  9:5

expected
  55:11

experts
  56:5

explain
  10:6 56:19
  66:11 68:14
  72:24 92:7
  101:15 108:8
  116:11 119:8

explained
  9:4 206:16

expressed
  30:1 80:24

expressions
  59:6 128:13
  215:8

expressly
  195:6

exterior
  85:11

extra
  75:6

extracurricula
r
  154:8

extraordinary
  103:21

eye
  58:19 59:5

eyes
  101:24

_____

F

face
  164:25

face-to-face
  97:1

Facebook
  74:12,14,15
  75:15 76:3,
  25 77:7,8,
  23,25 78:2,
  3,8,12,13,15
  84:2,10
  87:18,20,22,
  23 88:13
  92:25 97:4,
  14,17 99:7,
  10 108:14,
  22,23 110:1,
  12,16 111:16
  114:3,8
  117:15,24
  118:4 120:22
  123:7 154:25

facial
  59:5 128:13
  215:7

ANTHONY  EID
July 21, 2021

fact
  26:18 34:20,
  21 42:25
  96:6 103:3
  110:9 111:17
  125:1 132:23
  146:3 152:20
  180:8
fact-finding
  144:2,6
  145:1,21
facts
  74:10 103:14
  104:18 105:5
  106:24
  113:10 142:8
  143:4 145:6
  157:12
  162:19 164:3
  166:2 211:19
factual
  7:23
failed
  27:9
failure
  168:15
fair
  12:2 16:24
  47:15 68:20
fake
  162:15
fall
  21:25 114:24
  122:3 132:9
falls
  153:22,24
familiar
  103:24
  137:23 139:8
familiarize
  76:24

family
  24:23
far
  8:17 31:3
  44:16 104:13
  188:4,6,7
fashion
  67:15 127:22
  141:5 157:9
father
  25:10
father's
  22:23
fathom
  42:19
fault
  71:5
February
  139:7,8,19
  166:15,24
  179:18
  180:14 189:4
  190:1,19
  191:6
Federal
  7:13,17
feed
  79:14,18,19,
  22 80:3
  87:1,12,15
  116:5,21
feeds
  116:12,13,24
feel
  17:10 167:4
feels
  29:19
felt
  26:18 95:18

Festifall
  93:14 101:4,
  15 112:1,3
  113:15
  114:19
fiber
  203:18
fight
  81:15 128:14
figure
  16:2 152:5,
  25
figured
  130:12
file
  53:8,10 58:9
  68:4,9,14
  69:8 105:7
  171:8 212:23
  213:14
filed
  53:11 60:4
  61:19 84:9,
  11,12 85:1,
  3,4 138:12
  140:20
  142:6,23
  143:3,18,24
  145:1,24
  146:3,7
  147:2,7,15
  168:11
files
  31:19 104:13
  105:2,11
  179:13
filing
  162:16
  171:3,5,9
  199:20 215:4
fill
  32:22 172:20

filled
  29:3 30:8
  32:8
final
  36:21 37:17
  63:4
finalized
  189:21
financial
  25:2,4
  135:10
financially
  24:23
find
  66:25 71:1
  151:8 158:1,
  17 163:23
  176:22
  197:24
fine
  41:24 43:13
  44:15 52:13
  128:16
  163:21
finish
  12:24 13:1
  43:9,10,11
  82:9 90:16
firm
  43:1 137:19
  167:14
  171:14
first
  7:6 11:1
  20:23,24,25
  21:2 36:1
  53:22 58:21
  61:10,15,20,
  24 62:3
  63:12 73:9
  75:11,19
  88:4 96:16,

ANTHONY  EID
July 21, 2021

19 100:20
113:20,23
114:2,3,5,6,
13 121:7
138:22,23
142:18 155:3
166:19
174:17 175:5
185:7 187:25
188:10,11
198:14
200:13
206:11

**five**
174:17

**five-step**
180:22
181:2,5
182:19

**fixing**
110:19
111:1,7,17

**Flagstar**
120:24
123:12,13,19
131:11 132:3
133:4

**flash**
85:12 112:6
113:2,5,6,8

**flip**
62:4

**floundering**
213:17

**fluctuates**
20:22

**focus**
99:18

**focusing**
154:11

**folder**
67:16,18,20,
21 68:18
101:19,20,21

**follow**
31:16 59:20
82:23,25
130:8

**follow-up**
32:3 84:7

**followed**
82:23 83:3

**following**
121:25
146:11
203:15

**follows**
7:8 30:6
61:1 72:5
82:1 83:17
117:20 127:6
129:13
131:23

**forensically**
42:13 43:6

**forget**
133:11

**form**
9:12,23
10:10 11:5,
21,23 12:8,
13,16 13:2
15:20 25:16,
22 29:11
33:16 36:6
49:1 52:11,
14,19 58:15
65:15 68:1,
23 71:23
72:9 76:4
91:13 92:1,6
100:12 105:4

114:9 124:17
125:23
126:14 128:1
133:19
138:17 145:6
162:18 166:1
170:7 202:14
207:5
210:20,24
212:13,25

**forthwith**
179:10

**forties**
23:25

**Forty**
51:23

**forums**
119:16

**forward**
154:11 161:7

**forwarded**
137:6

**forwarding**
197:20

**foundation**
90:4 100:13,
23 106:24
153:17 165:8
212:4

**four**
52:17 93:4
153:12

**framed**
9:2,12
13:17,19

**frames**
99:2

**free**
167:4

**freedom**
42:19

**freely**
42:24

**Friday**
162:2 167:9

**friend**
75:14 77:5,
9,25 78:1

**front**
126:19
165:18
166:12
167:17,19,23

**frustration**
213:18

**full**
84:11 90:20
156:7

**full-time**
51:21

**function**
59:11

**fundamental**
71:6

---

**G**

**gained**
134:8

**games**
165:23

**gathered**
7:21

**gave**
30:21 73:12
82:17 86:17
101:18
106:17
109:18 120:7

ANTHONY EID
July 21, 2021

122:25
123:14,25
136:21
178:19
183:22
190:9,12

**general**
56:21 57:11
110:25

**generally**
63:18 64:3
82:20 89:6
94:17 105:22

**generated**
29:5 30:10

**genuine**
149:17

**get along**
25:19

**getting**
26:10,15
32:15 44:16
57:21 59:5
77:2 126:7
130:17
206:21

**give**
33:21 40:2
42:8,11,24
43:3,17,20
56:25 69:6
75:6 80:12
82:7 103:18
109:20
112:14,23
130:7 131:10
132:1
164:14,17
165:10
172:20
213:24

**given**

8:9,19
32:14,17
33:19 35:19
42:20 114:22
150:15 170:3
181:11
182:9,10,12
184:18 187:3
188:16,17
200:20
213:10

**giving**
43:11 52:10
82:9 101:24
104:9,20
213:19

**Gmail**
40:1,12
50:23 65:11
69:23,24
70:15 71:9,
13,16 72:14
137:1

**goes**
156:14 186:2
203:17

**going**
9:2,9,22
10:8,21,23
11:2,19,20,
25 13:4,5,7,
21,24 16:17
27:13 36:4,
22,25 38:18
40:15 41:3,
14,16,18
42:7,8,11,16
43:6,20,25
44:7 49:10
53:18 56:15
57:12,17
58:4,12
59:21 61:8
62:23 66:23,

24 71:1
81:15 91:25
92:7 98:19,
20 107:19
116:12
117:25 119:5
126:3,7,15
127:1 128:3,
6,21 129:2
144:2,5
145:5,21
155:24
157:22
164:17,19
168:14 171:8
172:3 173:23
176:13
181:25
183:18
185:20
204:23
207:18
208:23 211:5
212:3,23
213:11
214:20

**good**
7:20 165:9,
15,24

**Google**
112:6 119:17
120:20
122:24
123:22

**Gotcha**
78:21

**government**
93:25

**Governor**
195:23

**grades**
196:5,14

**graduated**
22:3

**Grand**
58:2,7 126:1
164:20
213:15 214:2
215:5

**greatly**
213:17

**gross**
202:11
203:16

**ground**
8:16 9:10
11:3,9 58:13
64:25 164:20

**grounds**
165:15

**groups**
93:21

**guess**
64:1 124:8
173:17
206:23

**guessing**
130:16

**guidance**
58:13

**guide**
55:13

**guys**
138:2

---

**H**

**hack**
133:17

**hacked**
117:12,13
118:15

ANTHONY EID
July 21, 2021

132:11
134:14

**hacker**
168:25

**hacking**
112:7 113:1
123:21,25
124:13,24
130:24
132:20

**Half**
158:16

**handful**
112:18

**handing**
159:8 189:13
191:1 192:13

**handle**
107:16

**handwritten**
95:24 114:15

**happen**
79:12
142:15,16
204:1

**happened**
110:7 142:17
165:8

**happening**
110:19 111:7

**happy**
58:6 158:1

**harass**
157:16 164:1
215:8

**harassing**
13:3 166:3

**hard**
164:11
195:19

**hard-copy**
157:10

**HARDY**
7:10,19 9:9,
16,24,25
10:4,13,21
11:1,6,19
12:3,4,9,14,
18 13:9,20
15:22 16:1
17:17 25:17,
23 27:20
29:14,21,25
30:20 31:1,
24 35:12
36:11,18
37:7,9 38:9,
17 39:20
40:7,18,22
41:1,5,9,16,
24,25 42:21
43:8,13,22
44:19 47:7
49:5,17,22
50:12 52:10,
13,20 55:8,
10 56:13,17
57:2,5,21
58:2,6,10,22
59:9 60:23
61:7,18
62:2,15,19,
24 65:17
68:3 69:1
71:8,14
72:1,11
74:25 75:8
76:6,10,15
78:7,22
80:16,19,24
81:7,16,22
82:8 83:14,
22 90:2,7,18
91:7,20
92:3,9,10

97:25 98:6,
9,15,18,22
99:4 100:16,
25 103:7,16
104:5,19,24
105:10
106:21
107:4,7,10,
15,22,23
108:10,13,
18,21 109:9,
16,22,25
112:22
113:13
114:7,11
117:17,25
118:2,18,23
121:19
124:19
125:9,15,22
126:13
127:3,10,19,
21 128:1,6,
23 129:2,6,
10,20
130:15,20
131:17,20
132:8 133:23
134:22
136:13
137:2,9,17
138:8,19
140:4,8,17
142:3,10
143:7
144:10,14,24
145:7,15
147:12,25
148:5 152:24
153:18
154:21 156:1
158:2,5,9,
13,16,21
159:5 160:3,
13,22 161:1,

10,22,25
162:9,21,25
163:4,10,12
164:8,10,17
165:25
166:6,11
167:25 168:1
172:12
173:23 174:7
176:13,17,23
177:2,9,12,
16 179:1,6,
9,15,25
181:25 182:4
183:18 184:4
185:23 186:5
188:24
189:13,15
190:16
191:1,3
192:2,13,15
195:1,6,9
197:17 198:7
200:20
201:1,5
202:18
204:5,13
207:8,16
208:2,19,23
209:10
210:2,11,13,
22 211:1,21
212:8,11,16,
22 213:5,14
214:1,12,19,
24

**hazy**
17:9,10

**he'll**
9:7 10:19
62:13 169:9

**head**
14:5 15:12
16:9 108:2

ANTHONY EID
July 21, 2021

139:2 160:2

**header**
166:17,21
167:10
169:18
170:5,11,13,
18,23,24
172:17
173:1,16,20

**Health**
14:23

**hear**
13:21 126:1
165:3 172:8
187:11

**heard**
13:9,11
42:18 142:19

**hearing**
18:5 59:16
95:1 139:3,
4,5,6 168:14
176:9 184:16
186:23
187:4,9
188:21

**held**
145:2

**Hello**
137:15 211:4

**help**
25:5 94:21,
22 102:13
119:5 140:3
148:24

**helpful**
101:13

**hereto**
215:22

**hesitate**
16:21

**HIPAA**
14:24

**hired**
52:25

**historical**
26:15
116:12,24

**history**
26:22 203:19

**hoc**
25:8

**hold**
108:7 157:13
194:24
201:22

**holding**
27:12,23

**home**
20:4

**honest**
74:22

**hospital**
22:18

**hour**
107:8 158:16

**hours**
51:23,24
54:13,15
213:10,23

**House**
56:9 57:9

**housing**
20:16

**humor**
129:7

**hundreds**
94:9,10
112:18

**hung**
152:2

**hypothetical**
34:24,25
131:14

**hypothetically**
89:2 131:8,
24

---

**I**

---

**icloud**
100:15,17,
19,22 101:5,
11,16,19,20,
23 102:3,5,
7,22 103:9,
18 104:9,11,
20 105:16,
17,19,24,25
106:6,8,9
109:17
117:4,7
118:14,25
120:20
121:4,5,7,15
122:12,15,
20,25
123:13,22
124:1 125:2,
3,10 127:8,
12 131:3,4
132:7,10,14,
18,22,24
133:2,16
134:11,12

**icloud.com.**
101:17

**ID**
39:21,22,23,
24 40:1,10
42:2,4 44:12
124:25

131:6,9,12,
25 132:4
133:6,7
136:21,23
151:9,12
153:9 207:25

**idea**
15:18 28:1
76:19
112:17,23
115:19 157:6
172:19 173:3
202:2,23

**ideas**
157:1

**identical**
124:2 181:13

**IDENTIFICATION**
61:12,21
137:4 138:14
140:12
147:19
158:25 160:8
161:14 162:4
174:2 179:19
181:20
183:25 189:8
190:21 192:7
198:2 200:22
204:9 207:23
209:4 210:7

**identified**
151:12
160:23

**identifies**
38:12

**identify**
35:14 38:23
41:12 47:25
50:20 155:10
159:6 198:9

**identifying**

175:18

**illegal**
37:24

**imaged**
40:23

**immediately**
20:14

**impartial**
202:15

**impeach**
11:11

**important**
8:20 12:23
197:5

**importantly**
183:4

**impressed**
49:15

**impression**
82:17

**improper**
19:8 131:14
133:19
162:25
163:3,7,18
165:6 215:9

**improperly**
99:1

**improvement**
180:22

**in-depth**
126:12

**inaccurate**
153:21

**inappropriate**
128:2,5
140:4,7
164:24
212:18 213:2

**Incident**
147:23
148:14

**include**
50:16 92:25
93:3 200:15
208:8

**included**
68:19 147:8
176:20
191:19
207:11,14
208:13

**including**
170:18

**incoming**
101:4

**incorrect**
176:1 203:9

**incorrectly**
166:23

**indeed**
36:22

**independent**
24:23 51:13
52:2,4
141:22 142:1
183:1 208:16

**indicate**
10:7,19 40:6
41:22 150:16
179:14
180:21

**indicated**
28:7 31:11
32:25 91:8
157:20 164:5
188:5

**indicates**
168:10,14
190:9

**indicating**
115:10
142:22
143:1,18
189:6

**individuals**
20:24

**inform**
187:4

**information**
17:7 27:9,17
33:21 41:12,
17 42:15,16
43:2,4,17
44:5 49:17
54:12,20
55:3,20,23
56:1 59:17
60:11 63:1,8
69:6 75:7
77:3,6 86:18
102:25
103:20
104:11,21
113:7,17
116:14
118:20
123:14 131:3
132:12,17,25
133:3,5,9,10
134:8,9
135:8,11
150:10,14,15
157:10
171:10
172:21,24
196:2

**informational**
34:8

**informs**
191:9

**initial**
173:18

**initiate**
106:12
114:13

**initiated**
106:14

**initiator**
114:8

**input**
148:19 149:2

**inspected**
42:13

**Instagram**
75:17 76:3,
17,25 77:7,
8,10,21
78:23 83:3
88:18,21,23,
24 89:4,13,
15 90:9
92:25 109:11
120:21 123:5
131:10 132:2

**instance**
32:7,19 53:6
102:4

**institutions**
28:25

**instruct**
27:13 36:5

**instructed**
157:14
163:18

**instructing**
10:9

**instruction**
36:15 101:25
163:1 212:25
214:2

**instructions**
10:11 13:13

ANTHONY EID
July 21, 2021

157:16
163:13,19,
21,23

**Integrated**
14:22

**intended**
163:25

**intentionally**
164:22

**interaction**
96:2,16,19
114:22

**interactions**
96:12 168:22

**interest**
28:25 32:6,
15 33:7
47:21 59:11
102:2

**interested**
26:24 35:15

**interface**
102:20

**interfere**
16:17 17:2
126:13

**interference**
57:22 58:11,
18 126:16
164:11
165:12
212:18

**interfering**
28:2 44:3
128:8
164:22,23
165:1,3,22

**interjection**
140:5,7

**intermediate**
102:16

**internal**
185:24

**internet**
116:12,25

**Interrogatories**
48:1 49:18
61:10,16
62:21

**interrogatory**
38:23 40:20
44:23 49:23
50:6,17 63:2

**interrupt**
41:20

**interrupted**
163:10 187:8

**interrupting**
98:12

**interruptions**
98:14

**intimidate**
215:9

**intro**
102:15

**introduce**
93:20 95:10

**introduced**
94:19

**intrusions**
213:2

**investigation**
96:18 141:7
177:7

**inviting**
160:14

**invokes**
212:10

**involved**
154:7 210:23
211:3,5
212:2

**ipad**
150:24

**iphone**
38:24 39:2,
25 40:8,10
42:1 44:20
45:4,17
46:12,15
106:18 131:5
150:23,25
151:1

**Irrespective**
104:8

**issue**
81:12 201:6,
10,14,16,21
202:5 203:12

**issued**
41:11

**issues**
36:2 37:16
41:15 126:2

**iterated**
169:2

———————

**J**

———————

**Ja**
189:11

**Jackson**
64:16,17
138:23
139:18,22,23
158:23 159:3
160:6,11

161:3,5,17,
19 162:1,7,
13 166:15
167:8 169:14
170:6,14,21
172:17
173:15
174:19
179:17,23
180:18

**Jackson's**
160:15

**January**
139:12,16,20
160:6,15
161:2,23
162:2 166:24
167:9 172:17

**job**
51:21 52:7
56:6,8,19
57:6 59:10
101:8

**Jonathan**
24:8,9

**Jones**
189:4,5,11,
17

**JPEG**
166:20

**JPEGS**
166:16

**judge**
19:10,12
57:18 125:25
126:4,15,20
128:7,16
164:20
165:18 214:2
215:5,10

**judge's**
19:13

ANTHONY  EID
July 21, 2021

**judgment**
19:8 44:17
168:16

**July**
7:2

**jump**
29:20

**jumped**
97:25

**jumping**
98:4,7

**jury**
19:9,10

_____

**K**

**keep**
46:8 70:11
76:13 125:13
126:4 127:2
141:4,8

**kept**
105:24

**key**
73:3,5,8

**kind**
8:11,19 18:4
28:24 71:20
90:17 97:2
107:10
108:11
114:15
150:13
164:18

**kinds**
125:16
159:21

**knew**
21:3 65:10,
11,13,24,25
84:13 85:4

104:8 114:19
115:19
131:8,25
146:18
200:11

**know**
9:13 14:2,20
15:11,16
16:4,22 17:8
21:9,16,17
25:15 26:10
27:17,25
28:4 31:9,
18,20 32:13,
17 35:2,8,16
39:14 40:6,9
43:5 46:18
49:14 50:9
53:19 54:17,
22 55:2,11
59:10 63:21
64:25 65:13,
25 67:3
69:2,7 70:2
73:19 75:4,
5,6,7,13,16,
24 76:2,23
78:16,17,18,
24 79:17
81:16 85:3
88:25 92:7
94:20 99:19
105:8 106:9
108:1,3
110:25
112:16,20,21
114:1,4,13
115:1,3,4,8
119:16
120:21,22
125:15,19,22
126:8,10,23
127:12,18,20
129:25
130:16 131:6

133:1,2,15
137:21
138:6,7
139:25
140:1,2
146:14,16
151:6
155:20,25
163:14
164:11
165:23
175:13
184:18
188:2,7,17
190:15
192:20 195:6
203:24
204:23
205:9,11,13
209:15
212:15
214:12,19

**knowledge**
53:13 65:23

**known**
39:21 199:25

_____

**L**

**lacking**
90:4

**lacks**
153:17 165:7
212:4

**Lake**
23:3,10

**land**
8:19

**landlord**
20:19

**laptop**
64:9 101:17

**large**
104:13
206:22 207:7

**largely**
197:15

**late**
48:2,20

**laughing**
129:5,8

**law**
13:16 36:12,
13 43:1
137:7,19
167:14,21
168:16
171:14

**lawsuit**
7:24 19:17
63:21 66:20

**lawyer**
81:10 98:11,
24 165:22
169:3 172:9

**lawyers**
59:18

**lay**
8:19

**layers**
76:13

**lead**
36:9 132:19

**leads**
152:21

**learn**
115:5,22
146:24
147:3,6
196:4,7

**learned**
147:1,7,10,

ANTHONY EID
July 21, 2021

13 150:10

**leave**
52:7 127:24
153:9,10,19
214:25
215:3,10

**leaving**
26:25 214:18

**lecture**
212:11

**led**
36:2 37:16
82:14,21
99:13 124:13
131:4 132:18
141:7 199:20

**left**
115:3,5,11,
14,20 151:11

**legal**
10:18 11:17
19:22 36:1,
6,19 37:1,
12,15 64:18
73:8 163:25
185:21

**legally-based**
163:22

**letter**
29:3 30:7
32:7,20
140:9,14
148:4
149:20,25
150:6 161:18
162:16 168:2
174:4 179:21
180:4,5,13,
17 181:7,8,
11,14,22
182:8 187:24
189:22,25

190:17,23
191:4,5,9,
14,15
197:13,14,
20,22,25
198:5,8
199:6,20,22
200:15,17,24
209:1,6,15

**letters**
191:12

**letting**
163:14 165:8

**level**
57:22 76:3
102:16

**Lezlie**
127:3

**liability**
43:1

**license**
133:8 134:1

**life**
19:21 23:14
83:8

**light**
62:21

**likewise**
12:25

**limit**
57:13 212:25

**limited**
60:2 165:25

**line**
38:10 197:24
203:19

**lines**
32:23 59:12
151:25

**link**
112:6

**linked**
119:2

**list**
30:21 153:11
173:17 193:8

**listed**
29:8 30:13
35:2 136:4,8

**listen**
8:20 9:18
78:19

**listening**
9:6 80:22

**lists**
66:23

**literally**
42:10 202:12
203:16

**litigation**
18:7,13
64:19 157:12

**little**
17:9 32:11
36:25 44:15
59:7 165:23

**live**
20:9,14
21:12,14
24:21

**lived**
20:6,7,11,15

**living**
21:18

**Liz**
38:16

**local**
41:6

**locally**
69:11 70:1,
2,5

**locate**
66:5

**located**
66:6,10
70:18,20
86:4

**locating**
68:5 74:5

**location**
152:18

**log**
42:17 54:15
153:25
154:22

**log-in**
124:10,11

**logged**
40:17 100:19
119:2,10,11
120:1,3
124:16

**logs**
31:5,9,11,18
124:9

**long**
10:21 14:14
19:1 20:6
70:10 73:11
74:16 95:8
107:6,11
112:12
158:15 165:4
193:5 196:11

**long-term**
39:10

**longer**
29:19 125:3,
10 127:7

ANTHONY EID
July 21, 2021

153:12 155:5

**look**
47:3 62:3,6
68:8,11 69:3
74:9,22
78:2,9,12,
13,23 85:20
110:8 114:16
141:23 158:7
159:18
164:25
178:18
180:3,21
183:5 190:15
192:16
199:13 205:2
210:14

**looked**
66:8 67:4
68:7 74:7
76:11,16,18
78:10 81:17
116:11

**looking**
78:3,4 86:25
137:21 161:7
173:1 211:6

**looks**
59:22

**Loretta**
197:18

**lot**
9:4 40:5
41:16 59:20
66:18 80:6
120:20
132:24
133:12 135:4
146:21
156:4,21
203:25
206:20 207:3

**lucky**
130:17

**lunch**
107:8,10
158:1,13

———————————

**M**

**made**
7:24 27:7
29:23 34:9,
10 37:18
38:13 43:20
58:21 60:19
61:2 63:20
75:10 76:24
79:19 85:5
87:17,20
117:14,22
118:3 124:21
146:13,15,
17,25 149:18
151:3,6
154:2 155:9
156:13 164:5
172:5 205:17

**Magistrate**
57:22 58:2,
7,13 126:1
212:24,25
213:15
214:15

**mail**
190:6

**main**
195:14

**make**
8:21 11:17
12:24,25
13:18 17:9
19:10 29:18
36:24 41:1
50:10 52:14,

15,19 56:24
57:19 58:2,
5,7 60:5,8,9
68:9,11,18
77:1 81:3,13
98:9,19,21
101:9 102:17
109:10
125:23
126:14
128:14
132:12 136:7
151:1 152:5,
8 157:8
158:6 167:6
182:5 183:5
187:7 202:10

**makes**
52:15 125:7
202:12
203:16

**making**
8:4 29:18
52:11 58:1
64:22 81:9
203:14,21

**male**
24:4

**malicious**
168:24

**manager**
192:4

**manages**
157:17

**manner**
57:24 81:21

**manually**
46:22 47:8,
19

**map**
124:10
132:21

**maps**
56:8 57:8
59:20

**Marcella**
24:14,15,22

**March**
192:22
197:23

**Margit**
192:6 197:18

**mark**
61:8 147:17
173:23
183:18
197:17
207:18
208:23

**marked**
61:12,21
137:4 138:14
140:12
147:19
158:25 160:8
161:11,14
162:4 174:2
179:19
181:20
183:25 189:8
190:21 192:7
198:2
200:18,22
204:9 207:23
209:4,12
210:7

**marking**
61:18 138:10
140:8 158:22
161:25
179:16
190:17 192:2

**marriage**
23:22

married
  23:12,14

Master's
  22:4,5,7

material
  99:21 101:14
  102:13
  106:7,9
  187:10

materials
  101:12
  111:20,23
  112:5,9,15,
  25 114:22
  169:15

Matt
  161:19 162:7
  179:23

matter
  37:1 38:9
  168:20
  169:19
  171:16

Max
  40:10 42:1
  44:20 45:21

MD
  28:21 209:2

mean
  9:3 22:16
  26:10 29:2
  32:17 33:25
  39:7 43:3
  46:7 49:3
  53:5 54:5
  56:2,3 66:17
  67:24 74:13
  76:1 80:1,6
  81:10 86:15
  94:25 99:24
  106:19 109:7
  114:5 116:23

120:20
  129:18 143:9
  144:22
  146:21
  153:5,6
  165:8 171:18
  175:1 186:22
  201:14

means
  25:15 66:12
  101:13
  132:24

meant
  30:22 150:4,
  5

mechanisms
  104:15 113:3

media
  48:16,18
  83:5,7,8,9,
  19 85:11
  92:23 93:5
  106:13
  115:13 117:3
  155:4

medical
  26:23,25
  27:1,4,5,10
  28:12,16,21
  29:1,7 30:13
  33:7,11
  34:7,13,16
  35:6 36:20
  37:17 41:14
  52:7 60:6,
  12,13 154:7
  206:20

medication
  15:8 16:3,7,
  11,13 17:8

medications
  14:8 17:12

Medicine
  25:25 28:14
  60:21 61:5
  64:5 66:15
  85:16,19
  86:18 96:4
  99:12,16
  185:24
  191:11
  195:13
  204:17
  206:13
  208:10

medium
  79:4 118:12

meet
  94:17 95:4,
  13 102:19,20
  142:19,22
  143:2 196:1

meeting
  60:3 96:7,
  20,25 99:6
  106:11
  113:15
  138:24
  139:14,15,
  18,21,23
  140:3 143:9,
  11,14 145:11
  146:4,11,19
  147:1,10,14
  149:4 169:14
  170:16
  172:17
  173:15
  174:19
  175:6,7,19
  176:5 192:18
  193:2,5,6,7,
  24 194:1,2,
  7,9,12,22
  195:16,17
  196:17

197:3,6
  199:23 200:5

meetings
  141:11
  192:24
  200:10,11

members
  177:15,23
  178:8,17,20,
  24 179:3
  181:14,22
  182:2 187:4
  188:22
  192:24

memorialize
  95:25 96:8,
  16 194:1

memorialized
  96:11

memory
  49:9,21 84:8
  96:10,23
  114:17
  139:21
  210:15

mentioned
  165:16
  172:13
  203:13

merits
  13:14

message
  73:24 79:17
  82:14 84:2
  87:23 88:16
  97:4 114:3
  115:10
  118:13
  124:10,25
  137:6 151:14
  164:18
  171:20

ANTHONY EID
July 21, 2021

212:17

messages
45:24 46:4,
5,8,10,18
47:8,19
48:18 72:25
73:25 74:1
78:8 79:25
80:12 82:6,
10,16 84:1,
10,14,19
87:1,2,3,5
88:1,7,8,9,
10,19,22
89:5,11
90:8,25
91:12,15,19
92:14,18,22
97:3,14,17
99:7,11
110:1,2,12,
16,18,25
111:3,5,6,9,
12,16,17
118:4 147:8,
9 151:11
153:3,5
154:12,14,
15,25 155:4
175:16
199:14,16,18

met
93:9 96:13
100:18,20
101:3 102:17
121:12 146:8

Metropolitan
21:19 22:20

Michigan
7:1,14 23:3,
10 28:20,22
33:25 51:4,
13 54:6
55:12,14

56:4 60:20
61:3 168:16

Michigan's
56:8,9,10
57:9

michigan.gov
70:16

Microsoft
48:1

midst
178:3

milligrams
15:8,9

mind
82:22 92:16

mine
21:3 119:11

minute
187:20

minutes
95:9 97:12
100:20 101:3
102:21
107:7,12
193:6

mischaracterizes
210:21

mislead
212:14

misleading
165:7

mismarked
183:23

missing
198:22

misstate
118:19 167:3

misstates
65:15 92:1,6
100:13,24
106:23
118:16
124:18
130:13
145:12
153:16
154:17
162:19 166:3
211:19

misstating
70:23

misunderstanding
71:7

misusing
38:7

mitigating
157:18

modified
69:9

moment
21:10 26:22
27:21 47:24
62:4,6 107:5
147:17
159:10 174:8
176:14 180:1
181:10 199:9
205:20
208:20

Monday
179:18

money
136:1,2,3,5,
6

month
205:11,13

months

14:16 15:3
16:24 17:2
26:6 46:19
70:10 73:14,
15 121:11

morning
7:20 15:11,
14 17:18

mother
23:4 25:10,
13,18 26:1,
16 199:19

mother's
23:21

motion
41:23 58:9
212:23
213:14 215:4

motive
213:20

mountain
195:21

move
11:25 13:13
14:2,3,4
36:15 37:7
38:10 41:3
43:11 58:1
81:14 108:12
136:20 137:3
154:11

moved
20:8,23,24,
25 21:2,22
22:8 115:24

moving
18:18 90:17
128:10

muddied
81:4

ANTHONY EID
July 21, 2021

Muhammad
    192:4,11
    208:24

multiple
    120:17
    169:22

—————————

N

name
    14:20 18:24
    19:13 21:6,9
    22:23,25
    23:6,19
    35:4,15,19
    39:6,7,12,
    16,18,21
    45:7 50:14,
    25 64:14,18,
    20,23,25
    65:5 67:18,
    20 69:4,8
    73:6,8,9,16,
    23 102:23
    108:15,20,
    22,23,24,25
    109:1,2,11,
    17,21 117:2,
    8 118:6,14,
    24 119:4,18,
    25 120:6,9,
    13 121:6,15
    122:22,24
    123:10,12,
    15,17,19
    124:1,2
    131:9,25
    132:14
    135:19
    136:11,14,
    18,20,25
    137:15
    167:21

named

21:5

names
    21:4 23:18
    44:12 108:23
    122:23 124:4

naming
    69:5

nature
    26:8,9 85:13

necessity
    163:14

need
    9:18 11:6
    14:5 20:2
    25:5 26:24
    28:7 29:23
    32:13 40:22
    42:4,14
    43:24 44:4,9
    47:9,20
    57:15 58:12
    62:5,6,9,25
    80:14 83:23
    102:11
    108:14
    109:10
    118:14 127:3
    128:7 142:7
    156:19
    164:14
    187:10 188:5
    189:6 204:23
    208:19
    212:6,11,13

needed
    25:8 94:21

needing
    52:7

nervous
    95:17

never
    8:11,14,17

11:3 13:9,11
    17:23 18:4
    42:18 65:14,
    22,23,24
    89:23 90:11
    97:8,12
    104:1 137:25
    165:17
    170:17
    172:2,4,9,13
    186:7
    202:10,17,20
    203:9,13
    212:4

nice
    215:19

Nikolina
    96:20
    140:11,15
    142:5,21
    143:1,17
    147:22 148:2
    174:5

nod
    14:5

normal
    164:6

note
    38:11

notes
    80:22 95:24
    96:6 114:15,
    21 131:5
    133:9,11
    134:5,6,7,
    10,11,16,18,
    23,25 135:3,
    4 141:4,9
    149:9 159:21
    193:25
    194:3,12

notice

7:15 157:8

noticed
    17:1

notification
    124:15 131:1
    184:25

notified
    143:13 180:7

notifying
    142:5

noting
    195:2

November
    38:24,25
    40:18 44:21,
    24 45:16
    46:13 140:9,
    14,25 142:5,
    13,21 143:1,
    10,14,16,19
    145:19 146:9
    147:13
    150:11
    151:4,5
    175:7

November/
december
    116:14

number
    20:22 44:17
    45:10,13
    49:12,20
    50:5,6,16,17
    61:9,19
    63:11 84:16
    133:24
    136:15,17
    137:10
    138:11
    139:12 140:9
    143:25
    144:1,5

145:18,20
147:18,25
151:15
152:6,9,12,
15,25 153:9
158:22 160:5
161:12 162:1
167:7,18,20,
24 169:12,13
171:14
173:24 174:8
177:10
179:16 182:1
183:19 184:5
186:15
187:12,15
189:3 190:17
192:3 200:18
202:1,19,23
203:4 204:3,
6 207:18
208:24
209:13

**numbers**
113:14
140:19 169:4
182:18

---

**O**

**Oakland**
28:21 33:23

**oath**
7:24 8:5
17:23 18:5
62:10 174:18

**object**
9:2,22 12:8,
13,16 13:2
15:20 25:16,
22 29:11
36:4 40:15
42:7 43:16
49:1 55:9

56:15,24
65:15 68:1,
23 71:23
72:9 76:4
81:12 92:1,6
98:24
100:12,23
105:4 107:19
114:9 124:17
126:6 128:1
141:25 145:5
162:18
185:20
202:14 207:5
210:20,24
212:3 213:11
214:6

**objected**
30:17 109:22

**objecting**
59:2 136:19
137:2 165:6

**objection**
9:11 10:17
11:21,23
29:23 30:24
36:24 50:10
52:9,12,15,
19 56:12,22
76:12 89:25
91:13 92:4
97:23 98:4
103:5,14
104:3,17,22
106:23
108:16
109:8,15
113:10
118:16,21
121:18
128:15
130:13,18
131:13
133:19

134:20
136:12 142:8
143:4 144:8
145:12
153:16
154:17 163:6
164:5 172:7
186:4 194:25
195:2 211:19
212:12 213:9

**objections**
9:7 29:18
58:1,16 59:2
81:13 98:13,
21 125:24
126:14
165:11,21,25
213:1

**obligation**
10:14 12:7,
19 13:6,15,
16

**obligations**
157:24

**observe**
101:22,24

**obtain**
119:13 202:9

**obtained**
100:14

**obviously**
11:20 45:24
93:8

**occurred**
95:25 101:16
124:14
141:13,24

**occurring**
96:18

**October**
84:4,6,9

88:11 90:24
91:4 110:2
121:12 132:9
137:13
155:12
171:13

**offer**
62:21 150:6
158:7

**offered**
149:25
180:21

**offering**
148:3

**office**
32:20,21
53:12 59:24
143:12,20
160:15 161:6
196:13 210:4
214:12

**officials**
141:6,18
195:13

**okay**
8:25 9:24
12:3,12
13:21 14:7
16:10,24
17:6,20
18:1,15
22:10 23:22
24:1 25:2
26:13 27:14,
15,19 31:2
33:2,18,21
34:19 35:23
46:3 47:5,15
48:24 49:9
50:5 53:10,
17 55:18
59:1,8,14
63:7,15

ANTHONY  EID
July 21, 2021

67:14 68:20
69:25 70:6
73:23 74:5,
16 79:2,17
80:5 83:3
86:8 87:4
88:4,9 91:21
92:9 94:11,
14 95:4,10
96:5,22 97:6
98:18 99:3
109:4 115:22
120:6 122:7
127:2 135:21
136:6,16,19
138:8 139:8
144:2 147:3,
12 148:8,11
149:20 150:4
151:1 156:19
158:15 161:2
162:12,15
165:5,9
166:14,25
167:13
168:5,10
169:2,14
176:4 179:1,
14 180:7
181:2,18
184:12
187:12
188:1,12,24
189:25
190:3,13
191:6,20
192:2,20
193:19 199:9
200:2 203:6
207:16 215:2

**on-site**
59:23

**once**
8:22 9:19

18:14 97:11
210:14

**one**
12:6 18:10
21:5 24:14
26:11 27:3
28:3,5,9
29:15 35:1
37:8 46:11,
12 52:4,18
55:7,22
56:22,24,25
57:2 59:6
82:25 86:16
93:2,7,9
96:12,25
99:5 101:2
103:12
106:21
120:23 121:3
123:9,10,17
125:2 130:22
131:11 132:3
133:4 138:9
143:8 149:23
157:5,6
169:17,24
179:5 181:9
184:10
186:16
191:12,13
193:23
196:12 199:6
200:10 201:1
205:17,19,20
206:5 207:19
211:7 212:1

**ones**
32:3 34:6
93:7 130:3,
4,5,6 135:16
136:4 159:22
175:9,10,14,
18

**ongoing**
168:8

**online**
32:8,21
119:14,15

**open**
68:24 69:3

**opened**
68:21 75:9
209:23

**opening**
187:24

**operating**
96:22 194:6

**opinion**
108:12

**opportunity**
41:11 165:2
184:18
187:3,18
188:16,17,18

**opposed**
46:20,22
68:16 101:12
103:19

**option**
47:14,16

**options**
47:12 76:11,
17,18,19,25

**Orchard**
23:3,10

**order**
42:12 43:15

**orders**
43:17 44:10

**organizations**
93:21

**organized**

67:14

**orientation**
93:18

**origin**
163:23

**original**
21:14
122:12,15
132:6 155:17
197:13

**outcome**
214:21

**outside**
18:8 56:2,3
97:2,4

**outsiders**
77:2

**oversee**
52:3

**oversees**
52:5,24

**oversight**
52:21 62:12

**owe**
27:22

---

**P**

**p.m.**
107:14
117:19 127:5
129:12
131:22 137:8
138:18
140:16
143:20
147:24
158:19,20
159:4 160:12
161:20
162:2,8

ANTHONY   EID
July 21, 2021

174:6
176:15,16,25
177:1 179:24
181:24 184:3
189:12
190:25
192:12 198:6
200:25
204:12
208:1,21,22
209:9 210:10
215:20

packet
199:2 200:7

page
62:12,16,20
63:10 137:12
150:9,19
155:14
180:21
182:15,18,21
192:5
198:13,14
207:14
209:18

pages
147:16
174:17,19,24
175:5,16
198:17
199:4,13
204:7

paid
51:15

pale
57:23

pandemic
59:25 60:1

paperwork
28:24 29:2
30:22 31:3,
14,17,21

32:8

paragraph
38:11,15
176:24
182:15
188:11

parameters
43:19 44:8

parents
22:21 94:23
95:1,4,10,13

part
36:7 109:10
144:13
153:20
164:19
174:16 175:3
197:12
198:10
207:10,12,
16,20 208:6

particular
14:24 16:11
22:1 36:14
45:1 48:22
64:2 71:21
72:7 201:13
204:21

parties
7:16 215:22

party
18:7,18
19:22 43:19

passing
78:4 80:22

password
39:12,25
40:4,8,14,
16,21 41:14
42:1,2,3,4,
5,8,15
101:18

102:23
107:18,20,24
108:1,15,17,
19 109:6,14,
22,23 117:2,
8 118:6,14,
24 119:5,18
120:1,6,10,
13 121:5,6,
7,15,17,25
122:5,11,12,
14,15,20,25
123:11,13,15
124:1 125:5
127:15
129:15,18
131:4,9,12
132:1,4,7,
10,14
136:11,12,
19,23 137:3

passwords
40:5 43:21
44:15 108:3,
6 124:2
129:24,25
130:1,2,7,
12,17 132:6,
10 133:10
134:9

past
17:2 73:14,
15 135:20

patronize
13:8

patronizing
13:4,10
128:12

pause
98:23

pauses
56:23

pay
27:23 28:7
54:6 135:23
136:6,9,20,
21

paying
56:7

Paypal
135:24
136:9,25

PC
48:2 64:9
66:5,17,18,
19 69:10,12,
15,17,18
70:1,3,5,7,
8,12,17,21,
22 71:1,3
87:6 183:12,
15,16 184:8

PDFS
67:12

pending
7:13 19:3
80:21 118:22

people
17:4 51:19
59:15 64:5
76:7 94:4,8
102:1 141:10
165:19
173:17

people's
41:7

Perfect
62:15

perform
56:19,20
59:10

performed
101:9

ANTHONY EID
July 21, 2021

**period**
17:16 66:24
67:5 74:7,9,
10 79:6
153:22
200:10

**person**
35:16 60:3
64:14,19
73:6 93:10
97:11 103:3,
13 114:6
130:24
132:20
141:10
151:16
194:11

**person's**
43:2

**personal**
31:19 47:24
48:6,7,8
49:7

**personality**
203:19

**personally**
136:5

**perspective**
205:15

**persuaded**
103:11

**pertain**
66:20 68:22
157:11

**pertained**
68:22

**pertaining**
63:17 66:14
110:23

**pertains**
72:14

**phase**
11:2

**phone**
38:22 39:4,6
40:8,19,23
42:2,13
45:2,10,13,
16,18,23
46:14,21,23
47:10,20,22
72:17,18,21,
22 73:3 74:3
84:16,21,23
88:12 91:2,8
92:23 93:8
97:8,13 99:7
113:14 116:7
124:10
136:15,17
142:20
143:10
151:15,21,22
152:2,8,12,
15,25 153:3,
5,6,7,9
155:3,16,18,
19,20,21
156:3,7,13,
20 169:4,12,
13 170:10
194:17,19,21
199:17
204:24,25
205:1

**phones**
45:10

**photo**
156:14,16

**photos**
73:2 74:5,6,
7 131:6
134:4 201:7,
8,15,22,24
202:1,3,5,7,

9,21,24
203:7,9,13,
23,24

**phrase**
100:10

**physician**
14:25 21:17

**pick**
113:8

**pictures**
133:8

**pieces**
205:17

**place**
22:15,16
74:11 111:24
124:11 150:1

**plaintiff**
18:8,11,13,
18 19:15
38:14 61:19
183:20

**plaintiff's**
38:11 61:9,
14,23 63:12

**plan**
180:22
181:2,6,7
182:19

**plans**
59:14

**Playstation**
120:21 123:3
131:10 132:2

**please**
11:5 21:6
23:18 30:3
40:2 50:20
58:21 62:3
72:1 80:13

81:2 82:7
83:14 97:19
98:23 125:7,
21 126:24
127:11
129:10
131:18
145:16,17
155:23
160:17
162:22
164:13
165:24
180:1,3
184:6 210:14
214:25

**point**
43:24 46:16
49:24 76:18
77:9 82:25
83:1,8 84:1,
19 86:21
91:17 92:20,
24 96:22
117:7 122:5
126:7 152:11
156:10
170:1,4
172:15
181:10
188:25
196:18
200:13
201:17,20
206:14,18
212:6

**pointing**
212:9

**points**
197:5

**police**
154:5

**policy**

ANTHONY  EID
July 21, 2021

185:25

**pool**
53:14,18

**portion**
30:4 41:2
60:24 72:3
81:24 83:15
117:18 127:4
129:11
131:21

**portions**
41:12,21

**pose**
36:14

**posing**
35:1

**position**
51:6,12,15,
25 60:5

**possession**
190:14

**possibilities**
130:23
133:13,14

**possibility**
86:17 130:22
133:12

**possible**
183:8 204:2

**post**
83:7,8 87:23
89:3,9,19,23

**posted**
78:5,12,13,
23 80:12
82:6,10
115:8

**posting**
78:9

**postings**
78:9

**posts**
83:5,9,19
87:17,19,20
88:1,4,5,24,
25 89:1,5,8,
15

**potential**
36:19 86:19
104:8 145:3

**practice**
14:21 41:23
46:3,7,9,11,
15 48:20,22
70:6,9 99:20
100:3,9
105:12,18
106:19
185:25

**practices**
14:22 71:25

**precautions**
112:4

**precipitated**
81:21 84:14

**precise**
32:2

**predate**
71:18

**prefer**
100:10

**premises**
215:1,3

**prepare**
62:20 100:4
116:15
183:10,13
213:21

**prepared**

95:19
146:12,14
147:15
148:11

**preparing**
96:17 116:10

**prescribed**
14:17 15:13,
19 16:5,6

**prescription**
37:25 38:7

**present**
55:25 95:1
193:2 212:24

**presented**
167:10
169:25
206:11 214:7

**preservation**
157:17,24

**preserve**
86:1 87:17
88:14,16
108:12
110:11

**preserving**
154:22

**President**
93:24 101:8
210:4,19
211:5,9,11,
17,23

**presumed**
8:23 9:20
11:15 84:17

**prevented**
186:25

**previously**
116:17 136:8
175:22

179:12
184:10
197:10
205:19

**primary**
14:18

**printed**
88:15

**prior**
17:20 20:14,
15 74:18,19
75:22,23
77:16 84:11
89:16,17
91:1 92:14
95:20 102:12
110:5 112:7
113:1 116:13
139:3,4,18
162:20
202:22
204:24

**privacy**
74:21 75:24
76:1,3

**private**
150:17

**privilege**
36:12 37:6

**probably**
151:5,6
178:24

**problem**
38:3 90:3
118:15
119:6,12,16
120:4,15
125:24
126:15
163:24
177:17

problems
120:17,25
122:7,9

proceed
9:8 11:24
27:8 57:20
58:11,15,24
98:24 128:8
158:10
165:24
166:10
188:25 213:2

proceeding
8:12,14 11:8
212:1

proceedings
37:10 86:19
99:13 192:25

process
53:14 57:8
72:24 161:7
178:4 180:15
184:16
185:19 188:4
193:10
195:24
196:3,6
201:17
206:14,18
211:6,8,13,
15

produce
157:25 158:7
179:10
208:9,12

produced
72:20 140:19
179:12
183:20
207:19

production
61:20,25

176:18

professes
168:22

professional
126:18

professionalis
m
138:24
160:17
167:11
169:16,25
170:4
175:21,24
176:10,19
177:5,18,25
178:3,10,13,
16,20,25
179:4 180:8
181:3,8,11
182:11,13,
16,23 183:2,
10 184:21,25
185:6 186:2,
8,12 197:1
205:25

program
22:2,4,5,8
27:2 28:12
29:10 30:16

programmed
46:21

programs
28:16,21

prohibit
77:2

prohibits
64:23

projects
54:21

promotions
177:15,19,23

178:2,8,12,
17,21 180:10
181:9,14,23
182:2,9,10,
24 183:13
184:12,22,23
185:1,3,4,5,
7,11,15
186:2,8,11,
17 190:10,
12,18 191:10
195:25
196:3,11,19,
21,24 197:8,
11 198:12,24
204:17
206:3,7,10
207:21
208:15
209:1,3
210:5

prompt
163:16

prompting
80:16 81:1

proper
53:25 59:3
99:3

properly
13:17,18

proposed
59:14,15

proposition
9:17

propriety
212:5

prospect
29:8 30:14

prospects
31:7

protect

92:15

protected
37:2

prove
59:6

provide
8:23 25:2,4,
24 27:9
42:15 54:20,
24 60:11
61:10 62:22
101:11
106:16
111:23 117:2
118:6,11
135:7,10
163:12 169:4
170:20
172:24
204:16
205:21,24
206:3,7,15,
19 207:2,4,
7,9 208:10

provided
7:16 14:24
18:1 27:9
29:25 49:18
50:6,14,17
63:1 99:11,
15,16,25
100:8,21
101:5 111:20
112:5,8,15
120:11,13
121:5,14
133:3 150:16
160:16
169:15
170:6,9
172:22 173:5
176:6 182:23
206:9 207:2,
21

ANTHONY EID
July 21, 2021

providing
   86:17 150:13
   171:10 184:5
   204:6 206:25
   210:11

provost
   36:21 196:12

pseudonym
   38:12

public
   52:5 59:15,
   16

pull
   73:17 155:23

pulled
   73:24 194:17

purchased
   45:16 48:2

purported
   162:16

purportedly
   137:18

purports
   168:2,5

purpose
   7:22 44:12
   119:4 145:11

purposes
   7:16 45:23
   135:11

pursuant
   7:15

push
   107:9

put
   32:4,14,24
   33:6,18 41:3
   42:16 44:7
   53:14 54:13
   64:14,18,20,

22 65:5
67:16 71:17
73:23 79:21
80:9 82:3
87:3 92:4
101:18 150:8
167:17
193:12
194:18,21

putting
   9:4

_____

Q

qualifications
   33:7 60:15

qualified
   53:14

qualify
   135:1

qualifying
   106:21

question
   8:21 9:2,8,
   13,14,17,23
   10:3,11,15,
   18 11:5
   12:24 13:1,
   12 15:7,21,
   25 16:12
   17:20,22
   18:10 19:6
   25:14 27:14
   28:10 29:12,
   17 30:2,7,
   17,18 31:14
   32:2,3,10
   33:12 35:1,
   4,7 37:8
   46:25 47:4
   49:2 50:11
   52:17,18
   55:16 56:16,

23,25 57:3,4
58:20,24
60:22 61:2
64:2,21
69:16 70:2
71:2,12,24
72:1,6,10
76:16 78:20
80:14,21,23
81:1,2,23
82:2,5
83:13,18
84:7 86:7
88:18 89:16
91:14 94:15
98:2 99:3
104:13,23
105:5 107:1
108:14 111:3
112:16
117:21
125:7,20
126:5,10,22,
24 127:7,17
128:9,23,24
129:2,3,4,9,
14 130:21
131:14,16,24
145:16 152:7
158:12
160:19
162:19,24
163:7,9,15,
16,18 164:2,
6 165:14
172:1 177:17
179:2 184:20
185:21 186:6
194:25
195:1,3
200:14
202:15
206:17
210:21
212:4,10

questioning
   10:24 38:10
   57:24 81:21
   210:16
   213:18 215:6

questionnaires
   32:22

questions
   7:22 8:20
   10:25 11:19
   12:6,20
   13:17,22,24
   16:18 29:20
   33:20 34:11
   35:16 36:15
   49:24 55:7
   57:14,19,25
   58:17,23
   59:4 60:14,
   16 62:7
   63:2,11
   76:14 81:5
   90:4 99:18,
   22,25 100:2,
   3,9 102:20
   105:12,18
   118:22
   125:14,23,25
   126:14
   127:23
   128:12
   157:22
   159:13
   163:19
   164:13,15,23
   165:3,10,13,
   24 166:9
   173:7 188:22
   193:8,9,11,
   12,20 196:8
   212:21

quick
   90:17 208:19

ANTHONY EID
July 21, 2021

quite
  142:15 165:9
  182:22

quote
  150:1 166:19
  203:15

quoted
  44:2

—————————
         R
—————————

racial
  84:18 88:12
  91:9,16
  116:7 150:18
  151:19 154:2

raised
  164:3

random
  53:2,4,15,18

randomly
  46:20

range
  67:19

re-draw
  56:8 59:12

reach
  94:22

read
  30:2,5
  58:20,23
  60:23,25
  72:2,4 80:14
  81:2,23,25
  83:14,16
  110:3,5,6
  117:17,19
  127:5
  129:10,12
  131:20,22
  144:22,23,25

145:18
166:22,23
169:7 181:17
184:16,18
187:1,3,5,
12,15,17,24,
25 188:5,14,
16 209:21

reading
186:23,25
187:8,19
188:4 202:15

ready
128:21
214:7,17
215:12

real
106:20

reason
42:9,13
43:3,23
93:22 118:19
123:24
152:14 156:2
193:7 196:1
203:21
209:24

reasons
48:10 134:14
156:4

recall
21:21 49:6,8
70:12 73:16,
23 74:1,23
78:3 80:7,8
82:2 85:17
87:8,14,16,
19 88:5,22
90:13 93:5,
7,8 95:22,23
108:6
110:15,18,
21,24 111:4,

11,13
112:11,12
116:4 120:6
134:8,19,23,
24 135:2,5
139:1,5,6,
12,15 140:3
141:12
142:4,11,20,
25 143:13
145:13
147:11
151:20
159:16 160:1
161:3,4,5
162:12
171:24
175:14
191:21,23
192:1 194:6
195:17,18
197:3 205:2

recalling
134:15

receive
66:2 88:7
90:8 143:10
189:16
209:15

received
36:21 84:16
87:1 88:11,
18 89:3
91:16
119:18,25
124:25 138:1
140:24
141:17,19
143:16
145:19 155:2
159:7,11,12
160:18,21,
23,25
162:10,11

180:4,5,18
184:24 191:6
209:11,13,
16,25 210:17

receiving
142:4,11,20,
25

recent
153:13
154:22

recently
51:2 59:15
60:1

recents
153:7,11
154:16,20

recess
62:17 107:13
158:19
176:15
208:21

recipient
168:19,23

recite
187:11

recognize
62:4 140:22
151:23,24
191:4,5
204:14

recollection
20:1 78:4,25
79:2 111:15
143:8

recommendation
180:10
182:17
186:12

reconstruct
141:23

ANTHONY  EID
July 21, 2021

reconstructing
  141:11

record
  7:10 9:3
  30:4 38:10
  42:16 44:4,8
  50:20 57:14
  60:24 61:7
  62:10,11,18,
  19,25 64:23
  72:3 81:4,
  11,17,24
  83:15 84:23,
  24 92:5
  97:16 98:17,
  25 99:10
  107:14
  109:10
  117:18 120:9
  125:13 126:9
  127:4,22
  128:19
  129:9,11
  131:21
  137:9,12
  138:10 140:8
  141:9 144:23
  147:25
  153:20
  158:10,20,21
  159:6,16,18
  160:3,5,24
  161:12
  163:21
  166:10,14
  167:6 170:8
  176:16,25
  177:1,3
  179:15 180:2
  181:25 189:2
  190:16
  194:16,22
  195:3,5,12
  204:5 208:22
  209:11 210:2

213:7,17
214:5,9,11,
16 215:2,11,
14,16,17

recorded
  195:7 196:5

recording
  152:3 194:4,
  14

recordings
  85:5,7
  194:18,23

recordkeeping
  156:8,9

records
  41:15 159:21

redacted
  137:14,16,22
  167:22

redistricting
  51:14 67:24

redrawing
  57:8

redundant
  208:8

refer
  67:6 180:9

reference
  172:5 201:4

referenced
  85:22 169:19
  181:12

referred
  174:13
  177:22 178:5
  184:10

referring
  38:18,19
  64:19 73:7
  80:8 82:12

85:15 86:11
99:20 112:1
122:17
141:16
161:11
167:14
169:18
176:24 179:6
182:19
189:25
191:17 200:8

reflect
  7:10 8:22
  20:2 61:8
  128:19 137:9
  138:10
  158:21 160:4
  179:16 189:2
  190:16 204:5
  210:2 213:7
  214:5,16
  215:2,11

reflected
  153:4 189:16

reformat
  166:20

reformatting
  166:16

refrain
  98:11

refresh
  84:7 111:14
  114:17
  210:15

refreshes
  139:21

refuse
  11:23

refuses
  11:22

regard

71:25

regarding
  46:3,9
  147:23
  148:14
  150:18
  157:16

relate
  63:20 83:10,
  19

related
  72:23 83:10,
  20 86:19
  106:1 173:4
  201:6 202:4

relates
  71:4

relating
  64:16 103:9

relation
  172:10

relationship
  25:18 26:8,
  12 36:8

relayed
  194:8

release
  14:24 28:2

released
  28:8 44:22

relevant
  44:9 74:8

relied
  69:5

relying
  96:9

remainder
  131:15

remains

ANTHONY EID
July 21, 2021

153:20

**remember**
14:20 18:16,
17,25 19:14
21:9 52:16
60:18 65:7
82:10,18,19,
20 142:17
146:22 149:8
156:12
159:15
175:10,20
176:8 178:24
184:17
186:19
188:13
196:16
197:13 200:6
204:21

**remotely**
59:23,25

**rental**
20:17

**repeat**
15:25 16:12
18:10 25:14
31:10 54:19
60:22 83:13
94:15 98:10
101:2 117:16
122:13
131:19
142:24

**repeatedly**
165:7

**rephrase**
30:19 118:1
125:8

**rephrased**
47:3

**replied**
145:25

**report**
51:25 52:8
120:12
154:3,4,5,6
173:19,21,24
174:13
175:2,3

**reported**
144:6 147:23
148:14

**reporter**
30:5 60:25
72:4 81:25
83:16 117:19
127:5 129:12
131:22
215:15

**represent**
7:20

**representation**
60:5

**representations**
60:19 61:3
149:18

**represented**
11:14 25:25
157:15

**represents**
168:6

**request**
43:15 58:23
68:6,10,12,
19 72:19,21,
23 73:7,12
140:20 187:7
188:18

**requested**
30:4 60:24
72:3 81:24
83:15 117:18
127:4 129:11

**requesting**
171:10

**requests**
61:25 63:13,
22 117:15,23
118:4

**require**
88:3

**required**
62:7,9
185:22

**requires**
13:16

**reside**
22:11 23:2,
10

**resident**
21:17

**resides**
23:3

**resolve**
43:25

**resolved**
19:7

**respect**
52:21 57:18
59:7 63:1
64:24 108:14
111:3 120:15

**respective**
215:22

**respond**
16:18 17:6
72:1 162:22

**responded**
161:2 189:21

**responding**
146:12
150:10 161:4

**response**
50:6,17
63:12 66:9
140:20
147:12
159:24
173:12 196:7

**responses**
38:23 50:13
61:9,14,19,
23 62:10
98:20

**responsibilities**
52:22 154:8
206:21

**responsible**
130:24
132:20
170:21

**responsive**
63:16,22
66:5 68:6,
10,15,17
69:2,7
72:18,21
74:6

**rest**
181:19

**restate**
27:3 145:17

**restated**
10:20

**restrictions**
60:2

**resubmitted**
197:12

ANTHONY   EID
July 21, 2021

result
  16:14 168:15

resulted
  168:24

retain
  70:7,8 183:6

retained
  183:8

retention
  46:4,5 70:9

retention/
deletion
  46:10

revamped
  197:11,13

revealed
  34:15

review
  49:23 53:13
  58:7 59:14,
  17 79:24
  80:1 87:5
  116:24
  159:10
  160:16,17
  161:6
  169:15,24
  170:3 174:8,
  9 179:13
  180:1 182:5
  184:6 185:8,
  10 200:19

reviewed
  63:4,13

reviewing
  63:22

Richard
  179:17
  190:18,24
  192:4 197:21
  209:2,8

rid
  49:10

right
  17:10 42:5
  43:5 44:7,11
  45:21 47:13,
  22 81:11
  85:2 97:25
  127:22
  128:20 130:3
  143:15 150:4
  155:21
  170:25
  171:24
  176:23

Rights
  59:18

road
  8:17

Robichaud
  193:9,13,19
  194:8,10,17
  197:18
  199:4,7,23
  200:5 201:4,
  19 203:1

Roe
  38:12,18
  64:20 65:18,
  19,23 66:2
  73:9 75:14
  77:9,18,21,
  23 79:8,24
  80:9 82:3,23
  83:3,10,11,
  19,21 84:2,
  9,17 85:1,3,
  5,8,11
  87:17,20
  88:19 89:4,
  7,8,10,12,
  14,15,17,20,
  23,24 90:9,

12,22,25
  91:18 93:9
  94:12,13
  95:15,17
  96:7 97:1
  99:5,11,22
  100:8,14
  101:17 102:6
  104:2 106:11
  110:2,16,17
  111:5 112:8
  113:5 114:18
  115:3 117:2
  122:10,15
  123:1,14,22
  124:7,24
  132:13 135:7
  137:19
  138:12
  147:1,15
  149:21
  152:21
  154:1,10,24
  155:2 162:17
  170:9,18,22
  171:2
  172:14,22
  173:5 201:7,
  15,22 202:4,
  10,24 203:7,
  23 205:16,18

Roe's
  65:10 73:16,
  17,19 77:25
  117:7 152:14
  201:12

rolling
  59:5

room
  127:24
  214:9,10,11,
  13

roommate
  20:23 21:10,

14

roommates
  20:10,21,22,
  24 21:2

ROSSMAN
  9:1,11,22
  10:2,8,17,23
  11:4,10
  12:2,8,13,16
  13:2,11
  15:20,24
  17:15 25:16,
  22 27:13,16
  29:11,17,22
  30:2,17,24
  31:13 35:9
  36:4,17,24
  38:15 39:18
  40:6,15,21,
  24 41:3,7,
  10,18 42:7,
  23 43:9,14
  44:2 46:24
  47:2 49:1,
  15,19 50:10
  52:9,11,14
  55:5,9
  56:12,15,22
  57:4,12,24
  58:4,9,15
  59:1 62:11
  65:15 68:1,
  23 70:23
  71:11,23
  72:9 74:24
  75:2,5 76:4,
  9,12 78:6,
  16,19 80:14,
  18,20 81:3,
  9,20 89:25
  90:3,16
  91:5,13
  92:1,4 97:23
  98:2,7,13,

16,19 99:1
100:12,23
103:5,14
104:3,17,22
105:4
106:19,23
107:6,9,19
108:7,16,19
109:8,15,19,
24 112:19
113:10
114:5,9
118:16,21
121:18
124:17
125:6,12,17
126:3,21
127:16,20,24
128:4,10,25
129:4,8
130:13,18
131:13
133:19
134:20
136:12
139:25 140:6
141:25 142:8
143:4 144:8,
13,20 145:5,
12 152:22
153:16
154:17
155:24
157:13
158:4,6,11,
15,17 160:19
162:18,23
163:3,7,11,
17 164:9,13
165:5 166:2,
8 167:24
172:7 176:22
179:13
185:20 186:4
194:24

195:2,8
202:14 207:5
210:20,24
211:19
212:3,9,14,
19 213:3,7,
16 214:5,16,
22 215:2,17

**Rossman's**
58:23

**roughly**
94:4 97:12
99:6

**rule**
13:16 19:10
64:25

**ruled**
19:12

**rules**
7:17 8:16
9:5,10 10:24
11:3,9,13,15
41:6 57:15
58:14 62:7
92:5 98:17
126:19
157:15
163:24
164:16,20
166:5,7

**ruling**
19:10 185:18
213:15
214:15

**run**
126:16
195:23

---

**S**

---

**safe**
101:13

**safety**
103:24

**sake**
154:23

**sarcastic**
29:24 215:7

**save**
44:1 71:3

**saved**
67:21 73:2

**saying**
22:18 68:20
78:25 121:8
122:16
132:22 161:5
195:18

**says**
38:16 43:16
126:9 141:1
144:2,4,5,
11,12,21
150:3 155:11
166:24
168:4,9,13,
18 169:1,11
177:14 179:3
189:24
209:19

**scare**
59:1 165:6

**scared**
92:11,12
154:13

**scary**
92:13

**schedule**
46:20

**scheduled**
143:9

**school**

25:25 26:23
27:1,4,5,10
28:12,13
29:1 33:11
34:13,17
35:6 36:20
37:17 60:6,
21 61:5 64:5
66:15 85:16,
18 86:18
96:3 99:12,
15 150:7
183:3 185:24
191:11
195:13
204:16
206:13
208:10

**schools**
28:16,19
29:8 30:13
31:6 32:15,
16 33:3,5,8,
10,19,21
34:4,5,7
35:13,19

**Scott**
21:5,12,16,
17

**screen**
109:1,11

**screenshot**
150:17,22,23
151:1,3,7
153:4 154:12
155:13,16,17
156:3,13,17
170:7,10,18,
20,22,23
204:19,22,24
205:3 207:19
208:3

**screenshots**

ANTHONY  EID
July 21, 2021

88:14 199:5
204:11,14
207:9 208:6

**scroll**
64:10 86:24,
25 87:5

**scrolled**
72:25 73:1
86:22

**scrolling**
74:2

**seal**
40:25 41:2,
4,8,13,19,21

**search**
63:15,22,25
64:8,10,13,
17 65:5,6
66:4,22,23
67:2 68:15
72:18 73:3,
6,8,11,24
157:25

**searched**
63:24 64:1
66:21 67:1,2
72:22 119:14

**searching**
67:3 74:1

**season**
21:24

**second**
34:2 47:14,
16 80:13
82:7,9 108:7
170:5 182:15
191:17
213:22

**seconds**
47:4 98:3

**Secretary**
53:12

**secretly**
195:7,14

**secure**
103:20
104:20 105:1

**security**
44:16 131:7
133:5,24
134:13

**see**
25:19 32:21
42:25 44:13
68:22 72:22
73:1,2 79:7,
12 81:20
86:23,25
87:11 88:24
89:14 115:10
129:3 138:22
148:6 149:5
161:5 164:19
169:9 175:5,
15,19 180:23
207:16
213:16

**seeing**
58:19 66:25
74:2 79:3
88:5 138:5
139:12

**seek**
37:12,15
38:3

**Selden**
20:5,17
21:22

**select**
75:9

**selected**
52:25 53:2,

23,25 68:9
75:1

**selection**
53:4,15,19

**selections**
77:1

**selectively**
71:21 72:6

**senate**
56:10 57:10
94:20

**send**
31:16 32:18,
19,20,23
70:24 88:21
92:22 104:13
113:7 114:3
136:1,2
156:11 171:2
191:14
193:15

**sending**
88:22 101:12
103:19
170:22
192:21

**sense**
125:7 129:7

**sentence**
166:19 169:5
188:10

**separate**
207:13

**September**
121:12

**serial**
49:12,20
50:5,16

**seriously**
125:19 126:7

**served**
49:25 50:7

**server**
69:19 70:24

**servers**
70:18 71:2

**session**
213:22

**set**
46:23 47:10
61:10,15,20,
24 63:12
71:20 77:4
93:19,25
135:13

**setting**
71:17,20
76:11,16,25

**settings**
47:10 74:20,
23 75:9,24
76:1,2 77:1

**settle**
168:19
169:3,7
171:15

**seven**
193:9

**several**
159:20
213:10

**shares**
55:3,6

**she'd**
87:22
115:14,17

**she'll**
27:18

**shortly**
44:22 73:12

ANTHONY EID
July 21, 2021

96:21 176:9

**shout**
165:19

**show**
49:19 57:17
59:7 147:17
161:10 175:9
182:1

**showed**
138:23
143:11
173:20
175:6,10,11,
17

**showing**
52:6 137:10
160:4 166:20
189:2 210:3

**shown**
44:8 174:13,
15,17,19,21,
22

**shows**
39:18 166:16

**shut**
188:19,20

**siblings**
23:16 24:1,
7,21

**sick**
202:12
203:16

**side**
128:13 179:3

**side-effects**
16:10,14
17:1

**sign**
62:8,13
207:25

**signature**
62:12,16,22
215:21

**signed**
62:8 140:10

**significance**
8:2 173:8
191:23

**significant**
191:24

**Simone**
24:2

**simply**
47:2 58:25

**single**
56:25 57:3
68:24 193:23

**Sir**
11:11

**sit**
11:25 13:7
126:16
149:24 150:1
214:8

**sitting**
43:25 76:19
191:25
214:17,20

**situation**
37:4,5
210:19

**situations**
42:25

**size**
105:2

**sizes**
105:8

**slide**
195:3

**slightly**
123:10,15
130:10

**slur**
84:18 88:12
91:9,16
116:7 150:18
151:19 154:2

**small**
18:14 140:19
168:8,10

**smart**
38:22 45:13

**smug**
98:19

**Snapchat**
77:12,19
79:2,3,6
90:11,12,13,
21 92:25
109:1 120:22
131:10 132:2
136:2 199:25
200:3,12
201:10,12,
17,23,25
202:2,7,21,
25 203:8,11,
14,23,25
204:1

**social**
44:16 48:10,
16,18 83:5,
7,8,9,19
85:11 92:23
93:5 106:13
115:13 117:3
131:6 133:5,
24 155:4

**soft**
58:1

**solve**

**118:15**
119:5,12

**solved**
120:4

**somebody's**
44:16

**son**
24:11

**sound**
139:8

**sounds**
139:9 161:9

**speak**
13:25 80:25
143:19
151:15
188:19,20

**speaking**
64:3,14
151:22,25
159:24

**speaks**
144:9

**specific**
14:15 34:11
39:15 75:4
89:8,12,17
110:21,24
111:11,13
133:15
135:2,19
146:22
172:10
195:19
202:16
211:25

**specifically**
34:22 49:11
78:3,10 80:8
89:6,9 93:4
95:18 102:11

ANTHONY EID
July 21, 2021

103:9 106:2
134:24 135:1
145:20 172:2
202:8

**specifics**
133:22 146:4

**speculating**
85:18 134:19

**speculation**
104:23
130:19
131:15

**Speculative**
15:24

**speech**
150:18

**speeches**
164:15
165:4,10

**Spell**
21:6

**spend**
62:22 95:8

**spent**
95:16

**spoke**
105:13
183:12

**spoken**
164:4

**spring**
53:22

**Springs**
151:14
152:20

**stage**
206:3,24

**Stamped**
137:11

138:12
140:18 148:1
158:24 160:7
161:13 162:3
167:8 173:25
179:3 180:2,
17 182:3
183:20 189:5
190:20
197:25 204:7
210:5

**stand**
44:11 81:5

**standard**
16:3

**standpoint**
129:21

**stands**
191:25

**start**
11:7 22:5
46:13 51:10
80:15 126:8
163:22
187:19 188:9
198:13

**started**
22:4,7
106:15 112:3
131:14
186:23
187:12,15,23
188:10
197:14

**starting**
22:1 95:17,
20 114:19,24

**starts**
187:20
197:23

**state**
7:12 10:11,

12 18:12
20:15 22:2,
19 26:23,25
27:5,11,22
28:2,13,17,
20 33:23,25
34:1,16,22
36:3,20
37:10,16
51:1,4 54:6
56:4,9,10
57:9 59:17
60:6,19,20
61:3,4 67:23
69:21 70:16
72:14 82:22
93:14 99:11
111:21
114:23
115:3,5,11
116:11
138:16
141:6,17
154:5 163:20
195:13
208:10
211:10,12

**State's**
53:12 69:22

**state-wide**
59:16 60:1

**stated**
88:20 132:5,
21 202:17,20
203:9

**statement**
9:3,15 57:11
60:8,9 96:17
97:21 98:10
99:2,8,17
116:15
146:12,14
147:15,22
148:3,9,14,

17,20,24
149:3,4,6,
12,17,18
150:9 155:11
175:21,24
176:2,3,6,7,
11,18 177:4,
6 186:23,24
189:6 197:10
199:7 202:12
203:15,16,21

**statements**
18:1 29:24
57:13,19
58:5 98:20
116:10
125:16 215:8

**states**
34:12 166:19

**stating**
171:19,21

**stationing**
94:13

**status**
60:6,20 61:4

**stay**
214:9 215:17

**step**
103:19,22
185:7 196:12

**stepbrother**
23:19

**steps**
185:18

**stipulating**
214:10

**stomach**
202:13
203:17

**stop**

ANTHONY  EID
July 21, 2021

43:9 117:12
125:20
126:10 127:1
128:14
187:13,16
188:12

**stopped**
125:20
126:11
186:21
187:18

**storage**
156:7

**stored**
67:18,25
69:11 70:1,
3,5 101:14
105:24,25
106:6 131:5
133:2,9,10
134:9,11
202:21

**story**
206:23

**straightforwar
d**
32:13

**strategy**
125:18

**Street**
20:5,17

**strict**
43:18

**strictly**
53:3 152:20

**strike**
94:3 97:7
170:8 205:20
211:10

**student**
38:13 60:7,

13 93:18,19,
21,24 94:2,
20 96:12
101:8 102:4,
10 103:2
111:21
112:12 115:6
144:15
145:4,23
154:7 206:20
211:25

**students**
93:20 100:4
101:4,9
102:2,18,19
112:5,15
113:1

**study**
111:20
112:5,9,15,
25

**studying**
153:2

**stuff**
78:15 131:7

**subject**
37:1 197:19,
21 212:1

**submission**
207:13

**submissions**
25:25

**submit**
54:12 148:3
149:20,23
175:21,24
176:2 178:2
184:12,21
190:3,4
206:23
208:16

**submitted**
28:24 31:14
63:5 84:24
85:14,15,18
148:9 149:15
175:22
177:6,24
178:9,13,15
184:15,17,
23,24 185:17
186:10,17,19
193:8 197:11
198:11,21,24
199:3,10,25
200:6 208:14

**subpoena**
31:20

**subsequent**
120:15 194:9
199:23

**substance**
37:22 38:3
54:16 82:17,
18,19,20,22
111:4,6,15
147:3,13
182:7 194:2

**substantive**
50:13

**successful**
119:21

**sue**
172:3

**sufficient**
8:24 9:21
68:13 69:6
174:9

**suggest**
43:23 163:1
195:4

**suggested**
38:2,6

**suggesting**
42:21,24

**suing**
18:20,22
172:5,6

**suit**
172:10

**summary**
99:5

**summations**
125:19

**supervising**
57:18

**supervision**
128:11
157:19
165:17
213:13 215:5

**supervisor**
52:1

**support**
7:23 24:25
25:2,4,8
199:6,22

**suppose**
52:5 70:14
155:15

**supposed**
13:25 15:14
55:2,21
59:19 127:21
138:7

**sure**
8:18,21 9:14
11:7 12:24,
25 13:18
15:10 16:2,9
18:11 21:20
34:3 35:18
49:3 53:20
54:1 65:20,

ANTHONY EID
July 21, 2021

21 68:9,12,
19 69:11,18
71:16 73:10
75:20 76:18
77:8,11 78:1
81:3 83:7
84:12 87:13
93:3,7 94:8,
10 98:9
100:2 101:9
102:17
105:1,7,17,
20 107:25
108:23
109:10
112:24
113:21
132:12
133:24
134:1,3,4,5,
7 136:7
142:15,16
150:5 151:3
156:24 157:8
167:6 171:23
179:10 182:5
183:3,5
186:19
191:8,13,24
198:20
201:24 205:1

**Surface**
48:1

**surreptitiousl
y**
194:22

**suspect**
123:21,24,25
205:17

**suspecting**
124:24
130:11

**suspicions**

124:22

**sweeping**
57:11

**switch**
26:21

**switched**
21:11

**sworn**
7:6 8:9
17:21 18:2

**synopsis**
94:15

**system**
39:8,13,14
71:22 72:8

─────────────

**T**

─────────────

**table**
42:22 93:25
128:14

**tables**
93:19

**take**
8:22 10:5
15:5,14 18:4
29:15 36:16
52:7 62:4,6
69:3 81:12
88:4 89:8,14
103:12
107:4,10
126:15
128:15
154:12
158:13
159:10 174:8
176:13 180:1
193:25
194:3,12,15
196:5,12,13
198:20

204:19
208:19
213:22

**taken**
7:15 15:18
16:24 62:17
102:12
107:13
124:11
158:19 174:9
176:15 201:7
202:7 205:3,
4 208:21

**taking**
14:8,10,11,
14,15 15:2,5
16:15 17:13
74:11 103:19
206:20

**talk**
13:4 38:22
47:24 72:17
157:22
165:19

**talked**
97:8,13
141:9 193:23
196:23

**talking**
9:6 16:14
39:14,15
41:14 42:2
63:18 70:4
80:21 81:11
89:5,6 95:8
99:19 112:17
145:13 158:6
164:9 170:6

**talks**
182:16

**tasks**
56:20 59:10

**technology**
124:8 129:21

**telephone**
40:16 45:24

**tell**
9:8,13 12:5
13:12 46:16
56:6 91:11
94:14,17
98:4 128:22
151:20
164:25
165:20 166:8
169:21
170:21
176:24 200:2

**telling**
137:20 146:1
170:17
214:13

**tells**
145:20

**template**
183:9

**ten**
47:3 107:7
175:16

**tend**
157:18

**tent**
93:25 94:13

**tents**
93:19

**term**
52:25 53:25
67:10

**terminated**
128:20,22
214:14,24

**terminating**

128:25
213:3,5,8,9
214:1

**termination**
214:6

**terms**
48:21 53:4
55:3 56:18
64:10,13
65:5,6 66:4,
22,23 67:2
70:6,9 74:20
79:24 171:7
194:6 196:24
215:6

**terrible**
81:7

**test**
99:20 100:3,
4,9

**testified**
7:8 18:4
126:11 130:2
212:5

**testify**
7:6 8:12
55:5 128:21
185:13
215:13

**testifying**
174:18

**testimony**
8:9 11:13
17:21,24
57:16 65:14,
16 85:1,24
92:2,6
100:13,24
106:24 116:9
118:17
120:11
124:18

130:14
145:13
154:18
162:20
164:24 173:3
181:13 182:6
184:15
202:22
213:11,23
214:7,23

**text**
29:5 30:9
32:7 39:19
45:24 46:4,
5,8,10,18
47:8,19
72:25 73:24
74:1 84:1,10
90:25 91:11,
15,18 92:22
97:2,4 99:7,
10 106:12
110:1 111:3,
4,9,12,16
113:20,23
115:14
118:4,13
147:8,9
154:25
175:16
199:14,16

**textbook**
117:15,23

**textbooks**
105:12,14,
15,16,21,22,
25 106:5,16

**texted**
73:21 114:1

**texting**
48:12 199:18

**texts**
97:14,16

110:12

**thank**
9:24 12:23
42:6 49:12
50:20 72:17
92:9 135:7
142:4 179:15

**theories**
130:23

**theory**
129:22

**therapy**
26:13,16,18,
20

**thing**
12:1 40:11
55:8 59:21
103:18
109:3,13
144:23
159:22

**things**
32:9 44:13
48:24 49:4
52:17 80:6
131:6 135:4
146:21
169:22
195:4,18
203:25

**think**
8:24 11:21
12:11,15
16:20,23
17:6 34:21
35:15,18
58:18 70:1,
23 71:1,4,6
78:10 80:18,
20 81:18,20
84:4,6
88:11,20

90:3 91:25
97:18 99:15,
16 103:21
109:18
113:12
115:12
121:11,16,
20,24 124:21
132:5,21
133:15,21
134:17
142:17
152:21
153:21,22,24
154:23
156:2,4,21,
23 163:25
164:2 165:15
167:15
171:17,18,
19,20 192:22
193:9 197:5
211:16

**thinking**
55:16 58:17
133:14

**thinks**
144:21
195:22

**third**
21:10 43:19
206:5

**Thirteen**
51:20

**thorough**
68:11,15

**thoroughly**
128:2,4

**thought**
43:10 101:13
119:1,22
154:9 170:14

ANTHONY   EID
July 21, 2021

195:23
196:20,22,25
200:20
202:23
206:15,19,22
208:8 209:21

**thousands**
94:9

**thread**
210:17

**threaten**
157:23

**threatened**
84:18 91:16
171:5 172:2

**threatening**
59:2

**three**
52:17 98:3
147:16
153:12

**three-and-a-half**
213:24,25

**three-page**
150:8

**tied**
136:21

**time**
8:22,24 9:21
10:5 11:1
14:20 17:15
18:10 20:2
21:24 22:11
27:3 29:15
44:1 52:14
54:18 55:14
62:23 66:8,
24 67:5
69:14 74:7,
9,10 75:9,11

77:9 81:7,
12,17 85:2
86:3,21 87:8
90:24 93:9,
24 94:23
95:2,15
96:7,12,19,
22 100:21
101:2 103:21
112:13 113:4
114:18,21
115:21,22
116:10 117:7
119:9,22
120:5 121:7
122:5,25
124:8 125:4
138:1 139:17
147:1 149:21
150:5 152:11
153:23
154:24 166:5
167:1 174:9
188:3 196:23
198:20
200:10,13
201:20 205:5
206:11,22,25
207:4,7

**timeframe**
82:12 84:22

**times**
98:3 117:11
126:21 138:3
159:20

**timing**
36:6 37:3

**title**
18:15,16,17
177:12
181:16 182:7

**titled**
178:11 184:2

188:2

**today**
7:21 14:8
15:5,19
16:4,5 21:16
76:20 87:22
134:16
191:25
213:11,23

**today's**
17:13 75:12
174:23

**told**
13:6,7 27:7
28:3,5,9
71:24 73:19
95:12 119:24
122:23 146:4
170:6,16
171:8,15
172:2,4,8,22
187:9 194:17
195:23
196:9,13
200:14 203:6

**Toledo**
28:23

**tomorrow**
189:7,23

**top**
15:12 16:9
108:2 139:2
160:2 177:14
192:5 195:20

**topic**
37:8 60:8,10
111:1,9
142:12

**topics**
59:18

**totality**
207:7

**touch**
199:8,24

**tour**
59:16

**tow**
18:23 19:8,
16,24

**transcript**
33:11 34:12
58:7 196:15
212:24

**transcripts**
27:11,23
28:3,8

**transfer**
45:17

**transferred**
46:14

**transpired**
94:14

**treatment**
37:21,24
38:4

**trial**
11:11 19:9
52:18 57:16
165:18

**trip**
126:9,23

**truck**
18:23 19:16,
24

**true**
8:13 73:22
206:4,6

**truth**
7:6,7

**truthful**
149:17

ANTHONY  EID
July 21, 2021

truthfully
8:5

try
29:18 31:17
58:24 59:1
94:22 126:17
152:25
186:20
187:17

trying
16:2 43:23
44:1 64:24
102:13 126:9
129:6 130:16
201:22
203:7,10,22
210:23 211:2
212:14

Tuesday
160:6

tweet
79:19 86:14

tweeted
86:16

tweets
79:20 85:14,
23 86:2,4,
11,21 87:11
115:24 116:1

twenty-two
24:18

twice
146:1 191:14

Twitter
79:8,14,15,
16,17,21,24
80:2,6,9
82:3,24
86:6,8,11,
13,23,24
87:1,2,3,4,
12,14 93:1,7

107:16,18,
20,24 108:1,
3,6 115:7,8,
10 116:4,5,
6,12,13,14,
21,24

Twitter.com
87:11

twitter.com.
87:10

two
14:16 15:2
16:24 17:2
19:22 21:2
38:23 47:12
55:7 92:17
95:25 106:5
118:21
121:11
185:18
191:12,13,15
199:4,5
204:7,14
206:7 208:5

two-and-a-half
150:9 213:23

type
25:4 34:8
60:15 69:8
166:8 206:12

───────────

U

───────────

Uh-huh
23:9 39:5
65:2 91:10
116:18
144:17 153:8
156:15
161:24 167:5

unable
27:6

unauthorized
110:19
111:7,18
205:18

unclear
9:21 10:1
12:20 80:20
81:6

undergraduate
22:3

underlying
157:11

understand
7:25 8:2,21
9:19 10:2,5,
6,7,14,15
11:15 12:5,
6,19,23
13:23,24
14:6 16:18
17:4 26:22
29:13 30:18,
21 31:13
35:10,11
38:21 39:8
46:24 47:4
56:11 57:2
66:9 102:17
107:2 122:16
125:18
137:18
144:25
145:8,23,25
146:1,6
162:23
163:2,15,16
177:19,21
187:22
196:17,18,19
214:19

understanding
11:8 32:10
119:9,13

146:2 166:7
186:1

understands
11:7,18
13:5,6
163:9,22
164:5

understood
8:25 9:20
11:13 13:22
17:22 38:19
43:22

undertake
180:22

unfair
195:4

United
34:12

universities
31:8,15,17,
21 32:5
33:14 34:19
35:2

university
7:12 18:12
20:15 27:5,
11,12 28:13,
20,22,23
34:22 36:3,
20,22 37:11,
17,18 60:20
61:5 93:15
96:3 99:12
115:3,6,11
116:11
138:16
141:6,17
195:13
196:10
211:10,12,
17,23

University's

ANTHONY EID
July 21, 2021

34:16

**unknown**
35:4

**unlink**
119:7,11

**unredacted**
138:5

**unusual**
103:17

**Update**
192:10

**user**
39:6,7,10,
12,16,21
44:12 45:7
74:14 76:17
79:15,16
102:22
108:15,20,
22,23,25
109:1,11,17,
21 117:2,7
118:6,14,24
119:4,18,25
120:6,9,13
121:6,15
122:22,23,24
123:10,12,
15,17,19
124:1,2,3
131:9,25
132:14
136:11,14,
18,20,25

**utilize**
47:15

**uttered**
154:2

---

**V**

**vague**

13:3 25:22
106:25
124:18 142:1
186:4

**variety**
114:16

**various**
29:7 30:13
33:24 34:7,
19 45:23
48:15 55:25
94:2 114:22
117:11
119:16 133:9
192:24

**vary**
51:24

**vehicle**
87:4

**Venmo**
135:21,23
136:9,16,17

**verbal**
35:23 57:13

**verbalize**
144:18

**verbally**
14:5 101:25
141:10
186:18,20
194:10

**verdict**
19:9

**verification**
62:16,20
63:10

**verify**
54:13 62:9,
25 63:7
156:19,21,
22,23,24

160:18,20,22
162:10

**Verizon**
45:1,4

**version**
191:17

**versions**
191:15

**versus**
7:12 18:12
81:18 182:24

**Vickie**
192:3,11
208:24

**video**
85:5

**videos**
202:3 203:24

**view**
202:9

**VINCENT**
176:20
177:11,14
179:5,8

**violation**
144:15
145:3,4,22

**virtual**
33:15,17

**voice**
151:23,24

**Voting**
59:18

---

**W**

**W-2**
51:8

**wait**

99:2 152:1
187:20
206:14,18
213:15

**waited**
206:2

**walk**
214:8,11
215:18

**walked**
94:13,17,19
95:13

**want**
9:12 10:11
11:16 29:15,
22 31:18
38:11,18
40:21 43:1,
5,12 44:2
49:19 52:18
55:5,16
57:17 59:10
63:21 76:23
90:2 92:19
94:15 98:9
107:21
108:8,20
125:19
128:15
146:22
157:24
160:20,22
165:5 167:6
169:2 182:5
195:6 211:4
213:24
214:22

**wanted**
91:17 95:12
98:3 104:12
142:22
143:2,19
149:23 155:5

ANTHONY EID
July 21, 2021

163:20
170:11,13
187:5 196:1,
4 202:10

**wanting**
142:19

**warning**
212:20

**warranted**
53:18

**warrants**
56:7

**way**
16:17 29:16
44:11 47:10
52:19 59:6
103:20
106:21
111:14
126:20
134:15
141:11 143:8
156:19
157:11
164:24
175:18
182:25

**Wayne**
7:12 18:12
20:15 22:2
26:23,25
27:5,11,22
28:2,13,17
33:23,25
34:1,16,22
36:2,20
37:10,16
51:1 60:5,20
61:4 67:23
69:21 70:16
72:14 93:14
99:11 111:21
114:23

115:3,5,11
116:11
138:16
141:6,17
154:5 195:13
208:10
211:9,11

**ways**
156:21,22,
23,25

**wear**
125:17
126:23

**webinar**
33:15 34:1

**webinars**
33:4,14
35:14

**website**
87:9

**wedge**
165:23

**Wednesday**
7:2

**week**
51:23 192:21

**went**
59:16 66:7
68:7,18,21
74:7 81:16
87:14 97:18
101:17,19
116:8,9
183:2 185:6
186:8 197:7

**whichever**
52:25

**whoa**
98:13

**Wilson**

210:19 211:5

**Wilson's**
210:4

**winning**
81:18

**winter**
115:2

**withdraw**
196:10

**witness**
7:5 8:13 9:5
10:10 13:8,
13 15:25
18:1 27:15,
19 29:19
30:25 31:22
35:11 36:5
47:1,6 49:3
52:16 58:17
59:3,7 61:6,
11 68:2,24
71:5,12 75:3
78:18,21
80:17 81:1
90:6 91:15
100:14 105:7
107:3 112:21
113:12
114:10
125:18
128:13
129:17 132:5
133:21
137:10 140:2
142:2 143:6
152:23
154:19
157:13 159:8
160:4,25
161:21
163:1,8
164:1,11,14
165:21 172:8

182:1 184:6
189:3,14
191:2 192:14
201:1,3
202:16 204:6
207:6 210:3,
12,25 212:15
213:10,19
214:7 215:7,
9,21

**witness'**
164:24

**witness's**
57:16

**witnesses**
165:19

**Wolff**
137:7,19
167:21

**Wolff-smith**
167:14
168:3,5
171:14

**Wolff-smith's**
168:24

**wolffsmithlawf
irm@gmail.com**
137:14

**woman**
101:3 102:18
151:22,24

**Woodbridge**
20:20

**word**
25:15 30:22
36:21 67:12
73:3,8
141:25 166:1
186:7

**words**
73:5 96:1

ANTHONY EID
July 21, 2021

195:3,19

**work**
48:10 51:2,4
52:3,5,6,22
55:3 56:18
59:21,23
95:18

**workday**
189:23

**worked**
54:21 119:8

**working**
26:12 59:25
94:1,2

**works**
70:24 71:7

**world**
87:4

**write**
32:18,20
149:4,25
150:6 161:9
200:15

**writing**
29:6 30:11
32:4,14,24
33:6,18,20
150:5 184:15
186:17,20
190:3,4,9
193:12
202:22

**writings**
29:7 30:12

**written**
29:3 30:7
31:4,5,11,
22,25 33:21
35:20 55:12
64:4 96:2
141:22

146:12
147:15
176:19 203:5

**wrong**
14:1 84:5
116:9 153:17
163:17
165:21
171:22 172:1

**wrote**
96:5,21
114:21
149:12 176:8
184:7 203:4

**WSU**
38:13

---

**X**

---

**XS**
40:10 42:1
44:20 45:21

---

**Y**

---

**Yahoo**
50:24 70:15
72:14

**yards**
95:14

**Yeah**
24:16 155:22
156:4 186:7
191:12

**year**
21:24 22:5
54:9,14 56:7
57:7 84:11
205:11

**years**
13:12 17:16
40:5 70:10

74:17 75:20
77:15 86:4,
14,16 96:5,
23 102:12
153:12

---

**Z**

---

**zero**
97:5

**Zoom**
128:17