# EXHIBIT 4

## Loretta Robichaud

**From:** Loretta Robichaud
**Sent:** Friday, November 02, 2018 9:55 AM
**To:** Loretta Robichaud
**Subject:** FW: Student Issue
**Attachments:** WSU Submitted Complaint.pdf

**From:** Margit Chadwell
**Sent:** Thursday, November 01, 2018 1:32 PM
**To:** Loretta Robichaud <lrobicha@med.wayne.edu>
**Subject:** FW: Student Issue

FYI

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

**From:** Margit Chadwell
**Sent:** Thursday, November 1, 2018 1:32 PM
**To:** Richard Baker <rbaker@med.wayne.edu>
**Subject:** Student Issue

Dear Dr. Baker,

I realize you are traveling but want to alert you as to an emerging student issue regarding M2 Class President Anthony Eid. A complaint was filed by a former WSU undergrad student outlining serious concerns about him (attached) and a police report is in process. The only reason I knew about it is because the student's mother is a long-time nurse at Children's Hospital and, on the advice of Dr. Friday, called me to share her daughter's ordeal. She forwarded me the complaint along with other supporting documentation ( i.e. texts from Anthony to her daughter, etc. ).

I consulted with Dean Strauss this morning as I noticed he was copied on the complaint along with the Code of Conduct Officer. At this time we agree that it is a police matter and that has to take its course. There is much more to the story, and I would like your input/perspective. I plan to attend the Behavioral Intervention Team meeting this coming Monday on main campus where this issue will be brought forth with Linda Galante, Lieutenant Scott, Dean Strauss, and others at the table. My concern is that this be handled correctly as this is our student and we have our own professionalism

1

WSU / Eid 000205

standards to uphold as you often remind us. Also, we have to look at the development of this in the context of the academic integrity concerns that have emerged about Anthony. Of note, Dean Strauss mentioned in passing that Anthony had a Code of Conduct investigation this Summer for Computer Fraud that was unsubstantiated. We were never notified about this. Anthony's leadership position surely lends gravity to the constellation of concerns about him. Let me know if you have any thoughts or suggestions at this point. Otherwise, I will fill you in upon your return.
Safe travels,
Margit

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

## Wayne State University
## Complaint Form

*Submitted on October 29, 2018 at 3:14:32 pm EDT*

| | |
|---|---|
| Nature: | N/A |
| Urgency: | N/A |
| Incident Date and Time: | 2018-10-26 2:00 PM |
| Incident Location: | Off campus Wherever I am he contacts me. |

### Reported by

| | |
|---|---|
| Name: | [redacted] |
| Title: | Former WSU student |
| Email: | [redacted]gmail.com |
| Phone: | [redacted] |
| Address: | |

[UNAUTHENTICATED]

### Involved Parties

Anthony Eid ()   Aeid@med.wayne.edu
                 248-310-8610

### Complaint

This complaint is about:
Other (not on list/unsure complaint)

Please provide a detailed description of your concern/complaint using specific, concise, objective language.
Write-In Answer

Anthony Eid has been harassing me since 2016. I met him at the fair where all the clubs are set up outside. It was before my freshman year began. I was at the biology tent and I met anthony. I told him I was on the premed track and taking bio 1510. He told me he had old exams he could send me and I thought wow, how helpful of this guy! After he sent me the materials I didn't hear from him for about a month. That is when he contacted me again saying that his accounts had been hacked, and he needed my email information to delete his cookies from the hack. He said he needed the personal passwords of everyone he had contacted recently to delete these "cookies". He said the connection was from sending me the documents. I'd like to add that those documents where sent through gmail. But he asked for my iCloud password and information. I refused to give it to him because it seemed next to impossible that that was a real situation. He texted me, Facebook messaged me, and contacted me through other social media extensively and I would not answer because I felt uncomfortable. I finally gave him a password for my account so he would stop continuosly harassing me almost every single day. I thought all was fine until all of my social media accounts started getting hacked shortly thereafter. One time I was hacked and was able to track the location right to two crossroads on Wayne state's campus. I believe he is the one that has constantly hacked my accounts. After a while and thinking I was finally free of dealing with him, he comes back to say "there was an issue, I need your password again". I asked him to leave me alone where he took it upon himself to tell me that he "is the leader of the community at Wayne state and I could change your life". Those types of texts messages and harassment came quite often. I thought I was finally free of him till I recieved a text message about a month ago. He told me that his accounts got hacked again, and he went to the police. He said that the police gave him my address and phone number connected to the hacking (which I do not believe police would ever do, and also don't believe it's possible). He said that somehow from my phone and address his Snapchat account had been hacked and that our Snapchat accounts had become "linked"- which might I add, is virtually impossible. He said he needed my Snapchat password to fix this problem. I said leave me alone, do not contact me again. Then on Friday, I recieved a text from anthony saying to check my email because I should be expecting something from his lawyer. It was an email from a "lawyer" from the Wolff-Smith law firm saying I was suppose to appear in court on November 15, 2018 for small claims that he had filled against me. You will read in what I've done to resolve this that he impersonated a lawyer and tried to harass and

12

scare me with a fake court date. He has gone THIS far to try and get my Snapchat password- I assume for the pictures saved through the app. I assume that's why back then he wanted my iCloud information. For my pictures. I've also had three instances where someone has made fake accounts of me and contacted a previous photographer I did a photoshoot with and claimed I "lost the file with all the pictures from the shoot, can you resend it?" Luckily the photographer contacted the real me each time. I can't confirm it was anthony, but I have a strong gut feeling. He has been harassing me for over two years and to go the far is absolutely mind blowing and disgusting on his part.

What have you done to resolve the situation? Include details of the people/offices contacted and the method of contact.
I called the Wolff-Smith law firm in lake Orion Michigan, to confirm that the email from Anthony's "lawyer" was not from them nor any of their lawyers. I called the 36th district court house and I am not on the docket for November 15, 2018.

What is the outcome you are requesting?
I am hoping he cannot do this to another student. He is abusing his power as being one of the top of the class at med school and using it as an in to harass people. I am hoping that he hasn't done this to anyone else, but I am not sure. I am hoping that he can be reprimanded for harassing me, for pretending to be a lawyer, and faking a court case, in attempt to get my passwords for my social media accounts. I wish for him to be held accountable for targeting impressionable female students and to no longer be harassed by him. As well as no other female student being harassed by him. If necessary I have all of the text messages he's ever sent me with proof. I'll include a few screenshots right now.

By clicking submit Completing this form, I declare that the information on this form is true, correct and complete to the best of my knowledge. I understand that any misinterpretation of information may result in disciplinary action as stipulated in the University's Student Code of Conduct.
I AGREE

Attachments

f030dd4c8e5447acbb35c6da6158c509.png
f8f6954f81fe4ca6a73b84d97ca25d0f.png
0ecd534025a04a0f87e7ca6d14efee56.png
04f7be2ab58d4ae7b30861afd49beed8.png
2dc3299e4b804244ab26472e3f38f0d3.png
afb6f14cbc604d7bbbaea937148a5741.png
f06e8c1ac8fa4ae0a4b960247fb6ee12.png

Pending IR #00000509
Submitted from 24.9.55.141 and routed to Nikolina Camaj (Associate Director and Student Conduct Officer, Dean of Students Office). Processed by routing rule #13.
Copies to: davidstrauss@wayne.edu; cneal@wayne.edu

12