# EXHIBIT 5

2

### Loretta Robichaud

**From:** Margit Chadwell
**Sent:** Monday, November 05, 2018 10:21 AM
**To:** Loretta Robichaud
**Subject:** RE: Monday

Thank you Loretta,
Agree, I will be participating in the meeting this afternoon and discuss this with Dr. Baker on his return.
The Pops and Pastries concert was such a treat – so glad I was there and it was wonderful to see you and meet more of your family. Enjoy the gift basket and your conference today!
I will out of the office the next two days, going to the Physician Wellness seminar on Wed and faculty senate meeting.
See you on Thursday,
Margit


*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

**From:** Loretta Robichaud
**Sent:** Sunday, November 4, 2018 4:33 PM
**To:** Margit Chadwell <mchadwel@med.wayne.edu>
**Subject:** Monday

I was thinking about your meeting on Monday. Since we know of AE threats, harassment and cyberbullying ...etc Isn't WSU now at risk? Let's not let this happen on our campus as it did @ MSU. We have a duty here. Did the actions of AE result in this student's need to transfer? She states she was pre-med @ WSU when they met. As I read the postings they sound like an assault...injury to her. The Friday 6:26 email/text message sounds like a threat...harassment.  He states " My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution." ??? Reads like a veiled threat/ harassment. How was he able to send an email to her using the Wolff Law gmail account? Do you think he preyed on any other students @ WSU? Thank God she turned to her parents for support and guidance.  Good Luck on Monday. I will be at the Chronic Anxiety seminar in Madison Heights. It was nice to see your husband again . The Music was Outstanding.!! Seeing these young gifted musicians restores my faith in our young people  and  humanity.   We went home with the beautiful gift basket of a dozen skeins of wool and mohair yarns. Loretta

1