# EXHIBIT 8

# Re: WSU Dean of Students Office Official Notification

## Anthony Eid

Thu 11/29/2018 8:59 AM

Sent Items

To:Nikolina Camaj <nikolinacamaj@wayne.edu>;

Hello Mrs. Camaj,

I am still wondering what the fact finding conference scheduled for tomorrow is regarding. I am unaware of any charges are currently pending against me. Are there any current charges? Or is the purpose of this meeting to determine if charges will be filed? The letter I was sent only said that my behavior "may" be in violation of the code of conduct, not that there are currently pending charges against me.

Section 11.2 of the student code of conduct regarding fact-finding conferences states:

"A notice shall be sent to the student(s) or to representative(s) of the student organization, with a copy to the Dean of Students or the Academic Dean, within ten school days of the Student Conduct Officer's receipt of the charges, and at least five school days prior to the conference. The notice shall contain the following information:
a) The alleged infraction;
b) The nature of the evidence submitted;
c) The time and place of the conference;
d) A copy of this code, with a statement that it is the governing policy and that the student should retain it for use throughout the proceeding."

While the letter I received contained C, it did not include A/B/D. If I could receive further clarification on A/B before our conference I would appreciate it.

Thank you for your time, and either way I will see you tomorrow.

-Anthony

Sent from my iPhone

On Nov 27, 2018, at 2:13 PM, Nikolina Camaj (via Maxient) <notifications@maxient.com> wrote:

> THIS IS AN OFFICIAL CORRESPONDENCE FROM THE DEAN OF STUDENTS OFFICE AT WAYNE STATE UNIVERSITY
>
> A letter has been issued to you electronically by our office. Upon clicking the link below, you will be taken to a screen requesting you log in with your campus username and password to securely access this correspondence. If you are receiving this notice in your capacity as a leader of a campus organization, you should contact our office immediately to request the appropriate access code for your organization.
>
> Your letter will appear in PDF format and should be printed or saved for your records. If the letter fails to appear, you may need to use a different computer or install the free Adobe Acrobat Reader. If you continue to experience difficulty accessing your letter or wish to confirm the legitimacy of this message, please contact our office at 313-577-1010.

<u>Pick up your letter</u>

<u>Pick up your letter</u>