# EXHIBIT 11

Jill Hall

**From:** Margit Chadwell <mchadwel@med.wayne.edu>
**Sent:** Monday, December 10, 2018 10:47 AM
**To:** M Jackson
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

Thank you Matt,
Were you planning to include the email message from her to me on October 31? I would prefer that not be included in the Professionalism packet - I'll talk to you about that,
Margit

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

**From:** M Jackson
**Sent:** Monday, December 10, 2018 10:01 AM
**To:** [redacted] pamkburt@aol.com
**Cc:** Margit Chadwell <mchadwel@med.wayne.edu>; Erika Roberts <eroberts@wayne.edu>
**Subject:** Wayne State School of Medicine Professionalism Committee hearing

Ms. [redacted]
Dr. Chadwell forwarded your contact information to me; I serve as Chair of the School of Medicine Professionalism Committee. The Wayne State University Student Code of Conduct Officer has completed her investigation of your daughter's complaint involving Anthony Eid and has forwarded it to the School of Medicine for adjudication. The school addresses unprofessional behavior by providing the student an opportunity for a hearing before a professionalism committee which is composed of faculty and students. The committee requires a charging party to present the case and respond to questions. All hearings take place at the school, either in Scott Hall or the Mazurek Education Commons. Ms. Erika Roberts is in the process of convening the committee for Mr. Eid's hearing. I anticipate that it will take place in early- to mid-January 2019.

I realize that [redacted] is out of state and most likely will not be able to present as the charging party. In that case, would you be willing? Presentation to the committee takes about 30 minutes and we would make every effort to accommodate your work schedule.

Please let me know if you have any questions and would like to discuss in person or by phone.

1

1

WSU / Eid 000344

Thank you,

Matt Jackson, PhD
Assistant Dean
Academic and Student Programs
Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology
Wayne State School of Medicine
(313) 577-1450

WSU / Eid 000345