# EXHIBIT 13

| | |
|---|---|
| From: | Margit Chadwell |
| Sent: | Wednesday, December 5, 2018 10:49 AM |
| To: | Nikolina Camaj |
| Subject: | RE: WSU Dean of Students Office Official Notification (Anthony Eid) |

Thank you very much Nikolina, the report will be further handled through the Professionalism process here at the School of Medicine. For completeness, can you provide the complaint and finding of the earlier complaint this year against Anthony Eid?
Sincerely,

Margit Chadwell, MD, FAAFP
Associate Dean of Student Affairs and Career Development Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361


-----Original Message-----
From: Nikolina Camaj (via Maxient) <[redacted]>
Sent: Tuesday, December 4, 2018 5:01 PM
To: Margit Chadwell <mchadwel@med.wayne.edu>
Subject: WSU Dean of Students Office Official Notification (Anthony Eid)

You have been carbon copied on a letter for case 2018039001 (Anthony Eid).
Please review the PDF attachment and retain a copy for your files. If you encounter difficulty opening this file, please contact our office.

1