# EXHIBIT 14

| | |
|---|---|
| From: | Margit Chadwell |
| Sent: | Thursday, December 13, 2018 3:12 PM |
| To: | M Jackson |
| Subject: | RE: Wayne State School of Medicine Professionalism Committee hearing |

Agree

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

**From:** M Jackson
**Sent:** Thursday, December 13, 2018 2:47 PM
**To:** Margit Chadwell <mchadwel@med.wayne.edu>
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

Yes, I spoke with Pam today and she and her daughter will be very compelling. I think that the committee needs to hear from them.

Matt Jackson, PhD
Assistant Dean
Academic and Student Programs
Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology
Wayne State School of Medicine

**From:** Margit Chadwell
**Sent:** Thursday, December 13, 2018 1:51 PM
**To:** M Jackson <mpjacks@med.wayne.edu>
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

That seems really far away, but I do think it would be important to accommodate their presence at the hearing. Do you agree?
Margit

WSU / Eid 000357

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



**150 YEARS**
IN THE HEART OF DETROIT

**From:** M Jackson
**Sent:** Thursday, December 13, 2018 11:33 AM
**To:** Margit Chadwell <mchadwel@med.wayne.edu>
**Subject:** FW: Wayne State School of Medicine Professionalism Committee hearing

Margit –
Erika is polling the committee for a time on February 7th. That is a day when both Pam and ▇▇▇ can present at the hearing.

Matt


Matt Jackson, PhD
Assistant Dean
Academic and Student Programs
Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology
Wayne State School of Medicine

**From:** ▇▇ Pamela <▇▇▇dmc.org>
**Sent:** Thursday, December 13, 2018 10:37 AM
**To:** Erika Roberts <eroberts@wayne.edu>; ▇▇▇ <▇▇▇>
**Cc:** M Jackson <mpjacks@med.wayne.edu>
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

I will be out of town for about a week and half in early/mid January and don't know the dates yet. I was able to speak with ▇▇▇ yesterday along with my husband. We all really feel like ▇▇▇ should be present. In January schedules are very tight, particularly for ▇▇▇ She is moving. We could make arrangements for beginning February. She is off work Wednesdays & Thursdays usually. We were wondering if February 7, Thursday, might be possible?

I've included ▇▇▇ with this email too.

Thanks,
Pam

2

Pam ▉ RN
CHM-Cardiology Clinic

**From:** Erika Roberts [mailto:eroberts@wayne.edu]
**Sent:** Thursday, December 13, 2018 10:23 AM
**To:** ▉ Pamela
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing
**Importance:** High

Hello Ms. ▉

I am going to poll the Professionalism Committee for their availability for a hearing in early January. I wanted to get an idea of yours and your daughter's availability. Are there particular days/times that would work best for the both of you? Are there any dates I should avoid?

Thank you,
Erika

**From:** M Jackson
**Sent:** Thursday, December 13, 2018 7:47 AM
**To:** ▉ Pamela <▉>
**Cc:** Margit Chadwell <mchadwel@med.wayne.edu>; Erika Roberts <eroberts@wayne.edu>
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

Ms. ▉
Thank you very much for responding, we all realize how difficult this is for you an ▉ We can certainly arrange to have ▉ address the committee remotely with you present in person. The committee is composed of basic science and clinical faculty as well as medical student representatives (attached).

They will review the relevant documents which would be ▉ complaint to the Wayne State University Student Code of Conduct, the harassing text messages, false court docket, and emails. If there are any points of clarification they would then ask ▉ and you about your experiences over the past two years. You are both free to express anything that you believe is important for their consideration. It should take no more than 30 minutes and then you and ▉ can leave. The committee would then bring in Anthony for questions. We can arrange it so that you do not interact with him.

I would like to call ▉ to discuss prior to the hearing; please let me know if there are better times to reach her.

Erika Roberts will be polling the committee for availability and will communicate with you and ▉ to make arrangements.

Please let me know if you have more questions or would like to discuss by phone or in person. My direct line is 313-577-1299.

Thank you again,

Matt Jackson, PhD
Assistant Dean
Academic and Student Programs

WSU / Eid 000359

Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology
Wayne State School of Medicine

**From:** ▆▆▆ Pamela <▆▆▆▆▆▆▆>
**Sent:** Wednesday, December 12, 2018 8:11 PM
**To:** M Jackson <mpjacks@med.wayne.edu>; ▆▆▆▆▆▆▆
**Cc:** Margit Chadwell <mchadwel@med.wayne.edu>; Erika Roberts <eroberts@wayne.edu>
**Subject:** RE: Wayne State School of Medicine Professionalism Committee hearing

Mr. Jackson- I apologize for taking a bit of time to reply. I wanted to talk with ▆▆▆ prior to responding, but due to schedules we have only been able to do this briefly. I am willing to be present and respond to the best of my knowledge, although ▆▆▆ would be best to respond to questions that would be more detailed. Would it be possible to have her on facetime(I would be present as well)? Also, I will be going out of town early/mid January, but I don't know the exact dates yet.

Could you let me know a little more about the process. Would I present any information to the committee or would I just be there to answer questions?

Thank you,
Pam Burton

**From:** M Jackson [mailto:mpjacks@med.wayne.edu]
**Sent:** Monday, December 10, 2018 10:01 AM
**To:** ▆▆▆ Pamela; ▆▆▆▆▆▆
**Cc:** Chadwell, Margit (MED); Erika Roberts
**Subject:** Wayne State School of Medicine Professionalism Committee hearing

Ms. ▆▆▆

Dr. Chadwell forwarded your contact information to me; I serve as Chair of the School of Medicine Professionalism Committee. The Wayne State University Student Code of Conduct Officer has completed her investigation of your daughter's complaint involving Anthony Eid and has forwarded it to the School of Medicine for adjudication. The school addresses unprofessional behavior by providing the student an opportunity for a hearing before a professionalism committee which is composed of faculty and students. The committee requires a charging party to present the case and respond to questions. All hearings take place at the school, either in Scott Hall or the Mazurek Education Commons. Ms. Erika Roberts is in the process of convening the committee for Mr. Eid's hearing. I anticipate that it will take place in early- to mid-January 2019.

I realize that ▆▆▆ is out of state and most likely will not be able to present as the charging party. In that case, would you be willing? Presentation to the committee takes about 30 minutes and we would make every effort to accommodate your work schedule.

Please let me know if you have any questions and would like to discuss in person or by phone.

Thank you,

Matt Jackson, PhD
Assistant Dean
Academic and Student Programs
Associate Professor
Dept. of Biochemistry, Microbiology, and Immunology

WSU / Eid 000360