# EXHIBIT 16

From:  M Jackson
To:  Anthony Eid
Cc:  Richard Baker; Vickie Muhammad; Margit Chadwell; Loretta Robichaud
Subject:  Professionalism Committee Decision
Date:  Monday, February 11, 2019 8:48:00 AM
Attachments:  Anthony Eid Professionalism Committee decision.pdf

Mr. Eid –

Following the hearing on February 7, 2019 the professionalism committee has decided to refer your case to the promotions committee with a recommendation for dismissal. The attached letter details the decision-making process. You will be contacted with the date of the promotions committee hearing.

Matt Jackson, PhD
Chair, Professionalism Committee
Assistant Dean

WSU / Eid 000409



School of Medicine
Academic and Student Programs
320 E. Canfield Avenue
Detroit MI 48201
313 577 1450

February 11, 2019

Anthony Eid
1247 Selden
Detroit, MI 48201

Dear Mr. Eid:

The professionalism committee convened on February 7, 2019 to review reported violations of the Wayne State University School of Medicine professionalism standards; you appeared at the hearing. Prior to the professionalism committee hearing, on November 30, 2018, you met with Nikolina Camaj, Associate Director and Student Conduct Officer, Wayne State University Dean of Students Office, to address a harassment complaint filed by a former Wayne State University student. On December 4, 20018 Ms. Camaj forwarded a summary of her investigation to the School of Medicine for adjudication. The School of Medicine adjudicates misconduct complaints through a hearing before the professionalism committee. You were given notice of the hearing date as well as an opportunity to review documents that were provided to the committee. You and I met on January 25, 2019 to review the documents.

The Professionalism Committee has decided to refer your case to the School of Medicine promotions committee with a recommendation for dismissal. Dr. Richard Baker, Vice Dean for Medical Education, chairs that committee.

The professionalism committee expressed the opinion that you have demonstrated a pattern of harassment and misrepresentation that is not consistent with the values and attributes that are the core professionalism standards for Wayne State University School of Medicine:
- Professional responsibility
- Competence and self-improvement
- Respect for others and for professional relationships
- Honesty including academic integrity
- Personal responsibility
- Social responsibility

You will be contacted with the date of the promotions committee meeting.

WSU / Eid 000410

Sincerely,

Matt Jackson, Ph.D.
Chair, Professionalism Committee
Assistant Dean

cc:  Dr. Richard Baker, Vice Dean Medical Education
     Ms. Loretta Robichuad, University Counselor
     Dr. Margit Chadwell, Associate Dean for Student Affairs
     Ms. Vickie Muhammad, Assistant to the Vice Dean

WSU / Eid 000411