# EXHIBIT 17

**From:** Margit Chadwell
**Sent:** Tuesday, March 5, 2019 3:44 PM
**To:** Loretta Robichaud
**Subject:** Re: Hello from Student Affairs

Thank you Loretta,
How do you feel about meeting with him for the appeals letter? I feel that it is past our office now as he is a dismissed student-
Margit

Sent from my iPhone

On Mar 5, 2019, at 3:09 PM, Loretta Robichaud <lrobicha@med.wayne.edu> wrote:

> **From:** Anthony Eid
> **Sent:** Tuesday, March 05, 2019 3:04 PM
> **To:** Loretta Robichaud <lrobicha@med.wayne.edu>
> **Subject:** RE: Hello from Student Affairs
>
> Hi Ms. Robichaud,
> I was going to ask about the things that I brought up to you and Dr. Chadwell last Wednesday, the two of you said that it would be a good idea to contact Dr. Baker to see if he would meet with me. I have many questions, some of them are:
>
> 1) I would like to ask for more time in making my decision. I would have liked more time before the promotions meeting (like I stated to you before) to present a better case, and ten days is simply not enough time for me to make a decision of this magnitude. I am still processing everything that has happened in the past few weeks and only fully read the dismissal letter Monday morning.
>
> 2) I want to know what he thinks of this specific case, and see if he can inform me on any deliberations that the promotions committee made when they decided to dismiss me. I still do not understand why they came to this conclusion, and I feel like I at least deserve an explanation as the dismissal letter did not state what specific codes or statues I broke. I would like to know what he thought of my statements and the plan that I committed to.
>
> 3) From my understanding, if after I appeal to Dr. Baker, and the appeal is denied, I have the option to appeal to the provost. The provost of the university is Dr. Whitfield, yet the letter I received says to go through Dr. Ellis. I would like to know if/why it goes to him and not the main provost for the university. I would prefer for the provost himself, Dr. Whitfield to review this appeal if It comes to that.
>
> 4) I would like to know what the chances are that if an appeal reaches Dr. Baker's desk, if he will accept it or not. I feel this is a question only he can answer. Even if he cannot comment directly on this case, I would like to know how many times in the past has he overturned something like this to help me make a decision.
>
> 5) If the appeal is dined from the provost, I would still like the option to withdrawal that he gave me in his letter. While I haven't decided what to do yet, I feel as though I MUST appeal even if there is a 1% chance of it working, so I wanted to ask him for this option.
>
> 6) I would like to ask about the possibility of transferring, or maybe taking some time off while I receive treatment.

WSU / Eid 000455

Those are some of the questions I have. I don't understand why he would refuse to meet with me for a conversation, I feel like I at least deserve that. I also want to meet with you Ms. Robichaud, if you have time tomorrow? I don't fully know what a withdrawal entails and wanted information about it. I was also told my Ms. Muhammed that I should meet with you to try to draft an appeal letter, as I have never done so before.
As always, thank you,
-Anthony

---

**From:** Loretta Robichaud
**Sent:** Tuesday, March 5, 2019 1:49:50 PM
**To:** Anthony Eid
**Subject:** Hello from Student Affairs

Dear Anthony, I was sent a copy of an email that you sent to Dr. Baker. Please clarify what questions you were referring to ..." I have questions that my counselor was not able to answer" ? Sincerely, Mrs. Robichaud

WSU / Eid 000456