# EXHIBIT 23

**Additional information provided for Promotions Committee**

**Page 1**
October, 2017; Snapchat conversation between OG (████████ friend) and ME (person posting as ████████ requesting photos. OG identifies ME as someone posing as ████████ and confronts them.

**Pages 2 – 7**
October, 2017; ████████ suspecting that Anthony had taken over her Snapchat account engaged in a text message dialogue with him, beginning with "Do the streets Selden and Gibson mean anything to you?"
Screenshots of the Snapchat map location finder are provided.
████████ would obtain control of her account and then the hacker would take back over. When ████████ had brief control she turned on the snap chat locator; when the hacker took back over she was able to find the location.
During the professionalism committee hearing on February 7, ████████ learned that Anthony's residence is at 1247 Selden, which is at the Selden and Gibson cross streets identified using the Snapchat map locator.

**Pages 8 – 15**
April 2018; ████████ Instagram account had been taken over. Conversation between voistmag (aka Patrick) a professional photographer and ████████ They are discussing a site where ████████ can access some photos that Patrick took of her. The photos were posted on her Facebook page.
September 2018; Patrick is expressing confusion because someone contacted him posing as ████████ requesting access to the photos. There were two attempts to gain the photo file from Patrick via text message and email.

WSU / Eid 000714

**1**



WSU / Eid 000715

**2**



WSU / Eid 000716

**3**



WSU / Eid 000718

**4**



WSU / Eid 000719

5



WSU / Eid 000720

**6**



**7**



**8**



WSU / Eid 000723

**9**



**10**



**11**



WSU / Eid 000726

**12**

**13**



WSU / Eid 000728

**14**

**15**



**WSU-SOM Professionalism Hearing**
**February 8, 2019**
**Minutes**

**Chair:** Matt Jackson, PhD
**Voting Members Present:** Collins, Joshua; Kupsky, William; Lasley, Robert; Levine, Diane; Rossi, Noreen; Walker, Paul
**Other Members Present:** DeLeeuw, Jessica; Nesbitt, Elizabeth; Roberts, Erika

**Charged Party:** Anthony Eid, M2 Class President
**Charging Party:** ██████ and Pam ██████

**9:00 AM:** Dr. Jackson called the meeting to order. Committee members reviewed the case file.

**9:54 AM:** Ms. and Mrs. ██████ (██████ mother) arrived. Ms. ██████ provided a statement to the committee.

Ms. ██████ explained that the she met Mr. Eid one time during a 10-minute encounter at an annual main campus event, Festifall, in the fall of 2016. Mr. Eid offered to send Ms. ██████ his old exams for an introductory Biology course. After their meeting, Mr. Eid claimed that his iCloud and Snapchat accounts were being hacked and insisted that Ms. ██████ got access to his account when he sent her the Biology exams. Over a two-year period, Mr. Eid contacted Ms. ██████ numerous times via text message and Facebook messenger (screenshots included in file) asking for her iCloud account password so that he could allegedly unlink her account from his. Ms. ██████ explained that while she knew Mr. Eid's explanation was spurious, she caved to his demands in hopes that he would stop contacting her. Ms. ██████ created a temporary password and gave it to Mr. Eid so that he could unlink their accounts. While Ms. ██████ changed her password again after giving it to Mr. Eid, she suspected some of her accounts were being hacked due to unusual activity.

An email (impersonating Ms. ██████ was sent via an unfamiliar Gmail account to a photographer Ms. ██████ worked with asking for the file of photos from the shoot. Ms. ██████ explained that she had posted some of the more conservative pictures on her Instagram, but the overall tone of photos were intimate. The photographer called Ms. ██████ directly about the inquiry so the impersonator did not end up with her pictures.

Additionally, someone hacked into Ms. ██████ snapchat account and sent a message (impersonating her) to her ex-boyfriend asking for old nude pictures of her. Ms. ██████ ex-boyfriend contacted her about the suspicious message. She realized someone was hacking her account, so she quickly turned on the GPS feature of the app. The GPS feature allows users live location to be visible by any of the user's friends on the app. Ms. ██████ said that she was

booted off the app immediately after she turned the GPS feature on her account, which she believes was the result of someone else being logged into her account. Ms. ███ friend was with her and pulled up the Snapchat app on her phone. She saw that Ms. ███ location was showing up as near WSU's campus (screenshot included in file), on the corner of Selden and Gibson. Ms. ███ was not physically on-campus at the time. She immediately suspected Mr. Eid was the one hacking her account, but did not have any way of confirming her suspicion. Ms. ███ explained that she believed it was Mr. Eid since he was the only one who had access to her accounts, and did not have any reason to assume it was anyone else. When asked why she though Mr. Eid wanted to gain access to her accounts, Mr. ███ said she believes he wanted to gain access to her personal photos.

Dr. Jackson pulled up Mr. Eid's student profile in STARS which listed his current address as 1247 Selden. Ms. Roberts searched the address iPhone Maps and confirmed that Mr. Eid's address is the located on the corner of Selden and Gibson. Ms. and Mrs. ███ were visible shaken upon hearing this.

According to Ms. ███ the account hacks and imposter Instagram accounts stopped in August 2018 after she persistently told Mr. Eid to stop contacting her. Mr. Eid had ceased contacting Ms. ███ until October 26, 2018, when he texted her stating that his lawyer sent Ms. ███ an email regarding a court hearing she was allegedly being summonsed for on November 15, 2018. Ms. ███ indeed received an email from a lawyer, Alexander Wolff-Smith, claiming to be from a law firm in Lake Orion. To confirm the legitimacy of the email, Ms. ███ called the law firm and confirmed that an Alexander Wolff-Smith does not work there. She also noticed that the address of the law firm was slightly doctored from that of the actual law firm in Lake Orion. Additionally, Mrs. ███ pulled the 36th District Court docket (screenshot included in file) for the court date noted in the email from Mr. Eid's lawyer. Numerous cases were on the docket that day for individuals with the last name ███ ███ was not one of them.

Ms. ███ said that she felt horrified during the two-year period of harassment. She also regularly experienced anxiety due to the potential of running into Mr. Eid on campus. Ms. ███ was fearful of what he would do if they crossed paths. Due to anxiety, both related and unrelated to the incident with Mr. Eid, Ms. ███ dropped out of WSU and moved to Colorado Springs, Colorado. Ms. ███ said that she is much happier living and working in Colorado. Mrs. ███ said that her and her husband have been fearful for ███ because of Mr. Eid, and feel somewhat of a relief now that she is living across the country.

Mrs. ███ explained that she contacted Dr. Chadwell after main campus' investigation through the Dean of Students Office on main campus did not fully address the incident nor involve the SOM. Mrs. ███ is a nurse at Children's Hospital and was encouraged by physicians that she works with the further pursue the issue with the SOM directly. Both she and

Ms. ███ are worried that Mr. Eid is capable of doing the same thing or much worse to others, especially vulnerable individuals as a medical student and future physician. Mrs. and Ms. ███ believe Mr. Eid should not be allowed to become a physician, and are seriously concerned about potential retribution from Mr. Eid as a possible result of him being dismissed from medical school. Dr. Jackson assured Mrs. and Ms. ███ that he would maintain contact with public safety. Dr. Jackson also asked Mrs. and Ms. ███ to contact him or Dr. Chadwell immediately if Mr. Eid tries to contact her.

**10:33 AM:** Ms. and Mrs. ███ left. The committee briefly discussed Mrs. and Ms. ███ testimony.

**10:37 AM:** Ms. Roberts called Student Affairs and asked them to send Mr. Eid over to the hearing in Scott Hall 2238. Mr. Eid was asked to wait in Student Affairs in order to avoid a run-in between him and Mrs. and Ms. ███ while they were on-campus for the hearing.

**10:50 AM:** Mr. Eid arrived. Anthony Eid read the statement he provided (included in file) to the committee and also detailed the action plan he devised to remediate his unprofessional behavior. In his action plan, Mr. Eid said he would:

1. Start meeting with a psychiatrist regularly. His first appointment is scheduled for February 13.
2. Meet with Ms. Robichaud at least once a month.
3. Take an online ethics class this summer.
4. Requested an opportunity to write apology letter to Ms. ███ and have someone from committee deliver it to her.
5. Write a reflection on the incident.

Mr. Eid explained that his accounts, including Capitol One and ESPN, were began getting hacked around 3-4 months after his one-time meeting with Ms. ███ Mr. Eid said he believes Ms. ███ was the one hacking his accounts since he gave her his iCloud password in the process of sending the Biology exams at Festifall. Mr. Eid stated that he has various accounts, including Capitol One, linked to his iCloud account. After changing his password numerous times, he was still getting hacked. Mr. Eid explained that although he told Ms. ███ via text that he has shared his password with other people, he admitted lying to Ms. ███ so that she would take the situation seriously. Mr. Eid said that Ms. ███ is the only person who had his iCloud password. Additionally, when questioned about his contact with Apple Support, the Police, and a lawyer, Mr. Eid admitted that he lied about having engaged with any of those entities. He stated that he wanted Ms. ███ take the situation with his account being hacked seriously. Mr. Eid said that although he gave Ms. ███ the impression he had a lawyer, he lied. When asked numerous times if he sent the email impersonating a lawyer or if he knew who would have done so on his behalf, Mr. Eid denied both. The email (included in file) is timestamped for Thursday, October 25, 2018. The committee questioned why Mr. Eid sent a text (screenshot

included in file) to Ms. ███ asking if she had received the email his lawyer sent the day prior. Mr. Eid again stated that he did not have a lawyer (or knew who sent the email), and that he just wanted Ms. ███ to take the situation seriously. When Dr. Rossi told Mr. Eid that habitual lying is a character flaw, and he agreed. Dr. Rossi went on to note that character flaws are extremely difficult to correct, if not impossible; she asked Mr. Eid's thoughts on that since he studied Psychology as an undergraduate. Mr. Eid agreed with Dr. Rossi's statement, but explained that he would work extremely hard to correct his behavior.

When the committee asked Mr. Eid if he had accessed any of Ms. ███ accounts, he denied hacking into her accounts. Dr. Jackson asked Mr. Eid to confirm his address during October 2017. Mr. Eid said that he was living at his current residence, 1247 Selden, just off-campus.

The committee asked Mr. Eid if he believed his behavior towards Ms. ███ was harassment. Mr. Eid said that he did not know of the formal definition of harassment, but does not believe he was harassing Ms. ███ Dr. Levine explained that harassment is repeated unwanted contact, and that Mr. Eid was exhibiting that. Mr. Eid also noted that this is the only incident where he exhibited unprofessional behavior. Additionally, he referenced his good record at WSU for the past 9 years and does not want to tarnish it. Mr. Eid was a part of Student Senate during his undergraduate, and is the current President for the Class of 2021.

In his closing statements, Mr. Eid reiterated many of the thoughts mentioned in his opening statement. He would like the opportunity to remediate his behavior. He stated that he has always wanted to be a physician and would be devastated if he could not become one.

**10:50 AM:** Mr. Eid left the hearing, and the committee deliberated.

Although the committee does not know whether Mr. Eid sent the email impersonating the lawyer, they believe the other evidence is enough to base their decision on. The committee focused on Mr. Eid's repeated lying and harassment towards Ms. ███ as well as the screenshot of Ms. ███ snapchat location appearing as Mr. Eid's residence. The committee unanimously decided that Mr. Eid's behavior was not consistent with that of a future physician, and that they do not feel comfortable letting Mr. Eid further pursue his medical education.

Dr. Walker made a motion that the Professionalism Committee recommend to the Promotions Committee that Mr. Eid be dismissed from the SOM. Dr. Collins seconded. The committee was unanimously in favor.

**12:11 PM:** Dr. Jackson dismissed the committee.



# WAYNE STATE
## UNIVERSITY

December 4, 2018

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2018039001

Anthony Eid
Access ID: eh2083

Dear Margit,

I have concluded my investigation into the Complaint made on October 29, 2018 against WSU medical student Anthony Eid by former WSU student ████ ████ Attached you will find the investigation report, statements, and evidence.

Kind Regards,
Nikolina

Nikolina Camaj
Associate Director and Student Conduct Officer, Dean of Students Office

CC:   Margit Chadwell, MD, FAAFP, Associate Dean of Student Affairs and Career Development, Wayne State University School of Medicine

---

**Dean of Students Office**

5221 Gullen Mall          | Phone: 313-577-1010   | doso.wayne.edu
301 Student Center        | Fax: 313-577-8061     |
Detroit, MI 48202         |                        |

WSU / Eid 000735

## Wayne State University
## Complaint Form

Submitted on October 29, 2018 at 3:14:32 pm EDT

| | |
|---|---|
| Nature: | N/A |
| Urgency: | N/A |
| Incident Date and Time: | 2018-10-26  2:00 PM |
| Incident Location: | Off campus Wherever I am he contacts me. |

Reported by

| | |
|---|---|
| Name: | ▮▮▮▮ ▮▮▮ |
| Title: | Former WSU student |
| Email: | ▮▮▮▮▮▮▮▮▮▮▮ |
| Phone: | ▮▮▮▮▮▮ |
| Address: | |

[UNAUTHENTICATED]

Involved Parties

**Anthony Eid ()**                                    Aeid@med.wayne.edu
                                                              248-310-8610

Complaint

This complaint is about:
**Other (not on list/unsure complaint)**

Please provide a detailed description of your concern/complaint using specific, concise, objective language.
Write-In Answer
Anthony Eid has been harassing me since 2016. I met him at the fair where all the clubs are set up outside. It was before my freshman year began. I was at the biology tent and I met anthony. I told him I was on the premed track and taking bio 1510. He told me he had old exams he could send me and I thought wow, how helpful of this guy! After he sent me the materials I didn't hear from him for about a month. That is when he contacted me again saying that his accounts had been hacked, and he needed my email information to delete his cookies from the hack. He said he needed the personal passwords of everyone he had contacted recently to delete these "cookies". He said the connection was from sending me the documents. I'd like to add that those documents where sent through gmail. But he asked for my iCloud password and information. I refused to give it to him because it seemed next to impossible that that was a real situation. He texted me, Facebook messaged me, and contacted me through other social media extensively and I would not answer because I felt uncomfortable. I finally gave him a password for my account so he would stop continuously harassing me almost every single day. I thought all was fine until all of my social media accounts started getting hacked shortly thereafter. One time I was hacked and was able to track the location right to two crossroads on Wayne state's campus. I believe he is the one that has constantly hacked my accounts. After a while and thinking I was finally free of dealing with him, he comes back to say "there was an issue, I need your password again". I asked him to leave me alone where he took it upon himself to tell me that he "is the leader of the community at Wayne state and I could change your life". Those types of texts messages and harassment came quite often. I thought I was finally free of him till I recieved a text message about a month ago. He told me that his accounts got hacked again, and he went to the police. He said that the police gave him my address and phone number connected to the hacking (which I do not believe police would ever do, and also don't believe it's possible). He said that somehow from my phone and address his Snapchat account had been hacked and that our Snapchat accounts had become "linked"- which night I add, is virtually impossible. He said he needed my Snapchat password to fix this problem. I said leave me alone, do not contact me again. Then on Friday, I recieved a text from anthony saying to check my email because I should be expecting something from his lawyer. It was an email from a "lawyer" from the Wolff-Smith law firm saying I was suppose to appear in court on November 15, 2018 for small claims that he had filled against me. You will read in what I've done to resolve this that he impersonated a lawyer and tried to harass and

scare me with a fake court date. He has gone THIS far to try and get my Snapchat password- I assume for the pictures saved through the app. I assume that's why back then he wanted my iCloud information. For my pictures. I've also had three instances where someone has made fake accounts of me and contacted a previous photographer I did a photoshoot with and claimed I "lost the file with all the pictures from the shoot, can you resend it?" Luckily the photographer contacted the real me each time. I can't confirm it was anthony, but I have a strong gut feeling. He has been harassing me for over two years and to go the far is absolutely mind blowing and disgusting on his part.

What have you done to resolve the situation? Include details of the people/offices contacted and the method of contact.
I called the Wolff-Smith law firm in lake Orion Michigan, to confirm that the email from Anthony's "lawyer" was not from them nor any of their lawyers. I called the 36th district court house and I am not on the docket for November 15, 2018.

What is the outcome you are requesting?
I am hoping he cannot do this to another student. He is abusing his power as being one of the top of the class at med school and using it as an in to harass people. I am hoping that he hasn't done this to anyone else, but I am not sure. I am hoping that he can be reprimanded for harassing me, for pretending to be a lawyer, and faking a court case, in attempt to get my passwords for my social media accounts. I wish for him to be held accountable for targeting impressionable female students and to no longer be harassed by him. As well as no other female student being harassed by him. If necessary I have all of the text messages he's ever sent me with proof. I'll include a few screenshots right now.

By clicking submit Completing this form, I declare that the information on this form is true, correct and complete to the best of my knowledge. I understand that any misinterpretation of information may result in disciplinary action as stipulated in the University's Student Code of Conduct.
I AGREE

Attachments

f030dd4c8e5447acbb35c6da6158c509.png
f8f6954f81fe4ca6a73b84d97ca25d0f.png
0ecd534025a04a0f87e7ca6d14efee56.png
04f7be2ab58d4ae7b30861afd49beed8.png
2dc3299e4b804244ab26472e3f38f0d3.png
afb6f14cbc604d7bbbaea937148a5741.png
f06e8c1ac8fa4ae0a4b960247fb6ee12.png

Pending IR #00000509
Submitted from 24.9.55.141 and routed to Nikolina Camaj (Associate Director and Student Conduct Officer, Dean of Students Office). Processed by routing rule #13.
Copies to: davidstrauss@wayne.edu; cneal@wayne.edu

WSU / Eid 000737



**WAYNE STATE
UNIVERSITY**

Division of Academic Affairs
Dean of Students Office

## INVESTIGATION REPORT
### Tuesday, December 4, 2018

**Incident Reported:** October 26, 2018
**Incident Date:** August 30, 2016 through October 26, 2018

**Complainant:** ███████ former WSU student
**Respondent:** Anthony Eid, current WSU medical student

### COMPLAINT

**Harassment and Academic Misconduct:** Specifically, the Complainant reported that the Respondent was harassing her since 2016 and provided her with old Biology exams.

### EVIDENCE

- ➤ Complaint Report Form – Reported by Complainant
- ➤ Text messages between Complainant and Respondent (submitted by Complainant)
- ➤ Respondent Statement
- ➤ Screen shot (submitted by Respondent)

### TIMELINE

| | |
|---|---|
| August 30, 2016 | Respondent and Complainant met at FestiFall, student organization fair, near Biology tent at Wayne State University. |
| | Complainant informed Respondent she was on the premed track and taking BIO 1510. |
| After August 30, 2016 | Respondent provided BIO 1510 exam bench mark questions to Complainant. |
| November 17, 2016 | Respondent began sending text messages to Complainant reporting that his account was hacked and he needed her assistance in resolving the matter.  Respondent stated that he would offer Complainant BIO exams in text messages. |
| | Complainant sent one text message in response to Respondent. |
| November 22, 2016 | Second text message was sent by Complainant to Respondent 2016. |
| November 29, 2016 | Last text message was sent by Respondent to Complainant in 2016. |

301 Student Center ■ 5221 Gullen Mall, Detroit, MI 48202
Phone: (313) 577-1010 ■ Fax: (313) 577-8061 ■ Email: doso@wayne.edu ■ Web: doso.wayne.edu

**WSU / Eid 000738**



**WAYNE STATE
UNIVERSITY**

Division of Academic Affairs
Dean of Students Office

| | |
|---|---|
| January 28, 2017 | Respondent began sending text messages again to Complainant asking to meet in order to resolve his account issues and stated that he had old exams/materials for possible classes she was taking. |
| January 28, 2017– April 10, 2017 | Respondent and Complainant sent text messages to one another in reference to the Respondent's hacked account and request for Complainant's account password. |
| August 6, 2018– October 26, 2018 | Respondent sent text messages to Complainant asking her about Alfred Street and stated that his Snap account was hacked. The Complainant sent text messages in response and asked the Respondent to stop contacting her. |
| October 26, 2018 | Respondent sent last text message to Complainant. |

**COMPLAINANT STATEMENT**

The Complainant and AD Nikolina Camaj had a meeting via phone on November 15, 2018. During the meeting, the Complainant reviewed her Complaint Report and confirmed that the statement she documented in the Complaint Report submitted on October 29, 2018 was accurate. The Complainant stated that she would submit text messages sent between her and the Respondent from November 17, 2016 until October 26, 2018.

The Complainant reported that she was being harassed by the Respondent and did inform her parents recently about her concerns. She further confirmed that she filed a police report in Colorado and has since spoken to Wayne State University Police Department. The Complainant then affirmed that she contacted the Wolff-Smith law firm in lake Orion Michigan to confirm that the email address used did not belong to one of their lawyers. The Complainant added that she contacted the 36th District Court House and confirmed that her name was not on the docket for November 15, 2018.

The Complainant established that she has not received further communication from the Respondent as of October 26, 2018. She does not want any further contact with the Respondent. The Complainant has come forward to report the matter so that other students are negatively impacted by the Respondent should he be harassing other WSU students.

**RESPONDENT STATEMENT**

The Respondent and AD Nikolina Camaj had a meeting in person on November 30, 2018. AD Camaj informed the Respondent that she was investigating a Complaint sent

---

301 Student Center ▪ 5221 Gullen Mall, Detroit, MI 48202
Phone: (313) 577-1010 ▪ Fax: (313) 577-8061 ▪ Email: doso@wayne.edu ▪ Web: doso.wayne.edu

WSU / Eid 000739



WAYNE STATE
UNIVERSITY

Division of Academic Affairs
Dean of Students Office

to the Dean of Students Office and Medical College. AD Camaj explained that the complaint was in reference to Harassment and Academic Misconduct.

During the meeting, the Respondent confirmed that he knew the Complainant and met her family at the student organization fair (FestiFall) three to four years prior [He corrected his statement when presented with text message evidence and affirmed they met in August 2016.] When asked about the nature of his communication with the Complainant, the Respondent stated that he only sent text messages to the Complainant in an effort to fix his account which he claimed was hacked. [He corrected his statement and confirmed that he also sent her messages on Facebook when presented with text messages.] The Respondent indicated that he did not save any of the text messages between him and the Complainant.

The Respondent detailed that he was pursuing a civil case against the Complainant in the 36th District Court as he believes she was the one hacking his accounts. When asked to identify materials he shared with the Complainant in 2016, the Respondent stated that he provided her with text books. [He corrected his statement when presented with text message evidence and affirmed he sent her BIO test/exam "bench mark" questions also.]

When asked if he had a lawyer, the Respondent stated that he did not have a lawyer as he wrote to the Complainant and was searching for legal counsel online. The Respondent also stated that he did not send the email to the Complainant pretending to be a lawyer. He further reported that he did not file a police report as he indicated in his text message to the Complainant. He also acknowledged that it was not the Apple store staff who gave him instructions how to fix his account, but he researched the information online. The Respondent explained that he "stretched the truth", misled the Complainant in his text messages.

Lastly, the Respondent confirmed that he is no longer in contact with the Complainant. When asked why he contacted the Complainant initially, the Respondent explained that he wanted to be friends and help her in her BIO class by providing bench mark exam questions. AD Camaj informed the Respondent that he could submit a statement in reference to the Complaint.

Based on the submitted Complaint form, statements provided, and evidence, I am referring this case to the Wayne State University School of Medicine for adjudication and review.

**Note:**

➢ The Retaliation policy was reviewed and discussed with the Complainant and Respondent.
➢ The Respondent and Complainant were instructed to cease all communication with each other and both agreed.

301 Student Center ■ 5221 Gullen Mall, Detroit, MI 48202
Phone: (313) 577-1010 ■ Fax: (313) 577-8061 ■ Email: doso@wayne.edu ■ Web: doso.wayne.edu

WSU / Eid 000740

Anthony Eid
Statement regarding reported incident

To Whom It May Concern:

I met ████████ ████████ (and her parents) at Festifall 2016. She was a freshmen student at the time and was clearly stressed about starting school. I introduced myself and we exchanged phone numbers. I later offered her a pdf copy of a few textbooks and old practice test materials for classes that she was taken that I had taken in years past (I had taken some of the same classes, taught be different professors, back in 2010/2011) that were stored on my iCloud account. She was grateful and thanked me for the textbooks.

On social medial, I noticed ████████ had been making frequent posts on Twitter where she was clearly in a depressed state of mind. Posts would range from worrying about performance in school, not sleeping, drug use, and mental illness. At this point, I decided to reach out again to offer support. One text message was particularly embellishing, I suppose in my immaturity I thought that appealing to vanity might help foster a friendship. As was stated at the end of the text message, I wanted *nothing* more than a completely platonic friendship. At the time, I had been dating my significant other for eight years (we will now be celebrating our ten-year anniversary this month). We are both very much in love and I would never do anything to ruin the sanctity of our relationship.

After this happened, I noticed that my iCloud account would routinely be accessed by someone. As I knew ████████ had access to my account from when I sent her the pdf textbooks, so I thought that it was her that accessing my accounts. I did not know if this was purposeful, and I read on a tech subreddit (on the tech forums of reddit) that the problem may have steamed from when she accessed my account the first time. At this point, I just wanted my account to be fixed, so I asked ████████ if she could assist me in either meeting in person, in a public place like a coffee shop, to try to fix it, or changing her password to a different one temporarily so I could try to fix this account (please note, I was not asking for her actual password, but a temporary one that could be changed right after attempting to fix the account). Much of this took place in early 2017. To the best of my recollection, I did not have much communication with her from mid-2017 until August 2018 when I received another message that my account had once again been accessed at an address I thought was connected to her. If there was communication between these times, it was infrequent with months between them.

The last communication I had with ████████ was on October 27th, when I received no less than eight calls from a private number, and then one from a phone number: 719-418-5394 in Colorado Springs, CO; that I can only assume was either ████████ or one of her associates. When I answered the phone, I was told a racial slur and hate speech that made me extremely upset. The person on the line said "enjoy this country while you are still in it, you dirty Arab". I thought about reporting this to the police or to the university, but I did not. I did not think it

would do any good as ██████ was not a student and I didn't want to go through the added stress of filing a police report at the time.

Currently, I have absolutely no communication with ██████ I deleted her number after the racial slur/hate speech and had already had her blocked on all social media including: Facebook, Instagram, Twitter, and Snapchat. I also do not want any further communication with her at all.

I take full responsibility for the text messages/Facebook messages that were sent to ██████ I deeply regret how this incident has taken place. I understand that I lied to this person about many things, and I am very sorry about that. I never had a lawyer like I stated I did in the messages, and while I did consider suing for damages in civil court regarding this issue, I never did go file in court for any such damages. I said these things so ██████ would work with me to fix this issues with my account and so she would take me seriously. It was wrong, and I should have been more honest with her. This represents a major character flaw that I know I feel terribly about. I promise that I will be working on myself to fix this flaw, through deep self-reflection and perhaps professional help if deemed necessary. Everyone makes mistakes, and while I try to hold myself to the upmost ethical standards, I myself am not perfect. I am not a frequent liar, and in fact I think I'm terrible at it. This was a onetime incident, and I have no other incidents or relationships like this one that has happened with ██████ This was a potential friendship gone wrong, and I will be very careful in the future to make sure nothing like this happens ever again.

I have also learned a valuable lesson from this incident. In my own hubris I thought I could handle an issue myself, without thinking how ██████ felt about the situation. This was also a grave mistake. I now know that if anything like this were to happen in the future, I should take it up with the proper authorities such as the police, Apple, and C&IT instead of trying to fix it on my own. In retrospect, If I had done this in the first place, I probably would not have needed ██████ assistance at all.

My reputation is very important to me. I am currently in my ninth year of studies at Wayne State University. I have earned three degrees from this institution and am half way through the highest degree that the university bestows upon studetns. During my time here, I have surveyed the community in many different capacities. I was an RA for four years, I was the student body president on main campus, I have volunteered my time in countless student organizations and other places in the community, I am currently the president of my class, participate frequently and present research, and am overall an upstanding student. I have been awarded and recognized for my service in many ways, ranging from major awards from different offices on campus, to scholarships and general recognition. These are only possible because my peers trust me.

During these activites, I have met quite literally thousands of students. I would like to note that this is the first time any student has reported any incident of alleged harassment about me in any form over the last nine years I have been a member of this community.

In my eyes, while these actions do represent a character flaw that I deeply regret, I think it is also important to note that the actions in themselves are not a medical school issue, but rather a civil one. It is not against the student code of conduct of the medical school to mislead a 3rd party individual, who was *not a student* at the time the alleged incident took place, about a private matter that has nothing to do with the Univeristy, Medicine, the or my studies. I also do not think this meets the legal criteria of "harassment", and to the best of my knowledge, I have not been charged with any crime alleging harassment, or any other chargers related to this incident. This incident has no bearing, in any way on my studies, and the alleged harassment did not take place on campus grounds. If ███████ would like to file civil charges against me, I would be happy to defend myself in a court of law.

With that said, the fact that I may have hurt ██████ or that she perceived my actions in a different way than what was intended do not sit well with my conscience. I would welcome the opportunity to forgo the racial slur/hate speech and write her a sincere apology letter to try to atone for my actions. If the university could facilitate delivery of this letter somehow, I would appreciate it.


Sincerely,

Anthony Eid



**2:10**

**‹ anthony eid ›**

No. Please stop contacting me.

Delivered

I understand. I had deleted your number until I got it in this investigation report. I'm going to have to file a lawsuit with the 36th district court for damages. I will not contact you again, but you may hear from my lawyer if this is not resolved. ✌️✌️

Fri, Oct 26, 6:26 PM

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!

Text Message

Hi. My lawyer told me he emailed you yesterday. Take a look and lmk what you wanna do. I'm open to a better resolution. Thanks!

iMessage

---

**2:13**

**‹ Home**   **Anthony Eid ›**
Active 6h ago

11/20/2016, 10:04 PM

Hey! I'm not sure if your not seeing my texts or if you're just ignoring me...I understand either way if what I asked makes you uncomfortable lmk. I'm just trying to not have to make a brand new account here.

11/22/2016, 4:42 PM

i never received any texts i'm sorry about that!!

11/22/2016, 8:19 PM

It's ok. Ill explain the situation on here

I was hacked last week by someone in asia, and they stole thousands of dollars from me. Luckly I was able to get it all back, but

Aa



2:14

‹ Home  **Anthony Eid** ›
Active 6h ago

stole thousands of dollars from me. Luckly I was able to get it all back, but since then ive been trying to figure out how they were able to get into my account

So Apple did some digging and told me that its bc they were able to use saved log in data from cookies that were stored on my computer. So now I have to delete those cookies in order to secure my account

Prob is, my comp has cookies from everyone who has logged in, which is kidna a lot of ppl haha. So for the past week ive been going around trying to talk to everyone that has to solve the issue

2:14

‹ Home  **Anthony Eid** ›
Active 6h ago

Your name was on the list from that time I haave you those old Bio exams

So would it be ok if I logged into the account, deleted the cookies from my computer, and then logged off? I promise I'm not going to hack you or anything lol. I'm just trying to secure my account so this does not happen again

11/29/2016, 11:04 PM

Hey ▇▇▇▇ still desperately trying to fix my email account problem. get back to me when you can

11/29/2016, 11:19 PM

if you don't feel

WSU / Eid 000745



2:14 ⏎      📶 📶 🔋

‹ Home    **Anthony Eid** ›    📞 📹
       Active 6h ago

deleted the cookies from my computer, and then logged off? I promise I'm not going to hack you or anything lol. I'm just trying to secure my account so this does not happen again

     11/29/2016, 11:04 PM

Hey ███ still desperately trying to fix my email account problem. get back to me when you can

     11/29/2016, 11:19 PM

if you don't feel comfortable with giving me that info, perhaps we can meet sometime on campus for a few mins and you can put it in yourself or something

➕   📷   🖼️   $    Aa    🙂   👍

---

2:14 ⏎      📶 📶 🔋

‹ Home    **Anthony Eid** ›    📞 📹
       Active 6h ago

     01/28/2017, 8:50 AM

Hey hey! Hope your semester is starting off alright. First ones the hardest. Lmk what classes you are taking bc I prob have a ton of old exams/other material. Are you available to meet in campus sometime next week so we can fix my account issue I was telling you about?

     02/04/2017, 10:01 AM

I went to the Apple Store again to see if there was any other way around this (if it's the Apple and not gmail). They showed me a way that works but it don't bc of 2 step verification. Can you turn that off so I can try to fix it without the

➕   📷   🖼️   $    Aa    🙂   👍



2:04

anthony eid ›

iMessage
Nov 17, 2016, 9:31 PM

Hey ▮▮▮ It's Anthony Eid
from the student senate. I have
a small favor I'm hoping you can
help me with

what's up?

Kinda a long story. I was hacked
earlier this week by someone in
Asia, and they stole thousands
of dollars from me. Lucky I was
able to get it all back, but since
them I've been trying to figure
out how they were able to get
into my account

So Apple told me that it's bc
they were able to use saved log
in data from cookies that have
been stored on my computer.
They said I have to delete the
cookies in order to secure my
account

The problem is, my computer

iMessage

2:04

anthony eid ›

The problem is, my computer
has cookies from everyone who
has ever logged in from my
computer, which is a ton of ppl.
So For the past 3 days I've been
going around trying to ask
people that have logged in to
sign in using my comp so I can
delete the cookies.

Your names on the list from that
time I gave you those bio exams.

So basically would it be cool if I
logged into your account,
deleted the saved cookies from
my computer, then log off? I
promise I'm won't hack you or
anything. I'm just trying to make
sure my account is secure so
this doesn't happen again

Nov 17, 2016, 10:37 PM

Or if your not comfortable with
that, can we meet up on
campus sometime and you can

iMessage

WSU / Eid 000747



2:04

‹ anthony eid ›

campus sometime and you can do it yourself?

Nov 18, 2016, 1:29 PM

Hey you get my texts yesterday?

Nov 19, 2016, 9:13 AM

Hey ▮▮▮ Don't mean to bother you, but I could really use the help in securing my account.

Nov 24, 2016, 7:51 AM

Happy thanksgiving! Ask if you could check your fb messages and get back to me I would appreciate it!

Feb 4, 2017, 10:30 AM

Hi. Can you check your fb messages? Thanks.

Feb 25, 2017, 10:35 PM

iMessage

---

2:04

‹ anthony eid ›

Feb 25, 2017, 10:35 PM

Check DMs plz when you get the chance

Feb 26, 2017, 5:50 PM

I would really like to get this done tonight if you have the time

i've been working since 6 am i'm busy right now at work

Ok my bad. Just lmk whenever you have a chance. Don't work too hard

Mar 2, 2017, 10:19 PM

Hi! Just a reminder you told me you would send me the info a week ago. Any time would be appreciated so I can fix this

Mar 3, 2017, 5:35 PM

???

iMessage



**2:04** ⏺     .ıl 🛜 🔋

‹     **anthony eid** ›

Mar 4, 2017, 9:50 AM

This is very frustrating. You swig AGAIN we would take care of this and it's still not. I do not understand why this is such a big deal.

Mar 5, 2017, 2:24 PM

If you have time today would be great

Mar 9, 2017, 10:37 PM

In case you didn't get the DMs, I'm putting in the complaint tomorrow at 5pm if you're not going to help me (which is pretty clear by now).

Mar 10, 2017, 1:19 PM

what email is it again

?'

iMessage

---

**2:04** ⏺     .ıl 🛜 🔋

‹     **anthony eid** ›

It's the one that ends in @icloud.com I believe

Mar 10, 2017, 2:40 PM

honestly i don't even know that right now and i'm at work

All good just send it when you get home I'm also at work

Mar 10, 2017, 7:07 PM

It looks like it's

Mar 11, 2017, 7:24 AM

It looks like it's

m can you send me the info

Mar 11, 2017, 12:43 PM

i think the pass is
i could be
wrong though i have another if it

iMessage



**Left screenshot (2:04)**

anthony eid >

wrong though i have another if it doesn't work

Yea it's saying that's wrong

Mar 12, 2017, 10:27 PM

???

Mar 15, 2017, 4:12 PM

Can you send me the info

Mar 15, 2017, 5:49 PM

Hello? I really would like to get this over with

Mar 16, 2017, 8:52 AM

Hello

Mar 16, 2017, 3:57 PM

honestly idek it then

try

Mar 16, 2017, 5:58 PM

iMessage

**Right screenshot (2:05)**

anthony eid >

try

Mar 16, 2017, 5:58 PM

Nope that's not it either. Maybe it's the same as another pw you use?

Otherwise you can reset it at iforgot.com

And just so you know it should be the same as the pw you use to dl an app from the App Store

Please try to do this tonight I've given you three extra weeks. It can be done in 10 mins

Mar 17, 2017, 10:29 AM

Please try to do this today I've given you three extra weeks and I can't keep waiting time on this. It can be done in 10 mins

Mar 18, 2017, 1:08 AM

i honestly don't know my

iMessage



**Left phone screen:**

2:05

anthony eid ›

Mar 18, 2017, 1:08 AM

i honestly don't know my password and last time i tried to reset my apple password it locked me out of all of my stuff and crashed my old phone.

It's a very straightforward process. You go to the link and type in your Apple ID. Then it sends you an email to reset it. I kind of doubt you don't know your password bc you need it to dl any app or do any backup or set up the phone in the first place. If you really don't know it then you should prob call Apple and figure it out bc it's kind of important. Do you have any other guesses on what it could be?

And like I said before if your not comfortable just giving it to me let's just meet up in the student center sometime for 5 mins so

iMessage

**Right phone screen:**

2:05

anthony eid ›

let's just meet up in the student center sometime for 5 mins so you can type it in yourself! Or, even easier, just reset it to something else after you give it to me

Mar 18, 2017, 10:24 AM

Any other guesses?

Mar 20, 2017, 11:19 PM

?

Mar 21, 2017, 5:42 PM

Ok so I don't think your really willing to work with me and I'm pretty fed up so I think I'm just going to file this report and let the university decide who's in the right

i don't know y password and last time i tried to reset it crashed my phone

iMessage

WSU / Eid 000751



**Left phone:**

2:05

‹ⓘ anthony eid ›

Mar 24, 2017, 4:05 PM

my apple id for that stuff is my dads but i have my own icloud. two seperate accounts.

mine is just so i have my own icloud.

try `

The iCloud one, your own, is the one I need bc that's the one I put those old exams on. I'll try that one and let you know

Mar 24, 2017, 11:51 PM

Yea just got home and tried it. Still didn't work. Once again it's for the account I put the exams one. To check it go to your settings -> icloud and it will say the email address on top.

Mar 25, 2017, 9:38 AM

Maybe it's a password you made

iMessage

**Right phone:**

2:05

‹ⓘ anthony eid ›

Mar 25, 2017, 9:38 AM

Maybe it's a password you made and not your dad?

Mar 25, 2017, 12:21 PM

Any ideas?

i know how icloud works. last time i tried to reset my password it crashed my phone. no. no ideas. i do not know.

Well I mean your going to have to do it eventually in order to dl any apps or to back up your phone. Just resetting the password song crash the phone, it must have been a coincidence. Here is what we tried so far:

Cant*. It looks like you have two

iMessage



2:05 ✦

anthony eid ›

Cant*. It looks like you have two step verification on too. Maybe that's why it crashed. After you change your pw you could turn it off if you want.

no. i told you, not to download apps. i use my dads apple id. i have my own icloud account and use my dads apple id for that stuff.

When you go to iCloud what does the address say on your phone? Bc you can't have two Apple ids on one phone.

Ok so I just called Apple and got a little more info. They said the last time the pw from that account was reset was on 11/3/16. They said 2 step verification was also turned on that day. They said it was reset from your phone, which means it's a pw you made yourself. Does that jog your memory at

---

2:05 ✦

anthony eid ›

account was reset was on 11/3/16. They said 2 step verification was also turned on that day. They said it was reset from your phone, which means it's a pw you made yourself. Does that jog your memory at all? Can you try a couple more different pws? If not they also said that resetting a pw will never cause a phone to crash, you can call them and ask lol.

They also said I can prob fix my problem by connecting your phone to my computer and clearing the cookies. I would be very willing to meet up with you for lunch or something my treat on campus if that's easier, but by far the easiest way to fix this issue so we never have to talk about it again would be to either figure out or reset the pw. So plz try to think of a couple more

Mar 26, 2017, 10:53 AM

iMessage



2:05 ⏎

anthony eid ›

Mar 26, 2017, 10:53 AM

Lmk

Mar 28, 2017, 8:43 AM

Would any of those work for you? Trying my best here to resolve this

Apr 1, 2017, 7:48 AM

Can you lmk about her two messages I sent last Saturday?

Apr 3, 2017, 7:10 PM

Any update? My schedule is unusually open this week to figure this out. I'm not trying to cause you any stress but I need to get this taken care of. Idk if you read my last message on what Apple said or not.

Apr 10, 2017, 9:01 AM

Any update? My schedule is unusually open this week to

iMessage

WSU / Eid 000754



**Left phone screen:**

2:09

‹ anthony eid ›

this community, I'm funny, I've dealt with a lot of similar situations to what you're going through. I try to help you when you need it. I might not be a dime like you are but I'm pretty handsome (or so ppl say at least). I could change your life. Just looking to be friends and wish you would give me more of a chance.

Nov 16, 2017, 7:29 PM

Or not lmao

Mon, Aug 6, 10:21 PM

Hi! Sorry to bother you. Hope you're doing ok. Just a quick question, does the street Alfred Street mean anything to you?

No why

How about Chesterfield, 48047?

iMessage

**Right phone screen:**

2:09

‹ anthony eid ›

How about Chesterfield, 48047?

Why are you asking me this?

Sorry, it's very frustrating. My snap was hacked about two months ago. I had filed a police report Bc I've been getting hacked pretty consistently over the past 2 years or so. They tracked the IP address and they said it came from that area.

It really sucks Bc you can send money on snap now, so they stole some money from me and I lost the access to my account temporarily

I'm sorry I don't know how to help you.

Well that's the strange thing. A google search of the address they gave me popped up with ███ as the last name, and the

iMessage



2:09

‹③   anthony eid ›

as the last name, and the phone number they gave me matched this one.

Like I don't think you had anything to do with this don't worry, but I think someone might be using your account or something to get to me. The police said they recommended i reach out to you first before going any further

Have you been hacked at all lately or anything fishy like that?

Well that's odd. Nothing has happened lately no.

I'm sorry I can't help you I have no idea what that's about.

Well that's good I'm glad nothing has happened to you. That tells me I'm the one being targeted

iMessage

2:09

‹③   anthony eid ›

Which is kinda scary

Well thanks for your concern but I'm sorry I can't help you. Hope you have a good night.

There actually is something you can do actually, if you would be willing to, so I can put this behind me instead of having to investigate it further. I've been able to rescue all of my account except for snap since that's what this happened with. They somehow logged in through your phone number (apparently?) to get to me, so those accounts are linked. If you could change the pw to something temporary so I can unlink it and get my account back I would appreciate it.

No. Please stop contacting me.

Delivered

I understand. I had deleted your

iMessage

WSU / Eid 000756





1:10

3    anthony eid >

?

You know, I wish we would talk more than just when something's wrong with one of our phones (btw my iCloud is STILL fucked up but that's another story). I'm a pretty great guy. I'm going to be a Doctor, I'm pretty much the #1 leader in this community, I'm funny, I've dealt with a lot of similar situations to what you're going through. I try to help you when you need it. I might not be a dime like you are but I'm pretty handsome (or so ppl say at least). I could change your life. Just looking to be friends and wish you would give me more of a chance.

Thu, Nov 16, 7:29 PM

Or not lmao

iMessage

WSU / Eid 000758



1:11

**anthony eid**

i'm sorry but i have a person in my life and i'm not really in the business of making new male friends such as this

I have someone in my life too. I'm in an 8 year relationship 🫖. It's not like that. I'm just trying to be friendly. I like having friends from all over the place you know? It's good to make connections.

Why are you opposed to make friends? 50% of the world is male lol. In the real world, the workforce, etc you'll have lots of mail coworkers and stuff.

I just think we could be friends, and I could be a good resource for you. Like hell I would love to meet your boo if he doesn't want you having any. But if you don't want to it's all good, I understand

iMessage

## M Jackson

**From:** Margit Chadwell
**Sent:** Wednesday, December 5, 2018 10:43 AM
**To:** M Jackson
**Subject:** FW: Concern regarding Medical Student

Matt – here is the communication with main campus. I will send the rest of the materials as well.

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361



---

**From:** Margit Chadwell
**Sent:** Thursday, November 1, 2018 11:04 AM
**To:** David Strauss <davidstrauss@wayne.edu>
**Subject:** FW: Concern regarding Medical Student

Good Morning David,
Please see below regarding the complaint filed by former WSU student ███████  ███████ | Pam ███████ is her mother – she contacted me yesterday on the recommendation of the physician she works for Children's Hospital where she has been a nurse for 13 years. I would like to get your input on this  - let me know when we could discuss,
Thank you,
Margit

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463  Fax: 313-577-0361

1

WSU / Eid 000760



**From:** Margit Chadwell
**Sent:** Thursday, November 1, 2018 11:00 AM
**To:** ' ▇▇ Pamela' <▇▇▇▇▇▇▇▇>
**Cc:** Pamela ▇▇▇ ▇▇▇▇▇▇ >
**Subject:** RE: Concern regarding Medical Student

Dear Pam,
Thank you for sharing your concerns regarding one of our medical students, Anthony Eid, and for the supporting documentation. Per our discussion yesterday and your description below, this is a police matter and will be primarily addressed as such. I do see in the filed complaint with WSU that a copy was sent to Dean of Students David Strauss. I will be following up with him and address this with the appropriate university channels as the process takes it's course.
Sincerely,
Margit Chadwell

*Margit Chadwell, MD, FAAFP*
Associate Dean of Student Affairs and Career Development
Wayne State University School of Medicine
315 Mazurek Education Commons
540 E. Canfield, Detroit, MI 48201
Ph: 313-577-1463 Fax: 313-577-0361



**From:** ▇▇ Pamela <▇▇▇▇▇▇▇>
**Sent:** Wednesday, October 31, 2018 8:42 PM
**To:** Margit Chadwell <mchadwel@med.wayne.edu>
**Cc:** Pamela ▇▇▇ ▇▇▇▇▇▇ >
**Subject:** Concern regarding Medical Student

<div style="background:#ccc">This message was sent securely using ZixCorp.</div>

Hello Dr. Chadwell- Thank you for taking time and listening to our concerns today, as well as for helping with some further suggestions. My daughter is ▇▇ ▇▇▇ ▇▇ DOB ▇▇▇ Her phone number is ▇▇▇▇. I talked with her after I spoke with you and please feel free to contact whenever needed. I had mentioned she tried to file the police report in Colorado on Monday, but she had to go to work. I also mentioned she contacted the police again Tuesday and they were sending someone to her apartment but she again had to go to work. Since today is

2

WSU / Eid 000761

Halloween, she thought they would be very busy. She has tomorrow, Thursday 11/1, off work and will contact the police again to file the report. She will also ask about the PPO as you had suggested and find out if she needs one in both Colorado and Michigan(or maybe it covers both). After she files the police report in Colorado, she is to call WSU police back to let them know. She'll give WSU police permission to communicate with you at that time. I have attached documents we discussed plus a couple more. The first is the complaint███████ filed with the WSU police. The next three are sample text from Anthony Eid, which have his name at the top. The Preliminary Hearing 36th District Court attachment is what was emailed from Anthony's lawyer. As███████ states in the WSU Complaint, she called and verified this was not from the law firm on the email. The email address has an extra "p" and the mailing address leaves off a number. Also, my husband works for the Department of Defense and spoke with lawyers at work to verify that such a document would not be sent by email. Also of note, for civil cases, there are not lawyers involved was also verified. The next two are screen shots of the 36th District Court Docket for 11/15. They show that a███████ is on the docket for that day, although it is not███████ The next screen shot shows that is for a traffic/drivers license issue, not a civil case.███████ also called the 36th district court to confirm that she is not on the docket. But the 11/15 date was picked to scare or intimidate her, since there is a███████ listed. This may have been to lure her to a specific location on a specific date, threaten with up to a $5000 claim to obtain money or to obtain her passwords. As I mentioned during our discussion, I am very concerned about someone with this character becoming a doctor. I would not want this type of person caring for my family, friends or any patients/families. Please feel free to contact me for anything further, as well as update me when you are able to.

Thank you,
Pam███████
cell: ███████
work: ███████

This message (including any attachments) is confidential and intended solely for the use of the individual or entity to whom it is addressed, and is protected by law. If you are not the intended recipient, please delete the message (including any attachments) and notify the originator that you received the message in error. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Tenet Healthcare Corporation.

---------------------------------------------------------------------------

This message was secured by ZixCorp(R).

3

**M Jackson**

**From:**        Pam ████ ████████
**Sent:**        Wednesday, October 31, 2018 6:51 PM
**To:**          ██████ Pamela
**Subject:**     Fwd: Perliminary Hearing, 36th Distric Court 11/15/2018

Sent from my iPhone

Begin forwarded message:

> **From:** ██████ ██████ <██████████████████>
> **Date:** October 31, 2018 at 3:09:34 PM EDT
> **To:** ████████████████
> **Subject: Fwd: Perliminary Hearing, 36th Distric Court 11/15/2018**

> Begin forwarded message:

> **From:** Wolff Law <wolffsmithlawfirm@gmail.com>
> **Date:** October 25, 2018 at 6:18:52 PM MDT
> **To:** ████████████████
> **Subject: Perliminary Hearing, 36th Distric Court 11/15/2018**

> Hello Ms. ██████

> My name is Alexander Wolff-Smith. I am representing a Mr. Eid in an ongoing small claims court case that has been filed vs You. According to my research, you no longer reside in Michigan. Therefore, this email acts as a friendly reminder and good gesture to alert you of your court date at the 36th District Court in Detroit, MI on 11/15/2018 regarding the small claims case. Failure to appear will result in a default judgment against you, which under Michigan law can be up to $5000.

> I strongly encourage you to settle this matter out of court with my client. My client's primary goal is not money, but to instead regain total control of his various online and social media accounts that have been breached due to interactions between the two of you and an outside entity that acted as malicious hacker (who has since been apprehended). If you wish to settle this out of court, you may contact my client at 248-310-8610. Otherwise, he will see you in court on 11/15/2018.

> Best Wishes

> _____
> Alexander Wolff-Smith
> 43 S. Broadway
> Lake Orion, MI  48362

1

WSU / Eid 000763

email: wolffsmithlawfirm@gmail.com

**Confidentiality Note:** This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.

**WSU / Eid 000764**



6:59

**36th District Court**

| Case/Ticket Number: | Last Name: | From date: | 11/15/2018 |
| Judge/Magistrate: | First Name: | To date: | 11/15/2018 |
| Prosecutor: | Company Name: | From time: | 08:00 AM |
| Attorney: | Vehicle Plate No.: | To time: | 04:30 PM |
| Prob Officer: | Courtroom: | | |
| Police Officer: | | | |

Return    The selection exceeds maximum allowed. The first 1000 scheduled hearings have been selected.

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36

| Judge/Mag (Courtroom) | Date | Time | Case Number or Ticket Number | Name | Action |
|---|---|---|---|---|---|
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278351 | BROWN/RUMEAL/ANDREW-TASHAWN | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278352 | BROWN/RUMEAL/ANDREW-TASHAWN | ARRAIGNME |
| PROB OFC - MORGAN,SEMAJ, | 11/15/2018 | 11:30 AM | Z8054641 | BRYANT/ISAAC/WALTER | PROB RPT D |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184621041 | BURDEN/DARNELL/QUENTON | HEARING |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184621042 | BURDEN/DARNELL/QUENTON | HEARING |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184621051 | BURDEN/DARNELL/QUENTON | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184621052 | BURDEN/DARNELL/QUENTON | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184621053 | BURDEN/DARNELL/QUENTON | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184884141 | BURK/CHARLES/RICKY III | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | 184884142 | BURK/CHARLES/RICKY III | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278551 | BURNETTE/LAQUIANA/DENISE | ARRAIGNME |
| FORD,DEBORAH G., | 11/15/2018 | 08:35 AM | V10525018 | BURNS/RONALD/KEITH | TRIAL |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9245341 | BURTON/NIKEMO/SHAROFF | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9245342 | BURTON/NIKEMO/SHAROFF | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9245343 | BURTON/NIKEMO/SHAROFF | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278431 | BYRD/ANTHONY/JERMAINE | HEARING |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278432 | BYRD/ANTHONY/JERMAINE | HEARING |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278433 | BYRD/ANTHONY/JERMAINE | HEARING |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278521 | BYRD/ANTHONY/JERMAINE | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278522 | BYRD/ANTHONY/JERMAINE | ARRAIGNME |
| WILLIAMS,LARRY D.,JR. | 11/15/2018 | 01:30 PM | SP9278523 | BYRD/ANTHONY/JERMAINE | ARRAIGNME |
| HOLMES,SHANNON A., | 11/15/2018 | 09:00 AM | 115342131 | CABBIL/CHRISTOPHER/ | REVIEW |
| HINNANT JOHNSON,ADRIENNE, | 11/15/2018 | 01:30 PM | SP9318431 | CADE/RONALD/V | ARRAIGNME |
| HINNANT JOHNSON,ADRIENNE, | 11/15/2018 | 08:35 AM | U537472 | CAGE/DANIEL/JOEL | TRIAL |
| HINNANT JOHNSON,ADRIENNE, | 11/15/2018 | 08:35 AM | 105032341 | CAGE/DANIEL/JOEL | TRIAL |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36



WSU / Eid 000765



WSU / Eid 000766

1/23/2019  Registration and EAA Data

# WSU Stars Student Profile

Created by Matthew Jackson (ad5465) at 1/23/2019 7:12:28 AM

Save

Eid, Anthony Edward (004087570, eh2083)

| | Date | Name | Relationship |
|---|---|---|---|
| Records Release | FROM 03/31/16 | Eid, Anthony | Unknown |

Reg/EAA → Combined

# WSU Stars Student Profile

Created by Matthew Jackson (ad5465) at 1/23/2019 7:12:28 AM

Eid, Anthony Edward (004087570, eh2083)

Filter

Combined Registration Detail and Meeting Times

Level  UG
Term  All
Subject  All
Enr Status  Registered (RE, RR, AU)

| No. | Term | Class ID | Course Title | Status | Level | Credits | Building | Room | Times | Dates | EAA | Primary In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201501 | BIO 4630 001 | Histology | RE | UG | 4 | SCI | 1117 | 1145-1240 | 12-JAN-15 to 05-MAY-15 | | Beningo, Karu |
| 2 | 201501 | BIO 4630 003 | Histology | RE | UG | 0 | SCI | 2038 | 1115-1315 | 12-JAN-15 to 05-MAY-15 | | Khalil, Reem |
| 3 | 201501 | CHM 2280 001 | Gen Chm 2/Analytical Chm | RE | UG | 3 | DRY | 1056 | 1630-1750 | 12-JAN-15 to 05-MAY-15 | F | Poole, Colin |
| 4 | 201501 | CHM 2290 005 | Gen Chm 2:Anlyt Chm Lab | RE | UG | 2 | LIFE | 0249 | 1730-2130 | 12-JAN-15 to 05-MAY-15 | C- | Matti, Andrea |
| 5 | 201501 | MAT 2020 004 | Calculus 2 | RE | UG | 4 | STAT | 0312 | 0935-1030 | 12-JAN-15 to 05-MAY-15 | | Hu, Po |
| 6 | 201409 | BIO 4110 001 | Biomed Tech&Molecr Biol | RE | UG | 4 | STAT | 0426 | 1325-1450 | 27-AUG-14 to 16-DEC-14 | | Pile, Lori |
| 7 | 201409 | BIO 4110 002 | Biomed Tech&Molecr Biol | RE | UG | 0 | STAT | 0114 | 1500-1555 | 27-AUG-14 to 16-DEC-14 | | Chaubal, Ashi |
| 8 | 201409 | PSY 2080 002 | Int: Drgs Bhvr&Socty | RE | UG | 3 | STAT | 0426 | 1145-1310 | 27-AUG-14 to 16-DEC-14 | | Atchley, Derei |
| 9 | 201409 | SPA 2010 010 | Intermediate Spanish | RE | UG | 4 | MANO | 0215 | 1030-2120 | 27-AUG-14 to 16-DEC-14 | | Ferreira, Fatin |
| 10 | 201406 | PSY 3993 003 | Lab:Experimental Psychol | RE | UG | 2 | STAT | 0316 | 1640-1830 | 05-MAY-14 to 31-JUL-14 | | Atchley, Derei |
| 11 | 201401 | BIO 3200 001 | Human Physiology | RE | UG | 3 | LECT | 0100 | 1325-1450 | 06-JAN-14 to 29-APR-14 | | VanBarkum, N |
| 12 | 201401 | BIO 4200 001 | Evolution | RE | UG | 3 | SCI | 1117 | 1325-1450 | 06-JAN-14 to 29-APR-14 | | Friedrich, Mar |
| 13 | 201401 | PSY 2410 002 | Health Psychol | RE | UG | 4 | MAIN | 0121 | 1730-2110 | 06-JAN-14 to 29-APR-14 | | Ziadni, Maisa |
| 14 | 201401 | PSY 5040 001 | Cognitive Neurosci | RE | UG | 3 | MAIN | 1172 | 0935-1125 | 06-JAN-14 to 29-APR-14 | | Damoiseaux, . |
| 15 | 201309 | BIO 3200 001 | Human Physiology | RR | UG | 3 | LECT | 0100 | 1325-1450 | 28-AUG-13 to 17-DEC-13 | | Myhr, Karen |
| 16 | 201309 | GER 2710 001 | German Culture&History | RE | UG | 3 | MANO | 0091 | 1830-2115 | 28-AUG-13 to 17-DEC-13 | | Ferguson, Ma |
| 17 | 201309 | PSY 3010 013 | PSY: Statistical Mth | RE | UG | 4 | MAIN | 0121 | 1145-1310 | 28-AUG-13 to 17-DEC-13 | | Jones, Lara |
| 18 | 201309 | PSY 3010 014 | PSY: Statistical Mth | RE | UG | 0 | SHAR | 0309 | 1400-1550 | 28-AUG-13 to 17-DEC-13 | | Sugarman, Mi |
| 19 | 201306 | BIO 3070 001 | Genetics | RR | UG | 4 | STAT | 0234 | 1130-1305 | 06-MAY-13 to 01-AUG-13 | | Popadic, Alek |
| 20 | 201306 | BIO 3070 002 | Genetics | RE | UG | 0 | MANO | 0243 | 1030-1120 | 06-MAY-13 to 01-AUG-13 | | Medved, Victc |
| 21 | 201301 | BIO 3100 001 | Cellular Biochem | RE | UG | 3 | SHAR | 0100 | 1500-1625 | 07-JAN-13 to 30-APR-13 | | Unnikrishnan, |
| 22 | 201301 | CHM 2220 010 | Organic Chemistry 2 | RE | UG | 0 | STAT | 0118 | 1355-1450 | 07-JAN-13 to 30-APR-13 | | Crich, David |
| 23 | 201301 | CHM 2220 001 | Organic Chemistry 2 | RE | UG | 3 | DRY | 0146 | 1250-1345 | 07-JAN-13 to 30-APR-13 | | Crich, David |
| 24 | 201301 | HIS 1400 001 | World Since 1945 | RE | UG | 3 | DRY | 0146 | 1500-1555 | 07-JAN-13 to 30-APR-13 | | Day, Alexande |
| 25 | 201301 | HIS 1400 018 | World Since 1945 | RE | UG | 0 | MANO | 0211 | 1630-1725 | 07-JAN-13 to 30-APR-13 | | Day, Alexande |
| 26 | 201301 | PSY 3060 001 | Lrng&Memry: Pross | RE | UG | 3 | SCI | 1125 | 1145-1310 | 07-JAN-13 to 30-APR-13 | | Borszcz, Geo |
| 27 | 201301 | SPA 1020 012 | Elem Spanish 2 | RE | UG | 4 | MANO | 0289 | 1730-1920 | 07-JAN-13 to 30-APR-13 | | Galindo, Andr |
| 28 | 201209 | CHM 2220 001 | Organic Chemistry 2 | RE | UG | 3 | DRY | 0146 | 0830-0925 | 29-AUG-12 to 18-DEC-12 | | Kodanko, Jen |
| 29 | 201209 | CHM 2220 002 | Organic Chemistry 2 | RE | UG | 0 | STAT | 0114 | 0830-0925 | 29-AUG-12 to 18-DEC-12 | | Kodanko, Jen |
| 30 | 201209 | CHM 2230 005 | Organic Chm 2 Lab | RE | UG | 0 | SCI | 3040 | 1250-1650 | 29-AUG-12 to 18-DEC-12 | | Campanali, Au |
| 31 | 201209 | CHM 2230 001 | Organic Chm 2 Lab | RE | UG | 2 | DRY | 0040 | 0830-0925 | 29-AUG-12 to 18-DEC-12 | | Campanali, Au |
| 32 | 201209 | SOC 2020 008 | Social Problems | RE | UG | 3 | STAT | 0319 | 1250-1535 | 29-AUG-12 to 18-DEC-12 | | Kingry, Bryan |
| 33 | 201206 | SPA 1010 019 | Elem Spanish 1 | RE | UG | 4 | MANO | 0275 | 1730-1920 | 29-AUG-12 to 18-DEC-12 | | Anderson, Eli: |
| 34 | 201206 | BIO 2200 001 | Intro Microbiology | RE | UG | 4 | DRY | 0146 | 1030-1205 | 07-MAY-12 to 02-AUG-12 | | Lamberti, Mar |
| 35 | 201206 | BIO 2200 006 | Intro Microbiology | RE | UG | 0 | SHAR | 0200 | 1300-1520 | 07-MAY-12 to 02-AUG-12 | | Sen, Progga |
| 36 | 201201 | BIO 2600 001 | Intr To Cell Biolgy | RE | UG | 3 | DRY | 0146 | 0935-1100 | 09-JAN-12 to 01-MAY-12 | | Nautiyal, Jyot |
| 37 | 201201 | CHM 1240 001 | Organic Chem 1 | RR | UG | 4 | LECT | 0100 | 1040-1135 | 09-JAN-12 to 01-MAY-12 | | Crich, David |
| 38 | 201201 | CHM 1240 002 | Organic Chem 1 | RE | UG | 0 | STAT | 0111 | 0830-0925 | 09-JAN-12 to 01-MAY-12 | | Hopper, Laure |
| 39 | 201201 | PHI 1010 013 | Intro to Philosophy | RE | UG | 3 | MAIN | 1183 | 1145-1240 | 09-JAN-12 to 01-MAY-12 | | Kirkland, Jose |
| 40 | 201201 | PSY 3120 001 | Brain&Behavior | RE | UG | 3 | SCI | 1125 | 1500-1625 | 09-JAN-12 to 01-MAY-12 | | Borszcz, Geo |
| 41 | 201201 | PSY 3310 001 | Abnormal Psychology | RE | UG | 4 | SCI | 2025 | 1145-1310 | 09-JAN-12 to 01-MAY-12 | | Grekin, Emily |
| 42 | 201109 | BIO 1500 001 | Basic Life Diversty | RE | UG | 4 | DRY | 0146 | 1355-1450 | 31-AUG-11 to 20-DEC-11 | | Branford, Will |
| 43 | 201109 | BIO 1500 008 | Basic Life Diversty | RE | UG | 0 | SCI | 2046 | 1145-1445 | 31-AUG-11 to 20-DEC-11 | | Jackson, Reb |
| 44 | 201109 | CHM 1240 001 | Organic Chem 1 | RE | UG | 4 | LECT | 0100 | 1040-1135 | 31-AUG-11 to 20-DEC-11 | F | Zibuck, Regin |
| 45 | 201109 | CHM 1240 010 | Organic Chem 1 | RE | UG | 0 | STAT | 0211 | 1040-1135 | 31-AUG-11 to 20-DEC-11 | | Zibuck, Regin |
| 46 | 201109 | CHM 1250 001 | Organc Chm 1 Lab | RE | UG | 1 | DRY | 0146 | 0935-1030 | 31-AUG-11 to 20-DEC-11 | | Maguire, Mich |
| 47 | 201109 | CHM 1250 005 | Organc Chm 1 Lab | RE | UG | 0 | SCI | 2027 | 1145-1445 | 31-AUG-11 to 20-DEC-11 | | Maguire, Mich |
| 48 | 201109 | PSY 2400 005 | Developmental Psy | RE | UG | 4 | MAIN | 0129 | 1500-1650 | 31-AUG-11 to 20-DEC-11 | | Barnett, Doug |
| 49 | 201109 | THR 1010 005 | Intro to Theatre | RE | UG | 3 | MAIN | 0129 | 1800-2045 | 31-AUG-11 to 20-DEC-11 | | Butterworth, F |
| 50 | 201101 | CHM 1220 001 | General Chemistry 1 | RE | UG | 4 | LECT | 0100 | 1250-1345 | 10-JAN-11 to 03-MAY-11 | | Barber, Maryh |
| 51 | 201101 | CHM 1220 013 | General Chemistry 1 | RE | UG | 0 | STAT | 0228 | 1145-1240 | 10-JAN-11 to 03-MAY-11 | | Barber, Maryh |

WSU / Eid 000767

1/23/2019                                            Registration and EAA Data

| | 52 | 201101 | CHM 1230 001 | Gen Chem I Lab | RE | UG | 1 | LECT | 0100 | 0830-0925 | 10-JAN-11 to 03-MAY-11 | | Munk, Barbar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 53 | 201101 | CHM 1230 002 | Gen Chem I Lab | RE | UG | 0 | SCI | 1028 | 0830-1130 | 10-JAN-11 to 03-MAY-11 | | Munk, Barbar |
| | 54 | 201101 | COM 1010 019 | Oral Comm: Basic Speech | RE | UG | 3 | MANO | 0237 | 1145-1310 | 10-JAN-11 to 03-MAY-11 | | Durham Smit |
| | 55 | 201101 | MAT 1800 013 | Elem Functions | RE | UG | 4 | STAT | 0329 | 1040-1135 | 10-JAN-11 to 03-MAY-11 | | Yuan, Quan |
| | 56 | 201101 | PHY 2140 001 | Physics: Life Sci 2 | RE | UG | 3 | SCI | 2009 | 0935-1030 | 10-JAN-11 to 03-MAY-11 | F | Rehse, Steve |
| | 57 | 201101 | PHY 2140 002 | Physics: Life Sci 2 | RE | UG | 0 | PHY | 0185 | 0935-1030 | 10-JAN-11 to 03-MAY-11 | | Rehse, Steve |
| | 58 | 201101 | PHY 2141 901 | Physics: Life Sci Lab | RE | UG | 1 | PHY | 0165 | 1500-1650 | 10-JAN-11 to 03-MAY-11 | | Williams, Joel |
| | 59 | 201009 | BIO 1510 002 | Basic Life Mechanisms | RE | UG | 4 | LECT | 0100 | 1145-1240 | 01-SEP-10 to 21-DEC-10 | | Parkin, Kirstin |
| | 60 | 201009 | BIO 1510 007 | Basic Life Mechanisms | RE | UG | 0 | SCI | 2003 | 0830-1130 | 01-SEP-10 to 21-DEC-10 | | Halder, Bishal |
| | 61 | 201009 | MAT 1050 009 | Algebra with Trig | RE | UG | 5 | STAT | 0229 | 0935-1135 | 01-SEP-10 to 21-DEC-10 | | Kong, Xianfer |
| | 62 | 201009 | MAT 1050 009 | Algebra with Trig | RE | UG | 5 | STAT | 0229 | 0935-1030 | 01-SEP-10 to 21-DEC-10 | | Kong, Xianfer |
| | 63 | 201009 | PHY 2130 006 | Physics: Life Science 1 | RE | UG | 3 | SCI | 2009 | 1250-1345 | 01-SEP-10 to 21-DEC-10 | | Rehse, Steve |
| | 64 | 201009 | PHY 2130 009 | Physics: Life Science 1 | RE | UG | 0 | MAIN | 0137 | 1355-1450 | 01-SEP-10 to 21-DEC-10 | | Rehse, Steve |
| | 65 | 201009 | PHY 2131 003 | Physics: Life Sci Lab | RE | UG | 1 | PHY | 0180 | 0830-1020 | 01-SEP-10 to 21-DEC-10 | | Abdelhamid, I |
| | 66 | 201009 | PSY 3350 001 | PSY: Personality | RE | UG | 3 | STAT | 0329 | 1145-1310 | 01-SEP-10 to 21-DEC-10 | | Hyde-Nolan, I |

WSU / Eid 000768

1/23/2019                                Registration and EAA Data

## WSU Stars Student Profile

Created by Matthew Jackson (ad5465) at 1/23/2019 7:12:45 AM

Save

Eid, Anthony Edward (004087570, eh2083)

| | Date | Name | Relationship |
|---|---|---|---|
| Records Release | FROM 03/31/16 | Eid, Anthony | Unknown |

Reg/EAA → Combined

## WSU Stars Student Profile

Created by Matthew Jackson (ad5465) at 1/23/2019 7:12:45 AM

Eid, Anthony Edward (004087570, eh2083)

Filter

Combined Registration Detail and Meeting Times

| | | |
|---|---|---|
| Level | | GR |
| Term | | All |
| Subject | | All |
| Enr Status | | Registered (RE, RR, AU) |

| No. | Term | Class ID | Course Title | Status | Level | Credits | Building | Room | Times | Dates | EAA | Primary Instr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201701 | BMS 7999 001 | Basic Med Sci Essay | RE | GR | 3 | ARR | ARR | - | 09-JAN-17 to 02-MAY-17 | | Brush, George |
| 2 | 201609 | PHC 6500 001 | Drgs&Adctv Prcss | RE | GR | 3 | TPMB | | 1400-1700 | 31-AUG-16 to 20-DEC-16 | | Schoener, Euger |
| 3 | 201609 | PHC 7410 002 | Princpls Of Toxclgy | RE | GR | 3 | SCOT | 2268 | 1000-1100 | 31-AUG-16 to 20-DEC-16 | | Reiners, John |
| 4 | 201609 | PSL 7660 001 | Neurophysiology | RE | GR | 3 | SCOT | 5364 | 1730-2030 | 31-AUG-16 to 20-DEC-16 | | DeGracia, Donal |
| 5 | 201606 | BMS 6550 001 | Med Anat: Hlth Profssnls | RE | GR | 4 | SCOT | 2268 | 1000-1300 | 09-MAY-16 to 28-JUN-16 | | Page, Andrea |
| 6 | 201601 | IM 7030 001 | Moleclr Biol of Viruses | RE | GR | 2 | SCOT | 2268 | 1030-1130 | 11-JAN-16 to 03-MAY-16 | | Thilpparthi, Ragh |
| 7 | 201601 | PSL 7030 002 | Basic Grad Psl Lctr 2 | RE | GR | 4 | SCOT | 2268 | 0800-0950 | 11-JAN-16 to 03-MAY-16 | | Cala, Steven |
| 8 | 201601 | PSL 7030 002 | Basic Grad Psl Lctr 2 | RE | GR | 4 | SCOT | 2268 | 0800-0850 | 11-JAN-16 to 03-MAY-16 | | Cala, Steven |
| 9 | 201601 | PYC 7010 001 | Neurobiology 1 | RE | GR | 3 | SCOT | 2268 | 0830-0950 | 11-JAN-16 to 03-MAY-16 | | Galloway, Matth |
| 10 | 201509 | BMB 7010 001 | Gen Bch Lecture | RE | GR | 4 | SCOT | 3125 | 1300-1500 | 02-SEP-15 to 22-DEC-15 | | Evans, David |
| 11 | 201509 | PSL 7010 001 | Bsc Grad Psl Lectr 1 | RE | GR | 4 | SCOT | 2268 | 0800-0950 | 02-SEP-15 to 22-DEC-15 | | Yingst, Douglas |
| 12 | 201509 | PSL 7010 001 | Bsc Grad Psl Lectr 1 | RE | GR | 4 | SCOT | 2268 | 0800-0850 | 02-SEP-15 to 22-DEC-15 | | Yingst, Douglas |

WSU / Eid 000769

1/23/2019                                    STARS Unofficial Transcript

# WSU Stars Student Profile

Created by Matthew Jackson (ad5465) at 1/23/2019 6:56:09 AM

Save

**Eid, Anthony Edward (004087570, eh2083)**

|  | Date | Name | Relationship |
|---|---|---|---|
| Records Release | FROM 03/31/16 | Eid, Anthony | Unknown |

Degree Audit → Unofficial Transcript

Level  Medical (MD)  ▼

## Medical (MD)

### Institution Courses

| WSU Summary | Attempted Cr. | Earned Cr. | Passed Cr. | GPA Cr. | GPA |
|---|---|---|---|---|---|
| Level | 65 | 65 | 65 | 0 | 0 |

### Med Sch 2017-2018

| Class ID | Course Title | Grade | Cr. | Repeat |
|---|---|---|---|---|
| MD1 0900 002 | Yr 1 First Patient Capstone | S | 0 | |
| MD1 5000 002 | Gross Anatomy | S | 12 | |
| MD1 5100 002 | Histology/Embryology | S | 6 | |
| MD1 5200 001 | Biochemistry | S | 6 | |
| MD1 5300 001 | Physiology | S | 6 | |
| MD1 5400 001 | Medical Genetics | S | 3 | |
| MD1 5500 001 | Clinical Nutrition | S | 3 | |
| MD1 5600 001 | Neurosciences | S | 8 | |
| MD1 5730 002 | Population, Patient, Physician | S | 6 | |

| Summary | Attempted Cr. | Earned Cr. | Passed Cr. | GPA Cr. | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Term | 50 | 50 | 50 | 0 | 0 | 0 |
| Cumulative | 50 | 50 | 50 | 0 | 0 | 0 |

### Med Sch 2018-2019

| Class ID | Course Title | Grade | Cr. | Repeat |
|---|---|---|---|---|
| MD2 6000 002 | Imunol/Microbiol/Infcts Dseas | S | 10 | |
| MD2 6100 001 | Pharmacology | S | 5 | |

| Summary | Attempted Cr. | Earned Cr. | Passed Cr. | GPA Cr. | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Term | 15 | 15 | 15 | 0 | 0 | 0 |
| Cumulative | 65 | 65 | 65 | 0 | 0 | 0 |

WSU / Eid 000770

1/23/2019                                    STARS Unofficial Transcript

## *Other Information*

| Event Code | Description | Grade | Decision |
|------------|-------------|-------|----------|
| CG1 | Comprehensive Grade Year 1 | S | 82.88 |

WSU / Eid 000771

1/23/2019                                          Registration and EAA Data

## WSU Stars Student Profile

Created by Matthew Jackson (sd5465) at 1/23/2019 6:57:24 AM

Save

Eid, Anthony Edward (004087570, eh2083)

| | Date | Name | Relationship |
|---|---|---|---|
| Records Release | FROM 03/31/16 | Eid, Anthony | Unknown |

Reg/EAA → Registration Detail

## WSU Stars Student Profile

Created by Matthew Jackson (sd5465) at 1/23/2019 6:57:24 AM

Eid, Anthony Edward (004087570, eh2083)

Filter

Registration Detail

Level            MD
Term             201807
Subject          MD2
Enr Status       Registered (RE, RR, AU)

| No. | Term | Class ID | Course Title | Status | Level | Credits | EAA | Primary Instructor |
|---|---|---|---|---|---|---|---|---|
| 1 | 201807 | MD2 0910 001 | Yr2 First Patient Capstone | RE | MD | 0 | Not Assessed | None Assigned |
| 2 | 201807 | MD2 6000 002 | Imunol/Microbiol/Infcts Dseas | RE | MD | 10 | Not Assessed | None Assigned |
| 3 | 201807 | MD2 6100 001 | Pharmacology | RE | MD | 5 | Not Assessed | None Assigned |
| 4 | 201807 | MD2 6200 001 | Psychiatry | RE | MD | 3 | Not Assessed | None Assigned |
| 5 | 201807 | MD2 6300 001 | Pathobiology | RE | MD | 5 | Not Assessed | None Assigned |
| 6 | 201807 | MD2 6400 001 | Pathophysiology | RE | MD | 18 | Not Assessed | None Assigned |
| 7 | 201807 | MD2 6500 001 | Clinical Medicine 2 | RE | MD | 7 | Not Assessed | None Assigned |
| 8 | 201807 | MD2 6610 01 | Independent Study: Step Prep1 | RE | MD | 1 | Not Assessed | None Assigned |

Med Sch 2018-2019    49

Filtered Total       49

WSU / Eid 000772

WSU / Eid 000773

EID, Anthony

Admitted Date:

Colleges Attended: Oakland Community College -5/2011 – 8/2013

Wayne State University Main Program -9/2010 – 5/2017, BS Biological Sciences & Psychology – 5/2015, MS – 5/2017

GPA: BCPM – 2.93   AO – 3.71 Total – 3.21

MCAT:

## MCAT EXAM SCORES

### MCAT Scores After January 31, 2015

| Test Date | Total Score | Confidence Band[1] | Percentile Rank of Score[2] | Chemical and Physical Foundations of Biological Systems Score | Percentile Rank of Score[2] | Critical Analysis and Reasoning Skills Score | Percentile Rank of Score[2] | Biological and Biochemical Foundations of Living Systems Score | Percentile Rank of Score[2] | Psychological, Social, and Biological Foundations of Behavior Score | Percentile Rank of Score[2] | Percentile Rank Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2015 | 501 | 499 to 503 | 56% | 123 | 33% | 125 | 62% | 125 | 56% | 128 | 86% | 05/01/2016 |

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which the test taker's true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score.
[2] The percentile ranks of scores are the percentages of test takers who received the same scores or lower scores. The percentile ranks are updated on May 1 every year to reflect the results from previous calendar year(s).

### MCAT Scores Before January 31, 2015

| Test Date | Total Score | Confidence Band[1] | Percentile Rank of Score[2] | Physical Sciences Score | Percentile Rank of Score[2] | Verbal Reasoning Score | Percentile Rank of Score[2] | Writing Sample Score | Percentile Rank of Score[2] | Biological Sciences Score | Percentile Rank of Score[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/2014 | 21 | 19 to 23 | 27% | 06 | 23% | 09 | 67% | | % | 06 | 10% |

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which the test taker's true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score (or, in the case of the Writing Sample, subtract one and one letter), add one letter to the score. The percentile ranks are based on tests administered from January 2012 through September 2014.
[2] The percentile ranks of scores are the percentages of test takers who received the same scores or lower scores. The percentile ranks are based on tests administered from January 2012 through September 2014.

WSU / Eid 000774

## YEAR I 2017/18 – SATISFACTORY

Gross Anatomy – S

Histology/Embryology – S

Biochemistry – S

Physiology – S

Medical Genetics – S

Clinical Nutrition – S

Neurosciences – S

Translational Medicine – S

## YEAR II 2018/19

Immunology/Microbiology/Infectious Disease - S

Pharmacology - S

Psychiatry - S

Pathobiology - S

Pathophysiology -

Clinical Medicine 2 -

Step I Prep –

Year II First Patient Capstone - S

WSU / Eid 000775

**WAYNE STATE UNIVERSITY**
School of Medicine

**Academic Transcript**

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student

**Office of the Registrar**
Richard J. Mazurek Medical Education Commons
320 East Canfield, Suite 318
Detroit, Michigan 48021
(313) 577-1470

Date Issued:  20-FEB-2019

Page:  1

Student No: 004087570

Record of: Anthony Edward Eid
1247 Selden
Detroit, MI 48201
United States of America

Issued To: Records Office

Course Level: Medical
Only Admit: Med Sch 2017-2018

Current Program
College : School of Medicine

Events: Comprehensive Grade Year 1   Grade: S

| SUBJ | NO. | COURSE TITLE | | GRD |
|------|-----|--------------|---|-----|

INSTITUTION CREDIT:

Med Sch 2017-2018
| | | | | |
|------|------|----------------------------------|-------|---|
| MD1 | 0900 | Yr 1 First Patient Capstone | | S |
| MD1 | 5000 | Gross Anatomy | 12.00 | S |
| MD1 | 5100 | Histology/Embryology | 6.00 | S |
| MD1 | 5200 | Biochemistry | 6.00 | S |
| MD1 | 5300 | Physiology | 6.00 | S |
| MD1 | 5400 | Medical Genetics | 3.00 | S |
| MD1 | 5500 | Clinical Nutrition | 1.00 | S |
| MD1 | 5600 | Neurosciences | 8.00 | S |
| MD1 | 5730 | Population, Patient, Physician | 6.00 | S |
| | | Total Earned Credits   50.00 | | |

Med Sch 2018-2019
| | | | | |
|------|------|----------------------------------|-------|-------------|
| MD2 | 0910 | Yr2 First Patient Capstone | | S |
| MD2 | 6000 | Immunol/Microbiol/Infcts Dseas | 10.00 | S |
| MD2 | 6100 | Pharmacology | 5.00 | S |
| | | Total Earned Credits   15.00 | | |

IN PROGRESS WORK
| | | | | |
|------|------|----------------------------------|-------|-------------|
| MD2 | 6200 | Psychiatry | 3.00 | IN PROGRESS |
| MD2 | 6300 | Pathobiology | 5.00 | IN PROGRESS |
| MD2 | 6400 | Pathophysiology | 18.00 | IN PROGRESS |
| MD2 | 6500 | Clinical Medicine 2 | 7.00 | IN PROGRESS |
| MD2 | 6510 | Independent Study: Step Prep1 | 1.00 | IN PROGRESS |

************* CONTINUED ON NEXT COLUMN ***************

| SUBJ | NO. | COURSE TITLE | | GRD |
|------|-----|--------------|---|-----|

IN PROGRESS WORK continued:
In Progress Credits   34.00

**************** END OF TRANSCRIPT *****************

Registrar's Signature:

This official university transcript does not require a raised seal

WSU / Eid 000776

# WAYNE STATE UNIVERSITY

Wayne State University
School of Medicine
Richard J. Mazurek Medical Education Commons
320 East Canfield, Suite 318
Detroit, Michigan 48821
(313) 577-1470

TRANSCRIPT OF ACADEMIC RECORD
This transcript only contains the academic record
of coursework completed in medical school
at Wayne State University

Records Office

## EXPLANATORY NOTES

### AUTHENTICATION OF THIS TRANSCRIPT

A transcript is official when it bears the facsimile signature of the Registrar and the production date. If photocopied, the word VOID will appear in the background. Further authentication can be obtained by calling the Wayne State University Transcript Office at (313) 577-1470.

### ACADEMIC CALENDAR

Academic calendar based on a one-year term. For Year 1 the term runs from Aug-May, Year 2 August-June, Year 3 July-June and Year 4 July-May.

### MEDICAL SCHOOL GRADES

| Symbol | |
|---|---|
| H | Value |
| S+ | Honors |
| | Satisfactory w/ Commendation (Year 3 clerkships and Year 4 Emergency Medicine only) |
| S | Satisfactory |
| s | Satisfactory upon remediation |
| U | Unsatisfactory |

### COURSE LEVEL

5000-5999  Year 1 courses
6000-6999  Year 2 courses
7000-7999  Year 3 courses
8000-8999  Year 4 courses

### ACCREDITATION

Wayne State University is accredited by the North Central Association and the School of Medicine is accredited by the Liaison Committee on Medical Education (LCME).

For the most current and accurate information, please visit:
http://reg.wayne.edu/transcript_notes

In accordance with the Federal Family Educational Rights and Privacy Act of 1974, you are advised that this information is provided upon the condition that you, your agents, or employees will not permit any other party to have access to such information, in personally identifiable form, without first obtaining written consent of the student.

### MARKS

| | |
|---|---|
| W | Official withdrawal |
| D | Dismissed |
| GP | Grade Pending |
| I | Incomplete |

TO TEST FOR AUTHENTICITY: The face of this document is white with a green and gold background. It includes the Wayne State University seal as a watermark. The back of this document has an official watermark which can be viewed when held at an angle. When photocopied, the word VOID appears prominently across the face of the document. A black and white document is not an original and should not be accepted as an official institutional document.

In accordance with the Federal Family Educational Rights and Privacy Act of 1974, you are advised that this information is provided upon the condition that you, your agents, or employees will not permit any other party to have access to such information, in personally identifiable form, without first obtaining written consent of the student.

Dear Members of the Promotions Committee:

Medical school is more than learning about the art of healing- it's also a time to develop the traits of a physician: honesty, professionalism, and integrity. When it came to exhibit these important qualities, I was severely lacking. I would like to take this opportunity to explain myself and act to remediate my mistakes in order to develop into the physician that the WSUSOM believed I could become.

I met ██████ ██████ (and her parents) at Festifall 2016. She was a freshmen student at the time and was clearly stressed about starting school. I introduced myself and we exchanged phone numbers. Shortly after, I later offered her a pdf copy of a few textbooks and old practice test materials for classes that she was taking that I had taken in years past (I had taken some of the same classes, taught be different professors, back in 2010/2011) that were stored on my iCloud account on my personal computer. She was grateful and thanked me for the help.

On social medial, I noticed ██████ had been making frequent posts on Twitter where she was clearly in a depressed state of mind. Posts would range from worrying about performance in school, not sleeping, drug use, and mental illness. These included "I feel so (expletive) helpless", "Always (expletive) up no matter what I do", "I am not happy with the life I am living", "I thought I had reached an all time low before, but nothing compares to the feeling of defeat that is overcoming me right now". These tweets took place in 2017. At this point, I decided to reach out again to offer support.

One text message was particularly embellishing, I suppose in my immaturity I thought that appealing to vanity might help foster a friendship. As was stated at the end of the text message, I wanted nothing more than a completely platonic friendship. At the time, I had been dating my significant other for eight years (we will now be celebrating our ten-year anniversary this month). We are both very much in love and I would never do anything to ruin the sanctity of our relationship.

After this happened, I noticed that my iCloud account would routinely be breeched and accessed by someone. My iCloud account had many pieces of deeply personal and sentimental items stored on it, including all of my photos, passwords to other accounts, contacts, school material, tax documents, social security card, and diverse license. As I knew ██████ had accessed and had the password to my iCloud account from when I sent her the pdf textbooks, I thought that it was her that accessing my accounts. I did not know if this was purposeful, and I read on a tech subreddit (on the tech forums of reddit) that the problem may have steamed from when she accessed my account the first time. At this point, I just wanted my account to be fixed, so I asked ██████ if she could assist me in either meeting in person, in a public place like a coffee shop, to try to fix it, or changing her password to a different one temporarily so I could try to fix this account (please note, I was not asking for her actual password, but a temporary one that could be changed right after attempting to fix the account). Much of this took place in early 2017. To the best of my recollection, I did not have much communication with her from mid-2017 until August 2018 when I received another message that my account had once again been

accessed at an address I thought was connected to her. If there was communication between these times, it was infrequent with months between them.

During this time, I have had many of my accounts breached. These included my iCloud, Google, Capitol One, and Flagstar Bank accounts. I can produce a police report of the latest breach (which took place on 2/9/19, when $80 was stolen from my Flagstar account), and documentation of other times my accounts had been breached if this committee would like to see them. I was, and still am, fearful because of this situation. I feel like I have been personally attacked, that my privacy has been taken away from me, and that my identiy has been stolen. I have to constantly check every month to make sure that there are no new beaches or unauthorized charges attributed to me due to this issue. This fearfullness is the main contrubting factor for the actions that I had taken to try to fix the issue.

The last communication I had with ████ was on October 27th, when I received no less than eight calls from a private number, and then one from a phone number: 719-418-5394 in Colorado Springs, CO; that I can only assume was either ████ or one of her associates. When I answered the phone, I was told a racial slur and hate speech that made me extremely upset. The person on the line said "enjoy this country while you are still in it, you dirty Arab". I thought about reporting this to the police or to the university, but I did not. I did not think it would do any good as ████ was not a student and I didn't want to go through the added stress of filing a police report at the time.

Since that day, I have had *absolutely no* communication with ████ I deleted her number after the racial slur/hate speech and had already had her blocked on all social media including: Facebook, Instagram, Twitter, and Snapchat. I also do not want any further communication with her at all.

I take full responsibility for the text messages/Facebook messages that were sent to ████ I deeply regret how this incident has taken place. I understand that I lied to this person about many things, and I am very sorry about that. I never had a lawyer like I stated I did in the text messages, and while I did consider suing for damages in civil court regarding this issue, I never did go file in court for any such damages. I never sent her any court correspondences.

None the less, I did send the text messages. I said these things so ████ would work with me to fix this issues with my account and so she would take me seriously so I could fix my account. It was wrong, I was scared, and I should have been more honest with her.

In hindsight, I know that the actions I took were not the right course of action to take in this mater, and I feel terribly about the whole situation. I promise that I will be working on myself to make better decisions in the future, through deep self-reflection and professional help. Everyone makes mistakes, and while I try to hold myself to the upmost ethical standards, I myself am not perfect. I am not a frequent liar, and in fact I think I'm terrible at it. This was a onetime incident, and I have no other incidents or relationships like this one that has happened with ████ This was a potential friendship gone wrong, and I will be very careful in the future to make sure nothing like this happens ever again.

I have also learned a valuable lesson from this incident. In my own hubris I thought I could handle this issue myself, without thinking how ████ felt about the situation. This was also a grave mistake. I now know that if anything like this were to happen in the future, I should take it up with the proper authorities such as the police, Apple, and C&IT instead of trying to fix it on my own. In retrospect, If I had done this in the first place, I probably would not have needed ████ assistance at all.

I was deeply surprised and distraught with the professionalism committee's recommendation, and I do not understand it on my levels. I am confused as to which specific code of conduct or school of medicine policies that I have broken. I think it is also important to note that the actions in themselves are not a medical school issue, but rather a civil one in my eyes. My accuser was not a student at the time the alleged incident took place and was only a student at this university for one semester (to the best of my knowledge), so I do not understand how this could fall under student mistreatment. While the professionalism committee's letter seemed to focus on "harassment" and "misrepresentation", I have not been charged with any crime alleging harassment, or any other chargers related to this incident, even though the police were made aware of this situation in October. I am confused as to how the professionalism committee's decision can accuse me of these crimes even though I have not been by the proper authorities. I would like to reiterate that this whole situation has no bearing, in any way on my studies, my future patients, or any other members of the SOM community.

My reputation is very important to me. I am currently in my ninth year of studies at Wayne State University. I have earned three degrees from this institution and am half way through the highest degree that the university bestows upon studetns. During my time here, I have surveyed the community in many different capacities. I was an RA for four years, I was the student body president on main campus, I have volunteered my time in countless student organizations and other places in the community, including over one hundred hours in our own co-curricular MPAC program, I am currently the president of my class, participate frequently and present research around the country, and am overall an upstanding student. I have been awarded and recognized for my service in many ways, ranging from major awards from different offices on campus, to scholarships and general recognition. I have sat on many different commitees with the members of this committee, and I feel as if you know the kind of person that I am. I say this, because being able to do these activates are only possible because my peers trust me, and I would never do purposely do anything to violate the trust that this community has instilled in me.

During these activites that I just mentioned, I have met quite literally thousands of students, faculty members, and patients in need at our clinics. I would like to note that this is the *first time* anyone has reported any incident of alleged harassment about me in any form over the last nine years I have been a member of this community, and overall, I feel like I represent the WSUSOM very well.

No pressure, strain, or hardships should ever allow one to compromise their integrity, but I let that happen to me and I will be forever be remorseful.  Unlike when I began medical school,

I know now that I cannot undertake this journey by myself. I have been reflecting on my actions daily, and I will never let this happen again.

I won't be able to forgive myself for this uncharacteristic behavior. I want this to be a chance for growth, and hopefully not a career-ending mistake. I know that this isn't who I am as a person, a student, or a doctor-in-training, and I have a plan to make sure nothing like this will ever happen again.

The fact that I may have hurt ███████ does not sit well with my conscience. I have created an action plan in order to better myself and show this committee that I take these charges seriously.

1) I have started to see a psychiatrist, Dr. Richard Balon of the WSUPG. I am hoping his advice and medical treatment will not only better me as a person regarding this incident, but also help me with the toll this M2 year has taken on me thus far. I will be seeing Dr. Balon and members of his team weekly. I have already had my first appointment and have two more scheduled currently for the first week of March.

2) I will be taking an online ethics class, either at WSU, OCC, or MCC this summer, and I would like to show this committee completion of this class. I am hoping that taking this class will addresses standards of responsible choice making through analysis, evaluation, and construction of well thought out arguments.

3) I would welcome the opportunity to forgo the racial slur/hate speech and write her a sincere apology letter to try to atone for my actions. If the university could facilitate delivery of this letter somehow, I would appreciate it.

4) I would like to write a detailed reflection on how I have learned from this experience.

5) I am going to be meeting with Ms. Robichaud, our class counselor, more readily, once a week. I hope this will act as a check in, a chance to touch base and keep a better line of communication between me and the SOM.

6) As I have stated above, I have not had any contact with ██████ since October, and never plan to ever again. It has been six months' time since this situation occurred, and there seem to be no new developments in this matter.

7) I will do absolutely anything that this committee deems necessary to continue my medical education.

I do not think that this single situation, a first offense made from fear and will never happen again; should undue all the literal blood, sweat, tears, sleepless nights, hard work studying, and hundreds of thousands of dollars that I have worked for and invested over the past nine years to make it as far as I have. I believe the recommendation of the professionalism commitee to be extreme for the actions that have taken place, like I am receiving the death penalty for shoplifting. I want to emphasize to this committee that I do see a *way forward* through this situation, and I hope that you agree that there is a way forward, through the action plan that I listed above, for me to continue my medical education.

Medical School is the single defining factor of my identity. Becoming a physician is all that I have ever wanted to do since I was five years old. Without it, I will truly be lost. Irreputable harm will be done to my future.  I understand the difficult decision this committee has to make regarding my future, and I'm truly sorry to have put you all in a position like this. I hope that you find I am worth investing in. I am asking for a second chance to prove it.

Sincerely,

*Anthony Eid*

Anthony Eid, MS
Wayne State University, School of Medicine
M.D. Candidate, President – Class of 2021

WSU / Eid 000781

# Documents for Review Promotions Committee Meeting - Wednesday, February 27, 2019; 8:00-10:00A; 301/302 Mazurek

**Vickie Muhammad** <vmuhamme@med.wayne.edu>

Fri 2/22/2019 6:51 PM

To: (ehug1@hfhs.org) <ehug1@hfhs.org>; Eric Ayers <eayers@med.wayne.edu>; Zsa-Zsa Booker <zbooker@med.wayne.edu>; Jason Booza <jbooza@med.wayne.edu>; Rodney Braun <rbraun@med.wayne.edu>; Simone Brennan <skbrenna@med.wayne.edu>; Jason Brooks <jrbrooks@med.wayne.edu>; Margit Chadwell <mchadwel@med.wayne.edu>; Deborah Chesney <dchesney@med.wayne.edu>; Kathleen Connors <kconnors@wayne.edu>; Caroline Desmond <cdesmond@wayne.edu>; Ebony Dixon <aa3902@wayne.edu>; Elana Folbe <elana.folbe@med.wayne.edu>; Herman Gray <hgray@med.wayne.edu>; Avril Holt <agholt@med.wayne.edu>; M Jackson <mpjacks@med.wayne.edu>; Jian-Ping Jin <jjin@med.wayne.edu>; Ja Esta Jones <jejones@med.wayne.edu>; Mark Juzych <mjuzych@med.wayne.edu>; Laura Donohue <laura.donohue@med.wayne.edu>

Cc: Vickie Muhammad <vmuhamme@med.wayne.edu>; Richard Baker <rbaker@med.wayne.edu>

Dear Committee Members,

This email is **ONLY** for those members that will be in attendance.

There will be two (2) hearings presented on Wednesday, February 27th which will require lengthy deliberations. In preparation for both hearings, Dr. Baker is requesting that you review the documents for both cases prior to the meeting which will reserve time.  Please click on the link below to access the documents, review, take pertinent notes for discussion on each case, print and bring a set for each case to the meeting.  There **will not** be any copies provided at the meeting.

  ✓ Hearing #1 - Anthony Eid (Year 2 – Mrs. Robichaud)
  ✓ Hearing #2 – ██████████ (Year 3 – Dr. Mike Webber)

██████████████████████████████████████████████████
████████████████████████████████

If you should have any questions or the link doesn't contain any documents or you are having problems accessing the documents, please let me know.

Thank you!

Vickie

*******************************



*Vickie Muhammad*

**WAYNE STATE**
School of Medicine

**Vickie Muhammad**
**Manager & Assistant to Dr. Richard Baker**
**Vice Dean for Medical Education**
540 E. Canfield | 1209 Scott Hall | Detroit | MI | 48201
(p): 313-577-5196| (f): 313-577-6474| vmuhamme@med.wayne.edu

*Organizational Clarity and Operational Excellence*

**WSU / Eid 000782**