UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY EID, | Case No. 20-11718 |
| | Honorable Gershwin A. Drain |
| Plaintiff, | Magistrate Judge David R. Grand |
| v. | |
| WAYNE STATE UNIVERSITY, | |
| Defendant(s). | |
| _____/ | |

**NOTICE OF SETTLEMENT CONFERENCE  VIA ZOOM**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Thursday, March 10, 2022 at 10:00a.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Tuesday, March 8, 2022, at 4:30 p.m.**  Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket.  An email will be sent to counsel of record with zoom instructions.*

Dated:  March 2, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2022, by electronic and/or ordinary mail.

        s/Eddrey O. Butts
       Case Manager, (734) 741-2484