UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Plaintiff, et al.,

                       Plaintiff(s),

v.                                      Case No. 2:20−cv−11718−GAD−DRG
                                              Hon. Gershwin A. Drain

Wayne State University, et al.,

                       Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion for Summary Judgment – #43
        Motion – #48

- MOTION HEARING: April 11, 2022 at 11:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/T McGovern
                                                                Case Manager

Dated: March 10, 2022