**Exhibit 31**

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF MICHIGAN
 3
 4    JOHN PLAINTIFF,
 5              Plaintiff,
 6
 7        vs.          Case No. 2:20-cv-11718-GAD-DRG
 8
 9    WAYNE STATE UNIVERSITY,
10    WAYNE STATE UNIVERSITY
11    SCHOOL OF MEDICINE,
12    NICOLINA CAMAJ, MARGIT CHADWELL,
13    MATTHEW JACKSON, RICHARD S. BAKER,
14    R. DARIN ELLIS, in their individual
15    and official capacities,
16    jointly and severally,
17              Defendants.
18    _____
19
20              VIDEOCONFERENCE DEPOSITION
21
22    DEPONENT:   MATTHEW JACKSON, Ph.D.
23    TIME:       9:59 a.m.
24    DATE:       Friday, November 19, 2021
25    REPORTER:   Denise M. Kizy, RPR, CRR, CSR-2466
```

Page 70

1 Q. Do you recall that one of the charges
2 related to personal and sexually suggestive
3 photographs?
4 MR. PORTER: Objection; form.
5 **THE WITNESS: No, not as part of**
6 **this, no. I don't recall any sexually**
7 **suggestive photographs, no.**
8 MR. FLORES: Okay. If we could have
9 Exhibit C posted again, and if you would scroll
10 between pages 3 and 4, and I would ask the
11 doctor if he would go ahead and read the
12 complaint through to himself and then let me
13 know when he is done.
14 MR. PORTER: Bob, can I make a
15 suggestion?
16 MR. FLORES: Sure.
17 MR. PORTER: If you upload this, we
18 will print it out here in hard copy.
19 MR. FLORES: Okay.
20 MR. PORTER: Put it in the chat and
21 we'll print it out for him and he can read it,
22 you know.
23 MR. FLORES: Yeah, sure. That would
24 be great.
25 Derek, can you do that?

Page 71

1 EXHIBIT TECHNICIAN: Yes. That's in
2 the chat now.
3 MR. PORTER: Just one second.
4 I will just show that to him so he
5 can see it.
6 **THE WITNESS: Exhibit C?**
7 BY MR. FLORES:
8 Q. Yes. If you'd take a look at pages 3
9 and 4.
10 A. Okay.
11 MR. FLORES: All right. And then if
12 you would publish Exhibit E for Dr. Jackson.
13 MARKED FOR IDENTIFICATION:
14 EXHIBIT E
15 11:51 a.m.
16 MR. FLORES: If you would go down
17 to -- you can stop right there.
18 BY MR. FLORES:
19 Q. And, Dr. Jackson, if you would just
20 take a moment and read through that page, and
21 then go on to -- I think it goes on a little bit
22 further as well below.
23 **A. Okay.**
24 **Okay.**
25 Q. So the last document, Exhibit E,

Page 72

1 those are -- that's a summary of the testimony
2 that was received by your committee when Amanda
3 Burton testified; is that correct?
4 MR. PORTER: Objection; form.
5 **THE WITNESS: This looks like it's**
6 **the minutes from the Professionalism hearing.**
7 BY MR. FLORES:
8 Q. Can you tell me who took those
9 minutes?
10 A. That would have been Erika Roberts.
11 Q. All right. So is your memory
12 refreshed with respect to the sexually
13 suggestive pictures that I asked you about
14 previously?
15 A. I see that Erika documented that he
16 was trying to get photos of her and there was
17 some intimate photos, but ==I don't recall there==
18 ==being the discussion in the committee that there==
19 ==was like a sexual element of it.== In general, he
20 just wanted access to all her accounts.
21 I do recall the conversation between
22 her and her photographer, because it was her
23 photographer who said there's somebody trying to
24 contact me, but in the deliberations of the
25 committee I don't recall that being a focus of

Page 73

1 the nature of the pictures. It was just that
2 because there was a number of things that he
3 kept contacting Amanda about over time that I
4 don't recall that being a focus.
5 Q. But you recall -- okay.
6 But it's true, isn't it, that she did
7 testify to the fact that nude photographs were
8 the subject of someone's attempt to obtain them;
9 is that right?
10 MR. PORTER: Objection; form.
11 **THE WITNESS: Yes, she did mention**
12 **there were intimate and nude photographs that**
13 **someone was asking for.**
14 BY MR. FLORES:
15 Q. And that testimony made it to the
16 Professionalism Committee; is that correct?
17 **A. Yes.**
18 Q. Did you make any effort to
19 investigate that claim?
20 **A. No.**
21 Q. Did you ever do any investigation on
22 your own of her social media sites or her social
23 media pages?
24 **A. No, I did not.**
25 Q. Did you ask anyone on your staff to