UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Plaintiff, et al.,

                        Plaintiff(s),

v.                                                     Case No. 2:20–cv–11718–GAD–DRG
                                                            Hon. Gershwin A. Drain

Wayne State University, et al.,

                        Defendant(s),
_____/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

       Motion – #48

                                               s/Gershwin A. Drain
                                               Gershwin A. Drain
                                               United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                               s/T McGovern
                                               Case Manager

Dated:  March 18, 2022