## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,                    Case No. 2:20-cv-11718

    Plaintiff,                                Hon. Gershwin A. Drain
                                               Mag. Judge David R. Grand

v.

WAYNE STATE UNIVERSITY,
WAYNE STATE UNIVERSITY
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ, MARGIT
CHADWELL, MATT JACKSON,
RICHARD S. BAKER, and R. DARIN ELLIS,
in their individual and official capacities,
jointly and severally,

    Defendants.

---

## NOTICE OF APPEARANCE OF ISRA K. KHUJA

**PLEASE TAKE NOTICE** that attorney Isra K. Khuja, of the law firm Rossman, P.C., hereby enters her Appearance on behalf of Plaintiff ANTHONY EID, in the above-captioned matter.

Respectfully submitted,

**ROSSMAN, P.C.**
*Attorneys for Plaintiff*

/s/ Isra K. Khuja
Isra K. Khuja (P85658)
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481

Facsimile: 248.480.4936
isra@rossmanpc.com

Dated: April 10, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 10, 2022, I filed the foregoing document with the Clerk of Court via the CM/ECF filing system, thereby giving notice to all counsel of record.

/s/ Isra K. Khuja