UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EID,

Plaintiff,

v.

WAYNE STATE UNIVERSITY, et al.,

Defendants.
_____/

Case No. 20-cv-11718

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT REPORT AND TESTIMONY (ECF No. 48) AS MOOT

Presently before the Court is Defendants' Motion to Exclude Plaintiff's Expert Report and Testimony (ECF No. 48). The Court referred the Motion to Magistrate Judge David R. Grand on March 18, 2022. ECF No. 58. However, before the Motion could be resolved, the Court granted Defendants' Motion for Summary Judgment (ECF No. 43). Accordingly, Defendants' Motion to Exclude Plaintiff's Expert Report and Testimony (ECF No. 48) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/Gershwin A. Drain_____
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2022

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 20, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager