UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NTHONY</small> E<small>ID</small>,

    Plaintiff,

v.

W<small>AYNE</small> S<small>TATE</small> U<small>NIVERSITY</small>, et al.,

    Defendants.

_____/

Case No. 20-cv-11718

U.S. D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
G<small>ERSHWIN</small> A. D<small>RAIN</small>

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED.**

Dated: April 20, 2022

                                             KINIKIA ESSIX
                                             CLERK OF THE COURT

                                             BY: s/Teresa McGovern
                                                   DEPUTY CLERK

APPROVED:

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 20, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk