# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| Anthony Eid | ) | Case No. 20-cv-11718 |
| --- | --- | --- |
| v. | ) | Hon. Gershwin A. Drain |
| Wayne State University, et al. | ) | Magistrate Judge David R. Grand |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/20/2022__ against __Anthony Eid__,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
| --- | --- | --- |
| A. Fees of the Clerk | | |
| B. Fees for service of summons and subpoena | | |
| C. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | $8,404.75 |
| D. Fees and disbursements for printing | | |
| E. Fees for witnesses *(itemize on page two)* | | |
| F. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G. Docket fees under 28 U.S.C. 1923 | | |
| H. Costs as shown on Mandate of Court of Appeals | | |
| I. Compensation of court-appointed experts | | |
| J. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K. Other costs *(please itemize)* | | |
| | TOTAL | $8,404.75 |

***SPECIAL NOTE:*** **Attach to your bill an itemization and documentation for requested costs in all categories.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ David Porter

Name of Attorney:  David Porter

For:  Wayne State University                                                          Date:  04/28/2022
         *Name of Claiming Party*

AO 133 (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Anthony Eid v. Wayne State University, et al.**
**United States District Court, Eastern District of Michigan**
**Case No. 20-cv-11718**

**Attachment to Bill of Costs**

| **Transcripts** | **Costs** |
|---|---|
| ***Deposition of Anthony Eid, dated 07/21/21*** | $ 1,830.60 |
| Taxable items from invoice:<br>    Attendance (Bill of Costs Handbook II.C.1.f):  $218.75<br>    Shipping/Handling (Bill of Costs Handbook II.C.1.g):  $15.00<br>    Exhibits (Bill of Costs Handbook II.C.1.h):  $90.00<br>    Exhibits, Color (Bill of Costs Handbook II.C.1.h):  $3.45<br>    Digital File (Bill of Costs Handbook II.C.1.i):  $25.00<br>    Transcript (Bill of Costs Handbook II.C.1.k):  $938.40<br>    Realtime (Bill of Costs Handbook II.C.1.k):  $270.00<br>    Rough Draft (Bill of Costs Handbook II.C.1.k):  $270.00 | |
| ***Deposition of Anthony Eid, dated 09/28/21***, cited in Defendant's Motion for Summary Judgment filed on 01/31/22 as Exhibit 29. (*See, e.g.,* ECF No. 43, PageID.776) | $ 2,475.30 |
| Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d):  $1,179.90<br>    Realtime (Bill of Costs Handbook II.C.1.d):  $150.00<br>    Realtime (Bill of Costs Handbook II.C.1.d):  $530.10<br>    Shipping/Handling (Bill of Costs Handbook II.C.1.g):  $15.00<br>    Exhibits (Bill of Costs Handbook II.C.1.h):  $73.00<br>    Confidential Designation (Bill of Costs Handbook II.C.1.h):  $150.00<br>    Digital File (Bill of Costs Handbook II.C.1.i):  $25.00<br>    Rough Draft (Bill of Costs Handbook II.C.1.k):  $352.30 | |
| ***Deposition of Nicolina Camaj, dated 10/06/21***, cited in Defendant's Motion for Summary Judgment filed on 01/31/22 as Exhibit 26. (*See, e.g.,* ECF No. 43, PageID.775) | $ 533.00 |
| Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d):  $495.00<br>    Exhibits (Bill of Costs Handbook II.C.1.h):  $13.00<br>    Electronic Media – CD (Bill of Costs Handbook II.C.1.i):  $25.00 | |

| | |
|---|---|
| ***Deposition of Dr. Margit Chadwell, dated 10/07/21***, cited in Defendant's Motion for Summary Judgment filed on 01/31/22 as Exhibit 25. (*See, e.g.,* ECF No. 43, PageID.774)<br><br>Taxable items from invoice:<br>　Transcript (Bill of Costs Handbook II.C.1.d): $273.00<br>　Exhibits (Bill of Costs Handbook II.C.1.h): $11.75<br>　Electronic Media – CD (Bill of Costs Handbook II.C.1.i): $25.00 | $ 309.75 |
| ***Deposition of Loretta Robichaud, dated 10/13/21***<br><br>Taxable items from invoice:<br>　Exhibits (Bill of Costs Handbook II.C.1.h): $13.75<br>　Electronic Media – CD (Bill of Costs Handbook II.C.1.i): $25.00<br>　Transcript (Bill of Costs Handbook II.C.1.k): $435.00 | $ 473.75 |
| ***Deposition of D. Richard Baker, dated 10/26/21***, cited in Defendant's Motion for Summary Judgment filed on 01/31/22 as Exhibit 28. (*See, e.g.,* ECF No. 43, PageID.779)<br><br>Taxable items from invoice:<br>　Transcript (Bill of Costs Handbook II.C.1.d): $264.00<br>　Electronic Media – CD (Bill of Costs Handbook II.C.1.i): $25.00 | $ 289.00 |
| ***Deposition of Dr. Matthew Jackson, dated 11/19/21***, cited in Defendant's Motion for Summary Judgment filed on 01/31/22 as Exhibit 27. (*See, e.g.,* ECF No. 43, PageID.777)<br><br>Taxable items from invoice:<br>　Transcript (Bill of Costs Handbook II.C.1.d): $420.00<br>　Exhibits (Bill of Costs Handbook II.C.1.h): $25.75<br>　Electronic Media – CD (Bill of Costs Handbook II.C.1.i): $25.00 | $ 470.75 |
| ***Deposition of Paul Finkelman Ph.D., dated 12/17/21***, cited in Defendant's Motion to Exclude Plaintiff's Expert Report and Testimony filed on 01/31/22 as Exhibit 2. (*See, e.g.,* ECF No. 43, PageID.1283)<br><br>Taxable items from invoice:<br>　Transcript (Bill of Costs Handbook II.C.1.d): $1,295.80<br>　Attendance (Bill of Costs Handbook II.C.1.f): $391.25<br>　Exhibits (Bill of Costs Handbook II.C.1.h): $162.00<br>　Exhibits, Color (Bill of Costs Handbook II.C.1.h): $23.00<br>　Digital File (Bill of Costs Handbook II.C.1.i): $55.00<br>　Remote Pages (Bill of Costs Handbook II.C.1.k): $95.55 | $ 2,022.60 |
| **TOTAL** | **$ 8,404.75** |

446625



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110482902 | 7/27/2021 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 1062013 | 7/21/2021 | $0.00 |

| Case Name |
|---|
| Anthony Eid v. Wayne State University |

| Case No |
|---|
| 20CV11718 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

**Elizabeth Hardy**
**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
**280 North Old Woodward**
**Suite 400**
**Birmingham MI 48009**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old WoodwardSuite 400<br>Birmingham MI 48009 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| Items Covered: ORIGINAL TRANSCRIPT OF:Anthony Eid | | | | |
| Original | 272.00 | Pages | $3.45 | $938.40 |
| Exhibit | 180.00 | Pages | $0.50 | $90.00 |
| Attendance | 6.25 | Hours | $35.00 | $218.75 |
| Exhibits (Color) | 3.00 | | $1.15 | $3.45 |
| Deposition Technology Package | 1.00 | | $25.00 | $25.00 |
| Scheduling Administration Fee | 1.00 | | $15.00 | $15.00 |
| Production & Archival | 1.00 | | $15.00 | $15.00 |
| Rough Draft | 216.00 | Pages | $1.25 | $270.00 |
| Realtime | 216.00 | Pages | $1.25 | $270.00 |
| Taxable (0.00) | | | | |
| Late Fees | | | | $276.84 |

Online bill pay available at www.uslegalsupport.com

**Total Due** $1845.60

**(-) Payments/Credits** $1845.60
**(+) Finance Charges/Debits** $276.84
**(=) New Balance** $0.00

Tax ID : 76-0523238                                            Phone: 248.645.0000          Fax:248.645.1385

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com

*"Please detach bottom portion and return with payment."*

Elizabeth Hardy
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old WoodwardSuite 400
Birmingham MI 48009

| | |
|---|---|
| **Invoice No.** | 110482902 |
| **Invoice Date:** | 7/27/2021 |
| **Total Due** | $0.00 |
| **Job No.** | 1062013 |
| **Case No:** | 20CV11718 |

Remit To:   U.S. Legal Support (Chicago, Il Reporting)
            P.O. Box 4772
            Houston TX 77210-4772



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20210009429-15 | 10/22/2021 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 4058271 | 9/28/2021 | $0.00 |

| Case Name |
|---|
| Anthony Eid v. Wayne State University |

| Case No. |
|---|
| 20CV11718 |

**MW - MICHIGAN**
One Northwestern Plaza 28411 Northwestern Highway Suite 1100
Southfield MI 48034
Phone: 888-644-8080  Fax: 248-644-1120

**Elizabeth Hardy**
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old Woodward Avenue # 400
Birmingham MI 48009

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward Avenue # 400<br>Birmingham MI 48009 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward Avenue # 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| ORIGINAL TRANSCRIPT OF: Anthony Eid | | | | |
| Original | 342.00 | Pages | $3.45 | $1,179.90 |
| Exhibit | 146.00 | Pages | $0.50 | $73.00 |
| Transcript Technology Package | 1.00 | N/A | $25.00 | $25.00 |
| Realtime Feed - Connectivity Fee | 1.00 | N/A | $150.00 | $150.00 |
| Realtime Feed - Streaming | 342.00 | Pages | $1.55 | $530.10 |
| Transcript Handling & Processing | 1.00 | N/A | $15.00 | $15.00 |
| Rough Draft | 271.00 | Pages | $1.30 | $352.30 |
| Confidential Designation | 1.00 | N/A | $150.00 | $150.00 |

|  |  |
|---|---:|
| Total Due | $2786.55 |
| (-) Payments/Credits | $2786.55 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $0.00 |

Tax ID : 76-0523238                                          Phone: 2486450000

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Elizabeth Hardy
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old Woodward Avenue # 400
Birmingham MI 48009

| Invoice No. | 20210009429-15 | Invoice Date | 10/22/2021 |
|---|---|---|---|
| Job No. | 4058271 | Case No. | 20CV11718 |
| Total Due | $0.00 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**   AMEX  MC  VISA

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**                **Phone:**

**Billing Address:**

**Zip:**                      **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# I N V O I C E



1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21160 | 10/30/2021 | 16300 |
| Job Date | Case No. ||
| 10/6/2021 | 2:20-cv-11718-gad-drg ||
| Case Name |||
| John Plaintiff v. Wayne State University, et al. |||
| Payment Terms |||
| Due upon receipt |||

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

One Certified Copy Deposition of:
    Nicolina Camaj      495.00
      Exhibit    52.00 Pages @ 0.250    13.00
      Electronic only package - COPY    1.00 @ 25.000    25.00

**TOTAL DUE   >>>**  **$533.00**

Location of Job    : https://us02web.zoom.us/j/84372626833?pwd=d011QUJLWUJMRGUvazdWZE5HQ3dsdz09

Thank you for your business!  Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

(-) Payments/Credits:    533.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Invoice No.    : 21160
Invoice Date   : 10/30/2021
**Total Due**  : **$0.00**

Remit To: **Fortz Legal Support, LLC**
          **25 Division Ave S.**
          **Suite 325**
          **Grand Rapids, MI 49503**

Job No.       : 16300
BU ID         : 1-MAIN
Case No.      : 2:20-cv-11718-gad-drg
Case Name     : John Plaintiff v. Wayne State University, et al.

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21141 | 10/30/2021 | 16301 |
| Job Date | Case No. | |
| 10/7/2021 | 2:20-cv-11718-gad-drg | |
| Case Name | | |
| John Plaintiff v. Wayne State University, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |



David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

One Certified Copy Deposition of:
   Dr. Margit Chadwell                                                         273.00
      Exhibit                              47.00  Pages    @      0.250          11.75
      Electronic only package - COPY        1.00           @     25.000          25.00

**TOTAL DUE   >>>**                                                          **$309.75**

Location of Job   : https://us02web.zoom.us/j/86710043979?pwd=WEZZMFlBem1nY2szNnV4dm00MjBqUT09

Thank you for your business!  Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

(-) Payments/Credits:        309.75
(+) Finance Charges/Debits:    0.00
(=) New Balance:             $0.00

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Invoice No.  : 21141
Invoice Date : 10/30/2021
**Total Due** : **$0.00**

Remit To: **Fortz Legal Support, LLC**
**25 Division Ave S.**
**Suite 325**
**Grand Rapids, MI 49503**

Job No.    : 16301
BU ID      : 1-MAIN
Case No.   : 2:20-cv-11718-gad-drg
Case Name  : John Plaintiff v. Wayne State University, et al.

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21271 | 10/29/2021 | 16426 |
| **Job Date** | **Case No.** ||
| 10/13/2021 | 2:20-cv-11718 ||
| **Case Name** |||
| Anthony Eid v. Wayne State University, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

**FORTZ Legal**

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

One Certified Copy Deposition of:
    Loretta Robichaud     435.00
    Exhibit     55.00 Pages @ 0.250    13.75
    Electronic only package - COPY     1.00 @ 25.000    25.00

**TOTAL DUE   >>>   $473.75**

Location of Job : https://us02web.zoom.us/j/83494735216?pwd=cWFKc1FkVm10ejVGeUxlaEsvcDJtQT09

Thank you for your business! Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

(-) Payments/Credits:    473.75
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Invoice No. : 21271
Invoice Date : 10/29/2021
**Total Due** : **$0.00**

Remit To: **Fortz Legal Support, LLC**
    **25 Division Ave S.**
    **Suite 325**
    **Grand Rapids, MI 49503**

Job No. : 16426
BU ID : 1-MAIN
Case No. : 2:20-cv-11718
Case Name : Anthony Eid v. Wayne State University, et al.

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21707 | 11/23/2021 | 16362 |
| Job Date | Case No. | |
| 10/26/2021 | 2:20-cv-11718-gad-drg | |
| Case Name | | |
| John Plaintiff v. Wayne State University, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

One Certified Copy Medical Deposition of:
   Dr. Richard S. Baker     264.00
     Electronic only package - COPY    1.00 @ 25.000   25.00

TOTAL DUE >>>   **$289.00**

Location of Job : https://us02web.zoom.us/j/86210101006?pwd=Q0VZWDgwdlpFMG5senhoSHl4QmFNZz09

Thank you for your business! Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

( - ) Payments/Credits:    289.00
( + ) Finance Charges/Debits:    0.00
( = ) New Balance:    **$0.00**

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Invoice No. : 21707
Invoice Date : 11/23/2021
**Total Due** : **$0.00**

Remit To: **Fortz Legal Support, LLC**
          **25 Division Ave S.**
          **Suite 325**
          **Grand Rapids, MI 49503**

Job No. : 16362
BU ID : 1-MAIN
Case No. : 2:20-cv-11718-gad-drg
Case Name : John Plaintiff v. Wayne State University, et al.

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21775 | 11/30/2021 | 16618 |
| Job Date | Case No. | |
| 11/19/2021 | 2:20-cv-11718-gad-drg | |
| Case Name | | |
| John Plaintiff v. Wayne State University, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |



David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Original & One Certified Copy Expedited Deposition of:
  Dr. Matthew Jackson                                                              420.00
    Exhibit                                      103.00   Pages     @      0.250    25.75
    Electronic only package - COPY                 1.00             @     25.000    25.00
                                              **TOTAL DUE   >>>**                **$470.75**

Location of Job   : https://us02web.zoom.us/j/89710102068?pwd=bkFVNTBDazMxSlZsWVNhb0F4cHFndz09

Thank you for your business!  Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

                                              ( - ) Payments/Credits:           470.75
                                              ( + ) Finance Charges/Debits:       0.00
                                              ( = ) New Balance:               **$0.00**

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

David A. Porter
Kienbaum Hardy Viviano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

Invoice No.    : 21775
Invoice Date   : 11/30/2021
**Total Due**  : **$0.00**

Remit To:  **Fortz Legal Support, LLC**
           **25 Division Ave S.**
           **Suite 325**
           **Grand Rapids, MI 49503**

Job No.     : 16618
BU ID       : 1-MAIN
Case No.    : 2:20-cv-11718-gad-drg
Case Name   : John Plaintiff v. Wayne State University, et
              al.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220076247-15 | 1/6/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6045741 | 12/17/2021 | $2022.60 |

| Case Name |
|---|
| Anthony Eid v. Wayne State University |

| Case No. |
|---|
| 20CV11718 |

**MW - MICHIGAN**
One Northwestern Plaza 28411 Northwestern Highway Suite 1100
Southfield MI 48034
Phone: 8886448080  Fax: 2486441120

**David Porter**
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old Woodward Avenue # 400
Birmingham MI 48009

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | David Porter<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward Avenue # 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| Items Covered: General | | | | |
| Reporter Appearance Fee Per Hour | 7.00 | Hours | $35.00 | $245.00 |
| Non-Traditional Hours | 1.50 | Hours | $97.50 | $146.25 |
| ORIGINAL TRANSCRIPT OF: Paul Finkelman, Ph.D. | | | | |
| Original | 341.00 | Pages | $3.80 | $1,295.80 |
| Exhibit | 324.00 | Pages | $0.50 | $162.00 |
| Exhibits (Color) | 20.00 | Pages | $1.15 | $23.00 |
| Remote Proceeding Pages | 273.00 | Pages | $0.35 | $95.55 |
| Litigation Technology, Support and Security Manage | 1.00 | N/A | $55.00 | $55.00 |
| Condensed Transcript | 1.00 | N/A | - | - |
| | | **Total Due** | | **$2022.60** |
| | | AFTER 2/5/2022 PAY | | $2,022.60 |
| | | **(-) Payments/Credits** | | **$0.00** |
| | | **(+) Finance Charges/Late Fees** | | **$0.00** |
| | | **(=) New Balance** | | **$2022.60** |

Tax ID : 76-0523238                                                                                                                       Phone: 2486450000

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

David Porter
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old Woodward Avenue # 400
Birmingham MI 48009

| **Invoice No.** | 20220076247-15 | **Invoice Date** | 1/6/2022 |
|---|---|---|---|
| **Job No.** | 6045741 | **Case No.** | 20CV11718 |
| **Total Due** | **$2022.60** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD** 

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**           **Phone:**

**Billing Address:**

**Zip:**           **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**