**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Anthony Eid,

v.

Wayne State University, et al.

/

Civil No: 20-11718

Judicial Officer: Gershwin A. Drain

# TAXED BILL OF COST

On April 20, 2022, a judgment was entered in favor of **the Defendant.** The prevailing party now requests the clerk to tax the following costs:

| | | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | | | |
| B | Service Fees | | | |
| C | Court Reporter Fees | $8,404.75 | $5,420.30 | **See Attached. |
| D | Printing Fees | | | |
| E | Witness Fees | | | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | | | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | | | |
| | **TOTALS** | $8,404.75 | $5,420.30 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 04/29/22

Kinikia D. Essix, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

**\*\*Costs Denied:**

| | |
|---|---|
| Court Reporter Fees: $2,984.45 | Court reporter fees as to the deposition of Anthony Eid (dated 07/21/21; $1,830.60), and for the deposition of Loretta Robichaud (dated 10/13/21; $473.75) are not taxable as the bill of costs fails to document how the corresponding depositions were used by the prevailing defendants (See Bill of Costs Handbook, Section II(C), page 3.) Realtime costs as to the deposition of Anthony Eid (dated 09/28/21; $680.10) are not taxable pursuant to the Bill of Costs Handbook, Section II(C)(2)(a), page 4. |

# Mailing Information for a Case 2:20-cv-11718-GAD-DRG Eid v. Wayne State University et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jacob M. Campbell**
  jc@miller.law
- **John R Flores**
  jrf@gg-law.com
- **Elizabeth P. Hardy**
  ehardy@khvpf.com,JHall@khvpf.com
- **Isra Khuja**
  isra@rossmanpc.com
- **David A Porter**
  dporter@khvpf.com,myamin@khvpf.com
- **Mark C. Rossman**
  mark@rossmansaxe.com,efile@rossmansaxe.com,assistant@rossmansaxe.com
- **Elizabeth Vincent**
  liz@rossmansaxe.com