UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY EID, an individual,

    Plaintiff,

v.                                             Case No. 2:20-cv-11718

WAYNE STATE UNIVERSITY,                 Hon. Gershwin A. Drain
WAYNE STATE UNIVERSITY                   Mag. Judge David R. Grand
SCHOOL OF MEDICINE,
NIKOLINA CAMAJ, MARGIT
CHADWELL, MATT JACKSON,
RICHARD S. BAKER, and
R. DARIN ELLIS, in their individual and
official capacities, jointly and severally,

    Defendants.

_____

## NOTICE OF APPEAL

    Notice is hereby given that Plaintiff, Anthony Eid appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Motion for Summary Judgment as to all Defendants entered in this action on April 20, 2022.

May 19, 2022                                          */s/ J. Robert Flores*
                                                         J. Robert Flores
                                                         Va. Bar no. 42080
                                                         10410 Hampton Road
                                                         Fairfax Station, Virginia 22039
                                                        (703) 609-8731
                                                        Email: rfloresesq@me.com