UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Eid, et al.,

                Plaintiff(s),

v.                                    Case No. 2:20−cv−11718−GAD−DRG
                                           Hon. Gershwin A. Drain

Wayne State University, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on May 20, 2022.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                            By: s/ L. Granger
                                                 Deputy Clerk

Dated:   May 20, 2022