# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 28, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re:  Case No. 22-1458, *Anthony Eid v. Wayne State University, et al*
                     Originating Case No. 2:20-cv-11718

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                                Sincerely yours,

                                                s/Robin L Baker, Case Manager for
                                                Ryan E. Orme, Case Manager
                                                Direct Dial No. 513-564-7079

cc:  Mr. Joshua Adam Engel
      Ms. Elizabeth Phelps Hardy
      Mr. David Andrew Porter

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1458

_____

Filed: April 28, 2023

ANTHONY EID

      Plaintiff - Appellant

v.

WAYNE STATE UNIVERSITY; WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE; NIKOLINA CAMAJ; MARGIT CHADWELL; MATT JACKSON; RICHARD S. BAKER; R. DARRIN ELLIS

      Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 03/15/2023 the mandate for this case hereby issues today.

COSTS: None